UNITED STATES COURT OF INTERNATIONAL TRADE

———————————————————————————

H&E HOME, INC. and CLASSIC METALS          :
SUPPLIERS,                                  :
                                            :
                    Plaintiffs,             :
                                            :
        and                                 :
                                            :       Before: Richard K. Eaton, Judge
GLOBAL ALUMINUM DISTRIBUTOR LLC,            :
INDUSTRIAS FELICIANO ALUMINUM, INC.,        :       Consol. Court No. 21-00337
JL TRADING CORP., and PUERTAS Y             :
VENTANAS J.M., INC.,                        :
                                            :
                    Consolidated Plaintiffs, :
                                            :
        and                                 :
                                            :
KINGTOM ALUMINIO S.R.L.,                    :
                                            :
                    Plaintiff-Intervenor,   :
                                            :
        v.                                  :
                                            :
UNITED STATES,                              :
                                            :
                    Defendant,              :
                                            :
        and                                 :
                                            :
ALUMINUM EXTRUSIONS FAIR TRADE              :
COMMITTEE,                                  :
                                            :
                    Defendant-Intervenor.   :
———————————————————————————

**ORDER**

Upon consideration of the joint unopposed motion of Plaintiffs H&E Home, Inc. and Classic

Metals, and Consolidated Plaintiffs Global Aluminum Distributor LLC, Industrias Feliciano Aluminum,

Inc., JL Trading Corp., and Puertas y Ventanas J.M., Inc. for an injunction against liquidation, ECF No.

40, and upon consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the motion is granted; and it is further

Consol. Court No. 21-00337                                                    Page 2

**ORDERED** that the Defendant United States, together with its delegates, officers, agents, and servants, including employees of United States Customs and Border Protection ("CBP"), are hereby enjoined from causing or permitting liquidation of any and all unliquidated entries of Aluminum Extrusions from the People's Republic of China that:

- were subject to CBP's Enforce and Protect Act investigation in case number 7423 and subsequent de novo administrative review. See Admin. Review Determination in EAPA Case No. 7423, CBP Office of Trade Regulations and Rulings (June 4, 2021);

- imported by H & E Home, Inc., Classic Metals Suppliers, Global Aluminum Distributor, LLC, Industrias Feliciano Aluminum, Inc., JL Trading Corp. or Puertas y Ventanas J.M., Inc;

- were entered, or withdrawn from warehouse, for consumption on or after January 10, 2019, up to and including the date of a final and conclusive court decision, including all appeals and remand proceedings, issued in this litigation; and

- remain unliquidated as of 5:00 p.m. on the day that the court enters the order enjoining liquidation on the docket of this action.

                                                          _____/s/ Richard K. Eaton_____
                                                                     Judge

Dated: October 26, 2021
          New York, New York