IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **H&E HOME, INC., et al.,** <br><br> Plaintiffs, <br><br> and <br><br> **GLOBAL ALUMINUM DISTRIBUTOR LLC, et al.,** <br><br> Consolidated Plaintiffs, <br><br> and <br><br> **KINGTOM ALUMINIO S.R.L.,** <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br><br> and <br><br> **ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,** <br><br> Defendant-Intervenor. | Before: Hon. Richard K. Eaton, Senior Judge <br><br> Consol. Court No. 21-00337 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for the Aluminum Extrusions Fair Trade Committee, defendant-intervenor in this action, and requests that all papers be served upon her.

**Consol. Ct. No. 21-00337**

                                                              Respectfully submitted,

                                                              */s/ Enbar Toledano*
                                                               Enbar Toledano, Esq.

                                                               **WILEY REIN LLP**
                                                               2050 M Street, NW
                                                               Washington, DC 20036
                                                               (202) 719-7000
                                                               WileyTrade@wiley.law

                                                               *Counsel to the Aluminum Extrusions Fair Trade Committee*

Dated: June 21, 2022