UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

_____

| | |
|---|---|
| H&E HOME, INC. and CLASSIC METALS SUPPLIERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> GLOBAL ALUMINUM DISTRIBUTOR LLC, ) <br> INDUSTRIAS FELICIANO ALUMINUM, INC., ) <br> JL TRADING CORP., and PUERTAS Y ) <br> VENTANAS J.M., INC., ) <br> ) <br> Consolidated Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> ALUMINUM EXTRUSIONS FAIR TRADE ) <br> COMMITTEE, ) <br> ) <br> Defendant-Intervenor. ) | Consol. Court No. 21-00337 |

_____

### RESPONSE OF CONSOLIDATED PLAINTIFF GLOBAL ALUMINUM DISTRIBUTOR LLC TO DEFENDANT-INTERVENOR'S MOTION TO LIFT STAY

Pursuant to Rule 7(d) of the Rules of the U.S. Court of International Trade, Consolidated Plaintiff Global Aluminum Distributor LLC ("Global") hereby file its response to Defendant-Intervenor's Motion to Lift Stay of this Court dated November 18, 2021, *H&E Home, Inc. et al v. United States*, Consol. Ct. No. 21-00337 (Nov. 18, 2021), ECF No. 47. ("Order to Stay). In light of what appears to be a dispositive remand in *Global Aluminum Distributor, LLC et. al v. United States*, Consol. Ct. No. 21-00198, in light of the absence of any comments in opposition to the

remand at the Department, and in light of the joint motion filed by plaintiffs and defendants seeking acceptance of the remand results and termination of the case, Global hereby withdraws its opposition to the motion of defendant-intervenor and leaves the ultimate decision with respect to a stay to the discretion of the Court.

                Respectfully submitted,

                /s/ *David J. Craven*
                David J. Craven

                Craven Trade Law LLC
                3744 N Ashland
                Chicago, IL 60613
                Tel. (773) 709-8506
                dcraven@craventrade.com

                *Counsel to Consolidated Plaintiffs Global Aluminum Distributor LLC*

Dated: June 24, 2022