# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| H&E HOME, INC. and CLASSIC METALS SUPPLIERS, <br><br> Plaintiffs, <br><br> and <br><br> GLOBAL ALUMINUM DISTRIBUTOR LLC, INDUSTRIAS FELICIANO ALUMINUM, INC., JL TRADING CORP., and PUERTAS Y VENTANAS J.M., INC., <br><br> Consolidated Plaintiffs, <br><br> KINGTOM ALUMINIO S.R.L., <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Consol. Court No. 21-00337 |

## RESPONSE OF PLAINTIFF-INTERVENOR KINGTOM ALUMINIO S.R.L. TO DEFENDANT-INTERVENOR'S MOTION TO LIFT STAY

Pursuant to Rule 7(d) of the Rules of the U.S. Court of International Trade, Plaintiff-Intervenor Kingtom Aluminio S.R.L. ("Kingtom") hereby files its response to Defendant-Intervenor's June 3, 2022 Motion, ECF No. 56, to Lift the Stay of this Court dated November 18, 2021, ECF No. 47.  In light of the dispositive and uncontested remand determination in *Global*

*Aluminum Distributor, LLC et. al v. United States*, Consol. Ct. No. 21-00198, as well as the joint motion in that case to enter judgment pursuant to the remand results, Kingtom hereby withdraws its opposition to the motion of Defendant-Intervenor and leaves the decision with respect to the stay to the sound discretion of the Court.

    Respectfully submitted,

    /s/ Brady W. Mills
    Brady W. Mills
    Donald B. Cameron
    Julie C. Mendoza
    R. Will Planert
    Mary S. Hodgins
    Eugene Degnan
    Edward J. Thomas III
    Jordan L. Fleischer
    Nicholas C. Duffey

    **MORRIS MANNING & MARTIN LLP**
    1401 Eye Street, NW, Suite 600
    Washington, D.C. 20005
    (202) 216-4116

Dated: June 24, 2022    *Counsel to Plaintiff Kingtom Aluminio S.R.L.*