Public Document No. 1

| | |
|---|---|
| **From:** | HOEFKE, SCOTT A |
| **Sent:** | Wednesday, September 14, 2022 4:56 PM |
| **To:** | 'Diaz, Jennifer (CTPAT)'; 'Ring, Beth (CTPAT)'; Alberto@castanerlaw.com; DeFrancesco, Robert; Webster, Claire; Brittney Powell (bpowell@foxrothschild.com); Jordan L. Fleischer; Brady Mills |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A |
| **Subject:** | Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |
| **Attachments:** | 2022-09-14 - TRLED - LETTER TO PARTIES (REMAND CONS 7423) PD.pdf |

Good afternoon,

Please find attached a letter pertaining to H&E Home Inc. et al v. United States, CIT No. 21-337 -.  Please feel free to contact me if you have any questions.

Kind regards,


Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



**PUBLIC DOCUMENT**

EAPA Case Number: REMAND 7423

September 14, 2022

Jennifer Diaz
On behalf of Global Aluminum Inc.
12700 Biscayne Blvd, Suite 301
North Miami, FL, 33181

Beth Ring
on behalf of Industrias Feliciano Aluminum
Inc.; JL Trading Corp; and Puertas y
Ventanas J.M., Inc.
551 Fifth Avenue, Suite 1100
New York, N.Y. 10176

Robert DeFrancesco
On behalf of the AEFTC
1776 K St NW
Washington, D.C. 20006

Alberto J. Castañer,
on behalf of H&E Home
Mai Center, Marginal Kennedy
771 Calle 1, Suite 204
San Juan, PR 00920

Brittney Powell
on behalf of Classic Metals Suppliers
1030 15th Street NW, Suite 380 East
Washington, D.C. 20005

RE:  *H&E Home Inc. et al v. United States, CIT No. 21-337*

Dear Counsels for the above-referenced Entities:

In compliance with the Court of International Trade's (CIT) order in *H&E Home Inc. et al v. United States, CIT No. 21-337*, dated September 7, 2022, remanding U.S. Customs and Border Protection's (CBP) affirmative determination as to evasion and the administrative review decision in EAPA Case No. 7423, CBP will be reopening the administrative record for a limited time to allow for submission of revised business confidential and public versions of certain documents currently on the administrative record of this investigation. As a result, CBP is requesting the following actions, in accordance with the remand orders, by the parties addressed in this letter:

1) Per the court's order, CBP will consider Plaintiff's argument regarding compliance with 19 CFR 165.4(a). In furtherance of this process CBP is requesting that H&E Home Inc., Classic Metals Suppliers, Global Aluminum Distributor LLC, Industrias Feliciano Aluminum, Inc. JL Trading Corp., Puertas Y Ventanas JM Inc., AEFTC, and Kingtom Aluminio review the business confidential records that the respective entity previously provided. To the extent parties wish to retain the confidentiality levels as previously indicated in the respective documents placed on the record, a justification must be provided as to why the bracketed information consists of trade secrets and commercial or financial information subject to protections under 5 USC 552(a)(b). Should parties choose to provide revised business confidential documents, please specify any changes to the previous bracketing and provide a justification, including public versions with public summaries, for

any claimed business confidential information. Responses must be submitted no later than **5:00 EDT on Monday, September 26, 2022**. *See* Attachments 1 for a list of business confidential records on the record for the parties to this remand.

2) CBP will also review the record and ensure compliance with the public summary requirement in 19 CFR 165.4(a)(2). Accordingly, no later than **5:00 EDT on Monday, September 26, 2022**, parties must submit revised public versions of the documents indicated in the attachment to this letter (*see* Attachments 2). Please ensure that the revised documents contain public summaries of any bracketed business confidential information. In accordance with 19 CFR 165.4(a)(2), public summaries must include sufficient detail to permit a reasonable understanding of the substance of the bracketed information. If there are documents for which the confidential information cannot be summarized, parties must submit an explanation as to why the document is not susceptible to public summarization.

In addition, in accordance with 19 CFR 165.4(d), parties must provide new certifications as to the information contained within the documents.

To access the administrative record for this remand, please go to the CBP EAPA Portal Login at https://eapallegations.cbp.gov/ to register for an account. Please contact Scott Hoefke when you have completed your registration in the EAPA portal so she can finalize your access to the administrative record.

On or before September 27, 2022, in compliance with 19 CFR 165.4(e), CBP will provide the parties to this remand with revised business confidential and public versions of documents that CBP placed on the administrative record. At that time CBP will also provide an opportunity for parties to submit any rebuttal information and written arguments in response pertinent to the revised public versions of administrative record documents and indicate a date by which to respond with such information.

If you have any questions, please contact Scott Hoefke at 202-893-1276 or scott.a.hoefke@cbp.dhs.gov.

Sincerely,

Brian M. Hoxie
Director, Enforcement Operations Division
Trade Remedy Law Enforcement Directorate
CBP Office of Trade

Enclosure

# ATTACHMENT 1

*List of Documents Review Business Confidential Treatment*

| Date of Document | File Name | Version |
|---|---|---|
| 12/16/2019 | AEFTC - Allegation Narrative Re__Classic Metals - (7424) - BC | Business Confidential |
| 12/16/2019 | AEFTC – Allegation Narrative Re_Florida Aluminum – (7424) – BC | Business Confidential |
| 12/16/2019 | AEFTC - Narrative to the Allegation Re_Feliciano - (7425) - BC | Business Confidential |
| 12/17/2019 | AEFTC - Narrative to the Alleg Re_Global Alum - (7426) - BC | Business Confidential |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_HE Home - (7427) - BC | Business Confidential |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_JL Corp - (7428) - BC | Business Confidential |
| 12/17/2019 | AFETC - Allegation Narra Re_Puertas y Ventanas - (7429) - BC | Business Confidential |
| 3/16/2020 | CEE - CF28 Response, Entry 6216 - (7425) - BC | Business Confidential |
| 3/16/2020 | CEE - CF28 Supplemental Resp 1 of 2, Entry 8618 - (7425) - BC | Business Confidential |
| 3/16/2020 | CEE - CF28 Supplemental Resp 2 of 2, Entry 8618 - (7425) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-1 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-2 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-3 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 2 - (7426) - BC | Business Confidential |

Remand PR 000006

| Date of Document | File Name | Version |
|---|---|---|
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 3 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 4 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 6 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 1 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 2 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 3 - (7426) - BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 4 – (7426) – BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 5 – (7426) – BC | Business Confidential |
| 3/17/2020 | CEE - Exhibit G scrap purchase 6 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 1 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 2 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 11 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 12 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 10 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 3 - (7426) - BC | Business Confidential |

Remand PR 000007

| Date of Document | File Name | Version |
|---|---|---|
| 3/18/2020 | CEE - Exhibit G quote for scrap 4 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 5 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 6 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 7 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 8 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G quote for scrap 9 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G scrap purchase 10 (tube) - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G scrap purchase 11 (tube) - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G scrap purchase 7 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G scrap purchase 8 - (7426) - BC | Business Confidential |
| 3/18/2020 | CEE - Exhibit G scrap purchase 9 - (7426) - BC | Business Confidential |
| 4/1/2020 | CEE - Puertas y Ventanas Supp Resp Entry 0598 - (7429) - BC | Business Confidential |
| 4/1/2020 | CEE - Puertas y Ventanas Suppl Resp Entry 1794 - (7429) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 01-2019 - (7426) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 03-2019 - (7426) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 06-2019 - (7426) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 07-2019 - (7426) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 08-2019 - (7426) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 09-2019 - (7426) - BC | Business Confidential |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 12-2019 - (7426) - BC | Business Confidential |
| 6/9/2020 | Classic Metals - CF28s Response - (Cons Case 7423) - BC | Business Confidential |
| 6/18/2020 | Indus Felic, JL Trading, Puertas Y Ventanas - Req. for RFI Extension - (Cons Case 7423) - BC | Business Confidential |
| 6/18/2020 | JL Trading - CF28 Cover Letter - (Cons Case 7423) - BC | Business Confidential |
| 6/18/2020 | JL Trading - CF28 Response Cover Letter - (Cons Case 7423) - BC | Business Confidential |
| 6/18/2020 | Puertas Y Ventanas - CF28 Cover Letter - (Cons Case 7423) - BC | Business Confidential |
| 6/18/2020 | Industrias - CF-28 response Entry 8618 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF-28 response, Entry 6216 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF-28 supplemental response 1 of 2, Entry 8618 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF-28 supplemental response 2 of 2, Entry 8618 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF-28 supplemental response schematic drawings (7423) - BC.pdf" | Business Confidential |

Remand PR 000009

| Date of Document | File Name | Version |
|---|---|---|
| 6/18/2020 | Industrias -CF-28 supplemental response, explanation of tolerances, (7423) - BC.pdf" | Business Confidential |
| 6/18/2020 | Industrias - COVERLETTEREXHBIT1- PROOF OF PAYMENT (7423) - BC.pdf" | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit1 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit1ENTRY PACKAGE 85T0089905-2 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit1LiquidationNotice (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit2 Raw MaterialImports (7423) - BC.pdf" | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit2 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CoverLetterExhibit3 (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF28Coverlet (7423) - BC.pdf | Business Confidential |
| 6/18/2020 | Industrias - CF-28 supplemental response, Kingtom Dies (7423) – BC | Business Confidential |
| 7/2/2020 | CEE - CF-28 Response Entry 4769_01-09-20 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_A(12)_D(3)_D(4)_D(5) Cons. Spreadsheet - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C(1) Trial Bal 2020_Quarterly - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2019 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.4 INTERIM 12-31-2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2017 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_C.3 - (Cons Case 7423) - BC | Business Confidential |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_Section B Exhibits - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000086 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000097 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000209 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002942 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002943 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002951 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002961 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C003025 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000011

| Date of Document | File Name | Version |
|---|---|---|
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D(2)Schematic Drawings - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000007 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000043 - (Cons Cas 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000048 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000059 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000060 - (Cons Case 7423) - BC | Business Confidential |
| 7/7/2020 | Industrias Feliciano - Questionnaire Response Re_D(1) Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 1 Website Index - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 10 2018 Tax Returns - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 11 Aluminum Extrusions Items List - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 12 Diagrams of Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 14 Markup of Sales - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 15 List of Vendors - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 16 List of Employees and Job Descriptions - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 17 Payroll Register - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000012

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Classic Metals - Exhibit 18 Quarterly Payroll Reports - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 2 Powers of Attorney - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 20 E-mail Correspondence with the Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 3 List of Customers - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 4 Organizational Chart - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 5 Trial Balances - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 6 Accounts Payable Ledger - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 7 2018 Foreign Supplier Transactions_C3 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 7 2018 to 2020 Foreign Supplier Transactions - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 7 2019 Foreign Supplier Transacions - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 7 2020_Jan To June Foreign Suppliers Monetary Transactions - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 8 Balance Sheets and Profit and Loss 2018 and 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Exhibit 9 Bank Statements - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - RFI Narrative - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - RFI Response Narrative - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000013

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Classic Metals - Seg 001 of Exh 13_Resp to D.6_Trans Docs with U.S. Customers - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 001 of Seg 001 of Exh 19 Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 001 of Seg 002 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 002 of Exh 13_Resp to D.6_Trans Docs with U.S. Customers - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 002 of Exh 19_Resp to D. 21, Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 002 of Seg 001 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 002 of Seg 002 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 003 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 004 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Seg 005 of Exh 19_Resp to D. 21_Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Classic Metals - Segment 001 of Exh 19 - Resp to D. 21, Trans Docs with Supplier - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Felciano - D(1) _ List of Products and Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  April  2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  April  2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  August  2018 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000014

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - C-6  August  2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  December  2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  December  2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  February 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  February 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  January 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  January 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  July 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  July 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  June 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  June 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  March 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  March 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  May 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  May 2019 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - C-6  May 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  November 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  November 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  October 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  October 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  September 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - C-6  September 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Copy of Question D.21 Spreadsheet - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114735_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114802_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114828_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114857_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114929_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114957_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628115057_001 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - D(2) Schematic Drawings - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q2 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q3 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q4 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 2QTR 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 3QTR 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 4QTR 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D(5)_ Detail Support of Sales to Costumers - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D07-08-29(5)_List of Cust for all products_Puertas y Ventanas -(Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D(6) Client Invoices Copy - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - D21(m)(n) #3474 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - D21(m)(n)#4398 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C (8)_ Income Tax  Returns 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(1) Trial Balance 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(1)Trial Balance 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(3) Payments to Suppliers - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(4) Income Statement 12-31-2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(5)  Audited Financial Statements 2017 and 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Q C(8)Income Tax Return 2017 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Quest - D.20(b) Planillas Trimestrales 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question A (7)(b) - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question A(6) Broker POA - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | - Industrias Feliciano Questions A(12), D(3), D(4) & D(5) Cons Spreedsheet (7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C(1) Trial Balance 2020 (Quarterly) - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2019 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2018 pgs 1-25 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2018 pgs 26-50 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2018 pgs 51-75 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pages 51-75 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 101-125 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 126-150 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 151-159 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 160-168 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.3 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.4 Interim 12-31-2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D(1)Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D(14) - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report12 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report13 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report14 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report15 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report16 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report17 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report2 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report3 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report4 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report5 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report6 - (Con Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report7 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report8 - (Con Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report9 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-June 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-May 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers July-December 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000048 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000209 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002942 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002961 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C003025 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000021

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C000085 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002943 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002951 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000059 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000060 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000086 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000097 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000157 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000163 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000164 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000180 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000244 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000257 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000283 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000388 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000657 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000692 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000778 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000823 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000911 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001063 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001077 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001211 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001356 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001450 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001511 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001628 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001630 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001760 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001990 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) & (i)(j)(k)#4398 PRRU 6419 ABRIL 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) (i)(j)(k) #3474 UESU 2061 FEBRERO 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Questionnaire - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Questionnaire Section B Exhibits - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Questions A(12), D(3), D(4) & D(5) Cons Spreedsheet - (Cons Case 7423) - BC | Business Confidential |
| 7/8/2020 | Industrias Feliciano - Response to Q're - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Pueras Y Ventanas - C(6)  2018 - Febrero - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Pueras Y Ventanas - C(6) 2018_Marzo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puerta Y Ventanas - C(6) 2019_Abril - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Marzo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Mayo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - A 7(b) - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(2)_List of Purchases from 2018 to present - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(3)_Monetary Trans_Order Lists_Invs_from 2018 to present - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2018_Enero - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000024

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Marzo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Mayo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Noviembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Octubre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Septiembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Abril - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Agosto - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Diciembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Julio - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Junio - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Mayo - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Agosto - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Diciembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Enero - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Febrero - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000025

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Julio - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Noviembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Octubre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Septiembre - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Abril - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Enero - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Febrero - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 101-125 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 126-150 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 151-159 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 160-168 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.3 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.4 INTERIM 12-31-2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question D(14) - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - BC | Business Confidential |
| 7/10/2020 | Puertas Y Ventanas – RFI Response Narrative – (Cons Case 7423) – BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - A (11) Additional payment - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - A12_D(3)_D(4)_D(5)_List of Customers - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (1)_Trial Balances for 2017_2018_2019_2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (2)_List of Purchases from 2018 to present - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (4)_Annual Reports 2017_2018_2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (6) 2018 Bank Statements - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part I Bank Statements - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part II Bank Statements - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (6) 2020 Bank Statements - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C (8) 2017 Tax return extension - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2018 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2020 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (1) List of Products and Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (20 a)_ List of Employ and Annual Payroll 2019 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (20 b)_Payroll reports filed - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21 k) Payment Freight - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading (1) - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_2 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_3 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_4 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000028

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_5 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_6 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_8 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (6)  Sales to Customers - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 1 Customer Invoices - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 2 Customer Invoices - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134058_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134257_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134324_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134353_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134423_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134453_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134525_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134555_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134632_0001 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000029

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134705_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134734_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134802_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134831_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134901_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134929_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134957_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135025_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135056_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135125_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135155_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135226_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135252_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135320_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135347_0001 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000030

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp D 21(o)(p)_200628135414_0001 (Cons Case 7423) -BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135443_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135521_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135549_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135617_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135646_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135717_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135747_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135814_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135844_0001 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135914_000 - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D(2) Schematics _JL Trading - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp - D(2)_List of Dies - (Cons Case 7423) - BC | Business Confidential |
| 7/12/2020 | JL Trading Corp – RFI Response Narrative – (7423) – BC | Business Confidential |
| 8/28/2020 | EFTC - Submission of VFI and Comments On Importers QRs - (Cons. Case No. 7423) - BC | Business Confidential |

Remand PR 000031

| Date of Document | File Name | Version |
|---|---|---|
| 8/28/2020 | Classic Metals - Submission of Voluntary Submission_C1 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Classic Metals - Submission of Voluntary Submission_C3 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information Exhibits - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 1 Part 1 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 1 Part 2 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 1 Part 3 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 1 Part 4 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 1 Part 5 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 0 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 1 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 2 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 3 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 4 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 5 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000032

| Date of Document | File Name | Version |
|---|---|---|
| 8/28/2020 | Importers' - VFI Attachment 2 PT 6 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 7 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 8 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Attachment 2 PT 9 - (Cons Case 7423) - BC | Business Confidential |
| 8/28/2020 | Importers' - VFI Narrative - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Florida Aluminum - Supplemental RFI - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Entry Summary COO Kingtom Invoices - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice Part 1 [ B16-278 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice Part 2 [ B16-278 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-088 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-104 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-105 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-115 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-116 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-160 ] - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice [ B16-248 ] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit C Bank statement Oct 2018 - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D PO # [022019 MH9 2093359-4] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D PO # [32619R - Entry MH9-2095362-6] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D PO # [41832 - Entry MH9-2095780-9] - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D [MH9 2093359-4] Invoice, packing list and CBP 7501 - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D [MH9 2095362-6] Invoice, packing list and CBP 7501 - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Exhibit D [MH9 2095780-9] Invoice, packing list and CBP 7501 - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Global Aluminum - Supplemental RFI Exhibit A - (Cons Case 7423) - BC | Business Confidential |
| 11/17/2020 | Industrias Feliciano - Supplemental RFI - (Cons Case 7423) - BC | Business Confidential |
| 11/20/2020 | Global Aluminum - Exhibit E [Carol Aurich] - Certification - (Cons Case 7423) - BC | Business Confidential |
| 11/24/2020 | Florida Aluminum - Supplemental Response - (Cons Case 7423) - BC | Business Confidential |
| 12/1/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | CEE - CF28 Florida Aluminum_KingTom - (7423) - BC | Business Confidential |

Remand PR 000034

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | CEE - CF28 Global Aluminum_KingTom - (7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp COO COA Rusal - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp. Aluminum Scrap in 2019 - (7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp. COA COO - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp. Contract - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp. Scrap in 2019-1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - CF28 Supp. Resp. Scrap in 2019-2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - Florida Supplemental RFI Importer - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Florida Aluminum - RFI Response - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CBP 28 RESPONSE - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-1.4-706) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-2.26-692) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico R-2.18-815) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21 3.6) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21) - (7423) - BC | Business Confidential |

Remand PR 000035

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28 3.22) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.4) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2 3.28) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2-653) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.21-193) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7 5.1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7-188) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752 1.17) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.4-703) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756 1.25) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07 5.29) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07) - (7423) - BC | Business Confidential |

Remand PR 000036

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27 67-2) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67 6.10) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1 6.27) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1 6.18) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-514) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-643) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.13) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19(4)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.5) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.6-577) - (7423) - BC | Business Confidential |

Remand PR 000037

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-2) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-2) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511 8.6) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19 8.21) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-514 8.7) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997 8.8) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-3) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 6.27(3)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 9.4 (3)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.10) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.18) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.23) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.4) - (7423) - BC | Business Confidential |

Remand PR 000038

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 10.2) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 1015) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.14) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.25) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-244-1172-1173-1174-1175-1176) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico 9.25) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.11(3)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.16) -(7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.25(1)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.28(1)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.4) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.6) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.9) - (7423) - BC | Business Confidential |

Remand PR 000039

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.25(3)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.9) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.15) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.28) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.16) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.20) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.15) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.29(3)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.25) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.6) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 8.9) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 06-13-2019 Import Information) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 16554 final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 30 percent prepayment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 70 percent balance) - (7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 BL) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 PI) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 28945-signed (final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 30 Percent Payment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 5986-PI) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 70 Percent Balance) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 contract with sign 1119) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 Kingtom Aluminio SRL - CRL 5986) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 23653 final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 5165-PI) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots BL) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots Cont lijst. CMA CGM Niagara - 92746176 PL) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 70 Percent payment) - (7423) – BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 30 Percent payment) - (7423) - PV | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Containerlijst mv. CMA CGM Niagara - 94746228 PL) - (7423) - BC | Business Confidential |

Remand PR 000041

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5165 (P4678-2) - COA-COO - PL- Hillside - BLACK Paint 201906) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5917 (P5690) - COA-COO - PL - Hillside GREEN Paint 201911) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5986 (P5419)-COA-COO-PL Hillside - PINK Paint 201912) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5165 contract 1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5917 contract1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 - PTESI1038589 trifigura final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 BL(5)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 COA 632486.3) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 contrato) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 CoO - 632486.3) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Import) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Payment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 30 Percent Payment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 70 Percent Payment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 BL) - (7423) - BC | Business Confidential |

Remand PR 000042

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 Certificate of Analysis 91744124-2 COA) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 contrato) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 CoO - 632486.4) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 COO_632486.4) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 PL KINGTOM) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 30 Percent Prepayment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 70 Percent Balance) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Certificate of Analysis 91744124-2) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 CoA . CoO - 632486.5) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 OBL) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Packing List) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Payment) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1035625A PI) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1048942 final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 30 Percent Prepayment) - (7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 70 Percent Balance) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 BL) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 COA COO 632486.6) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 container details - 95083514) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 Import) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1050856 PI) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1051313 final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 12.19(1)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 BL(11)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 COO COA 636486.7) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Final Invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Import) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 PTESI1053566) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 1049886 COA) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 BL) - (7423) - BC | Business Confidential |

Remand PR 000044

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 CoO -641609.1) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Cosco Shipping Danube-12x Caucedo - 94746267(PL)) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 PTESI1055068 final invoice) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Signed Contractú Trade 641609) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COA COO) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 Contract) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COO COA Rusal) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.01 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.03 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.06 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.07 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.08 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.09 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.12 (Exh F) - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF28 Exhibit A - Extension Granted (7423) – BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Exhibit A - MH9-20988531 CBPF-28 (7423) – BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit B - CI - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - CF 28 Exhibit C - Final Binding Ruling Request (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit D - BOM - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit I - TimeCard 01.01.2019-12.21.2019 - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit K - Photos and Capacity of Production Equipment - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit L - PURCHASE ORDER # 42088 - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – CF28 Exhibit N - BOL - DR to US - (7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum – VFI List of Exhibits - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit B_Comm to Customs - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit C_Vendor Pur History (Kingtom) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit C_Vendor Pur History (MDA) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_ Accts Payable Trial Bal ap_trialbalancedetail 12-2019 all - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal (5000 amount and payments Oct 2018) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal (payments made in Sept 2018) - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000046

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal (Sept- oct 2019 payments) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal eStmt_2019-02-28 (13k amount) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal kingtom ap_trialbaldetail 2018 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_kingtom ap_paymenthistory 2020 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_kingtom ap_trialbalancedetail 2020 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_mda ap_paymenthistory 2020 - (Cons Case 7423) - BC) | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_mda ap_trialbalancedetail 2020 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_ eStmt_2020-01-31 (Kingtom wire and MDA) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_eStmt_2020-02-28 (Kingtom wire) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_eStmt_2020-03-31 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_eStmt_2020-04-30 (2) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_eStmt_2020-04-30 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit G_Tom-KT Visit Report (Personal Statement) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit H_Carol Aurich Statement - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Deposit MH9-2095780-9 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000047

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Deposit MH9-2103446-7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Deposits for Orders in process 07-17-19 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Final Payment B16000000013 MH9-2095780-9 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Global Entries - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_kingtom Invoice MH9-2095780-9 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM Packing list MH9-2098840-8 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM packing list MH9-2098853-1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO # 32619R (Entry MH9-2095362-6) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO 42001 MH9-2098399-5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO 42036- 42037 MH9-2098840-8 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO 42088- MH9-2098853-1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO 42382 approved MH9-2103446-7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO 52019-1 MH9-2098014-0 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO MH9-2099962-9 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_KINGTOM PO Revised 52019-2 MH9-2098397-9 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I_Packing list MH9-2103446-7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit J_Signed Certification Carol - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI List of Exhibits - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Suppl RFI_Exhibit A - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Supplemental RFI Response - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit A Affidavit of Jose A. Delgado - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit B Manufacturing Process - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C Producer Affidavit Business Operations - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Andrew Chang Linked Profile - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Wang Albert Linked Profile - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit D Company Registration Documents - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit E Employee Residency Cards - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit F Employee Records Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit F Employee Records Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit F Employee Records Part4 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000049

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit G Tax withholding for Employees - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit H Employee Social Security and Insurance Payment - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I Images of Staff by Department - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Comm from Kingtom to Ta Chen Anodized samples - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Comm from Kingtom to Ta Chen Anodized system ready - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Comm from Kingtom to Ta Chen Anodized system ready(2) - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Comm from Kingtom to Ta Chen Updates of our factory - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J Monthly export volume of aluminum extrusion - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J1 Production Records June and July - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 Chinese Import Data to DR - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data 76101000 Extrusion - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit K Label Variations - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit L Producer Affidavit-Labeling - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit M Label Translate Instructions - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000050

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit N Kingtom Production Photos and Videos 2 Molds - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit N Kingtom Production Photos and Videos 5.2 Packaging Process - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 2 Aluminum Scrap Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 2 Aluminum Scrap Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 2 Aluminum Scrap Part4 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit Q Invoice 5272 Global Alum from Miami Dade Alum Sep 2019 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Submission of Factual Information - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Aluminum - Voluntary Sup. Exhibit P Attachment 1 Aluminum Ingot Raw Materials Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global Alunimum - Voluntary Sub. Exhibit K Label Variations - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Cover Letter - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 10 Summary of Transactions and Bank Statement_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 10 Summary of Transactions and Bank Statement_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 10 Summary of Transactions and Bank Statement_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 10 Summary of Transactions and Bank Statement_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 11 List of All Orders of Aluminum Extrusions and Related Products - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 12 Product List - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 13 List of Buyers - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 14 Employee Records_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 14 Employee Records_Part2 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 14 Employee Records_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 14 Employee Records_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 15 Quality Inspection Reports_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 15 Quality Inspection Reports_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 1 Aluminum Ingot Raw Materials_Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 2 Aluminum Scrap_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 2 Aluminum Scrap_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 2 Aluminum Scrap_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 2 Aluminum Scrap_Part4 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000053

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part10 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part11 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part12 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part13 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part14 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part15 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part16 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part17 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part18 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part19 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part20 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part21 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part22 - (Cons Case 7423) - BC | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part23 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part8 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 3 Molds Poweder Package Material_Part9 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 4 Equipment_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 4 Equipment_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 4 Equipment_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 4 Equipment_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 4 Equipment_Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 5 Air Freight Part 1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 5 Air Freight Part 3 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000055

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 16 Attachment 5 Air Freight_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 17 Invoices Packing Lists and Bill of Ladings to US Customers_Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 18 Kingtom Aluminio Facility Layout - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 19 Equipment List - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 2 Illustration of Transaction Process - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 20 Equipment Maintenance Records - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 21 Production Records - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 22 Monthly export volume of aluminum extrusion - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 23 Label Variations - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000056

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 24 Smallest and Largest Diameter Kingtom Producers - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 25 Suppliers of Raw Materials - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 26 Unaudited Financials - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 27 Electrical Utility Invoices - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 28 Gas Utility Bills - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 29 Financial Ledger - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom – RFI Response Exhibit 3 Photos_Part1 –(Cons Case 7423) – BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 3 Photos_Part2  - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 3 Photos_Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 31 Mold Policy - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 32 BOM - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 4 Mold Deposit List and Air Freight Cost - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 5 List of Molds - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 6 Customer's Sample Drawings - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 7 Company Registration Documents - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000057

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - RFI Response Exhibit 8 Account Receivable Records - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 9 All Monetary Transaction Between Kingtom and Suppliers - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - RFI Response Exhibit 9 excel version 97-03 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Cover Letter - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-1 - Aluminum Ingot - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-10 - Mold Information Part1 - (Cons Case 7423) - BCI | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-10 - Mold Information Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-10 - Mold Information Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-11 - Mold Fabrication Process - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-12 - Simplified Roster of Employees - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-13 - Kingtom Aluminio Facility Layout - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part4 - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000058

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-14 - Factory Layout Photographs Part8 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-15 - Capabilities of extrusion machine - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-16 - Aluminum Scrap Raw Materials - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-17 - Profit Margin and Unit Cost Calculation - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-18 - Volume Analysis - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-19 - Production Process and Material input - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-2 - Casting Production Records Exhibit Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-2 - Casting Production Records Exhibit Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-2 - Casting Production Records Exhibit Part3 - (Cons Case 7423) BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-20 - CBP Forms - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-21 - Export and Local Sales Info - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-3 Photographs of Billets - (Cons Case 7423) - BC | Business Confidential |

Remand PR 000059

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-4 - Casting machines - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part1 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part2 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part3 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part4 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part5 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part6 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-5 - Illustration of Transactions Part7 - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-6 - Commercial Invoice Details - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-7 - Invoices, Packing Lists and BIlls of Lading to US Customers - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Suppl RFI Exhibit S-9 - Mold List - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Kingtom - Supplemental RFI Response - (Cons Case 7423) - BC | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit A (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit B (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit C Combined (7423) - BC.pdf | Business Confidential |

Remand PR 000060

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global - RFI Exhibit D Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit E Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit F Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit G Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit H Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit I Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit J Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit K Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit L Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit M Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit N Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit O Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit P Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit Q Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Exhibit R Combined (7423) - BC.pdf | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global - RFI Exhibit S Combined (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Response (7423) - BC.pdf | Business Confidential |
| 12/11/2020 | Global - RFI Response List of Exhibits (7423) - BC.pdf | Business Confidential |
| 12/16/2020 | AEFTC - Exhibits the Allegation - (7423 - 7429) - BC | Business Confidential |
| 12/21/2020 | Importers' - Joint Submission of Rebuttal Information - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 1 Suppliers - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 2 Classic MTCs - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 2 cont Florida Combined - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 2 cont H&E Combined - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 3 - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 4 - (Cons Case 7423) - BC | Business Confidential |
| 12/21/2020 | Importers' - Rebuttal Information Exhibit 5 - (Cons Case 7423) - BC | Business Confidential |
| 12/28/2020 | Aluminum Extrusions - Written Argument - (Cons Case 7423) - BC | Business Confidential |
| 12/28/2020 | Importers' - AIOT Joint Written Arguments - (Cons Case 7423) - BC | Business Confidential |
| 3/12/2021 | Classic Metals Request For Administrative Review Request (Cons Case 7423) - BCI | Business Confidential |

| Date of Document | File Name | Version |
|---|---|---|
| 3/12/2021 | RR – Classic Metals Administrative Review Request – (Cons Case 7423) – BC | Business Confidential |
| 3/12/2021 | RR – Florida Aluminum Extrusion Request for Admin Review – (Cons Case 7423) – BC | Business Confidential |
| 3/12/2021 | RR – Global Aluminum Dist. Request for Administrative Review – (Cons Case 7423) – BC | Business Confidential |
| 3/12/2021 | RR – Industrias, JL Trading and Puertas Req. Admin. Review – (Cons Case 7423) – BC | Business Confidential |
| 3/30/2021 | RR – HQ H317423 Response to Requests for Administrative Review – (Cons Case 7423) – BC | Business Confidential |

# ATTACHMENT 2
*List of Documents that Require Revised Public Versions*

| Date of Document | File Name | Version |
|---|---|---|
| 12/16/2019 | AEFTC - Allegation Narrative Re__Classic Metals - (7424) - PV | Public Version |
| 12/16/2019 | AEFTC – Allegation Narrative Re_Florida Aluminum – (7424) – PV | Public Version |
| 12/16/2019 | AEFTC - Narrative to the Allegation Re_Feliciano - (7425) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Alleg Re_Global Alum - (7426) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_HE Home - (7427) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_JL Corp - (7428) - PV | Public Version |
| 12/17/2019 | AFETC - Allegation Narra Re_Puertas y Ventanas - (7429) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-1 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 4 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 6 - (7426) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 3/17/2020 | CEE - Exhibit G scrap purchase 1 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 4 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 5 (structure) - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 6 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 1 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 10 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 11 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 12 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 2 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 3 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 4 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 5 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 6 - (7426) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 3/18/2020 | CEE - Exhibit G quote for scrap 7 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 8 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 9 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 10 (tube) - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 11 (tube) - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 7 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 8 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 9 - (7426) - PV | Public Version |
| 4/22/2020 | CEE - Puertas y Ventanas Suppl Resp Entry 0598 - (7429) - PV | Public Version |
| 4/22/2020 | CEE - Puertas y Ventanas Suppl Resp Entry 1794 - (7429) - PV | Public Version |
| 5/13/2020 | AEFTC - Supplement to Allegation Re_Global Distributor - (Cons Case 7423) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 01-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 03-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 06-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 07-2019 - (7426) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 08-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 09-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 12-2019 - (7426) - PV | Public Version |
| 6/9/2020 | Classic Metals - CF28s Response - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Indus Felic, JL Trading, Puertas Y Ventanas - Req. for RFI Extension - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | JL Trading - CF28 Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | JL Trading - CF28 Response Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Puertas Y Ventanas - CF28 Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Puertas, Industrias, JL Trading - Req. Ext. Re_Questionnaire Resp. - (Cons Case 7423) PV | Public Version |
| 7/2/2020 | CEE - CF-28 Response Entry 4769_01-09-20 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_A(12)_D(3)_D(4)_D(5) Cons. Spreadsheet - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C(1) Trial Bal 2020_Quarterly - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2018 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2019 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.4 INTERIM 12-31-2019 - (Cons Case 7423) - PV | Public Version |

Remand PR 000068

| Date of Document | File Name | Version |
|---|---|---|
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2017 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2018 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_C.3 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_Section B Exhibits - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2019 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2020 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000086 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000097 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000209 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002942 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002943 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002951 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002961 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C003025 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D(2)Schematic Drawings - (Cons Case 7423) - PV | Public Version |

Remand PR 000069

| Date of Document | File Name | Version |
|---|---|---|
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000007 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000043 - (Cons Cas 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000048 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000059 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000060 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Response Re_D(1) Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 13 Response to D.6, Trans Docs with U.S. Customers_C1 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 14 Markup of Sales - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 15 List of Vendors - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 16 List of Employees and Job Descriptions - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 17 Payroll Register - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 18 Quarterly Payroll Reports - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 20 E-mail Correspondence with the Supplier - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - RFI Narrative - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - RFI Narrative and Exhibits 1 -12 - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Classic Metals - RFI, Exhibits 19 - 20 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Felciano - D(1) _ List of Products and Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  April  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  April  2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  August  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  August  2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  December  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  December  2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  February 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  February 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  January 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  January 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  July 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  July 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  June 2018 - (Cons Case 7423) - PV | Public Version |

Remand PR 000071

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - C-6  June 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  March 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  March 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  November 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  November 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  October 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  October 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  September 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  September 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Copy of Question D.21 Spreadsheet - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114735_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114802_0001 - (Cons Case 7423) - PV | Public Version |

Remand PR 000072

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114828_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114857_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114929_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114957_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628115057_001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(2) Schematic Drawings - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q2 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q3 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q4 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 2QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 3QTR 2019 - (Cons Case 7423) - PV | Public Version |

Remand PR 000073

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 4QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D(5)_ Detail Support of Sales to Costumers - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D07-08-29(5)_List of Cust for all products_Puertas y Ventanas - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(6) Client Invoices Copy - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D21(m)(n) #3474 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D21(m)(n)#4398 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C (8)_ Income Tax  Returns 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(1) Trial Balance 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(1)Trial Balance 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(3) Payments to Suppliers - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(4) Income Statement 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(5)  Audited Financial Statements 2017 and 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(8)Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Quest - D.20(b) Planillas Trimestrales 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question A (7)(b) - (Cons Case 7423) - PV | Public Version |

Remand PR 000074

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question A(6) Broker POA - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C(1) Trial Balance 2020 (Quarterly) - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2018 pgs 1-75 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pages 51-75 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 101-125 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 126-150 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 151-159 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 160-168 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.3 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.4 Interim 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - PV | Public Version |

Remand PR 000075

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D(1)Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D(14) - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report12 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report13 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report14 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report15 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report16 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report17 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report2 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report3 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report4 - (Con Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report5 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report6 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report7 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report8 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report9 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-June 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-May 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers July-December 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000048 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000209 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002942 - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002961 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C003025 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C000085 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002943 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002951 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000059 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000060 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000086 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000097 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000157 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000163 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000164 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000180 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000244 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000257 - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000283 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000388 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000657 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000692 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000778 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000823 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000911 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001063 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001077 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001211 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001356 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001450 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001511 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001628 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001630 - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001760 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001990 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) & (i)(j)(k)#4398 PRRU 6419 ABRIL 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) (i)(j)(k) #3474 UESU 2061 FEBRERO 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questionnaire - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questionnaire Section B Exhibits - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questions A(12), D(3), D(4) & D(5) Cons Spreedsheet - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questions A(12), D(3),(4)(5)CustomerList - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Response to Q're - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Pueras Y Ventanas - C(6)  2018 - Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Pueras Y Ventanas - C(6) 2018_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventanas - C(6) 2019_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Mayo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - A 7(b) - (Cons Case 7423) - PV | Public Version |

Remand PR 000080

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - C(2)_List of Purchases from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(3)_Monetary Trans_Order Lists_Invs_from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2018_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2019_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2019_Mayo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Noviembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Octubre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Septiembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Agosto - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Diciembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Julio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Junio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Mayo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Agosto - (Cons Case 7423) - PV | Public Version |

Remand PR 000081

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Diciembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Julio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Noviembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Octubre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Septiembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 101-125 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 126-150 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 151-159 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 160-168 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - Question C.3 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.4 INTERIM 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(14) - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas – RFI Response Narrative – (Cons Case 7423) – PV | Public Version |
| 7/12/2020 | JL Trading Corp - A (11) Additional payment - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - A12_D(3)_D(4)_D(5)_List of Customers - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (1)_Trial Balances for 2017_2018_2019_2020 - (Cons Case 7423) - PV | Public Version |

Remand PR 000083

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - C (2)_List of Purchases from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (4)_Annual Reports 2017_2018_2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2018 Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part I Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part II Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2020 Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (8) 2017 Tax return extension - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2018 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2020 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (1) List of Products and Dies - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (20 a)_ List of Employ and Annual Payroll 2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (20 b)_Payroll reports filed - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21 k) Payment Freight - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading (1) - (Cons Case 7423) - PV | Public Version |

Remand PR 000084

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_2 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_3 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_4 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_5 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_6 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_8 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sales to Customers - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 1 Customer Invoices - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 2 Customer Invoices - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134058_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134257_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134324_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134353_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134423_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134453_0001 - (Cons Case 7423) - PV | Public Version |

Remand PR 000085

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134525_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134555_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134632_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134705_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134734_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134802_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134831_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134901_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134929_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134957_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135025_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135056_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135125_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135155_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135226_0001 - (Cons Case 7423) - PV | Public Version |

Remand PR 000086

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135252_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135320_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135347_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135414_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135443_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135521_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135549_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135617_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135646_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135717_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135747_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135814_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135844_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135914_000 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D(2) Schematics _JL Trading - (Cons Case 7423) - PV | Public Version |

Remand PR 000087

| Date of Document | File Name | Version |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D(2)_List of Dies - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp – RFI Response Narrative – (Cons Case 7423) – PV | Public Version |
| 8/28/2020 | EFTC - Submission of VFI and Comments On Importers QRs - (Cons. Case No. 7423) - PV | Public Version |
| 8/28/2020 | Classic Metals - Submission of Voluntary Submission_C1 - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information Exhibits - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2119_aluminum_furnace_one_in_operation - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2133_cutting_of_aluminum_billet_prior_to_extrusion - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2134_aluminum_extrusions_in_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2144_cutting_of_aluminum_billet_and_extrusion_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2156_extrusion_sandblasting_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2169_extrusion_anodizing_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2180_extrusion_painting_process (1) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2183_extrusion_painting_process (2) - (Cons Case 7423) - PV | Public Version |

Remand PR 000088

| Date of Document | File Name | Version |
|---|---|---|
| 8/28/2020 | Importers' - VFI Attachment I (Part 1) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment I (Part 2) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Narrative - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Florida Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Entry Summary COO Kingtom Invoices - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 4 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 5 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 6 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 7 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 8 Part 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 8 Part 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit C Bank statement Oct 2018 - (Cons Case 7423) - PV | Public Version |

Remand PR 000089

| Date of Document | File Name | Version |
|---|---|---|
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Supplemental RFI Exhibit A - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Industrias Feliciano - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/20/2020 | Global Aluminum - Exhibit E Signed Certification - (Cons Case 7423) - PV | Public Version |
| 11/24/2020 | Florida Aluminum - Supplemental Response - (Cons Case 7423) - PV | Public Version |
| 12/1/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Florida Aluminum - Florida Supplemental RFI Importer - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Florida Aluminum - RFI Response - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-1.4-706) - (7423) - PV | Public Version |

Remand PR 000090

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-2.18-815) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-2.26-692) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21 3.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28 3.22) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2 3.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2-653) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.21 5.14) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.21-193) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7 5.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7-188) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752 1.17) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752) - (7423) - PV | Public Version |

Remand PR 000091

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.4-703) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756 1.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07 5.29) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27 67-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67 6.10) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1 6.27) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1 6.18) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-514) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-643) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.13) - (7423) - PV | Public Version |

Remand PR 000092

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19 8.21) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19(4)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-514 8.7) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997 8.8) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.5) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.6-577) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511 8.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 6.27(3)) - (7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 9.4 (3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.10) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.18) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.23) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 10.2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 1015) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.14) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-244-1172-1173-1174-1175-1176) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico 9.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.11(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.16) - (7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.25(1)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.28(1)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.9) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.25(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.9) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.16) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.20) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.29(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.6) - (7423) - PV | Public Version |

Remand PR 000095

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 8.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 8.9) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 06-13-2019 Import Information) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 16554 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 30 percent prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 70 percent balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 28945-signed (final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 30 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 5986-PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 contract with sing 1119) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 Kingtom Aluminio SRL - CRL 5986) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 23653 final invoice) - (7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 30 Percent payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 5165-PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 70 Percent payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots Cont lijst. CMA CGM Niagara - 92746176 PL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Containerlijst mv. CMA CGM Niagara - 94746228 PL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5165 (P4678-2) - COA-COO - PL- Hillside - BLACK Paint 201906) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5917 (P5690) - COA-COO -PL - Hillside GREEN Paint 201911) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5986 (P5419)-COA-COO -PL Hillside - PINK Paint 201912) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5165 contract 1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5917 contract1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 - PTESI1038589 trifigura final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 BL(5)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 COA 632486.3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 contrato) - (7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 CoO - 632486.3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Import) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 30 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 70 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 Certificate of Analysis 91744124-2 COA) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 contrato) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 CoO - 632486.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 COO_632486.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 Final Invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 PL KINGTOM) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 30 Percent Prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Certificate of Analysis 91744124-2) - (7423) - PV | Public Version |

Remand PR 000098

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 CoA . CoO - 632486.5) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 OBL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Packing List) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1035625A PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1048942 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201909 30 Percent Prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 COA COO 632486.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 container details - 95083514) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 Import) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1050856 PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1051313 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 12.19(1)) - (7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 BL(11)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 COO COA 636486.7) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Final Invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Import) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 PTESI1053566) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 1049886 COA) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 CoO -641609.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Cosco Shipping Danube-12x Caucedo - 94746267(PL)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 PTESI1055068 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Signed Contractu Trade 641609) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COA COO) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 Contract) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COO COA Rusal) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.01 (Exh F) - (7423) - PV | Public Version |

Remand PR 000100

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.03 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.06 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.07 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.08 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.09 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.12 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit B - CI - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit D - BOM - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit I - TimeCard 01.01.2019-12.21.2019 - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit K - Photos and Capacity of Production Equipment - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit L - PURCHASE ORDER # 42088 - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit N - BOL - DR to US - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - List of Exhibits - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Response Suppl RFI - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit B_Comm to Customs - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit C_Vendor Pur History - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_ Jan To Present Accts Payable Trial Bal - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_Bank Statements - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit G_Personal Statement - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit H_Personal Statement - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit J_Signed Certification - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI List of Exhibits - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI_Exhibit A - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Supplemental RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit A Affidavit of Expert - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit B Manufacturing Process - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C Producer Affidavit - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Andrew Chang Linked Profile - (Cons Case 7423) - PV | Public Version |

Remand PR 000102

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Wang Albert Linked Profile - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit D Company Registration - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit E Employee IDs - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit F Employee Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit G Employee Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit H Employee Records  - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I Images Of Staff By Departemt - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Communication from Kingtom to Ta Chen - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J Monthly Export Volume of Aluminum Extrusion - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J1 Production Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 Chinese Import Data to DR - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data 76101000 Extrusion - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit K Label Variations - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit L - (Cons Case 7423) - PV | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit M Label Instructions - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit N Production Photos and Videos - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit Q Invoice To Global Aluminum - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit Q Invoice To Global Aluminum 2 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Submission of Factual Information - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response Cover Letter - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response Exhibits 1-32 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - Suppl RFI Cover Letter - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - Suppl RFI Exhibits S-1 - S-21 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - Supplemental RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/16/2020 | AEFTC - Allegation Narrative Re__Classic Metals - (7423) - PV | Public Version |
| 12/16/2020 | AEFTC - Exhibits the Allegation - (7423 - 7429) - PV | Public Version |

Remand PR 000104

| Date of Document | File Name | Version |
|---|---|---|
| 12/21/2020 | Importers' - Joint Submission of Rebuttal Information - (Cons Case 7423) - PV | Public Version |
| 12/28/2020 | Aluminum Extrusions - Written Argument - (Cons Case 7423) - PV | Public Version |
| 12/28/2020 | Importers' - AIOT Joint Written Arguments - (Cons Case 7423) - PV | Public Version |
| 3/12/2021 | Classic Metals Request For Administrative Review Request (Cons Case 7423) - PV | Public Version |
| 3/12/2021 | RR – Classic Metals Administrative Review Request – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Florida Aluminum Extrusion Request for Admin Review – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Global Aluminum Dist. Request for Administrative Review – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Industrias JL Trading and Puertas Req. Admin. Review – (Cons Case 7423) – PV | Public Version |
| 3/30/2021 | RR – HQ317423 Response to Administrative Review – (Cons Case 7423) – PV | Public Version |
| 6/18/2020 | Industrias - CF-28 response, Entry 6216 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response 1 of 2 Entry 8618 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response 2 of 2, Entry 8618 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response explanation of tolerances (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response schematic drawings - (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response, Kingtom Dies (7423) - PV.pdf | Public Version |

| Date of Document | File Name | Version |
|---|---|---|
| 6/18/2020 | Industrias - Certification (7423) - PD.pdf | Public Version |
| 6/18/2020 | Industrias - COVERLETTEREXHBIT1- PROOF OF PAYMENT(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhbit3(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit 1(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit1ENTRY PACKAGE 85T0089905-2 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit1LiquidationNotice (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit2 Raw MaterialImports (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit2(7423) - PV.pdf" | Public Version |
| 6/18/2020 | Industrias - CF28Coverlet (7423) - PV.pdf | Public Version |
| 3/27/2020 | Global - RFI Response (7348) - PV | Public Version |

Public Document No. 2

| | |
|---|---|
| **From:** | HOEFKE, SCOTT A |
| **Sent:** | Friday, September 16, 2022 3:49 PM |
| **To:** | Beth Ring; Diaz, Jennifer (CTPAT); ALBERTO, CASTANER; DeFrancesco, Robert; Webster, Claire; Brittney Powell (bpowell@foxrothschild.com); Jordan L. Fleischer; Brady Mills; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A; Vanderweide, Alexander (CIV) |
| **Subject:** | RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337 |

Good afternoon,

We have looked into the issue and have determined in some instances while preparing the record for the Court of International Trade (CIT) when we OCRed documents and removed metadata, some items were removed by Adobe Acrobat because it classified the text as either "Hidden Text" or "Overlapping Text." These classifications resulted in Adobe Acrobat scrubbing the document of the metadata, i.e., the text in question, to make the document compliant with the CIT filing requirements.

We reopened the record to correct procedural items related to public summary requirement in accordance with the 19 C.F.R. 165.4(a)(2) and *Royal Brush Manufacturing, Inc. v. United States,* 483 F.Supp.3d 1294 (CIT 2020). This is now your opportunity to provide the revised public versions with the appropriate public summaries of the documents that we have listed. If there are documents included in this list that you previously submitted with public summaries, please resubmit them. To prevent this issue with Adobe from happening again, when you resubmit please make sure that your documents are flattened and already OCRed and scrubbed of metadata.

If you have any questions or need anything else please feel free to contact me.

Regards


Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 12:34 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L.

Remand PR 000108

Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

---

### Citrix Attachments
Expires March 15, 2023

| | |
|---|---|
| 124 - Industrias Feliciano - Questionnaire Re...(1).pdf | 9.2 MB |
| 57 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |
| 58 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |
| CEE CF-28 supplemental response, Entry 05...ted.pdf | 20 MB |
| D(2)Schematic Drawings (PUBLIC).pdf | 6.2 MB |
| Puertas CF28 Supplemental Respose Entry 1...(1).pdf | 103.7 KB |

**Download Attachments**

Beth Ring uses Citrix Files to share documents securely.

---

Mr. Hoefke:
You uniformly rejected public versions you deemed improperly redacted during the investigation. In fact you notified parties to resubmit them when you deemed them insufficient. Moreover, you changed the original public versions of some documents that complied with those requirements when submitting them to DOJ. Attached are examples of public versions of documents we submitted on behalf of our clients and the modified versions you provided to DOJ in the Public Document Index. You either lost, misplaced or changed what we originally submitted.

Best regards,

Beth Ring
*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com | VCard

Remand PR 000109

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

---

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 12:23 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good afternoon,

We will be sending out a revised letter directing only that the parties provide public versions of confidential documents that are sufficient to comply with the requirement in 19 CFR 165.4(a)(2). Specifically, "the public version[s] must . . . contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information. If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim." 19 CFR 165.4(a)(2). This direction is being made pursuant to the Court's remand order which states, in part, that CBP will "(1) provide the parties with public summaries of business confidential information in the administrative record." *See* Remand Order at 2. Because CBP found that the public versions that were initially submitted during the administrative proceeding by the interested parties were not sufficient, CBP is correcting this procedural deficiency on remand to ensure compliance with its regulations. In order to do this, CBP is requiring that the public versions of previously submitted confidential documents contain the appropriate public summaries of the confidential information.

When we send out the updated letter, we will also be providing examples of public summaries that were deemed to be sufficient previously in order to assist with this requirement.

Kind regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Remand PR 000110

Public Document No. 3

| | |
|---|---|
| **From:** | HOEFKE, SCOTT A |
| **Sent:** | Friday, September 16, 2022 12:23 PM |
| **To:** | Ring, Beth (CTPAT); Diaz, Jennifer (CTPAT); ALBERTO, CASTANER; DeFrancesco, Robert; Webster, Claire; Brittney Powell (bpowell@foxrothschild.com); Jordan L. Fleischer; Brady Mills |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A; Vanderweide, Alexander (CIV) |
| **Subject:** | Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |

Good afternoon,

We will be sending out a revised letter directing only that the parties provide public versions of confidential documents that are sufficient to comply with the requirement in 19 CFR 165.4(a)(2).  Specifically, "the public version[s] must . . . contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information.  If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim." 19 CFR 165.4(a)(2). This direction is being made pursuant to the Court's remand order which states, in part, that CBP will "(1) provide the parties with public summaries of business confidential information in the administrative record." *See* Remand Order at 2. Because CBP found that the public versions that were initially submitted during the administrative proceeding by the interested parties were not sufficient, CBP is correcting this procedural deficiency on remand to ensure compliance with its regulations.  In order to do this, CBP is requiring that the public versions of previously submitted confidential documents contain the appropriate public summaries of the confidential information.

When we send out the updated letter, we will also be providing examples of public summaries that were deemed to be sufficient previously in order to assist with this requirement.

Kind regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Public Document No. 4

Remand PR 000113

| **From:** | HOEFKE, SCOTT A |
|---|---|
| **Sent:** | Friday, September 16, 2022 4:07 PM |
| **To:** | Beth Ring; 'Diaz, Jennifer (CTPAT)'; 'ALBERTO, CASTANER'; DeFrancesco, Robert; Webster, Claire; Brittney Powell (bpowell@foxrothschild.com); Jordan L. Fleischer; Brady Mills; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A |
| **Subject:** | Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |
| **Attachments:** | 2022-09-16 - TRLED - LETTER TO PARTIES (REMAND CONS 7423) PD.pdf; Attachment 2 - Example of Bracketing - Public Version.pdf |

Good afternoon,

Please find attached a revised letter pertaining to H&E Home Inc. et al v. United States, CIT No. 21-337.  Please feel free to contact me if you have any questions.

Kind regards,


Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Remand PR 000114

**PUBLIC DOCUMENT**

EAPA Case Number: REMAND 7423

September 16, 2022

Jennifer Diaz
On behalf of Global Aluminum Inc.
12700 Biscayne Blvd, Suite 301
North Miami, FL, 33181

Robert DeFrancesco
On behalf of the AEFTC
1776 K St NW
Washington, D.C. 20006

Brittney Powell
on behalf of Classic Metals Suppliers
1030 15th Street NW, Suite 380 East
Washington, D.C. 20005

Beth Ring
on behalf of Industrias Feliciano Aluminum
Inc.; JL Trading Corp; and Puertas y
Ventanas J.M., Inc.
551 Fifth Avenue, Suite 1100
New York, N.Y. 10176

Alberto J. Castañer,
on behalf of H&E Home
Mai Center, Marginal Kennedy
771 Calle 1, Suite 204
San Juan, PR 00920

RE:    *H&E Home Inc. et al v. United States, CIT No. 21-337*

Dear Counsels for the above-referenced Entities:

In compliance with the Court of International Trade's (CIT) order in *H&E Home Inc. et al v. United States, CIT No. 21-337*, dated September 7, 2022, remanding U.S. Customs and Border Protection's (CBP) affirmative determination as to evasion and the administrative review decision in EAPA Case No. 7423, CBP will be reopening the administrative record for a limited time to allow for submission of revised business confidential and public versions of certain documents currently on the administrative record of this investigation. As a result, CBP is requesting the following actions, in accordance with the remand orders, by the parties addressed in this letter:

Per the court's order, CBP will consider Plaintiff's argument regarding compliance with 19 CFR 165.4(a)(2) and *Royal Brush Manufacturing, Inc. v. United States*.  In furtherance of this process CBP is requesting that H&E Home Inc., Classic Metals Suppliers, Global Aluminum Distributor LLC, Industrias Feliciano Aluminum, Inc. JL Trading Corp., Puertas Y Ventanas JM Inc., AEFTC, and Kingtom Aluminio review the public versions that the respective entity previously provided.  Please ensure that the revised documents contain public summaries of any bracketed business confidential information.  In accordance with 19 CFR 165.4(a)(2), public summaries must include sufficient detail to permit a reasonable understanding of the substance of the bracketed information.  If there are documents for which the confidential information cannot be summarized, parties must submit an explanation as to why the document is not susceptible to public summarization.  Responses must be submitted no later than **5:00 EDT on Monday,**

**September 26, 2022**. *See* Attachment 1 for a list of public documents on the record for the parties to this remand. *See* Attachment 2 for examples of public summaries.

In addition, in accordance with 19 CFR 165.4(d), parties must provide new certifications as to the information contained within the documents.

To access the administrative record for this remand, please go to the CBP EAPA Portal Login at https://eapallegations.cbp.gov/ to register for an account. Please contact Scott Hoefke when you have completed your registration in the EAPA portal so she can finalize your access to the administrative record.

On or before September 27, 2022, in compliance with 19 CFR 165.4(e), CBP will provide the parties to this remand with revised business confidential and public versions of documents that CBP placed on the administrative record. At that time CBP will also provide an opportunity for parties to submit any rebuttal information and written arguments in response pertinent to the revised public versions of administrative record documents and indicate a date by which to respond with such information.

If you have any questions, please contact Scott Hoefke at 202-893-1276 or scott.a.hoefke@cbp.dhs.gov.

Sincerely,

Brian M. Hoxie
Director, Enforcement Operations Division
Trade Remedy Law Enforcement Directorate
CBP Office of Trade

Enclosure

# ATTACHMENT 1

*List of Documents that Require Revised Public Versions*

| Date of Document | File Name | Version |
|---|---|---|
| 12/16/2019 | AEFTC - Allegation Narrative Re__Classic Metals - (7424) - PV | Public Version |
| 12/16/2019 | AEFTC – Allegation Narrative Re_Florida Aluminum – (7424) – PV | Public Version |
| 12/16/2019 | AEFTC - Narrative to the Allegation Re_Feliciano - (7425) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Alleg Re_Global Alum - (7426) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_HE Home - (7427) - PV | Public Version |
| 12/17/2019 | AEFTC - Narrative to the Allegation Re_JL Corp - (7428) - PV | Public Version |
| 12/17/2019 | AFETC - Allegation Narra Re_Puertas y Ventanas - (7429) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-1 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purch 5-3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 4 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exh G Proof of Shipment Scrap Purchase 6 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 1 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 2 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 3 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 4 - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 5 (structure) - (7426) - PV | Public Version |
| 3/17/2020 | CEE - Exhibit G scrap purchase 6 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 1 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 10 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 11 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 12 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 2 - (7426) - PV | Public Version |

| | | |
|---|---|---|
| 3/18/2020 | CEE - Exhibit G quote for scrap 3 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 4 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 5 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 6 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 7 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 8 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G quote for scrap 9 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 10 (tube) - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 11 (tube) - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 7 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 8 - (7426) - PV | Public Version |
| 3/18/2020 | CEE - Exhibit G scrap purchase 9 - (7426) - PV | Public Version |
| 4/22/2020 | CEE - Puertas y Ventanas Suppl Resp Entry 0598 - (7429) - PV | Public Version |
| 4/22/2020 | CEE - Puertas y Ventanas Suppl Resp Entry 1794 - (7429) - PV | Public Version |
| 5/13/2020 | AEFTC - Supplement to Allegation Re_Global Distributor - (Cons Case 7423) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 01-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 03-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 06-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 07-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 08-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 09-2019 - (7426) - PV | Public Version |
| 5/14/2020 | CEE - Re_Mill Test Certif for Alum Ingot 12-2019 - (7426) - PV | Public Version |
| 6/9/2020 | Classic Metals - CF28s Response - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Indus Felic, JL Trading, Puertas Y Ventanas - Req. for RFI Extension - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | JL Trading - CF28 Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | JL Trading - CF28 Response Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Puertas Y Ventanas - CF28 Cover Letter - (Cons Case 7423) - PV | Public Version |
| 6/18/2020 | Puertas, Industrias, JL Trading - Req. Ext. Re_Questionnaire Resp. - (Cons Case 7423) PV | Public Version |

| | | |
|---|---|---|
| 7/2/2020 | CEE - CF-28 Response Entry 4769_01-09-20 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_A(12)_D(3)_D(4)_D(5) Cons. Spreadsheet - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C(1) Trial Bal 2020_Quarterly - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2018 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Quest. Resp Re_C.1 General Ledger Trial Balance Dic 2019 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.4 INTERIM 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2017 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Resp Re_C.5 Audit Financial Statement 2018 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_C.3 - (Cons Case 7423) - PV | Public Version |
| 7/6/2020 | Industrias Feliciano - Questionnaire Response Re_Section B Exhibits - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2019 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Question D.20(b) Planilla Choferil 2020 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000086 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000097 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C000209 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002942 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002943 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002951 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C002961 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp Re_D.6 Customer #C003025 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D(2)Schematic Drawings - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000007 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000043 - (Cons Cas 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000048 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000059 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Resp. Re_D.6 Customer #C000060 - (Cons Case 7423) - PV | Public Version |
| 7/7/2020 | Industrias Feliciano - Questionnaire Response Re_D(1) Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 13 Response to D.6, Trans Docs with U.S. Customers_C1 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 14 Markup of Sales - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 15 List of Vendors - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 16 List of Employees and Job Descriptions - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 17 Payroll Register - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 18 Quarterly Payroll Reports - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - Exhibit 20 E-mail Correspondence with the Supplier - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - RFI Narrative - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - RFI Narrative and Exhibits 1 -12 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Classic Metals - RFI, Exhibits 19 - 20 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Felciano - D(1) _ List of Products and Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  April  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  April  2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  August  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  August  2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  December  2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  December  2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  February 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  February 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  January 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  January 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  July 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  July 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  June 2018 - (Cons Case 7423) - PV | Public Version |

| 7/8/2020 | Industrias Feliciano - C-6  June 2019 - (Cons Case 7423) - PV | Public Version |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - C-6  March 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  March 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  May 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  November 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  November 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  October 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  October 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  September 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - C-6  September 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Copy of Question D.21 Spreadsheet - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114735_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114802_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114828_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114857_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114929_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628114957_0001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D 21(o)(p)_200628115057_001 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(2) Schematic Drawings - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q1 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q2 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q3 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_ 941 - Q4 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 1QTR 2020 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 2QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 3QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(20) b_Planilla DTRH 4QTR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D(5)_ Detail Support of Sales to Costumers - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(3)_D(4)_D07-08-29(5)_List of Cust for all products_Puertas y Ventanas - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D(6) Client Invoices Copy - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D21(m)(n) #3474 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - D21(m)(n)#4398 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C (8)_ Income Tax  Returns 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(1) Trial Balance 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(1)Trial Balance 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(3) Payments to Suppliers - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(4) Income Statement 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(5)  Audited Financial Statements 2017 and 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Q C(8)Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Quest - D.20(b) Planillas Trimestrales 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question A (7)(b) - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question A(6) Broker POA - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C(1) Trial Balance 2020 (Quarterly) - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.1 General Ledger Trial Bal Dic2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2018 pgs 1-75 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pages 51-75 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 101-125 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2  Acct. Payables 2019 pgs 126-150 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 151-159 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.2 Acct. Payables 2019 pgs 160-168 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.3 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.4 Interim 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D(1)Dies - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D(14) - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report12 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report13 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report14 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report15 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report16 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report17 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report2 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report3 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report4 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report5 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report6 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report7 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report8 - (Con Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D. 20(a) Payroll bank report9 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) 941-PR 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.20(b) Unemployment 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-June 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers January-May 2020 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.21(f) Wire Transfers July-December 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000048 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C000209 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002942 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C002961 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER #C003025 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C000085 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002943 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER# C002951 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000059 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000060 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000086 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000097 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000157 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000163 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000164 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000180 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000244 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000257 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000283 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000388 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000657 - (Cons Case 7423) - PV | Public Version |

Remand PR 000125

| | | |
|---|---|---|
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000692 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000778 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000823 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C000911 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001063 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001077 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001211 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001356 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001450 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001511 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001628 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001630 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001760 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D.6 CUSTOMER#C001990 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) & (i)(j)(k)#4398 PRRU 6419 ABRIL 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Question D21 (a) to (e) (i)(j)(k) #3474 UESU 2061 FEBRERO 2019 - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questionnaire - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questionnaire Section B Exhibits - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questions A(12), D(3), D(4) & D(5) Cons Spreedsheet - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Questions A(12), D(3),(4)(5)CustomerList - (Cons Case 7423) - PV | Public Version |
| 7/8/2020 | Industrias Feliciano - Response to Q're - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Pueras Y Ventanas - C(6)  2018 - Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Pueras Y Ventanas - C(6) 2018_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventanas - C(6) 2019_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puerta Y Ventasas - C(6) 2020_Mayo - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - A 7(b) - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(2)_List of Purchases from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(3)_Monetary Trans_Order Lists_Invs_from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2018_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2019_Marzo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6)  2019_Mayo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Noviembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Octubre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018 - Septiembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Agosto - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Diciembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Julio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Junio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2018_Mayo - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Agosto - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Diciembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Julio - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Noviembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Octubre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2019_Septiembre - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Abril - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Enero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - C(6) 2020_Febrero - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 101-125 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 126-150 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 151-159 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 160-168 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.2 Acct. Payables 2019 pages 76-100 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.3 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.4 INTERIM 12-31-2019 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2017 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.5 AUDIT FINANCIAL STATEMENT 2018 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2017 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question C.8 Income Tax Return 2018 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(1) Dies - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D(14) - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report1 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas - Question D. 20(a) Payroll bank report10 - (Cons Case 7423) - PV | Public Version |
| 7/10/2020 | Puertas Y Ventanas – RFI Response Narrative – (Cons Case 7423) – PV | Public Version |
| 7/12/2020 | JL Trading Corp - A (11) Additional payment - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - A12_D(3)_D(4)_D(5)_List of Customers - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (1)_Trial Balances for 2017_2018_2019_2020 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (2)_List of Purchases from 2018 to present - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (4)_Annual Reports 2017_2018_2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2018 Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part I Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2019 Part II Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (6) 2020 Bank Statements - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C (8) 2017 Tax return extension - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2018 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - C(7) Trial Balance 2020 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (1) List of Products and Dies - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (20 a)_ List of Employ and Annual Payroll 2019 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (20 b)_Payroll reports filed - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21 k) Payment Freight - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading (1) - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_2 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_3 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_4 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_5 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_6 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (21)_Entries JL Trading_8 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sales to Customers - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 1 Customer Invoices - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D (6)  Sample 2 Customer Invoices - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134058_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134257_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134324_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134353_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134423_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134453_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134525_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134555_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134632_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134705_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134734_0001 - (Cons Case 7423) - PV | Public Version |

Remand PR 000129

| | | |
|---|---|---|
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134802_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134831_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134901_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134929_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628134957_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135025_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135056_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135125_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135155_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135226_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135252_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135320_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135347_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135414_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135443_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135521_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135549_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135617_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135646_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135717_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135747_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135814_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135844_0001 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D 21(o)(p)_200628135914_000 - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D(2) Schematics _JL Trading - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp - D(2)_List of Dies - (Cons Case 7423) - PV | Public Version |
| 7/12/2020 | JL Trading Corp – RFI Response Narrative – (Cons Case 7423) – PV | Public Version |
| 8/28/2020 | EFTC - Submission of VFI and Comments On Importers QRs - (Cons. Case No. 7423) - PV | Public Version |

| | | |
|---|---|---|
| 8/28/2020 | Classic Metals - Submission of Voluntary Submission_C1 - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | H&E - Submission of Suppl Voluntary Factual Information Exhibits - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2119_aluminum_furnace_one_in_operation - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2133_cutting_of_aluminum_billet_prior_to_extrusion - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2134_aluminum_extrusions_in_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2144_cutting_of_aluminum_billet_and_extrusion_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2156_extrusion_sandblasting_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2169_extrusion_anodizing_process - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2180_extrusion_painting_process (1) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment 2 IMG_2183_extrusion_painting_process (2) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment I (Part 1) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Attachment I (Part 2) - (Cons Case 7423) - PV | Public Version |
| 8/28/2020 | Importers' - VFI Narrative - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Florida Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Entry Summary COO Kingtom Invoices - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 4 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 5 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 6 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 7 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 8 Part 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit B Kingtom Invoice 8 Part 2 - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 11/17/2020 | Global Aluminum - Exhibit C Bank statement Oct 2018 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D Invoice, packing list and CBP 7501 - 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 1 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 2 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Exhibit D PO 3 - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Global Aluminum - Supplemental RFI Exhibit A - (Cons Case 7423) - PV | Public Version |
| 11/17/2020 | Industrias Feliciano - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 11/20/2020 | Global Aluminum - Exhibit E Signed Certification - (Cons Case 7423) - PV | Public Version |
| 11/24/2020 | Florida Aluminum - Supplemental Response - (Cons Case 7423) - PV | Public Version |
| 12/1/2020 | Global Aluminum - Supplemental RFI - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Florida Aluminum - Florida Supplemental RFI Importer - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Florida Aluminum - RFI Response - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-1.4-706) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-2.18-815) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 1-Puerto Rico P-2.26-692) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21 3.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.21) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28 3.22) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-3.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2 3.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 3 - Puerto Rico P-4.2-653) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.21 5.14) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.21-193) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7 5.1) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 5 - Puerto Rico P-5.7-188) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752 1.17) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.31-752) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-1.4-703) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756 1.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G1 Puerto Rico P-2.12-756) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07 5.29) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.11-07) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27 67-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67 6.10) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-6.27-67) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1 6.27) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 6 - Puerto Rico P-7.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1 6.18) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-514) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 7 - Puerto Rico P-7.30-643) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.13) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19 8.21) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19(4)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-514 8.7) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997 8.8) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.19-997) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.5) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.6-577) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511 8.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-1) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-511-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G2 8 - Puerto Rico P-8.9-514-3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 6.27(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 - Hayco Dominican Republic 9.4 (3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.10) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.18) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.23) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico 10.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 10.2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011 1015) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 10 - Puerto Rico P-10.17-1011) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.14) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-11.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 11 - Puerto Rico P-244-1172-1173-1174-1175-1176) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico 9.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.11(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.16) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.25(1)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.28(1)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 9 - Puerto Rico P-9.9) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.25(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 1.9) - (7423) - PV | Public Version |

Remand PR 000134

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 10.28) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.16) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 3.20) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 5.29(3)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.25) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 6.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 8.15) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh G (G3 IDA Dominican Republic 8.9) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 06-13-2019 Import Information) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 16554 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 30 percent prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 - 70 percent balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201911 PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 28945-signed (final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 30 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 5986-PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 contract with sing 1119) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 201912 Kingtom Aluminio SRL - CRL 5986) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 23653 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 30 Percent payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 5165-PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots 70 Percent payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 2019 Concord Alum. Ingots Cont lijst. CMA CGM Niagara - 92746176 PL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Containerlijst mv. CMA CGM Niagara - 94746228 PL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5165 (P4678-2) - COA-COO - PL- Hillside - BLACK Paint 201906) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5917 (P5690) - COA-COO -PL - Hillside GREEN Paint 201911) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 CRL 5986 (P5419)-COA-COO -PL Hillside - PINK Paint 201912) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5165 contract 1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H1 Kingtom Aluminio SRL - CRL 5917 contract1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 - PTESI1038589 trifigura final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 BL(5)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 COA 632486.3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 contrato) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 CoO - 632486.3) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Import) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201901 Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 30 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 70 Percent Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 Certificate of Analysis 91744124-2 COA) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 contrato) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 CoO - 632486.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 COO_632486.4) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 Final Invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201906 PL KINGTOM) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 30 Percent Prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Certificate of Analysis 91744124-2) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 CoA . CoO - 632486.5) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 OBL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Packing List) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 Payment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1035625A PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201908 PTESI1048942 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H2 201909 30 Percent Prepayment) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 70 Percent Balance) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 COA COO 632486.6) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 container details - 95083514) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 Import) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1050856 PI) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201909 PTESI1051313 final invoice) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 12.19(1)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 BL(11)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 COO COA 636486.7) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Final Invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 Import) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201911 PTESI1053566) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 1049886 COA) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 BL) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 CoO -641609.1) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Cosco Shipping Danube-12x Caucedo - 94746267(PL)) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 PTESI1055068 final invoice) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H3 201912 Signed Contractu Trade 641609) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COA COO) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 Contract) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Exh H (H4 COO COA Rusal) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.01 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.03 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.06 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.07 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.08 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.09 (Exh F) - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - CF28 Resp. Mill Test Certification for Aluminum Ingot 2019.12 (Exh F) - (7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - Exhibit B - CI - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit D - BOM - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit I - TimeCard 01.01.2019-12.21.2019 - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit K - Photos and Capacity of Production Equipment - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit L - PURCHASE ORDER # 42088 - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Exhibit N - BOL - DR to US - (7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - List of Exhibits - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Response Suppl RFI - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit B_Comm to Customs - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit C_Vendor Pur History - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit D_Accts Payable Trial Bal - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit E_ Jan To Present Accts Payable Trial Bal - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit F_Bank Statements - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit G_Personal Statement - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit H_Personal Statement - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit I - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI Exhibit J_Signed Certification - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI List of Exhibits - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Suppl RFI_Exhibit A - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Supplemental RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit A Affidavit of Expert - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit B Manufacturing Process - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C Producer Affidavit - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Andrew Chang Linked Profile - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit C1 Wang Albert Linked Profile - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit D Company Registration - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit E Employee IDs - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit F Employee Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit G Employee Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit H Employee Records  - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I Images Of Staff By Departemt - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit I2 Communication from Kingtom to Ta Chen - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J Monthly Export Volume of Aluminum Extrusion - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J1 Production Records - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 Chinese Import Data to DR - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit J2 DR Import Data 76101000 Extrusion - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit K Label Variations - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit L - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit M Label Instructions - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit N Production Photos and Videos - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit O Attachment 4 Equipment - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit P Attachment 1 Aluminum Ingot Raw Materials - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit Q Invoice To Global Aluminum - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Sub. Exhibit Q Invoice To Global Aluminum 2 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Global Aluminum - Voluntary Submission of Factual Information - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response Cover Letter - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - RFI Response Exhibits 1-32 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - Suppl RFI Cover Letter - (Cons Case 7423) - PV | Public Version |

| | | |
|---|---|---|
| 12/11/2020 | Kingtom - Suppl RFI Exhibits S-1 - S-21 - (Cons Case 7423) - PV | Public Version |
| 12/11/2020 | Kingtom - Supplemental RFI Response - (Cons Case 7423) - PV | Public Version |
| 12/16/2020 | AEFTC - Allegation Narrative Re__Classic Metals - (7423) - PV | Public Version |
| 12/16/2020 | AEFTC - Exhibits the Allegation - (7423 - 7429) - PV | Public Version |
| 12/21/2020 | Importers' - Joint Submission of Rebuttal Information - (Cons Case 7423) - PV | Public Version |
| 12/28/2020 | Aluminum Extrusions - Written Argument - (Cons Case 7423) - PV | Public Version |
| 12/28/2020 | Importers' - AIOT Joint Written Arguments - (Cons Case 7423) - PV | Public Version |
| 3/12/2021 | Classic Metals Request For Administrative Review Request (Cons Case 7423) - PV | Public Version |
| 3/12/2021 | RR – Classic Metals Administrative Review Request – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Florida Aluminum Extrusion Request for Admin Review – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Global Aluminum Dist. Request for Administrative Review – (Cons Case 7423) – PV | Public Version |
| 3/12/2021 | RR – Industrias JL Trading and Puertas Req. Admin. Review – (Cons Case 7423) – PV | Public Version |
| 3/30/2021 | RR – HQ317423 Response to Administrative Review – (Cons Case 7423) – PV | Public Version |
| 6/18/2020 | Industrias - CF-28 response, Entry 6216 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response 1 of 2 Entry 8618 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response 2 of 2, Entry 8618 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response explanation of tolerances (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response schematic drawings - (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CF-28 supplemental response, Kingtom Dies (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - Certification (7423) - PD.pdf | Public Version |
| 6/18/2020 | Industrias - COVERLETTEREXHBIT1- PROOF OF PAYMENT(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhbit3(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit 1(7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit1ENTRY PACKAGE 85T0089905-2 (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit1LiquidationNotice (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit2 Raw MaterialImports (7423) - PV.pdf | Public Version |
| 6/18/2020 | Industrias - CoverLetterExhibit2(7423) - PV.pdf" | Public Version |
| 6/18/2020 | Industrias - CF28CoverIet (7423) - PV.pdf | Public Version |
| 3/27/2020 | Global - RFI Response (7348) - PV | Public Version |

**ATTACHMENT 2**

*Example of documents with Public Summaries*

The quantity and sizes of Kingtom's extrusion presses are corroborated in an affidavit submitted by [ NAME ], an aluminum extruder with facilities in [ LOCATION ].[20] [ NAME ] is a member of the Aluminum Extruders Council and has been manufacturing since [DATE].[21] [ NAME ] has more than [ # ] years of experience in the aluminum extrusion industry, thus accrediting [NAME expertise in the industry.[22] [ NAME and DATE ] visited Kingtom's facility and identified 7 extrusion presses, the largest being an 8-inch press, which was not running at the time of the visit. [ NAME ] indicated that only Kingtom's 4-inch and 5-inch pressed appeared to be running.[23] As noted above, even if Kingtom's 8-inch press had been active at the time of [ NAME and DATE ], it would still not be large enough to produce the 7-inch profiles Kingtom sold [ NAME and DATE ].

Further, [ NAMES ] indicated that, at the time of their respective visits, Kingtom appeared to lack the paint lines required to paint the products it was exporting.[24] As of [ DATE ] Kingtom had one vertical paint line running with the capability to paint 20-25 foot length profiles.[25] According to [ NAMES ], to serve the Florida market with exports of aluminum extrusions for the production of patio enclosures, for which Kingtom was in the market and exporting such materials, Kingtom would require a paint line capable of painting profiles up to 40 feet in length.[26]

Regarding Kingtom's overall production capacity, both [ NAME ] attest to Kingtom's limited number of presses and the activity of those presses during their respective visits. Specifically, [ NAME ] indicates, based on [NAME] experience and at the time of [NAME] [DATE] visits, Kingtom possessed the capacity to ship approximately 280,000 pounds of extrusions per press per month.[27] This calculation is based on several factors, including the limited number and sizes of active press, standard maintenance downtime, the rate of scrap that is produced from extruding the aluminum through the presses, plus downstream scrap, which reduces the total extrusion output quantity.[28] However, according to the Allegation, in May 2018, Kingtom shipped over 670,000 pounds of profiles.[29] This is approximately [ # ] percent beyond [NAME ] calculated maximum output for Kingtom during this period. [ NAME ] further indicates that Kingtom is currently selling approximately 1 million pounds of profiles per month to the Puerto Rican market alone.[30] Again, even with Kingtom's later additional presses viewed during [ NAME and DATE ], Kingtom would not be reasonably expected to produce this quantity given the limited number of total presses, much

---

[20] *Id.,* at 17-18 and Exhibit 13.
[21] *Id.*, at Exhibit 13.
[22] *Id.*, at Exhibit 13.
[23] *Id.,* at 17-18 and Exhibit 13.
[24] *Id.*, at Exhibits 12 and 13.
[25] *Id.*
[26] *Id.*
[27] *Id.*, at 23 and Exhibit 12.
[28] *Id.*, at 21 and Exhibit 12.
[29] *Id.*
[30] *Id.*, at 22 and Exhibit 14.

4

# Public Version Examples of
# Sales Documents Which Contain a
# Summary of the Bracketed Information

**PO # NA 1330_P**



Name

抄　送：  Name

时　间：2017-5-9 6:56:23

附　件：　image001.jpg　　　　　　　　　　　　　下载附件

　　　　　　　　NA 1330_P.pdf　　　　　　　　　　下载附件

　　　打包下载全部附件

Dear Name

Please find attached PO # NA 1330_P for NH Pipe (3 containers).   Destination is Houston.   Shipment date is 06/29/2017.

Please confirm receipt of PO and send us PI.

*Thanks,*

Name and contact info

PUBLIC VERSION



# Purchase Order

Company name and contact info

| P.O. No. | Date |
|----------|------|
| NA 1330_P | 5/8/2017 |

Location

Address

Vendor

Terms of sale

Ms. Apple
ABC Town, Jianfxian County,
Yuncheng City, Shanxi China

| Entered By | Ship Via | Ship # | Terms |
|------------|----------|--------|-------|
| | | 1193 | Net Upon Receipt |

| Item | Description | Unit | Unit Price | Ord Qty | Rcvd Qty | Extension |
|------|-------------|------|-----------|---------|----------|-----------|
| 220156 | 1 1/2" No Hub Cast Iron Pipe (84 PCS/ BUNDLE) 2 BUNDLES | pcs | | | | |
| 220160 | 3" No Hub Cast Iron Pipe (48 PCS/ BUNDLE) 1 BUNDLE | pcs | | | | |
| 220164 | 5" No Hub Cast Iron Pipe (21 PCS/ BUNDLE) 2 BUNDLES | pcs | | Numbers | | |
| 220168 | 6" No Hub Cast Iron Pipe (18 PCS/ BUNDLE) 60 BUNDLES | pcs | | | | |
| 220171 | 10" No Hub Cast Iron Pipe (8 PCS/ BUNDLE) 3 BUNDLES | pcs | | | | |
| 220173 | 15 " No Hub Cast Iron Pipe (3 PCS/ BUNDLE) 1 BUNDLE | pcs | | | | |

# OF CONTAINER: 3
SHIPDATE: 06/29/2017

**Total**   Number

# CONTRACT

The Seller:

**ABC Trading Co.**

ABC Town, Jiang Country, Yuncheng City, ShanXi Province,
CHINA 043400

The Buyer:

Company name and contact info

INVOICE NO.:HTDC1723Y

CONTRACT NO. : NA1330_P

INVOICE DATE: 2017-5 9

SHIPMENT DATE: 2017-6-30

DESTINATION Location

1,The Seller agrees to sell and the buyer agrees to buy the cast iron pipe on the terms and conditions:

| Name of Commodity | Quantity | Total Amount |
|---|---|---|
| | (PALLETS) | (USD) |
| Cast iron hubless pipe | Number | Number |

2,Package:wooden crate , bundle by steel strip.

3,Port of Loading:Xingang Tianjin

4,Port of Destination: Name

5,Terms of payment: FOB XINGANG

6,Force Majeure: In case of Force Majeure, the Seller shall not be held responsible for late delivery
or non-delivery of the goods but shall notify by fax. The Seller deliver to the Buyer by
registered mail, if so requested by the Buyer, a certificate issued by the China
Council for the Promotion of International trade or any competent authorities.

7,Arbitration: All disputes in connection with this Contract or the execution thereof shall be
settled through friendly negotiations between two parties. If no settlement can be
reached, the case in dispute shall then be submitted for arbitration to the Economic
and Trade Arbitration Commission(Beijing) and arbitration rules of this commission shall be
applied. The decision made by the arbitration organization shall be taken as final
and binding upon both parties. The arbitration expenses shall be born by the losing party unless
otherwise awarded by the arbitration organization.

The Buyer:

Company name and contact info

The Seller:

Yuncheng Jiangxian Economic Development
运城市绛县开发区恒通铸造有限公司

PUBLIC VERSION

# INVOICE

**ABC Truding Co.**

**ABC Town, Jiangxian Country ,Yuncheng City,ShanXi Province,China.**

IV NO.: HTDC1723Y

P.O.:NA1330_P

FROM: XINGANG

CONTRACT DATE: 2017/5/9

SHIPMENT DATE: 2017/7/3

DESTINATION: Name

Company name and contact info

TERMS: XIN GANG  Sale term



| Descript. Of Goods | Size | BUNDLE | Pieces/BUNDLE | Pieces | UNIT PRICE (USD) | AMOUNT (USD) |
|---|---|---|---|---|---|---|
| NO HUB PIPE | 1.5" X10´ | | | | | |
| NO HUB PIPE | 3" X10´ | | | | Numbers | |
| NO HUB PIPE | 5" X10´ | | | | | |
| NO HUB PIPE | 6" X10´ | | | | | |
| NO HUB PIPE | 10" X10´ | | | | | |
| NO HUB PIPE | 15" X10´ | | | | | |
| TOTAL:3X40' HC | | | | | | |

PUBLIC VERSION

# PACKING LIST

IV.NO.: HTDC1723Y
P.O.:NA1330_P
FROM: XINGANG

ABC Trading Co.
ABC Town, Jiangxian Country ,Yuncheng City,ShanXi Province,China.

CONTRACT DATE: 2017/5/9
SHIPMENT DATE: 2017/1/3
DESTINATION:[ Name ]

Company name and contact info

TERM:[ Sales term ] XINGANG



| Descripl. Of Goods | Size | BUNDLE | Pieces/BUNDLE | Pieces | PIECE/KG | Net weight |
|---|---|---|---|---|---|---|
| THE FIRST CONTAINER NUMBER:CAIU9476330 | | | | | SEAL:: | F0137756 |
| NO HUB PIPE | 15" X10' | | | | | |
| NO HUB PIPE | 10" X10' | | Numbers | | | |
| NO HUB PIPE | 6" X10' | | | | | |
| NO HUB PIPE | 1.5" X10' | | | | | |
| TOTAL: 1X40' HC | | | | | | |
| THE SECOND CONTAINER NUMBER: CMAU4853768 | | | | | SEAL: | F0137758 |
| NO HUB PIPE | 10" X10' | | | | | |
| NO HUB PIPE | 6" X10' | | Numbers | | | |
| NO HUB PIPE | 5" X10' | | | | | |
| NO HUB PIPE | 1.5" X10' | | | | | |
| TOTAL: 1X40' HC | | | | | | |
| THE THIRD CONTAINER NUMBER: GESU6620071 | | | | | SEAL: | F0137756 |
| NO HUB PIPE | 10" X10' | | | | | |
| NO HUB PIPE | 6" X10' | | Numbers | | | |
| NO HUB PIPE | 5" X10' | | | | | |
| NO HUB PIPE | 3" X10' | | | | | |
| TOTAL: 1X40' HC | | | | | | |
| TOTAL: 3X40' HC | | | | | | |

PUBLIC VERSION

Remand PR 000149

# ORIENT EXPRESS CONTAINER CO.,LTD.

WEBSITE : WWW.OECGROUP.COM

## BILL OF LADING NO. COPY

**B/L Number:** OERT204732G00072

SO Number : OETJN17060606

**SHIPPER**
ABC Trading co.

ABC TOWN, JIANGXIAN COUNTRY, YUNCHENG CITY, SHANXI
PROVINCE, CHINA 043400

**FOR DELIVERY OF GOODS PLEASE APPLY TO**
OEC GROUP HOUSTON INC.
3030 S GESSNER SUITE 276 HOUSTON, TX 77063

**CONSIGNEE**

Company name and contact info

**NOTIFY PARTY**

Company name and contact info

| VESSEL AND VOYAGE NO. | PLACE OF RECEIPT | PORT OF LOADING |
|---|---|---|
| APL SALALAH V.207GEW | TIANJIN | XINGANG |

| PORT OF DISCHARGE | PLACE OF DELIVERY | NUMBER OF ORIGINAL B/L |
|---|---|---|
| Name | Name | THREE(3) |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE**

| Container Numbers, Seal Numbers and Marks | No. of Packages or Shipping Units | Description of Goods | Gross Cargo Weight | Measurement |
|---|---|---|---|---|
| SEE ATTACHED | 3 X 40HQ | SHIPPER'S LOAD & COUNT<br>69 PACKAGES<br>SEE ATTACHED | Numbers | |
| | | "FREIGHT COLLECT"<br>SVC TYPE: CY/CY<br>SAY TOTAL: Numbers PACKAGES ONLY | SURRENDER | |

**TOTAL NUMBER OF PACKAGES** :3 x 40HQ

**CARRIER'S RECEIPT** : Total No. of packages received and acknowledged by carrier for the purpose of calculation of package

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| IMPORT SECURITY FILING | | | | AS ARRANGED |
| OCEAN FREIGHT | | | | AS ARRANGED |
| AMS FEE | | | | AS ARRANGED |

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at the above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Conditions contained on reverse date hereof, to which Merchant agrees by accepting this Bill of Lading.

IN WITNESS WHEREOF the number of original Bills of Lading on this side have been signed, one of which being accomplished, the other to stand void, unless applicable law provides otherwise.

ORIENT EXPRESS CONTAINER CO., LTD.

| DECLARED VALUE FOR OCEAN TRANSPORTATION | DECLARED VALUE FOR INLAND TRANSPORTATION | AS AGENTS FOR THE CARRIER |
|---|---|---|
| NONE | NONE | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
|---|---|---|
| TIANJIN / JUL.03.2017 | JUL.03.2017 | PUBLIC VERSION |

BL NO : OERT204732G00072

VESSEL : APL SALALAH

VOY : 207GEW

CONTAINER:

CAIU9476330 / F0137756/CY/CY/40HQ/

CMAU4853768 / F0137758/CY/CY/40HQ    Numbers

GESU6620071 / F0137755/CY/CY/40HQ/

MARKS:
N/M

DESCRIPTION:
CAST IRON PIPE
NA1330-P

<<END OF ATTACH OF HBL OERT204732G00072>>

PUBLIC VERSION

PDF 檔案使用 "pdfFactory Pro" 試用版本建立 www.pdffactory.com

Remand PR 000151

Form Approved OMB NO. 1651-0022
EXP. 03-31-2012

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| [ Number ]920-2 | 01 ABI/A | 08/11/2017 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 353 | 8 | 5301 | 08/01/2017 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| RDO CONCERT 208PG | 11 | CN | 08/01/2017 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| [ Number ] | [ Number ] | CN | 06/30/2017 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 57017 | 5301 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| | SAME | , [ Number ] | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| | . . . . Name |
| City          State TX          Zip | City   City   State   State   Zip   Number |

| 27 | 28. Description of Merchandise | | | 32. | 33. | 34. |
|---|---|---|---|---|---|---|
| | | | | A. Entered Value | A. HTSUS Rate | Duty and I.R. Tax |
| | 29. | 30. | 31. | B. CHGS | B. ADA/CVD Rate | |
| No. | A. HTSUS No. | A. Gross Weight | Net Quantity in | C. Relationship | C. IRC Rate | Dollars          Cents |
| | B. ADA/CVD Case No. | B. Manifest Qty. | HTSUS Units | | D. Visa No. | |
| 001 | M TSHF215589    H 204732G00072 | | | N | PK | |
| | COMM. INV #1 : HTDC1723Y | | | | | |
| | SOIL PIPES,TUBES OF    IRON | | | | | 0.00 |
| | 7303.00.0030 | | | | FREE | |
| | | | | C9000 | | |
| | MERCHANDISE PROCESSING FEE | | | | 0.3464% | |
| | HARBOR MAINTENANCE (WATERWAYS) FEE | | | | 0.125% | Numbers |
| | G.I.V | | | | | |
| | N.E.V | | | | | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | TOTALS |
|---|---|---|---|
| HARBOR MAI.. 501    Numbers | | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees    Numbers | | 0.00 |
| | $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | | 0.00 |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

| | D. Ascertained Other | 39. Other |
|---|---|---|
| | | Numbers |
| | E. Ascertained Total | 40. Total |

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR [✓] owner or purchaser or agent thereof. I further declare that the merchandise [✓] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantifies, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer and information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| OEC LOGISTICS, INC. | ATTY-IN-FACT | name | 07/18/2017 |

| Name | Name |
|---|---|

RECORD

Page 1 of 1

**CBP Form 7501 (06/09)**

1

PUBLIC VERSION

Remand PR 000152

## Bank notice of payment receipts

中国建设银行网上银行电子回执

| : 美元 | 日期: 20170811 | 凭证号: 103H170810036971 | 账户明细编号-交易流水号: | 246-1401006610NBPUAQE6N Yuncheng |

Payer

| | 全 称 | 运城市绛县开发区恒通铸造有限公司 |
|---|---|---|
| 账 号 2900111906 | | 账 号 1405011006610000012 |
| 开户行 建行临汾尧庙支行 | Payee 开户行 | 中国建设银行股份有限公司临汾尧庙支行 |
| 金额 肆万叁仟柒佰肆拾捌元伍角柒分 | 小写金额 | Number |
| 途 103H170810036971 | 钞汇标志 汇 | |
| 类 自定义 | | |

Name

提示: 银行受理成功, 本回执不作为收、付款方交易的最终依据, 正式凭单请在交易成功日打印。

**PUBLIC VERSION**

# Public Version Examples of
# Financial Documents Which Contain a
# Summary of the Bracketed Information

Annex I
Table 1:

## List of newly increased registered capital
### As of April 10, 2003 only

Name: ABC Trading Co., Ltd. (Anhui)                                                   Unit: RMB Ten thousand



| Shareholder name | Subscribe for new registered capital | The actual increase in funding situation | | | | | | Of which: the newly paid registered capital |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Currency | Physical assets | Intangible assets | Net assets | Claims | Total | |
| Names and numbers | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Numbers and signature | | | | | | | | |
| Total | | | | | | | | |

Signature:

PUBLIC VERSION

Proof of Property Segmentation of Investment Property

ABC Accounting Firm:

Shareholders (investors) of our company provide with the money payment slip (payment bill) [ Number ] yuan, physical certificate (invoice)    piece,___ yuan, has been reviewed and inventoried. Its deposit into the purchase method are processed by shareholders (investors). Property investment division by the shareholders (investors) are approved as follows:

Unit:  yuan

| No. | Investor name (shareholder) | Registered capital (registration amount) | Total amount of investment (actual amount) | Including | | | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Money funds | Physical assets | Intangible assets | |
| 1 | | | | | | | The difference between the amount of capital invested by the investor and the registered capital __ was carried into "capital reserve" in accordance with the <Accounting Standards for Business Enterprises> |
| 2 | | | | | | | |
| | Names and numbers | | | | | | |
| | | | | | | | |
| | | | | | | | |
| total | | | | | | | |

Notes: 1. Money payment slip (payment bill) Date April 10, 2003
2. Physical certificate (invoice) number
Hereby certificate                                    Company (enterprise) name

All shareholders (investors) Signature:                              April 10, 2003     PUBLIC VERSION

PUBLIC VERSION

Income Statement

Prepared by: ABC Trading Co. Ltd (Anhui)

Kuaiqi No.2

Dec-15

Monetary Unit: RMB/Yuan

| Items | Line No. | Amount of The Current Year | Accumulated amount this year |
|---|---|---|---|
| I. Operating Income | 1 | | |
| Minus: Operating Cost | 2 | | |
| The main business tax and surcharges | 3 | | |
| Minus: Selling Expenses | 4 | | |
| Management costs | 5 | | |
| Financial expenses | 6 | | |
| Impairment of assets | 7 | | |
| Plus: fair value change income (loss is listed with "-") | 8 | | |
| Investment income (loss is listed with "-") | 9 | | |
| Including: the joint venture and joint venture investment income | 10 | | |
| II.operating profit (loss to "-" sign) | 11 | | |
| Plus: non-operating income | 12 | | |
| Less: Non-operating expenses | 13 | | |
| Including: loss on disposal of non-current assets | 14 | | |
| III. Operating Profits (Loss Expressed with "-") | 15 | | |
| Minus: income tax expense | 16 | | |
| IV. Net Profits | 17 | | |
| V.Earnings Per Share | 19 | | |
| (1) Basic Earnings Per Share | 20 | | |
| (2) Diluted Earnings Per Share | 21 | | |

Numbers (current year column)

Numbers (accumulated amount column)

PUBLIC VERSION

Balance Sheet

Prepared by: ABC Trading Co., Ltd (Anhui)     Dec-16

Knaiqi No.1
Monetary Unit: RMB/Yuan

| Assets | Line | Line No. Amount at the | Amount at the | Liabilities and owners' equity | Line | Amount at the End | Amount at the Beginning of |
|---|---|---|---|---|---|---|---|
| Current Assets: | 1 | | | Current Liabilities: | 34 | | |
| Monetary Funds | 2 | | | Short-term Borrowings | 35 | | |
| Trading Financial Assets | 3 | | | Trading financial liabilities | 36 | | |
| Notes Receivable | 4 | | | Notes Payable | 37 | | |
| Accounts Receivable | 5 | | | Accounts Payable | 38 | | |
| Advance Payment | 6 | | | Advance Receipts | 39 | | |
| Interest Receivable | 7 | | | Payable to staff salaries | 40 | | |
| Dividend Receivable | 8 | | | Taxes Payable | 41 | | |
| Other Accounts Receivable | 9 | | | Interest Payable | 42 | | |
| Inventories | 10 | | | Dividends Payable | 43 | | |
| Non-current Assets Due within | 11 | | | Other Accounts Payable | 44 | | |
| Other Current Assets | 12 | | | Accrued expenses | 45 | | |
| Total Current Assets | 13 | Numbers | | Other Current Liabilities | 46 | Numbers | |
| Non-current Assets: | 14 | | | Total Current Liabilities | 47 | | |
| Available-for-sale Financial | 15 | | | Non-current Liabilities: | 48 | | |
| Held-to-maturity Investments | 16 | | | Long-term Borrowings | 49 | | |
| Long-term Receivable | 17 | | | Bonds Payable | 50 | | |
| Long-term Equity Investment | 18 | | | Long-term Accounts Payable | 51 | | |
| Investment Real Estates | 19 | | | Special Payable | 52 | | |
| Fixed Assets | 20 | | | Estimated Liability | 53 | | |
| Project in Progress | 21 | | | Deferred Income Tax | 54 | | |
| Project Goods and Materials | 22 | | | Other Non-current liabilities | 55 | | |
| Capitalized Biological Assets | 23 | | | Total Non-current Liabilities | 56 | | |
| Fixed Assets in Liquidation | 24 | | | Total Liabilities | 57 | | |
| Oil and Gas Assets | 25 | | | Owner's Equity | 58 | | |
| Intangible Assets | 26 | | | Paid-up Capital (or equity) | 59 | | |
| Development Expenditure | 27 | | | Capital Reserves | 60 | | |
| Goodwill | 28 | | | Minus: treasury stock | 61 | | |
| Long-term Deferred Expense | 29 | | | Surplus Reserves | 62 | | |
| Deferred Income Tax Assets | 30 | | | Undistributed Profit | 63 | | |
| Other Non-current Assets | 31 | | | Total Owners' Equity | 64 | | |
| Total Non-current Assets | 32 | | | | | | |
| Total Assets | 33 | | | Total Liabilities and | 65 | | |


PUBLIC VERSION

Public Document No. 5

Remand PR 000159

| | |
|---|---|
| **From:** | david.craven@tradelaw.com |
| **Sent:** | Monday, September 19, 2022 9:09 AM |
| **To:** | HOEFKE, SCOTT A; Ring, Beth (CTPAT); Diaz, Jennifer (CTPAT); ALBERTO, CASTANER; 'DeFrancesco, Robert'; 'Webster, Claire'; 'Brittney Powell'; 'Jordan L. Fleischer'; 'Brady Mills'; david.craven@tradelaw.com; 'Liz Levinson' |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A; 'Vanderweide, Alexander (CIV)' |
| **Subject:** | RE: Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |

Dear Scott:

I am afraid I am not clear on this.  During the course of the review, CBP asked my client to resubmit certain filings with new public summaries.  Since these were accepted by CBP, we assume that they were adequate.  Are you requiring us to "resubmit" these documents?   Certainly you do not want the parties to resubmit what would appear to be in excess of 35,000 pages to further clutter the record?    I would suggest that, under the regulations and practices, when a party submits a response with a public summary, unless it is expressly rejected, a party should be able to assume that the document was properly summarized.  Accordingly, I believe, in fact, that the burden is on CBP to expressly state which "public summaries" it is rejecting.  Finally, with respect to the format, I would like you to direct to me where in the CBP regulations the specific detailed format for submissions is provided.   As you know, we are not the ones that are filing these documents, with the CIT, CBP is filing these documents with the CIT.   Please explain where in the regulations you can shift the burden of preparation?

As such, I would expect the following from CBP:

1.   A specific list of the public summaries rejected by CBP and the basis for the rejection;
2. An explanation of the legal basis for CBP to limit "filings" to PDF's that have been subject to significant additional processing.

David John Craven
CRAVEN TRADE LAW LLC
773 709 8506 (tel)
773 245-4010 (tel)
dcraven@craventrade.com



David J Craven
Craven Trade Law LLC
Managing Partner

(773) 709-8506 Work
(773) 245-4010 Work
dcraven@craventrade.com
3744 N Ashland
Chicago, IL 60613

Remand PR 000160

The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Monday, September 19, 2022 7:59 AM
**To:** Ring, Beth (CTPAT) <bring@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Good morning,

All documents on the list provided to parties must have adequate public summaries.

The documents must be submitted as PDFs that have been flattened, OCRed, and scrubbed of metadata so they comply with the Court of International Trade's requirements.

Regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 5:38 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>

Remand PR 000161

**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Can you please identify and limit this request to the public versions which you deem to be inadequate now even though you previously accepted them and rejected those deemed improperly redacted during the investigation and required us to refile?   Most of this pertains to the voluminous amount of documents submitted in response to your importer questionnaires which were not even considered in your EAPA determinations, e.g. employee payroll records, Income tax returns, customer sales records, etc.

Further, in what format are we to transmit these documents, which mostly reproduces what was previously submitted? You previously required everything in PDF format. Now you are requesting another format.  We have no control over how CBP receives and processes PDF documents or what your system shows as "metadata."

Best regards,

Beth Ring

*Senior Member*

SANDLER, TRAVIS & ROSENBERG, P.A.
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com  |  VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error.  Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 3:49 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothchild.com) <bpowell@foxrothchild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothchild.com) <llevinson@foxrothchild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Remand PR 000162

We have looked into the issue and have determined in some instances while preparing the record for the Court of International Trade (CIT) when we OCRed documents and removed metadata, some items were removed by Adobe Acrobat because it classified the text as either "Hidden Text" or "Overlapping Text." These classifications resulted in Adobe Acrobat scrubbing the document of the metadata, i.e., the text in question, to make the document compliant with the CIT filing requirements.

We reopened the record to correct procedural items related to public summary requirement in accordance with the 19 C.F.R. 165.4(a)(2) and *Royal Brush Manufacturing, Inc. v. United States,* 483 F.Supp.3d 1294 (CIT 2020). This is now your opportunity to provide the revised public versions with the appropriate public summaries of the documents that we have listed. If there are documents included in this list that you previously submitted with public summaries, please resubmit them. To prevent this issue with Adobe from happening again, when you resubmit please make sure that your documents are flattened and already OCRed and scrubbed of metadata.

If you have any questions or need anything else please feel free to contact me.

Regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 12:34 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Remand PR 000163

**Citrix Attachments**                                    Expires March 15, 2023

124 - Industrias Feliciano - Questionnaire Re...(1).pdf          9.2 MB

57 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf           1.1 MB

58 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf           1.1 MB

CEE CF-28 supplemental response, Entry 05...ted.pdf             20 MB

D(2)Schematic Drawings (PUBLIC).pdf                            6.2 MB

Puertas CF28 Supplemental Respose Entry 1...(1).pdf          103.7 KB

[Download Attachments]

Beth Ring uses Citrix Files to share documents securely.

Mr. Hoefke:

You uniformly rejected public versions you deemed improperly redacted during the investigation. In fact you notified parties to resubmit them when you deemed them insufficient. Moreover, you changed the original public versions of some documents that complied with those requirements when submitting them to DOJ. Attached are examples of public versions of documents we submitted on behalf of our clients and the modified versions you provided to DOJ in the Public Document Index. You either lost, misplaced or changed what we originally submitted.

Best regards,

Beth Ring

*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com  |  VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 12:23 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>;

Remand PR 000164

HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>;
Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We will be sending out a revised letter directing only that the parties provide public versions of confidential documents that are sufficient to comply with the requirement in 19 CFR 165.4(a)(2). Specifically, "the public version[s] must . . . contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information. If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim." 19 CFR 165.4(a)(2). This direction is being made pursuant to the Court's remand order which states, in part, that CBP will "(1) provide the parties with public summaries of business confidential information in the administrative record." *See* Remand Order at 2. Because CBP found that the public versions that were initially submitted during the administrative proceeding by the interested parties were not sufficient, CBP is correcting this procedural deficiency on remand to ensure compliance with its regulations. In order to do this, CBP is requiring that the public versions of previously submitted confidential documents contain the appropriate public summaries of the confidential information.

When we send out the updated letter, we will also be providing examples of public summaries that were deemed to be sufficient previously in order to assist with this requirement.

Kind regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Remand PR 000165

Public Document No. 6

Remand PR 000166

| | |
|---|---|
| **From:** | HOEFKE, SCOTT A |
| **Sent:** | Monday, September 19, 2022 1:58 PM |
| **To:** | david.craven@tradelaw.com; Ring, Beth (CTPAT); Diaz, Jennifer (CTPAT); ALBERTO, CASTANER; 'DeFrancesco, Robert'; 'Webster, Claire'; 'Brittney Powell'; 'Jordan L. Fleischer'; 'Brady Mills'; 'Liz Levinson' |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A; 'Vanderweide, Alexander (CIV)' |
| **Subject:** | RE: Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Craven,

Thank you for your email.   As we noted in our email and the letter dated September 16, 2022, in addition to revisiting the substance of the findings in this matter, CBP is conducting remand proceeding to correct the procedural deficiencies, in particular as it relates to compliance with 19 C.F.R. 165.4(a)(2) and 165.4(e).  When CBP conducted the original investigation and the administrative review, CBP accepted submissions from parties that did not comply with the requirements of 165.4(a)(2).  In light of *Royal Brush Manufacturing, Inc. v. United States*, 483 F.Supp.3d 1294 (CIT 2020), CBP has changed its practice and requires that all submissions comply with section 165.4(a)(2) in addition to providing public summaries for confidential documents that CBP places on the records.  As part of this remand proceeding, CBP has reviewed the submissions made by your client, as well as other parties, and has determined that they do not comply with 165.4(a)(2). As such, we are reopening the record to allow the parties to submit revised public summaries of confidential information and providing the opportunity to submit any rebuttal information that the parties would have submitted if they had access to the public summaries during the original investigation.

We are asking the parties to OCR the documents and remove metadata to ensure that correct PDFs versions are filed with the CIT.  This is to avoid issues such as overlapping text being removed from PDFs or any errors in converting the documents into PDFs.

Regards,

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** david.craven@tradelaw.com <david.craven@tradelaw.com>
**Sent:** Monday, September 19, 2022 9:09 AM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Ring, Beth (CTPAT) <bring@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; 'DeFrancesco, Robert'

<RDeFrancesco@wiley.law>; 'Webster, Claire' <CWebster@wiley.law>; 'Brittney Powell' <bpowell@foxrothschild.com>;
'Jordan L. Fleischer' <jfleischer@mmmlaw.com>; 'Brady Mills' <bmills@mmmlaw.com>; david.craven@tradelaw.com;
'Liz Levinson' <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>;
WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>;
HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>;
'Vanderweide, Alexander (CIV)' <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Dear Scott:

I am afraid I am not clear on this. During the course of the review, CBP asked my client to resubmit certain filings with
new public summaries. Since these were accepted by CBP, we assume that they were adequate. Are you requiring us
to "resubmit" these documents? Certainly you do not want the parties to resubmit what would appear to be in excess
of 35,000 pages to further clutter the record? I would suggest that, under the regulations and practices, when a party
submits a response with a public summary, unless it is expressly rejected, a party should be able to assume that the
document was properly summarized. Accordingly, I believe, in fact, that the burden is on CBP to expressly state which
"public summaries" it is rejecting. Finally, with respect to the format, I would like you to direct to me where in the CBP
regulations the specific detailed format for submissions is provided. As you know, we are not the ones that are filing
these documents, with the CIT, CBP is filing these documents with the CIT. Please explain where in the regulations you
can shift the burden of preparation?

As such, I would expect the following from CBP:

1.   A specific list of the public summaries rejected by CBP and the basis for the rejection;
2.   An explanation of the legal basis for CBP to limit "filings" to PDF's that have been subject to significant additional
     processing.


# David John Craven
# Craven Trade Law LLC
773 709 8506 (tel)
773 245-4010 (tel)
dcraven@craventrade.com



The information contained in this email message and any attachments is legally privileged and confidential information
intended only for the use of the individual or entity named above. If the reader of this message is not the intended
recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this
communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return
email that it was received in error. Thank you.

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Monday, September 19, 2022 7:59 AM
**To:** Ring, Beth (CTPAT) <bring@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Good morning,

All documents on the list provided to parties must have adequate public summaries.

The documents must be submitted as PDFs that have been flattened, OCRed, and scrubbed of metadata so they comply with the Court of International Trade's requirements.

Regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 5:38 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Remand PR 000169

Can you please identify and limit this request to the public versions which you deem to be inadequate now even though you previously accepted them and rejected those deemed improperly redacted during the investigation and required us to refile? Most of this pertains to the voluminous amount of documents submitted in response to your importer questionnaires which were not even considered in your EAPA determinations, e.g. employee payroll records, Income tax returns, customer sales records, etc.

Further, in what format are we to transmit these documents, which mostly reproduces what was previously submitted? You previously required everything in PDF format. Now you are requesting another format. We have no control over how CBP receives and processes PDF documents or what your system shows as "metadata."

Best regards,

Beth Ring

*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com | VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 3:49 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We have looked into the issue and have determined in some instances while preparing the record for the Court of International Trade (CIT) when we OCRed documents and removed metadata, some items were removed by Adobe Acrobat because it classified the text as either "Hidden Text" or "Overlapping Text." These classifications resulted in Adobe Acrobat scrubbing the document of the metadata, i.e., the text in question, to make the document compliant with the CIT filing requirements.

Remand PR 000170

We reopened the record to correct procedural items related to public summary requirement in accordance with the 19 C.F.R. 165.4(a)(2) and *Royal Brush Manufacturing, Inc. v. United States,* 483 F.Supp.3d 1294 (CIT 2020). This is now your opportunity to provide the revised public versions with the appropriate public summaries of the documents that we have listed. If there are documents included in this list that you previously submitted with public summaries, please resubmit them. To prevent this issue with Adobe from happening again, when you resubmit please make sure that your documents are flattened and already OCRed and scrubbed of metadata.

If you have any questions or need anything else please feel free to contact me.

Regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 12:34 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

| Citrix Attachments | Expires March 15, 2023 |
|---|---|
| 124 - Industrias Feliciano - Questionnaire Re...(1).pdf | 9.2 MB |
| 57 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |
| 58 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |

| CEE CF-28 supplemental response, Entry 05...ted.pdf | 20 MB |
| D(2)Schematic Drawings (PUBLIC).pdf | 6.2 MB |
| Puertas CF28 Supplemental Respose Entry 1...(1).pdf | 103.7 KB |

Download Attachments

Beth Ring uses Citrix Files to share documents securely.

Mr. Hoefke:

You uniformly rejected public versions you deemed improperly redacted during the investigation. In fact you notified parties to resubmit them when you deemed them insufficient. Moreover, you changed the original public versions of some documents that complied with those requirements when submitting them to DOJ. Attached are examples of public versions of documents we submitted on behalf of our clients and the modified versions you provided to DOJ in the Public Document Index. You either lost, misplaced or changed what we originally submitted.

Best regards,

Beth Ring

*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com | VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 12:23 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.com>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Remand PR 000172

Good afternoon,

We will be sending out a revised letter directing only that the parties provide public versions of confidential documents that are sufficient to comply with the requirement in 19 CFR 165.4(a)(2). Specifically, "the public version[s] must . . . contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information. If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim." 19 CFR 165.4(a)(2). This direction is being made pursuant to the Court's remand order which states, in part, that CBP will "(1) provide the parties with public summaries of business confidential information in the administrative record." *See* Remand Order at 2. Because CBP found that the public versions that were initially submitted during the administrative proceeding by the interested parties were not sufficient, CBP is correcting this procedural deficiency on remand to ensure compliance with its regulations. In order to do this, CBP is requiring that the public versions of previously submitted confidential documents contain the appropriate public summaries of the confidential information.

When we send out the updated letter, we will also be providing examples of public summaries that were deemed to be sufficient previously in order to assist with this requirement.

Kind regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Public Document No. 7

Remand PR 000174

| | |
|---|---|
| **From:** | HOEFKE, SCOTT A |
| **Sent:** | Monday, September 19, 2022 8:59 AM |
| **To:** | Ring, Beth (CTPAT); Diaz, Jennifer (CTPAT); ALBERTO, CASTANER; DeFrancesco, Robert; Webster, Claire; Brittney Powell (bpowell@foxrothschild.com); Jordan L. Fleischer; Brady Mills; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) |
| **Cc:** | HOXIE, BRIAN M.; EMILIUS, STEVEN W; WHITESIDE, TINA MARIE F; CHO, VICTORIA; HORGAN, KRISTINA; VANDALL, TOBIAS A; Vanderweide, Alexander (CIV) |
| **Subject:** | RE: Remand for EAPA 7423:  H&E Home Inc. et al v. United States, CIT No. 21-337 |

Good morning,

All documents on the list provided to parties must have adequate public summaries.

The documents must be submitted as PDFs that have been flattened, OCRed, and scrubbed of metadata so they comply with the Court of International Trade's requirements.

Regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 5:38 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

Can you please identify and limit this request to the public versions which you deem to be inadequate now even though you previously accepted them and rejected those deemed improperly redacted during the investigation and required us to refile?  Most of this pertains to the voluminous amount of documents submitted in response to your importer

Remand PR 000175

questionnaires which were not even considered in your EAPA determinations, e.g. employee payroll records, Income tax returns, customer sales records, etc.

Further, in what format are we to transmit these documents, which mostly reproduces what was previously submitted? You previously required everything in PDF format. Now you are requesting another format. We have no control over how CBP receives and processes PDF documents or what your system shows as "metadata."

Best regards,

Beth Ring

*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com | VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 3:49 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com> <david.craven@tradelaw.com>; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We have looked into the issue and have determined in some instances while preparing the record for the Court of International Trade (CIT) when we OCRed documents and removed metadata, some items were removed by Adobe Acrobat because it classified the text as either "Hidden Text" or "Overlapping Text." These classifications resulted in Adobe Acrobat scrubbing the document of the metadata, i.e., the text in question, to make the document compliant with the CIT filing requirements.

We reopened the record to correct procedural items related to public summary requirement in accordance with the 19 C.F.R. 165.4(a)(2) and *Royal Brush Manufacturing, Inc. v. United States,* 483 F.Supp.3d 1294 (CIT 2020). This is now your opportunity to provide the revised public versions with the appropriate public summaries of the documents that we

have listed. If there are documents included in this list that you previously submitted with public summaries, please resubmit them. To prevent this issue with Adobe from happening again, when you resubmit please make sure that your documents are flattened and already OCRed and scrubbed of metadata.

If you have any questions or need anything else please feel free to contact me.

Regards



Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



---

**From:** Beth Ring <BRing@strtrade.com>
**Sent:** Friday, September 16, 2022 12:34 PM
**To:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>; david.craven@tradelaw.com; Liz Levinson (llevinson@foxrothschild.com) <llevinson@foxrothschild.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** RE: Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

| Citrix Attachments | Expires March 15, 2023 |
|---|---|
| 124 - Industrias Feliciano - Questionnaire Re...(1).pdf | 9.2 MB |
| 57 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |
| 58 - CEE - Puertas y Ventanas Suppl Resp En... PV.pdf | 1.1 MB |
| CEE CF-28 supplemental response, Entry 05...ted.pdf | 20 MB |

Remand PR 000177

| D(2)Schematic Drawings (PUBLIC).pdf | 6.2 MB |
| Puertas CF28 Supplemental Respose Entry 1...(1).pdf | 103.7 KB |

**Download Attachments**

Beth Ring uses Citrix Files to share documents securely.

Mr. Hoefke:

You uniformly rejected public versions you deemed improperly redacted during the investigation. In fact you notified parties to resubmit them when you deemed them insufficient. Moreover, you changed the original public versions of some documents that complied with those requirements when submitting them to DOJ. Attached are examples of public versions of documents we submitted on behalf of our clients and the modified versions you provided to DOJ in the Public Document Index. You either lost, misplaced or changed what we originally submitted.

Best regards,

Beth Ring

*Senior Member*

**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

675 Third Avenue, Suite 1805-06
New York, N.Y. 10017
Direct: 212-549-0133; Mobile: 917-749-0631
BRing@strtrade.com
www.strtrade.com | VCard

*The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and remove it immediately from your PC and server, and notify us by return email that it was received in error. Thank you.*

**From:** HOEFKE, SCOTT A <scott.a.hoefke@cbp.dhs.gov>
**Sent:** Friday, September 16, 2022 12:23 PM
**To:** Beth Ring <BRing@strtrade.com>; Diaz, Jennifer (CTPAT) <jen@diaztradelaw.com>; ALBERTO, CASTANER <alberto@castanerlaw.com>; DeFrancesco, Robert <RDeFrancesco@wiley.law>; Webster, Claire <CWebster@wiley.law>; Brittney Powell (bpowell@foxrothschild.com) <bpowell@foxrothschild.com>; Jordan L. Fleischer <jfleischer@mmmlaw.com>; Brady Mills <bmills@mmmlaw.com>
**Cc:** HOXIE, BRIAN M. <brian.m.hoxie@cbp.dhs.gov>; EMILIUS, STEVEN W <STEVEN.W.EMILIUS@cbp.dhs.gov>; WHITESIDE, TINA MARIE F <tinamarie.f.whiteside@cbp.dhs.gov>; CHO, VICTORIA <victoria.cho@cbp.dhs.gov>; HORGAN, KRISTINA <kristina.horgan@cbp.dhs.gov>; VANDALL, TOBIAS A <tobias.a.vandall@cbp.dhs.gov>; Vanderweide, Alexander (CIV) <Alexander.Vanderweide@usdoj.gov>
**Subject:** Remand for EAPA 7423: H&E Home Inc. et al v. United States, CIT No. 21-337

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We will be sending out a revised letter directing only that the parties provide public versions of confidential documents that are sufficient to comply with the requirement in 19 CFR 165.4(a)(2). Specifically, "the public version[s] must . . . contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information. If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim." 19 CFR 165.4(a)(2). This direction is being made pursuant to the Court's remand order which states, in part, that CBP will "(1) provide the parties with public summaries of business confidential information in the administrative record." *See* Remand Order at 2. Because CBP found that the public versions that were initially submitted during the administrative proceeding by the interested parties were not sufficient, CBP is correcting this procedural deficiency on remand to ensure compliance with its regulations. In order to do this, CBP is requiring that the public versions of previously submitted confidential documents contain the appropriate public summaries of the confidential information.

When we send out the updated letter, we will also be providing examples of public summaries that were deemed to be sufficient previously in order to assist with this requirement.

Kind regards

Scott Hoefke
International Trade Specialist
Trade Remedy Law Enforcement Directorate
Office of Trade | U.S. Customs and Border Protection
Direct Tel: 202-893-1276
Email: scott.a.hoefke@cbp.dhs.gov



Public Document No. 8

Remand PR 000180



Fox Rothschild LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.                          **PUBLIC VERSION**
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

LIZBETH R. LEVINSON
Direct No: (202) 794-1182
Email: llevinson@foxrothschild.com

March 12, 2021

**VIA EMAIL:** eapafad@cbp.dhs.gov; Rebekah.kass@cbp.dhs.gov

Rebekah Kass, Esq, Attorney Advisor
Penalties Branch, Regulations and Rulings
Office of Trade, U.S. Customs and Border Protection
90 K Street NE, 10th Floor
Washington, DC 20229-1177

Re:    <u>**Allegation Control Number: EAPA Cons. 7423**</u>
       <u>**Classic Metals Suppliers' Request for Administrative Review**</u>

Dear Ms. Kass:

On behalf of our client, Classic Metals Suppliers ("Classic Metals"), a party to the above-referenced investigation, we hereby request an administrative review pursuant to 19 C.F.R. § 165, Subpart D of the initial determination for EAPA Cons. 7423 issued by U.S. Customs and Border Protection ("CBP") on January 28, 2021. [1]  This submission is based solely on the facts on the administrative record.  This submission is timely pursuant to 19 C.F.R. § 165.41 as it is being filed within 30 business days of CBP's Initial Determination dated January 28, 2021.

The contact information for the party seeking review and the attorney at law is provided below:

---

[1] *See* U.S. Customs and Border Protection, January 28, 2021 Notice of Determination as to Evasion. This request is filed by an attorney at law exempted from power of attorney requirements set forth in 19 CFR 165.3.



Fox Rothschild LLP
ATTORNEYS AT LAW

| NAME | ADDRESS | EMAIL ADDRESS |
|---|---|---|
| Classic Metals Suppliers | 4220 SW 75th Ave.<br>Miami, FL 33155 | [ Name and Address ] |
| Lizbeth R. Levinson<br>Brittney R. Powell<br>Fox Rothschild LLP | 1030 15th Street, NW<br>Suite 380 East<br>Washington, DC 20005 | llevinson@foxrothschild.com<br>bpowell@foxrothschild.com |

Pursuant to 19 C.F.R. § 165.4, this submission contains information for which business confidential treatment was requested in EAPA Cons. 7423. Business confidential information is contained in [ brackets ] and should be withheld from public disclosure. Classic Metals requests the continued confidential treatment of all "trade secrets or privileged or confidential commercial or financial information" contained herein. Specifically, information provided below in [brackets] around the claimed confidential information is privileged or confidential consistent with the broad provision noted in 5 U.S.C. § 552(b)(4). Information released to Classic Metals under a Non-Disclosure Agreement is the confidential information of that person and is identified in brackets [ ]. Such information of is highly confidential, the public release of which would cause significant and irreparable harm to those entities. The public version of this submission filed simultaneously with this confidential version will contain the requisite public summary of the information. To the extent that certain information provided was released to Classic Metals under an NDA, such information will not be summarized. A public version of this submission will be served via email on the parties to the investigation in accordance with 19 C.F.R. § 165.4.



Fox Rothschild LLP
ATTORNEYS AT LAW

Thank you for your attention to this matter. Should you have any questions concerning this submission, please contact the undersigned.

Respectfully submitted,

*/s/ Brittney R. Powell*

Lizbeth R. Levinson
Brittney R. Powell

# TABLE OF CONTENTS

I.    SUMMARY OF THE ARGUMENT ............................................................... 1

II.   STATEMENT OF FACTS AND PROCEDURAL HISTORY ............................................. 3

III.  ARGUMENT .................................................................................................. 4

     A.    The Alleged Aluminum Extrusion Press Issues Are Based on CBP's Misunderstanding of the Aluminum Extrusion Process ......................................... 5

     B.    Kingtom Properly Reported Its Theoretical And Actual Production Volumes And How Those Volumes Were Calculated ......................................... 11

     C.    Kingtom Provided Daily Production Records And Accurate Production Volumes ..................................................................................... 16

     D.    Kingtom's "Ties to China" And The Timing of Its Establishment Are Not Substantial Evidence Of Evasion ......................................................... 18

     E.    Other Alleged Discrepancies Are Insufficient Bases To Find Substantial Evidence of Evasion ................................................................... 20

          1.    Discrepancies Between Classic Metal's and Kingtom's Records Were Insignificant ..................................................................... 20

          2.    Additional Enumerated "Discrepancies" Are Simply Misstatements Of The Record Or Otherwise Incorrect. ........................................ 22

     F.    CBP Improperly Claimed Kingtom's Production Records Were Inaccurate ....... 26

     G.    The Site Visit Reports Do Not Contradict Information Regarding Production And Do Not Evidence Evasion ......................................... 27

     H.    Arguments Presented and Ignored by CBP ....................................... 27

IV.  CONCLUSION .......................................................................... 28

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*A.L. Patterson, Inc. v. United States*,
    585 Fed. Appx. 778 (Fed. Cir. 2014) ....................................................................................4

*Burlington Truck Lines, Inc. v. United States*,
    371 U.S. 156 (1962) ...............................................................................................................5

*Consol. Edison Co. of N.Y. v. NLRB*,
    305 U.S. 197 (1938) .....................................................................................................4, 5, 20

*Nucor Corp. v. United States*,
    594 F. Supp. 3d 1320 (CIT 2008) ..........................................................................................5

*PAM, S.p.A. v. United States*,
    582 F.3d 1336 (Fed. Cir. 2009) ......................................................................................5, 20

*Royal Brush Manufacturing, Inc. v. United States*,
    Slip Op. 20-171 ...........................................................................................................2, 3, 25

**Statutes**

19 U.S.C. § 1517(f) .......................................................................................................................1

19 U.S.C. § 1517 ...................................................................................................................10, 11

19 U.S.C. § 1517(a)(5) ..................................................................................................................1

19 U.S.C. §1517(c)(1)(A) ....................................................................................................1, 3, 18

**Other Authorities**

19 C.F.R. § 165.41(a) ....................................................................................................................1

19 C.F.R. § 165.45 .........................................................................................................................1

*Appeal De Novo*, Black's Law Dictionary (11th ed. 2019) ..........................................................1

United States Constitution Fifth Amendment ..............................................................................25

EAPA Inv. No 7423
Public Version

Remand PR 000185

# I.    SUMMARY OF THE ARGUMENT

Pursuant to 19 U.S.C. §1517(f) and 19 C.F.R. § 165.41(a), Classic Metals Suppliers ("Classic Metals") requests this *de novo* administrative review of Custom and Border Protection's ("CBP") Initial Determination of evasion under the Enforce and Protect Act ("EAPA").[1]  CBP's task in the EAPA investigation is to determine, based on substantial evidence, whether a party has entered merchandise subject to an antidumping or countervailing duty ("AD" or "CVD") order by means of false documentation or information, or an omission thereof, which resulted in the reduction or avoidance of the applicable duties. *See* 19 U.S.C. § 1517(a)(5).  In conducting a *de novo* review, CBP does not show any deference to its previous finding, examining anew the record before CBP in the investigation.[2]  In doing so, CBP applies the same standard applied in the investigation and therefore examines whether there is substantial evidence on the record of the investigation that the importer evaded the AD/CVD order on aluminum extrusions from China [3]

In its Initial Determination, CBP improperly cited to selective information on the record, primarily submitted by the Alleger ("AEFTC" or "Alleger"), to conclude that the Importers evaded the AD/CVD Order on Aluminum Extrusions from China by importing aluminum extrusions produced in the Dominican Republic by Kingtom Aluminio SRL ("Kingtom").  CBP's Initial Determination relies upon improper inferences that: 1) the timing of Kingtom's establishment in the Dominican Republic and its ties to China suggest evasion; and 2) alleged discrepancies in

---

[1] *See* U.S. Customs and Border Protection, January 28, 2021 Notice of Determination as to Evasion (hereinafter "Initial Determination")

[2] *See* 19 C.F.R. § 165.45; *see also Appeal De Novo*, Black's Law Dictionary (11th ed. 2019) ("An appeal in which the appellate court uses the trial court's record but reviews the evidence and law without deference to the trial court's rulings. — Also termed *de novo review*; *de novo judicial review*; *merits review*.").

[3] 19 U.S.C. § 1517(c)(1)(A).

1

documentation suggests that Kingtom submitted "inaccurate and potentially, fraudulent, information" regarding its production processes, production capability and production capabilities. CBP determined that alleged discrepancies hindered its ability to conduct a proper analysis of Kingtom's operations.

In reaching its decision, CBP adopted many of the same positions articulated in CBP's Initial Determination in EAPA Inv. No. 7348 dated November 2, 2020. However, the importers in the instant investigation submitted substantial argument and documentation to rebut CBP's Initial Determination in EAPA Inv. No. 7348, which was placed on the record of this proceeding.[4] Yet, CBP ignored the factual information and argument in the Rebuttal Submission. CBP also ignored the substantial evidence on the record of this proceeding that demonstrates Kingtom possessed adequate production capacity and capability to manufacture the volume of aluminum extrusions sold to the importers in this investigation.

CBP ignored the substantial evidence on the record of non-evasion by the importers to find that "Kingtom's submissions are highly inaccurate and riddle with contradictions that cast all of its submissions' reliability in doubt – even possibly suggesting fraud."[5] CBP's cited examples are so highly redacted that it is impossible to meaningfully respond and specifically refute such an egregious accusation. In doing so, CBP ignored the holding of the Court of International Trade in *Royal Brush Manufacturing, Inc. v. United States,* Slip Op. 20-171 (Ct. Int'l Trade, December 1, 2020), finding that CBP's EAPA determination was arbitrary and capricious because it deprived the importers of procedural due process where CBP's redactions "failed to afford the importers adequate opportunity to respond to the evidence used against them." *Id.* at p. 22.

---

[4] *See* Letter from the Importers, "EAPA Case Number 7423: Submission of Rebuttal Information," dated December 21, 2020 ("Rebuttal Submission").

[5] Initial Determination at 10.

As discussed herein, the record does not support CBP's determination that discrepancies in documentation hindered CBP's ability to analyze Kingtom's operations or suggest fraud. The alleged discrepancies cited by CBP were either misunderstood by CBP, easily explained, or insignificant such that they did not detract from the totality of the record evidence. Like CBP's determination in EAPA Inv. No. 7348, the Initial Determination in this case is unsupported by substantial evidence and is unlawful pursuant to 19 U.S.C. § 1517(c)(1)(A). To the contrary, the record contains substantial evidence the imports of aluminum extrusions from Kingtom by Classic Metals Suppliers ("Classic Metals") were correctly declared as originating in the Dominican Republic and are not subject to the any AD/CVD orders. Accordingly, CBP's Initial Determination must be reversed.

## II.   STATEMENT OF FACTS AND PROCEDURAL HISTORY

On January 10, 2020, CBP acknowledged receipt of an allegation by the Aluminum Extrusions Fair Trade Commission ("AEFTC" or the "Alleger") that certain U.S. imports of aluminum extrusions from Kingtom in the Dominican Republic by Classic Metals Suppliers, Florida Aluminum Extrusion, LLC, Global Aluminum Distributors, LLC, H&E Home, Industrias Feliciano Aluminum, Inc., JL Trading Corp. and Puertas y Ventanas (collectively "Ad Hoc Coalition of Aluminum Importers for Open Trade," "AIOT," or the "Importers") were of Chinese-origin, and thus evaded the AD/CVD Order on Aluminum Extrusions from the People's Republic of China. CBP initiated its investigation of the importers on January 27, 2020.[6] On May 4, 2020, CBP issued its Notice of Initiation of Investigation and Interim Measures in EAPA Consolidated Case No. 7423.

---

[6] *See* CBP Memoranda, "Initiation of Investigations" for EAPA Cases 7422-7429, January 27, 2020.

EAPA Inv. No 7423
Public Version

On June 3, 2020, CBP sent a request for information ("RFI") to Classic Metals, to which it responded on July 8, 2020.[7] On August 28, 2020, the importers submitted a Voluntary Submission of Factual Information on the record.[8] On December 11, 2020, CBP placed on the administrative record documents from the administrative record of EAPA Cons. Case 7348.[9] On December 21, 2020, the Importers submitted their factual information to rebut the information placed on the record by CBP ("Rebuttal Submission"). On December 28, 2020, the Importers jointly submitted written arguments.[10] The Importers submitted rebuttal comments to AEFTC's written argument on January 12, 2021.[11]

## III. **ARGUMENT**

The record demonstrates that CBP's Initial Determination is not supported by substantial evidence. Although substantial evidence is not defined in the EAPA statute, the U.S. Court of Appeals for the Federal Circuit has stated that "substantial evidence means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *A.L. Patterson, Inc. v. United States,* 585 Fed. Appx. 778, 781-82 (Fed. Cir. 2014) (quoting *Consol. Edison Co. of N.Y.*

---

[7] *See* Letter from Classic Metals, "RFI Response of Classic Metals Suppliers, Inc. EAPA Inv. No. 7423," dated July 8, 2020 ("RFI Response").

[8] *See* Letter from Classic Metals "EAPA Consolidated Case Number 7423: Voluntary Factual Submission," dated August 28, 2020 ("Classic Metals VFI"); *see* Letter from the Importers "EAPA Case Number 7423: Voluntary Submission of Factual Information, dated August 28, 2020 ("Importers' VFI").

[9] *See* Memorandum "Adding Information to the Administrative Record of EAPA Cons. Inv. No. 7423," dated December 11, 2020, which includes Kingtom's Initial RFI Response dated March 13, 2020 ("Kingtom's Initial RFI Response"), Kingtom's Supplemental RFI Response dated June 17, 2020 ("Kingtom's Supplemental RFI Response"), among other submissions.

[10] *See* Letter from the Importers, "EAPA Case Number 7423: Submission of Written Arguments," dated December 28, 2020 ("Importers' Written Arguments").

[11] *See* Letter from the Importers, "EAPA Case Number 7423: Response to Petitioner's Written Arguments, dated January 12, 2021 ("Importers' Rebuttal Argument").

*v. NLRB,* 305 U.S. 197, 229 (1938)).  Substantial evidence is "more than a mere scintilla," and is "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *PAM, S.p.A. v. United States,* 582 F.3d 1336, 1339 (Fed. Cir. 2009), *quoting Consol. Edison Co. v. NLRB,* 305 U.S. 197, 229 (1951).  In order for a determination to satisfy this standard, "{t}here must be a rational connection between the facts found and the choice made." *Burlington Truck Lines, Inc. v. United States,* 371 U.S. 156, 158 (1962); *Nucor Corp. v. United States,* 594 F. Supp. 3d 1320, 1331-32 (CIT 2008).

Contrary to CBP's determination, the record establishes sufficiently that Kingtom had the capacity and did, in fact, produce the extrusions that it sold to the Importers, and Kingtom adequately explained its production capacity and operations.  CBP's reliance on alleged discrepancies in the large volume of data and documentation submitted by Kingtom and the Importers, consisting well over tens of thousands of pages, to surmise that Kingtom must have supplemented its own production of aluminum extrusions with extrusions transshipped from China is unsupported by substantial evidence.  Indeed, there is no direct evidence on the record of this investigation that Kingtom imported any Chinese extrusions into the Dominican Republic prior to allegedly transshipping them to the United States. There is not a single commercial invoice, bill of lading, packing list, import document, payment record, inventory receipt, nor evidence on the record to support CBP's finding.  Consequently, CBP's determination is based on speculation rather than substantial evidence.  This administrative review request addresses the alleged discrepancies and inaccuracies cited by CBP in its unsupported determination.

**A.    The Alleged Aluminum Extrusion Press Issues Are Based on CBP's Misunderstanding of the Aluminum Extrusion Process**

In its Initial Determination, CBP heavily relies on alleged "discrepancies" between statements concerning Kingtom's extrusion presses made by Alleger's aluminum extrusions

"expert" and Kingtom's responses.[12]  However, the undisclosed "expert's" claims concerning Kingtom's production capabilities are entirely speculative and not supported by evidence on the record.  In contrast, the production capabilities of each of Kingtom's presses, along with their make and purchase information, have been provided in full to CBP.  The fact that CBP would choose to favor the conjecture of Alleger's hired expert over the documentary support placed on the record by Kingtom is but one demonstration of the extreme bias shown against Kingtom and the Importers in this investigation and EAPA 7348.  In any case, the claims by Alleger's "expert" are quite simply irreconcilable with record evidence.  Moreover, CBP's extrapolations from the "experts" claims are incorrect and unsupported by substantial evidence.

As an initial matter, CBP attributes statements to Alleger's expert that it did not make.  For example, per CBP's Initial Determination:  "The expert stated, as an example, 'a 6-inch press would only be able to produce a profile about 4.5 inches in width.'"[13]  In support of this quotation, CBP cites the Allegation at 12 and Exhibit 3.  However, a review of Alleger's expert's declaration in Exhibit 3 of the Allegation reveals that Alleger's expert did not make such a statement.[14]  The following statement, which Alleger's expert qualified with "normally," is the closest thing in the declaration to what CBP quotes in the Initial Determination:  "For example, for a 6-inch press, the widest profile that could be produced on that press would be 4.5 inches in width."[15]  While the qualifications of Alleger's "expert" have not been disclosed, it is clear that they would not have implied, as CBP does, that a 6-inch press can only produce a profile about 4.5 inches in width, no larger or smaller.  This oversight by CBP, while on its face seemingly innocuous, is one of many

---

[12] *See* Initial Determination 8.

[13] *Id.*

[14] *See* AEFTC's Allegation at Exhibit 3 ("Allegers' Expert's Declaration").

[15] *See* Allegers' Expert's Declaration at 3.

6

examples of CBP substituting the actual record for its own erroneous understanding of what the record should be.

Rather than a profile needing to be exactly (or even at least) 1.5 inches smaller than the width of the press, the dimensional capabilities of a press is dependent on some factors such as the design of the die used in the press and the dimension of the extrusion circle in Exhibit 24 of Kingtom's Initial RFI Response. In fact, one can extrude profiles that are larger than the diameter of the press (and billet). Billets to be extruded are first heated and then pushed through the extrusion hole to the die. The extrusion hole has an inside diameter larger than the billet to be extruded.[16] To extrude a profile into a size larger than the billet, the opening hole at the entrance of the die will be designed to be smaller than the size of the billet. After the heated billet is extruded through the die entrance, it is spread evenly throughout the interior of the die, and is then extruded through the opening on the exit side of the die. Notably, the hole at the exit side of the die is the needed profile shape, and is larger than the entrance side of the die. As a result, the profile can be extruded into a size larger than the billet size. Finally, the billet is extruded through an extrusion circle, examples of which are shown in Exhibit 24. While the profile can be larger than the press, it cannot be larger than the extrusion circle.[17]

In the Initial Determination, CBP appears to conflate the diameter of the press with the dimensions of the extrusion circle. Notably, Exhibit 24 of Kingtom's Initial RFI response shows

---

[16] The claim that a press needs to be at least 1.5 inches larger than the produced profile is either meant to be intentionally misleading or is a clear demonstration that Alleger's "expert" is anything but.

[17] For example, [ equipment ], which has a billet size of [ # ] and an inside hole diameter of [ # ], *see* Exhibit 19 of Kingtom's Initial RFI Response, has an extrusion circle that measures [ # ]. *See* Exhibit 24. Although mold [ # ], which has a maximum width of [ # ], is wider than both the billet being extruded and the inside hole diameter of the press, it can still be drawn through the [ # ] extrusion circle. *See* Exhibit S-10 of Kingtom's Supplemental RFI Response.

7

the dimensions of the extrusion circles of its extrusion machines, not the diameter of the presses themselves or the maximum or minimum profile diameters.[18]  However, Table 1 of CBP's Initial Determination purports to list the smallest and largest diameter of the profiles used in each machine.  While the contents of this table have not been provided to Kingtom or to the Importers, it is clear that CBP did not understand what Exhibit 24 actually shows.  Moreover, in light of the actual extrusion process, CBP's subsequent statement regarding the "max width of the profiles for the machines" illuminates how little CBP understood about how these machines actually operate and the parts involved.[19]

Table 2 of CBP's Initial Determination is similarly misinformed.  Although it purports to refer to the "billet size" in Exhibit 24, a review of that exhibit makes it clear that no billet dimensions were included therein.  It is, therefore, unclear what information CBP used to fill in this table, and Kingtom and the Importers, who have not been provided a non-public version of the Initial Determination, are not able to comment or discern to what CBP is referring.  What is clear, however, is that CBP *chose* to rely in its own confused understanding[20] rather than asking Kingtom for any clarification at any point during the investigation.[21]  As a result, CBP draws conclusions based on its own interpretation of the misleading claims supplied by Alleger instead

---

[18] *See* Kingtom's Initial RFI Response at Exhibit 24.

[19] CBP did not conduct an on-site verification of Kingtom's responses in this investigation nor in EAPA 7348.

[20] *See* Initial Determination at 9 ("This is especially problematic because the extrusion hole inside diameter is *interpreted by CBP to mean* that it is the maximum width of the aluminum profile that could be produced by these machines.  *CBP makes this interpretation based on the premise that the maximum volume of pipe or tube is determined by the inside diameter* and that something [ DESCRIPTION OF SIZE ], otherwise it would not be able to fit.") (emphasis added).

[21] Kingtom, as a mere interested party, but not a party to the investigation, was precluded from making any submissions in the investigation unless CBP specifically requested information from Kingtom.  CBP did not.

8

of doing so based on substantial evidence on the record.

CBP continues by pointing to Exhibit S-10 of Kingtom's Supplemental RFI Response and claiming that the exhibit shows irreconcilable discrepancies when compared to Exhibit 11 of Kingtom's Initial RFI Response.[22] As an initial matter, it is clear that Exhibit 11, which contains a list of Kingtom's customers' orders of extrusions, is not the exhibit concerning equipment dimensions to which CBP is referring. Regardless, CBP seems to take issue with the fact that certain profiles were wider than the extrusion hole inside diameter, going so far as to say that this "does not seem like it would be possible."[23] Not only is it very possible, but CBP's statement makes even more clear that it does not understand the product that is the subject of the investigation. The extrusion hole inside diameter is not the same as the extrusion circle of the extrusion machine. The former is the cylinder in which the billet is inserted and pressed into the die, and the latter is the final circle that the profile passes through after being extruded through the exit of the die. As noted above, it is, therefore, possible for the press diameter to be smaller than the width of a profile. What the profile cannot be larger than is the extrusion circle that it passes through after being forced through the die.

CBP identifies three other profile molds that it claims show "significant" discrepancies.[24] The exhibit that CBP identifies, Exhibit S-10, details the transcribed records of over [  #  ] molds. However, CBP gives no indication in the version made available to Kingtom and the Importers to which molds it refers. As a result, Kingtom and the Importers are not able to comment or discern to what CBP refers. Nonetheless, it is clear that CBP overstates the

---

[22] *See* Initial Determination at 9-10.

[23] *Id.* at 9.

[24] *Id.* at 9-10.

"significance" of any such discrepancies. For example, CBP asserts that because the mold records "are signed and have [ITEM      ] in the upper left corner" and "{i}f the records with the reported extrusion machines are accurate, that means the information that Kingtom reported in terms of production capacity and from its equipment list are inaccurate."[25]  Regardless of what CBP claims the mold records do or do not contain, it cannot follow that Kingtom's reported extrusion machine capacity and its equipment list are both inaccurate as a result.  Such a presumption is conclusory, illogical, and continues to illuminate CBP's lack of understanding of the extrusion production.

CBP also claims that the fourth mold record it identified included an extrusion machine number that Kingtom did not report.[26]  Kingtom reviewed both Exhibit S-10 and Exhibit 19, which contains the equipment list, and could not identify an extrusion machine that was listed in one exhibit but not the other.  Furthermore, it is unclear how CBP could identify the date an extrusion machine began operating when CBP was purportedly unable to locate any record of the extrusion machine listed.

Finally, CBP does not provide any reasonable basis for how any of its claims support a finding of evasion.  Critically, "evasion" under the statute requires a showing of two factors:  (1) entering covered merchandise into the United States by means of a material or false statement or document that (2) results in antidumping or countervailing duties that would be applied being reduced or not being applied.[27]  Even assuming that CBP's identified "discrepancies" satisfy the first factor, it is not at all clear how such discrepancies would suggest that antidumping duties applicable to aluminum extrusions from China should have been collected.  Put another way, CBP

---

[25] *Id.* at 10 (bracketing in original).

[26] *Id.*

[27] *See* 19 U.S.C. § 1517.

EAPA Inv. No 7423
Public Version

Remand PR 000195

did not provide any explanation for why its alleged discrepancies regarding aluminum presses suggest that Kingtom transshipped aluminum extrusions from China. It is telling that instead of providing any such reasoned basis, CBP repeatedly states that Kingtom's submissions are "unreliable" and "fraudulent."[28] CBP's egregious and inaccurate statements cannot make up for a lack of substantial evidence for its conclusions.

### B. Kingtom Properly Reported Its Theoretical And Actual Production Volumes And How Those Volumes Were Calculated

In its Initial Determination, CBP misconstrued Kingtom's reporting, identifying "discrepancies" between Kingtom's sales and production volumes. According to CBP, "{w}hile Kingtom reported a theoretical production volume to CBP, Kingtom did not provide any explanation as to how it calculated this volume, nor did it provide an explanation on how its actual production volume exceeded its theoretical production volume."[29]

First, CBP never requested that Kingtom explain how it calculated the theoretical production volume reported in Exhibit S-18.[30] CBP cannot fault Kingtom for purportedly failing to provide an explanation that it never requested. Regardless, Kingtom and the Importers in fact did explain how Kingtom calculated theoretical production volumes and that Kingtom may not ship orders the same month the extrusions are extruded.[31] CBP ignored Kingtom and the

---

[28] "Kingtom's production records . . . draw into serious question whether or not Kingtom's production records are fraudulent." *Id.* "Furthermore, if these documents are accurate . . . this would support a determination of evasion because Kingtom is fraudulently reporting its country-of-origin as the Dominican Republic." *Id.* "Kingtom's submissions are highly inaccurate and riddled with contradictions that cast all of its submissions' reliability in doubt—even possibly suggesting fraud." *Id.*

[29] Initial Determination at 10 (citing Kingtom Supplemental RFI Response at S-16). CBP appears to have been referring to Exhibit S-18, not Exhibit S-16.

[30] Kingtom Supplemental RFI Response at 20.

[31] *See* Importers' Rebuttal Submission at Exhibit 3, Exhibit 4 pp. 10-14, Exhibit 5 pp. 7-11.

11

Importers' explanations entirely.

In any case, it is clear how Kingtom calculated the theoretical production volume in Exhibit S-18.[32] In Kingtom's Initial RFI Response at Exhibit 21 (named "Production Records"), Kingtom provided the daily extrusion records for each of its extrusion machines from October 1, 2018 to February 20, 2020.[33] These daily records are totaled each month, and the monthly theoretical weight in kilograms is noted.[34] The daily production records were the source of the aggregated production volume reported in Kingtom's Supplemental RFI response. In fact, with one exception,[35] the theoretical production volumes in Exhibit 21, once converted to pounds, match the theoretical production volumes exactly.[36] Although CBP appears to be aware that differences may exist due to conversion factors,[37] CBP nonetheless identified this difference as a "discrepancy." The information from these two exhibits is as follows:

|  | (a) | (b) | (c) | (b)-(c) |
|---|---|---|---|---|
| Month | Theoretical Production Volume (KG) | 1 KG = 2.205 LB | Theoretical Production Volume (LB) | Difference |
| 2018.10 | [ | | | [38] |
| 2018.11 | Details as indicated above | | | |
| 2018.12 | | | | |
| 2019.01 | | | | |

---

[32] Kingtom Supplemental RFI at Exhibit S-18.

[33] *See* Kingtom RFI Response at Exhibit 21.

[34] *Id.*

[35] Kingtom inadvertently entered the wrong theoretical production volume for October 2018. This mistake was ministerial and is the only month that does not line up with Exhibit 21.

[36] CBP noted in its Initial Determination that for its calculations, "1 ton equals 2204.6226 pounds." Initial Determination at 14 n.93. Kingtom generally rounds its kilogram to pound conversion factor to three decimal places, *i.e.*, 1 kilogram equals 2.205 pounds. *See, e.g.*, Kingtom's Supplemental RFI Response at Exhibit S-7.

[37] Initial Determination at 14 n.93.

[38] *See supra* note 35.

12

| | | | | |
|---|---|---|---|---|
| **2019.02** | | | | |
| **2019.03** | | | | |
| **2019.04** | | | | |
| **2019.05** | | | | |
| **2019.06** | | | | |
| **2019.07** | | | | |
| **2019.08** | | | | |
| **2019.09** | | | | |
| **2019.10** | | | | |
| **2019.11** | | | | |
| **2019.12** | | | | |
| **2020.01** | | | | ] |

The Initial Determination is unclear as to why CBP insisted on calling a difference in conversion factors a "discrepancy." Nonetheless, it is clear that there was no "calculation" to be explained — the theoretical production capacity was simply taken from the production records submitted in Kingtom's Initial RFI Response. CBP never even requested any information about the differences between the quantity of extrusions *produced* in a month and the amount of extrusions *shipped* in a month.[39] CBP cannot find that Kingtom failed to provide information that CBP itself never requested. Therefore, CBP's reasoning that this "discrepancy" supports its finding of evasion is unlawful and unsupported by substantial evidence.

The reason for the difference between the amount of extrusions produced in a month and the amount of extrusions shipped in a month is obvious and supported by the record – profiles are not shipped the moment they are extruded. Instead, all extrusions in an order, not just those produced in that moment, must undergo additional production stages and testing prior to shipment. Kingtom provided CBP an overview of its production process for aluminum extrusions.[40] As that

---

[39] *See generally* Kingtom RFI Response; Kingtom Supplemental RFI Response.

[40] *See* Kingtom Supplemental RFI Response at Exhibit S-19.

13

exhibit shows, after billets are extruded, they are either (a) packed, (b) undergo additional anodization processing and then packed, or (c) undergo additional powder painting and processing and then packed. These processes do not happen instantaneously.

The fact that all extrusions produced for an order are not shipped the month they are produced is evident from the example of its production process that Kingtom provided to CBP. In Exhibit 2 of its Initial RFI Response, Kingtom provided screenshots from its ERP system showing that it records each step of the production process for a recent order, from order acknowledgment through to shipment.[41] That exhibit specifically shows that the order was placed in February 2020, produced in February 2020, but was not shipped until March 2020.[42] This is further supported in the illustrations of transactions provided at Exhibit S-5 of Kingtom's Supplemental RFI Response, which include production documents, including test certificates, invoices, packing lists, etc.[43] Moreover, as discussed above, Exhibit S-18, upon which CBP relied in claiming the presence of these discrepancies, was derived from the daily extrusion records, not the daily shipping records.

CBP also claims that production exceeding shipments in a month is more aberrational in these circumstances because Kingtom reported that the extrusions it produces are made to the customer's particular specifications. Therefore, CBP reasons, it would not make sense for Kingtom to keep finished goods in inventory at the end of the month: "This strongly suggests that Kingtom does not have inventory as there is no catalog to rely on and all orders are customized per customer."[44] The supposition that Kingtom does not have any finished goods inventory is not only inaccurate and unsupported by substantial evidence, as discussed above, but also ignores

---

[41] Kingtom Initial RFI Response at Exhibit 2.

[42] *See id.*

[43] Kingtom Supplemental RFI Response at Exhibit S-5.

[44] Initial Determination at 11.

14

commercial reality.  To make an aluminum extrusion, first a mold is required.[45]   When a customer

gives the specifications of the desired product to Kingtom, Kingtom [   Description of order process

].[46]

Once Kingtom determines that the mold is satisfactory [    Description of order process

].[47]   Once approved, the

customer can place orders with Kingtom using this mold and Kingtom begins production.[48]  After

a mold goes through this [   description of order process

].  As a result, while it is true that Kingtom's products are made-to-order,

customers do not need to provide a customized specification [ frequency          ] an extrusion.

        Kingtom explained and the record supports its theoretical production volume calculation

and that Kingtom may not ship extrusions immediately upon extrusion even though it

manufactures to customer orders.[49]   The claim to the contrary in the Initial Determination is

demonstrably false and completely disregards record evidence.  None of the evidence or alleged

discrepancies that the Initial Determination cites provides affirmative evidence of evasion or

supports a finding that any of Kingtom's aluminum extrusions are Chinese origin.

---

[45] *See* Supplemental RFI Response at 24.

[46] *Id.*

[47] *Id.*

[48] *Id.*

[49] *See* Importers' Rebuttal Factual Information at Exhibit 3, Exhibit 4 pp. 10-14, Exhibit 5 pp. 7-11.

### C. Kingtom Provided Daily Production Records And Accurate Production Volumes

The Initial Determination claims that "Kingtom's theoretical production volume makes no sense" because of an unexplained discrepancy between aluminum ingots and scrap used and the resulting production volumes.[50] CBP also claims that Kingtom did not provide daily production records from the normal course of business to substantiate these volumes.[51] Both of these claims are incorrect.

First, CBP states that it is comparing the "aluminum ingot and aluminum scrap *used* for the two years" for the extrusion production. However, the totals in Exhibit S-18 are the total *purchased* aluminum ingot and *purchased* aluminum scrap in 2018 and 2019, not *used*. The ingot and scrap amounts summarized in Exhibit S-18 were derived from Kingtom's aluminum ingot and scrap purchases, which were reported in Exhibit 16 of its Initial RFI response.[52]

Second, CBP notes that Kingtom did not provide "daily production records" to substantiate these volumes.[53] However, Kingtom's daily extrusion production records were provided at Exhibit 21 of its Initial RFI Response.[54] These are not merely "monthly overviews done in Excel" as CBP claims, but instead record the daily volume produced by extrusion machines and work groups for each month of the investigation period as maintained in the normal course of business. In sum, there are no discrepancies between the information Kingtom provided in Exhibit S-18 and

---

[50] Initial Determination at 12 (mistakenly citing Kingtom's Supplemental RFI Response at S-16 rather than S-18).

[51] *Id.*

[52] *See* Kingtom RFI Response at Exhibit 16.

[53] *See* Initial Determination at 12.

[54] *See* Kingtom RFI Response at Exhibit 21.

EAPA Inv. No 7423
Public Version

Remand PR 000201

the information Kingtom provided in Exhibits 16 and 21.[55]

The Initial Determination contends that Kingtom's aluminum ingot and aluminum scrap purchases must be incorrect because the "typical" proportions used to produce a billet are 69 percent scrap aluminum, 30 percent primary aluminum, and 1 percent additional alloys.[56] Here, the Initial Determination again conflates the amount of aluminum ingot and scrap purchased with the amounts used. Kingtom provided a sample bill of materials in its RFI Response.[57] Therein, Kingtom demonstrates that it produces aluminum scrap as a by-product of its production processes and uses this aluminum scrap by-product in its production.[58] Accordingly, Kingtom does not have to purchase as much aluminum scrap as the Initial Determination suggests because it generates aluminum scrap as a byproduct. As quoted in the Initial Determination, the undisclosed expert's claims speak only to the "typical" proportions used to produce billets[59] but in no way are these "typical" proportions directly tied to, or reflective of, Kingtom's specific purchases and production, especially given the extensive record and supporting documentation demonstrating Kingtom's actual production and aluminum ingot and scrap purchases.[60]

CBP's finding that "these discrepancies show why CBP is unable to confirm Kingtom's actual production capacity during the POI and evidence that Kingtom—at the very least—could have supplemented its orders with co-mingled Chinese aluminum extrusions"[61] is unlawful and

---

[55] Other than the ministerial error in October 2018 noted at *supra* note 35.

[56] *See* Initial Determination at 12.

[57] *See* Kingtom RFI Response at Exhibit 32.

[58] *See* Kingtom RFI Response at Exhibit 32.

[59] *See* Initial Determination at 12.

[60] *See, e.g.*, Importers' Rebuttal Factual Information at Exhibit 1; Exhibit 3, Exhibit 4, Exhibit 5; Kingtom RFI Response at Exhibit 16, Exhibit 21.

[61] Initial Determination at 12.

unsupported by the facts. Whether Kingtom "could" have commingled extrusions does not meet the statutory standard: CBP must determine whether covered merchandise—aluminum extrusions from China—in fact entered the United States based on substantial evidence.[62] The findings in the Initial Determination that CBP could not "confirm" Kingtom's production capacity are a red herring that fails to address the fact that the record utterly lacks even a scintilla of evidence that any of Kingtom's aluminum extrusions, aluminum ingot, or aluminum scrap are Chinese origin.

> **D.** **Kingtom's "Ties to China" And The Timing of Its Establishment Are Not Substantial Evidence Of Evasion**

To support its Initial Determination, CBP improperly relied on information indicating that Kingtom had "strong ties to China" to infer that Kingtom's exports contained commingled Chinese-origin aluminum extrusions. The information CBP claims provides the substantial evidence to support its determination includes: 1) Kingtom is a wholly owned Chinese company located in the Dominican Republic, with partners who are Chinese citizens; 2) Kingtom employed Chinese workers; 3) Kingtom had some suppliers that were based in China (none of which supplied aluminum extrusions, ingots, or scrap); 4) Kingtom uses Chinese-origin production equipment.

However, this information does not constitute substantial evidence that supports CBP's determination that Kingtom's products exported to the United States were commingled with Chinese origin extrusions. In order to determine whether Kingtom transshipped Chinese-origin aluminum extrusions, CBP's analysis must hinge on whether evidence supports Kingtom's inability to produce the types and quantity of aluminum extrusions exported to the United States. Substantial evidence on the record demonstrates that Kingtom does, in fact, have sufficient capacity and capability to substantially transform raw material inputs into the quantity of

---

[62] *See* 19 U.S.C. § 1517(c)(1)(A).

aluminum extrusions that it exported during the period of investigation.

Kingtom's "ties to China" are wholly irrelevant to this analysis. The substantial transformation of raw materials into aluminum extrusions has no relationship whatsoever to the nationality of the owners of Kingtom, whether Kingtom's employees are Chinese nationals, or whether Kingtom uses Chinese-origin equipment. Neither is fact that Kingtom began operations in the Dominican Republic after the imposition of the AD/CVD Orders substantial evidence of commingling of Chinese-origin goods. CBP simply ignores the reality that when one market is no longer commercially viable, another one often opens.

Yet, CBP expressly relies on this information as evidence "which allows for the possibility of transshipment of or comingling of Chinese aluminum extrusions." By its own admission, CBP did not actually find that substantial evidence demonstrates commingling, only that there exists the possibility of commingling. Indeed, CBP does not cite to any record evidence, such as bills of lading or other information that reasonably suggests an affirmative finding of commingling.

CBP also found that Kingtom's alleged failure to provide information about materials provided by its suppliers and alleged discrepancies concerning who the actual suppliers were constituted evidence of evasion. We incorporate by reference herein the discussion of this issue in the Request for Administrative Review submitted on behalf of Puertas y Ventanas JM, JL Trading Corp., and Industrias Feliciano Aluminum, Inc. dated March 12, 2021.

The Initial Determination further states that the timing of Kingtom's establishment in the Dominican Republic suggests evasion, as well as the purported increase of Chinese exports of aluminum extrusions to the Dominican Republic beginning in 2017. We incorporate by reference herein the discussion of this issue in the Request for Administrative Review submitted on behalf of Puertas y Ventanas JM, JL Trading Corp., and Industrias Feliciano Aluminum, Inc. dated March

19

12, 2021.

Based on CBP's determination in this case, any foreign-affiliated companies that open actual production facilities in other countries are automatically suspect of evasion. Simply, CBP's reliance on Kingtom's ties to China are tenuous, at best, and there is no direct evidence linking any Chinese manufacturer of aluminum extrusions to the aluminum extrusions that Kingtom exported to the United States. In sum, the evidence relied upon by CBP is not "more than a mere scintilla," and is inadequate to support CBP's initial determination of evasion. *PAM, S.p.A. v. United States*, 582 F.3d 1336, 1339 (Fed. Cir. 2009), quoting *Consol. Edison Co. v. NLRB*, 305 U.S. 197, 229 (1951).

### E.   Other Alleged Discrepancies Are Insufficient Bases To Find Substantial Evidence of Evasion

#### 1.   Discrepancies Between Classic Metal's and Kingtom's Records Were Insignificant

We note at the outset that CBP enumerated one type of discrepancy between information provided by Classic Metals and information provided by Kingtom, specifically alleged minor differences between the invoice values and weights on Classic Metals' Invoices and Kingtom's Invoices.[63] First, we note that Tables 18 and 19 do not compare the actual invoice weights and values submitted by Classic Metals to those submitted by Kingtom. Instead, the tables compare the weights and values on the invoices submitted by Classic Metals to Exhibit 11 of Kingtom's Initial RFI Response, which does not consist of invoices but a summary listing of Kingtom's orders on aluminum extrusions exports produced by Kingtom. It is not clear which invoices CBP compared to generate Tables 18-19. Notably, Classic Metals submitted transaction documents for entries that were not within the period of investigation ("POI"). Accordingly, CBP's analysis

---

[63] *See* Initial Determination at 16.

should only be limited to POI entries. However, a comparison of Classic Metals' invoices concerning merchandise imported during the POI to Kingtom's invoices, shows that three of the invoices submitted by both parties are identical. [64] The values on invoices [ Invoice #s ] submitted by Classic Metals are the same as those submitted by Kingtom and reconcile with the values reported on Exhibit 11.

The actual weight values reported in Exhibit 11 differ from the weights reported on the invoices, because Exhibit 11 only contains the weights of the profiles, not including packaging and powder, while the invoice weights contain the total weights inclusive of packaging and powder. To prepare the actual weights reported in Exhibit 11, Kingtom divided the invoice weight by [ # ] percent because powder and packaging weigh approximately [ # ] percent of the actual weight of packed profiles. For example, the total weight listed in Invoice [ Invoice # ] is [ # ] lbs, while the weight reported in Exhibit 11 of Kingtom's Initial RFI Response for this invoice is [ # ] lbs. Dividing [ # ] lbs by [ # ]% results in [ # ] lbs. This is yet another example of CBP's willingness to jump to the conclusion that Kingtom's documents were inaccurate and even fraudulent, rather than seeking to understand the record. Notably, CBP did not issue a single supplemental questionnaire to Classic Metals in this investigation. Had CBP identified these apparent discrepancies as significant and requested additional information, Classic Metals and Kingtom would have fully cooperated to provide ready explanations.

Concerning Invoice [ Invoice # ], the invoice value of Classic Metals' invoice is $ [ # ], while the value on Kingtom's invoice is $[ # ] (which matches the value in Exhibit 11 of Kingtom's RFI Response as well as Classic Metals' 7501 entry summary entered

---

[64] *See* Invoice Numbers provided in Classic Metals' RFI Response at Exhibit 19.

EAPA Inv. No 7423
Public Version

value)[65], a mere difference of $[ # ]. Thus, it is clear that there was a minor change to the final invoice value and the difference in value is miniscule. The other difference exists between the weight reported in Exhibit 11 and the weights of the final transaction documents. The same formula discussed in the example above explains why the final weight of packed profiles differs from the weight reported in Exhibit 11.[66]

To the extent that there were other minor differences between invoice values and weights, CBP should have requested additional information and explanation from the parties rather than concluding the information was inaccurate or fraudulent.

> ### 2. Additional Enumerated "Discrepancies" Are Simply Misstatements Of The Record Or Otherwise Incorrect.

In its Initial Determination, CBP identifies numerous other supposed "discrepancies" that, similar to those discussed above, are either (1) mischaracterizations or misunderstandings of record evidence or (2) are not explained in sufficient detail in the version provided to Kingtom and the Importers such that a meaningful response is possible.[67] This portion focuses on three numbered items specific to Kingtom. None of these three purported discrepancies affirmatively provide any evidence whatsoever of transshipment, commingling, or that any of Kingtom's aluminum extrusions are of Chinese origin.

### Item 1:

For this item, CBP claimed that there are "differences" in the export values and weights reported by Kingtom in different sources, specifically Kingtom's monthly export volume (for

---

[65] *See* Exhibit 19 of Classic Metals' RFI Response.

[66] *Compare* Packing List for Invoice [ Invoice ] in Exhibit 19 of Classic Metals' RFI Response *to* Exhibit 11 of Kingtom's RFI Response for the same invoice, and applying the [ # ]%.

[67] Initial Determination at 14-16.

2019),[68] Kingtom's financial ledger,[69] Kingtom's profit margin and unit cost calculation,[70] and Kingtom's volume analysis.[71]  Specifically, CBP compiled the following charts, which include what we believe reflects CBP's redacted calculation:

| January 1, 2018 - December 31, 2018 | Weight (lb.) | Weight (Tons) | Value (USD$) |
|---|---|---|---|
| Profit Margin Exhibit S-17 | [    Numbers | | |
| Production sales Part D(3) and Exhibit S-18 | | Numbers | |
| **Absolute Difference** | | | |
| Unaudited Financials Exhibit 29 | | | |
| **Absolute Difference with Exhibit S-17** | | | |
| **Absolute Difference with Part D(3)/Exhibit 18** | | | ] |

| January 1, 2019 - December 31, 2019 | Weight (lb.) | Weight (Tons) | Value (USD$) |
|---|---|---|---|
| Profit Margin Exhibit S-17 | [   Numbers | | |
| Export Volume Exhibit 22 | | Numbers | |
| **Absolute Difference** | | | |
| Unaudited Financials Exhibit 29 | | | |
| **Difference** | | | |
| Production sales Part D(3) and Exhibit S-18 | | | |
| **Absolute Difference with Exhibit S-17** | | | |
| **Absolute Difference with Exhibit 22** | | | |
| **Absolute Difference with Exhibit 29** | | | ] |

We note that these differences are, with one exception, extremely minor, and are quite obviously due to conversion factor issues.  Moreover, while exhibits such as Exhibit S-18 were reported on a pound basis, others like Exhibit S-17 were reported on a metric ton basis and reflect further rounding.  Differences due to rounding would be expected.

Furthermore, differences in the values reported are miniscule, and in one instance, amount to less than a dollar for an entire year of export sales.  The one [    identifying difference cited by CBP

---

[68] Kingtom RFI Response at Exhibit 22.

[69] *Id.* at Exhibit 29.

[70] Kingtom Supplemental RFI Response at Exhibit S-17.

[71] *Id.* at Exhibit S-18.

] appears to

be entirely the result of CBP's erroneous assumption that the U.S. Dollar to Dominican peso

exchange rate remained constant over the *entirety* of 2019.[72] That is simply not the case —

exchange rates fluctuate constantly, and the U.S. Dollar-Dominican Peso rate is no different.

While the spot rates for each of its daily transactions may not be on the record, the month average

and closing rates for each month of 2019 are included in Exhibit 29 of Kingtom's initial RFI

response.[73] Using the monthly (not daily) closing rate shrinks the alleged "discrepancy" from

[    #        ] to [    #        ]. Given that the U.S. Dollar-Dominican Peso rate fluctuated by

almost ten percent in 2019, this "discrepancy" amounting to [  percent difference          ]

proves the unreliability of using a static exchange rate for period calculations.

## Item 2:

Next, CBP identifies what, on its face, appear to be [  difference      ] in the values and

weights reported in Exhibit S-17 and Exhibit S-18, as well as Exhibit 29.[74] These alleged

"discrepancies" are primarily the result of a misreading of Exhibit S-17. The totals in Exhibit S-

17 are *export* totals only (see "{Year} Export Profit Margin and Unit Cost.").[75] On the other hand,

both the export and domestic sale volumes were reported in Exhibit S-18, with separate columns

for "Export Volume," "Export Sales Revenue," "DR Sales Volume," and "DR Sales Revenue."[76]

---

[72] *See* Initial Determination at 14 n.93 (noting the conversion rate that CBP used). Kingtom notes that CBP used an erroneous conversion rate of 1 U.S. Dollar to 0.02 Dominican Pesos. *Compare*, Initial Determination at 14 n.93 *with* Kingtom RFI Response at Exhibit 29 (providing closing rates).

[73] Kingtom RFI Response at Exhibit 29.

[74] *See* Initial Determination at 14 & n.95.

[75] Kingtom Supplemental RFI Response at Exhibit S-17.

[76] *Id.* at Exhibit S-18.

A comparison between the total export amounts in Exhibit S-18 to the total export amounts in Exhibit S-17 (after conversion from MT) yields the following:

| | Exhibit S-17 | | Exhibit S-18 | |
| Year | **Export Volume (lb.)** | **Export Sales Revenue (USD)** | **Export Volume (lb.)** | **Export Sales Revenue (USD)** |
|---|---|---|---|---|
| [ | Numbers | Numbers | Numbers | Numbers ] |

With regard to a possible comparison between the export and domestic sales values reported in Exhibit 29 and Exhibit S-18, it is important to note that Exhibit 29 includes Dominican Republic free-trade-zone sales, while Exhibit 18 does not.[77]

### Item 3:

CBP claims that there are differences between Kingtom's accounts receivable records and its bank statements, *i.e.*, Exhibits 8 and 10 respectively of its initial RFI response.[78] As an initial matter, by redacting the relevant information listed in the tables without public summary and withholding it from Kingtom even though the information belongs to Kingtom, CBP is denying Kingtom a meaningful opportunity to respond and depriving Kingtom, and its importers, the right to due process as guaranteed by the Fifth Amendment of the United States Constitution.[79] In this case, CBP has not only redacted any specific information with respect to alleged discrepancies between Exhibits 8 and 10, it has neither identified what conflicting information the exhibits contain nor where in the exhibits these alleged discrepancies can be found.

Although limited to responding to a blank table, it is clear that CBP did not specifically

---

[77] *Compare id.* at Exhibit S-18, *with* Kingtom RFI Response at Exhibit 29.

[78] Initial Determination at 15, 20; Kingtom RFI Response at Exhibit 8, Exhibit 10

[79] *Royal Brush Manufacturing, Inc.*, Court No. 19-00198, Slip Op. at 22.

request whatever information it claims is missing. In the RFI to Kingtom, CBP requested (1) accounts receivable information as Kingtom would keep in the ordinary course of business, and (2) that Kingtom distinguish between domestic and foreign companies.[80] Kingtom provided detailed accounts receivable information for 2018 and 2019 by company, and distinguished between domestic and foreign companies in Exhibit 8. CBP has provided no evidence that these records do not contain all information that would be recorded in Kingtom's accounts receivable records in the ordinary course of business. With regard to its bank statements provided in Exhibit 10, CBP requested that Kingtom provide CBP "with copies of all company bank statements from October 2018 to present."[81] Kingtom provided the requested information.[82] CBP declined to conduct an on-site verification of Kingtom during which it could have probed the accuracy of Kingtom's reporting. Due to CBP's refusal to reveal to Kingtom the details of the "inconsistencies" it alleges between these two exhibits, Kingtom is unable to respond, other than to state again that it fully responded to CBP's requests for information and that the information it supplied in Exhibits 8 and 10 is complete and accurate to the best of Kingtom's knowledge.

**F.     CBP Improperly Claimed Kingtom's Production Records Were Inaccurate**

CBP's Initial Determination repeats identical findings from EAPA 7348 regarding the alleged discrepancies between Mill Test Certificates provided by Kingtom and those provided in the Importers' CF-28s, and that Kingtom left out a step of its production process when it provided information to the Importers for their CF-28 responses. CBP further determined that the dates on Kingtom's schematic drawings are dated months after Kingtom began exporting to these

---

[80] *See* Kingtom RFI Response at 18.

[81] *Id.* at 20.

[82] *See* Kingtom RFI Response at 20, Exhibit 10.

26

importers. We incorporate by reference herein the discussion of these issues in the Request for Administrative Review submitted on behalf of Puertas y Ventanas JM, JL Trading Corp., and Industrias Feliciano Aluminum, Inc. dated March 12, 2021. We also incorporate by reference herein the discussion of these issues in the Request for Administrative Review submitted by Global Aluminum dated March 12, 2021.

### G. The Site Visit Reports Do Not Contradict Information Regarding Production And Do Not Evidence Evasion

CBP determined that the Importers and government officials reported different operating conditions at the Kingtom facility during their respective site visits. We incorporate by reference herein the discussion of this issue in the Request for Administrative Review submitted on behalf of Puertas y Ventanas JM, JL Trading Corp., and Industrias Feliciano Aluminum, Inc. dated March 12, 2021. We also incorporate by reference herein the discussion of this issue in the Request for Administrative Review submitted by Global Aluminum dated March 12, 2021.

### H. Arguments Presented and Ignored by CBP

CBP ignored other record evidence presented by the Importers that support the finding that there was no evasion by Kingtom and the Importers. For instance, the very nature of Kingtom's operations and custom goods that were made to order makes it impossible to transship the unique specifications purchased by the Importers. In addition, the letter ruling submitted on the record detailing Kingtom's production operations and confirming the goods were a product of the Dominican Republic and the [ process ] are particularly important given that CBP did not conduct an on-site verification of Kingtom as a result of this investigation. Finally, Kingtom operates in a free trade zone, which subjects it to more stringent oversight. CBP must consider the totality of the record evidence in making its determination, and cannot selectively ignore substantial evidence that demonstrates that Kingtom could not have transshipped Chinese

EAPA Inv. No 7423
Public Version

Remand PR 000212

origin aluminum extrusions.  We incorporate by reference herein the discussion of these issues in the Request for Administrative Review submitted by Global Aluminum dated March 12, 2021.

## IV.     <u>CONCLUSION</u>

For the foregoing reasons, Classic Metals respectfully requests that CBP reverse the Initial Determination and find that Classic Metals did not evade the AD/CVD Order on Aluminum Extrusions from China.

EAPA Inv. No 7423
Public Version



**Fox Rothschild** LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100 Fax (202) 461-3102
www.foxrothschild.com

BRITTNEY R. POWELL
Direct No: (202) 794-1186
Email: bpowell@foxrothschild.com

## CERTIFICATION

September 26, 2022

On behalf of Classic Metals Suppliers, I, Brittney R. Powell, Attorney, hereby certify to the following:

(1) That all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief.

(2) That any information for which I have not requested business confidential treatment pursuant to 19 C.F.R. § 165.4(a), may be released for public consumption.

(3) That I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 C.F.R. § 165.7(a)

In accordance with 19 C.F.R. § 165.4(d), I hereby certify that the designated business confidential information was obtained from Classic Metals Suppliers own business records or that of its affiliates.

/s/ Brittney R. Powell

Brittney R. Powell, Esq.

Public Document No. 9



**Fox Rothschild** LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

**PUBLIC VERSION**
**Business Confidential Information Is
Deleted From Brackets in all
Attachments hereto.**

BRITTNEY R. POWELL
Direct No: 202 794-1184
Email: bpowell@foxrothschild.com

June 9, 2020

**VIA ELECTRONIC DELIVERY**
Mr. Dean Gloy
Mr. Tobias Vandall
Office of Trade
U.S. Customs and Border Protection
1331 Pennsylvania Avenue, NW
Washington, D.C. 20229

    Re:   **EAPA Consolidated Case Number 7423:
        Submission of CF-28 Response**

Dear Director Owens:

    We represent Classic Metals Suppliers Corp. ("Classic Metals"), a U.S. importer subject

to investigation in EAPA Inv. No. 7423.  Pursuant to Customs and Border Protection's

("CBP") May 26, 2020 request for bracketing, we hereby submit the public version of Classic

Metals' CF-28 Response submitted prior to the initiation of the investigation.

    Pursuant to 19 C.F.R. § 165.4(a), this submission contains factual information for which

business confidential treatment is requested. Business confidential information is contained in

U.S. Customs and Border Protection
EAPA Case Number 7423
June 9, 2020
Page 2

brackets in the attached submission and should be withheld from public disclosure. Classic Metals requests confidential treatment of all "trade secrets or privileged or confidential commercial or financial information" contained herein. Specifically, the information provided below in brackets [ ] around the claimed confidential information is privileged or confidential as set forth in 5 U.S.C. § 552(b)(4). Such information includes: transaction specific details, such as the quantity and value, payment terms, and terms of sale; bank statements and proofs of payment; the identification of the Importer of Record number; personal identity of employees at Classic Metals and its suppliers; confidential information contained on purchase orders, commercial invoices, and in email communications; mill test certificates; production processes and product diagrams, among other confidential information obtained from Classic Metals' business records. Such information is highly confidential, the public release of which would cause significant and irreparable harm to Classic Metals. The bracketed information consists of trade secrets and commercial or financial information, which is privileged or confidential consistent with the provision in 5 U.S.C. § 552(b)(4). A public version of this submission will be filed simultaneously with this confidential version. Information not capable of summary in the public version includes bank statements, production process, and product diagrams.

Thank you for your attention to this matter. Should you have any questions concerning this submission, please contact the undersigned.

Respectfully submitted,

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell


**ClassicMetals**
**Wholesale and Manufacturers**
Toll Free: 1(888)METAL 01
www.classicmetalssuppliers.com

## COMPANY CERTIFICATION

On behalf of Classic Metals Suppliers, I, [ Alexis Perez ], President hereby certify to the
following statements:

(1) That all statements in this submission (and any attachments) are accurate and true to the
best of my knowledge and belief;

(2) That any information for which I have not requested business confidential treatment
pursuant to 19 C.F.R. 165.4(a), may be released for public consumption;

(3) That I will advise CBP promptly of any knowledge of or reason to suspect that the
covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19
C.F.R. 165.7(a).

Dated: **09/24/2022**                          Signed: _____

[ Alexis Perez ]



Fox Rothschild LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100 Fax (202) 461-3102
www.foxrothschild.com

BRITTNEY R. POWELL
Direct No: 202 794 1186
Email: bpowell@foxrothschild.com

September 25, 2022

**Certification**

(1) On behalf of Classic Metals Suppliers Corp., I, Brittney R. Powell, certify that all
statements in this submission (and any attachments) are accurate and true to the best of
my knowledge and belief.

(2) On behalf of Classic Metals Suppliers Corp., I Brittney R. Powell, certify that any
information for which I have not requested business confidential treatment pursuant to 19
C.F.R. § 165.4(a), may be released for public consumption.

(3) On behalf of Classic Metals Suppliers Corp., I Brittney R. Powell, certify that I will
advise CBP promptly of any knowledge of or reason to suspect that the covered
merchandise poses any health or safety risk to U.S. consumers pursuant to 19 C.F.R. §
165.7(a)

**Dated: September 25, 2022**          **Brittney R. Powell, Esq.**

# Entry 7224 7501 - BC



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

| 1. Entry Number | 2. Entry Type | 3. Summary Date | | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|---|
| entry no. 722-4 | 01 ABI/A | 11/25/19 | 045 | 050 | 8 | 5203 | 11/13/19 |

| 8. Importing Carrier | | 9. Mode of Transport | 10. Country of Origin DO | | 11. Import Date 11/13/19 |
|---|---|---|---|---|---|

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country DO | | 15. Export Date 11/10/19 |
|---|---|---|---|---|

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 24741 | 20. U.S. Port of Unlading 5203 |
|---|---|---|---|---|

| 21. Location of Goods/G.O. Number | 22. Consignee Number SAME | 23. Importer Number | 24. Reference Number |
|---|---|---|---|

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address CLASSIC METALS SUPPLIERS CORP 13125 NW 47 AVE |
|---|---|

| City | State | Zip | City OPALOCKA | State FL | Zip 33054-0000 |

| 27. Line Number | 28. Description of Merchandise 29. A. HTSUS Number B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|
| | Mfst Qty: ┌ amt ┐PCS Invoice 001 | | | | | |
| 001 | ALUM PRD, NT 19, EX PRD EXCL 9903.85.01 ┌ amt ┐ | | | ┌ amt ┐ C2199 Not Related | 10.0% | ┌ amt ┐ |
| | ALUMINUM HOLLOW PROFILES, ALLOY | | | | | |
| P | 7604.21.0000 Harbor Maintenance Fee (501) | | amt ┘ | | Free 0.125% | |
| | Inv Value : ┌ Ent Value : amt ┘ | | | | | |

Other Fee Summary for Block 39
501 ┌ amt ┘

| 35. Total Entered Value | | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | $ ┌ amt ┘ | A. LIQ CODE | B. Ascertained Duty | 37. Duty ┌ amt |
| Total Other Fees $ amt ┘ | | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME (LAST, FIRST, M.I.) | TITLE | SIGNATURE | DATE |
|---|---|---|---|

| Broker/Filer Information Name (Last, First, M.I.) and Phone Number | 43. Broker/Importer File Number |
|---|---|

Page 1 of 1

CBP Form 7501 (8/19)

# Entry 7224 Bill of Lading - BC

[ company name ]

| | BILL OF LADING CONOCIMIENTO DE EMBARQUE | | | NON-NEGOTIABLE |
|---|---|---|---|---|

**(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador**

Details as indicated

| (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| (3b) DATE Fecha | | |

| (4) EXPORT REFERENCES Referencias de Exportación | FWDR. REF NO. |
|---|---|

**(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER**   6922694-01

CLASSIC METAL SUPPLIERS
13125 NW 47TH AVE OPA LOCKA FL 33054
CONTACT:. name
MAIL:ICA@CLASSICMETALS.US
TEL: number

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|

**(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:**   6922694-01

CLASSIC METAL SUPPLIERS
13125 NW 47TH AVE OPA LOCKA FL 33054
CONTACT:
MAIL: name

**(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación**

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: RIO HAINA DR | (11) RELAY POINT Punto de Conexión | (12) POINT & COUNTRY OF ORIGIN OF GOODS Lugar y País de Origen |
|---|---|---|---|
| | (13) PORT OF LOADING Puerto de Carga RIO HAINA DR | (14) LOADING PIER / TERMINAL Muelle | |

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | (18) ORIGINALS TO BE RELEASED AT Originales para Entregarse en |
|---|---|---|

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS. / PKGS / No. de Furgones / Bultos | (21) RM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | amt | | SLAC  PKGS ALUMINUM PROFILES | amt | |
| D/R   EQUIP ID   $EAL# | | | | WEIGHT amt | CUBE |

**(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.**   EMERGENCY CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER RM | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT VESSEL FUEL CHG LOW SULFUR US SOLAS VGM WGT VEH CN BB CLRNC | amt | | | amt | | |

THIS BILL OF LADING CONSISTS OF CONDITIONS AND INFORMATION APPEARING ON THE FRONT AND BACK OF THIS DOCUMENT.

SUBJECT TO SECTION 7 OF CONDITIONS, IF THE SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE SHIPPER, THE SHIPPER SHALL SIGN THE FOLLOWING STATEMENT: "THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES."

**TOTALS**   amt

IN WITNESS WHEREOF THE CARRIER HAS SIGNED _____ ORIGINAL BILLS OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

SIGNATURE OF SHIPPER
LIABILITY LIMITED UNLESS INCREASED VALUE DECLARED BELOW; ALL AS SPECIFIED IN SECTION 16:

BY _____

DECLARED VALUE:
* APPLICABLE ONLY WHEN USED A THROUGH  TRANSPORTATION BILL OF LADING
** INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT, IMCO, OR OTHER REGULATIONS AND INDICATE THE CORRECT COMMODITY NUMBER IN DESCRIPTION OF CARGO ABOVE.

PAGE 1 OF 1   [ company name ]

BY _____

Ferrara PER000223

# Entry 7224 Certificate of Origin - BC

| Tratado de Libre Comercio entre Centroamérica, República Dominicana y los Estados Unidos | Central America-Dominican Republic-United States Free Trade Agreement |
|---|---|
| **CERTIFICACION DE ORIGEN**<br>(Instrucciones al reverso) | **CERTIFICATION OF ORIGIN**<br>(Instructions on reverse) |

| 1 Nombre, dirección, teléfono, correo electrónico y número de registro fiscal del exportador:<br>Exporter's name, address, telephone, e-mail and tax identification number:<br><br>Details as indicated | 2 Periodo que cubre:<br>Blanket period: |
|---|---|

|  | D | M | A - Y |  | D | M | A - Y |
|---|---|---|---|---|---|---|---|
| De<br>From | 7 | 11 | 2019 | A<br>To | 7 | 5 | 2020 |

| 3 Nombre, dirección, teléfono, correo electrónico y número de registro fiscal del productor:<br>Producer's name, address, telephone, e-mail and tax identification number:<br><br>Details as indicated | 4 Nombre, dirección, teléfono, correo electrónico y número de registro fiscal del importador:<br>Importer's name, address, telephone, e-mail and tax identification number:<br>**CLASSIC METAL SUPPLIERS**<br>13125 NW 47TH AVE. OPA LOCKA, FL 330554<br>ESTADOS UNIDOS |
|---|---|

| 5 - Descripción de la(s) mercancía(s) Description of good(s) | 6 Clasificación arancelaria<br>HS tariff classification | 7 Criterio para trato preferencial<br>Preferencial treatment criteria | 8 Criterios- Otros<br>Other criteria |
|---|---|---|---|
| ALUMINUM PROFILE<br><br>PERFILES DE ALUMINIO | 7604.21 | B |  |

**9 Observaciones- Remarks**

**10 Declaro bajo juramento que:**

- La información contenida en este documento es verdadera y exacta y me hago responsable de comprobar lo aquí certificado. Estoy consciente que soy responsable por cualquier declaración falsa u omisión material hecha en o relacionada con el presente documento.

- Me comprometo a conservar y presentar, en caso de ser requerido, los documentos necesarios que respalden el contenido de la presente certificación, así como a notificar por escrito a todas las personas a quienes se ha entregado la presente certificación, de cualquier cambio que pudiera afectar la exactitud o validez del mismo.

- Las mercancías son originarias del territorio de una o ambas Partes y cumplen con todos los requisitos de origen que les son aplicables conforme al Tratado de Libre Comercio entre Centroamérica, República Dominicana y Estados Unidos, no han sido objeto de procesamiento ulterior o de cualquier otra operación fuera de los territorios de las Partes y han permanecido bajo el control de las autoridades aduaneras en el territorio de un país que no sea Parte, de conformidad con en el Artículo 4.12

Esta Certificación se compone de _____ hojas incluyendo todos sus anexos.

**Under oath I certify that:**

- The information on this document is true and accurate and I assume the responsibility for proving what is hereby certified. I am aware that I am liable for any false statements or material omissions made on or in connection with this document.

- I agree to mantain, and present upon request, documentation necessary to support this certification, and to inform, in writing, all persons to whom the certification was given of any changes that would affect the accuracy or validity of this Certification.

- The goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the Central America-Dominican Republic - United States Free Trade Agreement, that there has been no further processing or any other operation outside the territories of the Parties, and the goods have remained under the control of customs authorities in the territory of a non-Party, pursuant to Article 4.12.

This Certification consists in _____ pages, including all attachements

| 11 Firma autorizada- Authorized Signature-<br>Details as indicated | 12 Empresa- Company |
|---|---|
| 13 Nombre- Name: | 14 Cargo - Title ENCARGADA DE EXPORTACION |
| 15 O Importador   O Exportador   O Productor |  |
| 16 Fecha- Dale   D-D   M-M   A-Y   Teléfono- Telephone - | Fax |
| (829)-658-3357 | |

# Entry 7224 Commercial Invoice - BC



company name  company name  **Commercial Invoice**

| Seller: | | | Importer: | | | Date: 2019-11-07 |
| Address: | Details as indicated | | Contact Person: | | | Invoice #: number |
| Contact Person: | Telephone: | | Telephone: | | | Quotation#: 20191003001 20191022006 |
| Email: | | | Email: | | | Container #: |
| Website: | | | | | | number |

Buyer: Classic Metals Suppliers
Address: 13125 NW 47th, Ave. Opa Locka. FL 33054  Ship to:
Contact Person:
Telephone:
Email:
Tax Number:
Order#: 7601

| | | Country of Origin: Dominican Republic | | | | | Incoterm | Fob |
|---|---|---|---|---|---|---|---|---|
| Die No. | DESCRIPTION | COLOR | LENGTH | QUANTITY | TOTAL WEIGHT(KG) | TOTAL WEIGHT(LB) | UNIT PRICE/LB | TOTAL |
| | Profile | | 2'1'1" | | | | | |
| | Profile | | 2'1'1" | | | | | |
| | Profile | | 2'1'1" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 19'6" | | | | | |
| | Profile | | 19'6" | | | | | |
| | Profile | | 19'1" | Details as indicated | | | | |
| Details as indicated | Profile | Details as indicated | 19'1" | | | | | |
| | Profile | | 19'1" | | | | | |
| | Profile | | 19'1" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 15'6" | | | | | |
| | Profile | | 15'6" | | | | | |
| | Profile | | 18'6" | | | | | |
| | Profile | | 18'6" | | | | | |
| | Profile | | 23'0" | | | | | |
| | Profile | ... ..... ..... | 23'0" | | | | | |
| | Profile | | 20'2" | | | | | |
| | Profile | | 24'2" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 15'0" | | | | | |
| | Profile | | 15'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 22'0" | | | | | |

Note: The weight is calculated by real weight.  Subtotal

| | | | | | | | Subtotal | AMT |
| Beneficiary Bank: | | | | | | | Ocean Freight | |
| Address: | Details as indicated | | | | | | TOTAL | |
| SWIFT: | | | | | | | | |
| Account Number(USD$): | | | | | | | | |
| Beneficiary Name: | | | | | | | | |
| Tax Number: | | | | | | | | |

Remand PR 000227

# Entry 7224 Email Communication - BC

## Re: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

⌐     names

Mon 10/7/2019 1:14 PM

⌐ To:    email address
Cc:    email address

📎 1 attachments (1 MB)
classic-20191003001.pdf;

⌐    name

Please check the attachment for the updated quotation. If everything is ok please sign and send me back.
Also just letting you know that there're still about 13% empty space left in the container.

_Thanks and Best Regards_

⌐

    company name and
    information

---

**From:** ⌐   name
**Date:** 2019-10-07 08:57
⌐ **To:**    email address
⌐ **CC:**    email address
**Subject:** RE: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

Good morning ⌐name⌐

Everything on the P.O looks good except the following items listed below. The quantities are to high please adjust the quantities for the two items listed below.

⌐    name

company name

# QUOTATION

| | | |
|---|---|---|
| Address: | Details as indicated | Website: |
| Sales manager: | Cellphone: | |

| | |
|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-30 |
| Incoterms: | FOB |
| LME Price: | amt |
| Lead Time: | |
| [ Format No: | ] |

**Client Information**

Company: Classic Metals Suppliers   Contact Person:

Email: email address   Phone:

Address: 13125 NW 47th, Ave. Opa Locka. FL 33054

Order#: 7601

| | | | | | | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn Country of Origin:Dominican Republic | | | | | | | | | | | | |
| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Unit Price | Total | |
| | FS01860 | HR4 SNAP POST | | 6063-T6 | 21' 1" | | | | | | | |
| | FS00659 | HR10 TOP CAP | | 6063-T5 | 20' 0" | | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0" | | | | | | | |
| | FS00662 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6" | | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0" | | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0" | | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6" | | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2" | | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2" | | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | | |

Details as indicated

Details as indicated

Remand PR 000230

| KT Ref # | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | Color Code | 6063-T6 | 20' 0 " | lb/ft | lb/pcs | qty | total weight | price | total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 24' 0 " | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT CHANNEL | | 6063-T6 | 24' 0 " | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT CHANNEL | | 6063-T6 | 24' 0 " | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT CHANNEL | | 6063-T6 | 24' 0 " | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT CHANNEL | | 6063-T6 | 24' 0 " | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 20' 0 " | Details as indicated | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 24' 0 " | | | | | | |
| | DYPE15 | 1X4 SMB | | 6063-T6 | 24' 0 " | | | | | | |
| | NTL01 | T-GUTTER SPLICE | | 6063-T6 | 20' 0 " | | | | | | |
| | DYPE92 | 4X4X1/8 | | 6063-T6 | 15' 0 " | | | | | | |
| | DYPE92 | 4X4X1/8 | | 6063-T6 | 15' 0 " | | | | | | |
| | FS00657 | HR2 SNAP PLATE | | 6063-T5 | 21' 1 " | | | | | | |

**Remark:** Liquidated by actual weight. | | | | | | Subtotal: | | |

| Beneficiary : Details as indicated | Beneficiary Bank: | Fabrication Fee: | |
| Address: | | Packaging Fee: | |
| SWIFT: | USD Account: RNC: | Ocean Freight: | |
| | | TOTAL: | AMT |

Please feel free to contact us if you have any questions about the quotation.
THANK YOU FOR DOING BUSINESS WITH US!

Please let me know you have received this and please send us an updated copy.

Thank you,
name
Classic Metals Suppliers

**From:**     name
**Sent:**
**To:**    email address
**Cc:**    email address
**Subject:** Re: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

Morning   name

Sorry for the delay because our ERP system was upgrading. Please find the attachment for the updated quotation. For the refs you required to increase we added more on to full fill the container, please check carefully and let me know if you have any questions.

*Thanks and Best Regards*

company name
and
company
address

**From:**   name
**Date:** 2019-10-04 13:37
**To:**    email address
**Cc:**    email address
**Subject:** RE: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

Remand BB-000232

# QUOTATION

company name

Address:  
Sales manager:  
Website:  
Cellphone:

| | |
|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-03 |
| Incoterms: | FOB |
| LME Price: | amt |
| Lead Time: | |
| Format No: | |

**Client Information**

Company: Classic Metals Suppliers  
Email:  
Address: 13125 NW 47th, Ave. Opa Locka. FL 33054  
Order#: 7601

Contact Person:  
Phone:

| | | | | | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **KT Ref#** | **ClientRef#** | **Description** | **Color Code** | **Alloy** | **Length** | **Lb/Ft** | **Lb/Pcs** | **Qty(Pcs)** | **TotalWeight(Lbs)** | **UnitPrice** | **Total** |

**Country of Origin: Dominican Republic**

| KT Ref# | ClientRef# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty(Pcs) | TotalWeight(Lbs) | UnitPrice | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FS01860 | HR4 SNAP POST | | 6063-T5 | 21' 1" | | | | | | |
| | FS00559 | HR10 TOP CAP | | 6063-T5 | 20' 0" | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0" | | | | | | |
| | FS00652 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 24' 0" | | | | | | |
| | DYPE15 | 1X4 SMB | | 6063-T6 | 24' 0" | | | | | | |
| | NTL01 | T-GUTTER SPLICE | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE92 | 4x4x1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | DYPE92 | 4x4x1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | FS00657 | HR2 SNAP PLATE | | 6063-T5 | 21' 1" | | | | | | |

**Remark:** Liquidated by actual weight.  
Subtotal:

Beneficiary:  
Beneficiary Bank:  
Fabrication Fee:

Address:  
Packaging Fee:

SWIFT:  
USD Account:  
RNC:  
Ocean Freight:

Remand PR 000233



Please go ahead and add items listed below. Please adjust the items that are larger than 20' we don't mind removing a few from each item type ordered. If you have any questions, please give me a call.

company name and address information

name
Classic Metals Suppliers

name
**From:**
**Sent:**
**To:**    email address
**Cc:**    email address
**Subject:**

company name

Good morning, this is ₙₐₘₑYou can decrease some refs from the length over 20' and increase the refs that under 19'. You can just simply tell me the ref# and I will ask our engineer to calculate for you.

_Thanks and Best Regards_

company name
and
company
address

**From:** name
**Date:** 2019-10-04 08:32
**To:** email address
**CC:** email address
**Subject:**
Good morning name

I'm taking the moment to introduce myself. My name is Xiomara and will be working hand in hand with Mrs. Jesica if there is ever anything you might need know that I am also here to help. In regards to the space available in the container is there anything you may suggest. We don't want to lose the available space but we also know we cant go over the weight limit. Any suggestion would be greatly appreciated.

Thank you,
name

**From:** name
**Sent:** Friday, October 4, 2019 8:12 AM
**To:** email address
**Subject:** FW: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

company name
**From:** name
**Sent:** Thursday, October 3, 2019 3:21 PM
**To:** email address
**Subject:** Re: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

The container still have amt empty space but the weight is already amt
If you are ok with this quote please sign and send me back.

_____

*Thanks and Best Regards*

company name and
company address

company name

# QUOTATION

**Address:** Details as indicated  **Website:**

**Sales manager:**  **Cellphone:**

| | |
|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-03 |

**Client Information**

**Company:** Classic Metals Suppliers  **Contact Person:** name

**Email:** email address  **Phone:** number

**Address:** 13125 NW 47th, Ave. Opa Locka. FL 33054

**Order#:** 7601

| | |
|---|---|
| Incoterms: | FOB |
| LME Price: | |
| Lead Time: | |
| Format No: | |

| | | | | | | | | | | | Currency | USD$ |

**Country of Origin: Dominican Republic**

| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FS01860 | HR4 SNAP POST | | 6063-T6 | 21' 1" | | | | | | |
| | FS00659 | HR10 TOP CAP | | 6063-T5 | 20' 0" | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0" | | | | | | |
| | FS00662 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |

Remand BR 000236

company name
company
information

**From:** name
**Date:** 2019-10-03 09:43
**To:** email address
**CC:** email address
**Subject:** Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

Please review the attached Purchase Order. Feel free to contact us if you have any questions.

Thank you for your service.

Sincerely,
CLASSIC METALS SUPPLIERS

305-264-5888

# Entry 7224 Mill test Cert for Billets - BC

Remand PR 000238

company name

company name

**Mill Test Certificate for Billets**

| Furnaces No. | no. | Received Date | 2019 year | 11 month | 01 day | Report No. |
| Quantity of Samples | | Report Date | 2019 year | 11 month | 01 day | Deliver Party | Casting Workhouse |

| Samples | Chemical Component (%) | | | | | | | | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Mg | Si | Fe | Cu | Zn | Mn | Cr | Ti | |
| Samples1 before mass | | | | | | | | | |
| before mass production | | | Details as indicated | | | | | | |
| ₵ 120 Billets | | | | | | | | | Qualified |
| | | | | | | | | | |
| | | | | | | | | | |

Note: The conclusion is based on the samples.

分析人： Santa Mendoza 审核：_____

company name

company name

化学成份分析报告单 格式号： no.

| 试样炉号： | no. | 收样日期：2019 年 | 11 月 02 日 | 报告编号： |
| 试样数量： | | 报告日期：2019 年 | 10 月 02 日 | 送样单位：熔铸车间 |

| 试样名称 | 化学成份 (%) | | | | | | | | 结论 |
|---|---|---|---|---|---|---|---|---|---|
| | Mg | Si | Fe | Cu | Zn | Mn | Cr | Ti | |
| 炉前-1 | | | | | | | | | |
| 炉前-2 | | | Details as indicated | | | | | | |
| ₵ 120 铝棒切片 | | | | | | | | | 合格 |
| | | | | | | | | | |
| | | | | | | | | | |

注：检测结果只对来样负责。

分析人： Santa Mendoza 审核：_____

# Entry 7224 Payment 1 - BC

WE DEBIT YOUR ACCOUNT      FOR      ON

REPRESENTING

WIRETYPE:    Details as    PLUS A FEE OF

     indicated    REFERENCE NO.

PAY TO BANK:      , FED NO-    Details as indicated

ORIGINATOR:      Details as indicated

ORIGINATOR BANK:      Details as indicated

BENEFICIARY BANK ACC:

BENEFICIARY BANK:

BENEFICIARY ACC:

BENEFICIARY:      Details as indicated

**TRANSFER DETAIL**

[ User ID: Details as indicated ]

Reference
Load Date

Preparer

Originator Amount
Details as indicated ]

Amount to Beneficiary
Details as indicated ]

Orig Account
: Details as indicated ]

Originator Name
CLASSIC METALS SUPPLIERS CORP
16501 SW 58 TERRACE
MIAMI FL 33193 USA

Originator to Beneficiary Instructions
Details as indicated ]

US

Beneficiary Name
Details as indicated ]

Beneficiary Account
Details as indicated ]

SANTO DOMINGO
DO

Beneficiary Bank
ABA/SWIFT
Account Number

Intermediary Bank
ABA/SWIFT

Details as indicated ]

US

DO

Authorizer

[ signature
Details as indicated ]

[ company ]
name

Page 1

[ bank name ]      **TRANSFER DETAIL**      [ User ID:

*Reference*    191009W104709623
*Load Date*    10/09/2019

*Preparer*    [ Details as indicated

[ *By order of Name*
   Details as indicated ]

*Wire Paid for By:*

   [ **✗** ] *Debit*    *Other:*

[ *Available Balance Before Posting*
   Details as indicated ]

*Fee Assessed*

*The Request was received by one of the following*

[ ] *Fax*    [ **✗** ] *In Person*    [ ] *Email*    [ ] *Letter*    [ ] *Courier*

**CUSTOMER IS PRESENT**

[ *Wire Authorized by order of:*
     Details as indicated

*Type and Number of Identification provided by Customer*
   Details as indicated ]

*OR established customer was personally known and Identified by*

**CUSTOMER NOT PRESENT**

**CALL BACK VERIFICATION PROCEDURES**

*Name of Person Spoken To:*      *Telephone Number*

*Telephone Number Obtained from Bank records:*    [ ] *YES*    [ ] *NO*

*Call Back Performed By*    *Date*    *Time*

*Was Call Back Recorded?*    [ ] *YES*    [ **✗** ] *NO*

*Wire Transfer FTA on file*    [ **✗** ] *YES*    [ ] *NO*

*Signature(s) on file verified:*    [ **✗** ] *YES*    [ ] *NO*

*E Consent on File:*    [ ] *YES*    [ **✗** ] *NO*

*Email Verified:*    [ ] *YES*    [ **✗** ] *NO*

*Recurring Wire Transfers Agreement*    [ ] *YES*    [ **✗** ] *NO*

[ signature    Details as indicated

[ bank name ]

*Please, do not wrap each piece. Thank you*

# QUOTATION

| Address: | Details as indicated | | | | | Website: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Sales manager:      Cellphone:

**Client Information**

Company: Classic Metals Suppliers      Contact Person:

Email:      Phone:

Address: 13125 NW 47th, Ave. Opa Locka. FL 33054

Order#: 7601

| | |
|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-30 |
| Incoterms: | FOB |
| LME Price: | b |
| Lead Time: | |
| Format .No: | |

Country of Origin:

| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Currency<br>Unit Price | USD$<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Details as indicated

OK.
OK
OK.
OK.
OK
OK
OK.
OK
OK.
OK.
OK
OK
OK
OK
OK
OK.



OK
OK.
OK
OK
OK
OK.
OK.
OK
OK.
OK.
OK.
OK
OK.

| Remark: | Liquidated by actual weight. | | Subtotal: | | |

Beneficiary :
Address:
SWIFT:          USD Account:          RNC:

Details as indicated

Beneficiary Bank:

Details as indicated

| Fabrication Fee: | |
| Packaging Fee: | Details as indicated |
| Ocean Freight: | |
| **TOTAL:** | |

Please feel free to contact us if you have any questions about the quotation.

THANK YOU FOR DOING BUSINESS WI

Port

Please do not wrap each piece.
Thank you.

signature

# Entry 7224 Payment 2 - BC

WE DEBIT YOUR ACCOUNT                    FOR   Details as indicated
REPRESENTING                PLUS A FEE OF
WIRETYPE:        Details as indicated    REFERENCE NO.
PAY TO BANK:                                   FED NO-   Details as indicated

ORIGINATOR:         Details as indicated

ORIGINATOR BANK:        Details as indicated

BENEFICIARY BANK ACC Details as indicated
BENEFICIARY BANK:

BENEFICIARY ACC:
BENEFICIARY:

                Details as                       DO
REF-            indicated
PO



TRANSFER DETAIL

[ User ID: ]

Reference
Load Date

Preparer

[ Originator Amount   USD ]
  Details as
  indicated

Amount to Beneficiary ]
  Details as indicated SD

[ Orig Account ]

Originator Name

[ Originator to Beneficiary Instructions ]
  Details as indicated

US

[ Beneficiary Name ]
  Details as indicated

[ Beneficiary Account ]
  Details as indicated

SANTO DOMINGO
DO

[ Beneficiary Bank      Details as indicated
ABA/SWIFT
Account Number

]

Intermediary Bank
ABA/SWIFT

US

DO

Authorizer

[ Details as indicated ]

Customer Signature

Remand PR 000248

[ bank name ]      **TRANSFER DETAIL**      [ User ID:
Details as
indicated ]

**Reference**     191115W104613115
**Load Date**     11/15/2019

[ **Preparer**     Details as indicated ]

**Wire Paid for By:**

[ **By order of Name**
Details as indicated ]

[ **x** ] *Debit*     *Other:*

[ **Available Balance Before Posting**
Details as indicated ]

**Fee Assessed**

**The Request was received by one of the following**

[ ] Fax     [ **x** ] *In Person*     [ ] Email     [ ] Letter     [ ] Courier

**CUSTOMER IS PRESENT**

[ **Wire Authorized by order of:**
Details as indicated

**Type and Number of Identification provided by Customer**

Details as indicated ]
**OR established customer was personally known and Identified by**

**CUSTOMER NOT PRESENT**

**CALL BACK VERIFICATION PROCEDURES**

**Name of Person Spoken To:**      **Telephone Number**

**Telephone Number Obtained from Bank records:**    [ ] *YES*    [ ] *NO*

**Call Back Performed By**      *Date*      *Time*

**Was Call Back Recorded?**    [ ] *YES*   [ **x** ] *NO*

**Wire Transfer FTA on file**    [ **x** ] *YES*   [ ] *NO*

**Signature(s) on file verified:**    [ **x** ] *YES*   [ ] *NO*

**E Consent on File:**    [ ] *YES*   [ **x** ] *NO*

**Email Verified:**    [ ] *YES*   [ **x** ] *NO*

**Recurring Wire Transfers Agreement**    [ ] *YES*   [ **x** ] *NO*

[ bank name ]

# Entry 7224 Product Description - BC

Remand PR 000250

Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date | | Drawing No | |
|---|---|---|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 | | Client Drawing No | |

| Wall Thickness (mm) | Circle Dia (mm) Hollow Wall Thickness Tolerance (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | <100 | >100 - 250 | |

diagram

1 : 1

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

------- Exposed face

Snap plate for post.    HR2

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | | | |
| Extrusion Ratio | | Perimeter | |

| | | Unspec Wall Thickness | | | Unspes Fillet | |
|---|---|---|---|---|---|---|
| | | | | | Drawn/Date | |
| | | System | | Scale | Checked/Date | |
| | | Desian No | | Machine | Cofirmed/Date | |

[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-01 |
| Details as indicated | | | | |

Drawing No — Details as indicated

Client Drawing No

| Wall Thickness (mm) | Circle No (mm) Hollow Wall Thickness Tolerance (mm) | |
|---|---|---|
| | <100 | >100 - 250 |

Actual Weight Settlement

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |

≤10

>10 ~25

------ Exposed face

| Alloy | | Area |
|---|---|---|
| Standa | | Weigh |
| Accura | | |
| Circle(r | | |
| Extrusi Ratio | | Perime |

Details as indicated

Snap Post HRU

| Inspec Wall Thickness | Details as indicated | Unspes |
|---|---|---|
| | | wn/Date |
| ystem | | cked/Date |
| esian No | | Machine rmed/Date |

]

[

Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |
| | | | | |

| Drawing No | |
|---|---|
| Client Drawing No | |

| Wall Thickness (mm) | Circle Size (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | Hollow Wall Thickness Tolerance (mm) | | |
| | ≤100 | >100 - 250 | |

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

------ Exposed face

TOP CAP. HR 10

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | | | |
| Extrusion Ratio | | Perimeter | |

Details as indicated

| Unspec Wall Thickness | | | Unspes Fillet | |
|---|---|---|---|---|
| | Details as indicated | | Drawn/Date | |
| System | | Scale | | Checked/Date |
| Desian No | | Machine | | Cofirmed/Date |

]

[



| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |
| | | | | |

Drawing No

Client Drawing No

Details as indicated

Actual Weight Settlement

diagram

diagram

Details as indicated

Exposed face

Details as indicated

#RNA   Snap plat for top cap

Details as indicated

| Alloy / Temper | | Area |
| Standard | | Weight |
| Accuracy | | |
| Circle(mm) | | |
| Extrusion Ratio | | Perimeter |

| Unspec Wall Thickness | | Details as indicated | | Unspes Fillet | |
| System | | | Scale | Checked/Date |
| Design No | | | Machine | Cofirmed/Date |

1



| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-01 |
| | | | | |

Drawing No | Details as indicated
Client Drawing No

| Wall Thickness (mm) | Circle Dia (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | Hollow Wall Thickness Tolerance (mm) | | |
| | <100 | >100 ~ 250 | |

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |

Details as indicated

| >100 ~250 | ———— Exposed face |

HR12   1518 Bottom channel.

| Alloy / Temper | | Area |
|---|---|---|
| Standard | | Weight |
| Accuracy | Details as indicated | |
| Circle(mm) | | |
| Extrusion Ratio | | Perimeter |

| Unspec Wall Thickness | Details as indicated | Unspes Fillet |
|---|---|---|
| | | Drawn/Date |
| System | | Scale |  | Checked/Date |
| Design No | | Machine | | Cofirmed/Date |



Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |

| Drawing No |
|---|
| Client Drawing No |

Actual Weight Settlement

diagram

diagram

Details as indicated

Exposed face

3/4 Picker. #R13

Details as indicated



| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| Details as indicated | | | 2018-02-21 | |

型材型
Details as indicated
客户图

外接圆直径 (mm)
中空壁厚公差 (mm)
≤ 100

diagram

未注实体尺寸公差

| 尺寸(mm) | 公差(mm) |
|---|---|
| ≤3 | |
| >3～10 | |
| >10～15 | |
| >15～30 | |
| >30～45 | |
| >45～60 | |
| >60～100 | Details as indicated |
| >90～120 | 寸 |
| >120～150 | 标示装饰面 |
| >150～200 | |
| >200～250 | |

diagram

| 状态 | mm )² |
|---|---|
| 标准 | r²) |
| 等级 | (g/m) |
| 圆(mm) | Weight(ld / f t) |
| 压比 | 外周长 (mm) |

未注壁厚(mm
Details as indicated
壁厚公差(mm
La tolerancia del espesor
型材系列　比例
型材名称　机　型

未注
包装
绘制
审核 /日期
批准 /日期



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawing No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Details as indicated | | | | Details as indicated |
| | | | | 2019-01-0 | Yes☐No☐ | Yes☐No☐ | Yes☐No☐ | | |

Details as indicated

diagram



Details as indicated

--- Exposed face

Details as indicated

| Unspec Wall Thickness | | | |
|---|---|---|---|
| System | | | Checked/Date |
| Design No | | Machine | Cofirmed/Date |



Remand PR-000260



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawing No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | | Details as indicated |
| | | | | | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ | | |

Actual Weight Settlement — Details as indicated

# diagram



------ Exposed face

Details as indicated

| System | | | 1 : 1 | Checked/Date |
|---|---|---|---|---|
| Desian No | | Machine 638T | | Cofirmed/Date |

Details as indicated

[

Rec. Channel 3" x 1 1/2.

Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | | Clien |
| | | | | | Yes☐No☐ | Yes☐No☐ | Yes☐No☐ | | Drawin |

| Wall Thickness (mm) | Circle Dia. (mm) Hollow Wall Thickness Tolerance (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | ≤100 | >100 ~ 250 | |

Details as indicated

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

1 : 1

- - - - Exposed face

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | | | |
| Extrusion Ratio | | Perimeter | |

Details as indicated

| Unspec Wall Thickness | Details as indicated | | Unspes Fillet |
|---|---|---|---|
| | | | Drawn/Date |
| System | | Scale | Checked/Dat |
| Desian No | | Machin | Cofirmed/Dat |

]

Details as indicated

| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | 2018-04-27 |

Details as indicated

型材型

客户图号

Details as indicated

外接圆直径 (mm)

中空壁厚公差 (mm)

≤ mm

diagram

diagram

diagram

| 未注实体尺寸公差 | |
|---|---|
| 尺寸 (mm) | |
| ≤3 | |
| >3~10 | |
| >10~15 | |
| >15~30 | |
| >30~45 | |
| >45~60 | |
| >60~160 | |
| >90~120 | |
| >120~160 | |
| >150~200 | |
| >200~250 | |

Details as indicated

表示装饰面

金状态

行标准

度等级

圆(mm)

压比

(mm)²

in³

kg/m

**Weight(id / ft)**

外周长 (mm)

Details as indicated

未注壁厚(mm

壁厚公差(mm)

La tolerancia del espesor

型材系列

型材名称

比 例

机 型

未注

包装

绘制

审核/日期

批准/日期

| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | 2018-04-05 |
| | | | | |

Details as indicated

型材型 Details as indicated

客户图#

外接圆直径 (mm)

中空壁厚公差 (mm)

| ≤ |
|---|
| 0 |
| 0 |
| 0 |
| 0 |

diagram

diagram

diagram

未注实体尺寸公差

| 尺寸 (mm) | 公差 (mm) |
|---|---|
| ≤3 | |
| >3~10 | |
| >10~15 | |
| >15~30 | |
| >30~45 | |
| >45~60 | |
| >60~100 | |
| >90~120 | |
| >120~150 | |
| >150~200 | |
| >200~250 | |

Details as indicated

示装饰面

| 状态 | | nm )² |
|---|---|---|
| 标准 | | ²) |
| 等级 | | g/m) |
| (mm) | weignt(d / f t) | |
| 比 | 外周长 (mm) | |

Details as indicated

| 未注壁厚(mm | | 未注 |
|---|---|---|
| 壁厚公差 (mm) | La tolerancia dei espesor | 包装 |
| 型材系列 | 比 例 | 绘 制 |
| 型材名称 | 机 型 | 审 核 /日期 |
| | | 批准 /日期 |

[



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawing No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | | Details as indicated |
| | | | | | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ | | |

Details as indicated

Actual Weight Settlement

diagram

Details as indicated



Exposed face

Details as indicated

]

[

| 更改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | 2018-02-22 |
| | | | | |
| | | | | |

型材型号

Details as indicated

客户图号

外接圆直径 (mm)

中空壁厚公差 (mm)

**未注实体尺寸公差**

| 尺寸 (mm) | 公差 (mm) |
|---|---|
| ≤3 | |
| >3~10 | |
| >10~15 | |
| >15~30 | |
| >30~45 | |
| >45~60 | |
| >60~100 | |
| >90~120 | |
| >120~150 | |
| >150~200 | |
| >200~250 | |

Details as indicated

diagram

↓

表示装饰

状态

标准

等级

(mm)

m )²

米 重 (kg/m)
Weight(ld / f t)

Details as indicated

注壁厚(mm)

上厚公差(mm)

型材系列

Espesor no declarado

La tolerancia del espesor

比 例

未注

包装要求

绘制/日期

Remark审核/00266

]

[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

Drawing No

Client Drawing No

Details as indicated

| Wall Thickness (mm) | Circle Dia (mm) Hollow Wall Thickness Tolerance (mm) | |
|---|---|---|
| | <100 | >100 - 250 |

Actual Weight Settlement

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

------- Exposed face

| Alloy / Tem | Area |
|---|---|
| Standard | Weight |
| Accurac | |
| Circle(m | |
| Extrusion Ratio | Perime |

R

| Unspec Wa Thickness | | |
|---|---|---|
| System | | Scal |
| Desian No | | Machir |

Details as indicated

| Unspes Fillet | |
|---|---|
| Drawn/Dat | 02 |
| Checked/D | |
| Cofirmed/D | |

]



[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

| Drawing No | |
|---|---|
| Client Drawing No | Details as indicated |

| Wall Thickness (mm) | Circle Dia (m) Hollow Wall Thickness Tolerance (m) | |
|---|---|---|
| | <100 | >100 - 250 |

Actual Weight Settlement

Details as indicated

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

------- Exposed face

| Alloy / Tem | | Area | |
|---|---|---|---|
| Standard | | Weigh | |
| Accurac | | | |
| Circle(m | | | |
| Extrusion Ratio | | Perim | |

| Unspec Wa Thickness | | Details as indicated | | Unspes Fillet |
|---|---|---|---|---|
| | | | | Drawn/Dat |
| System | | | Scal | Checked/D |
| Desian No | | | Machi | Cofirmed/t |

]

[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

Details as indicated

Drawing No

Client Drawing No

| Wall Thickness (m) | Circle Dia (m) Hollow Wall Thickness Tolerance (m) | | Actual Weight Settlement |
|---|---|---|---|
| | ≤100 | >100 ~ 250 | |

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

------ Exposed face

| Alloy / Tem | Area |
|---|---|
| Standard | Weigh |
| Accurac | |
| Circle(m | |
| Extrusion Ratio | Perime |

| Unspec Wa Thickness | Details as indicated | | Unspes Fillet |
|---|---|---|---|
| | | | Drawn/Dat |
| System | | Scal | Checked/D |
| Desian No | | Machir | Cofirmed/D |

]

2×5 angle x 1/8"

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

Details as indicated

| Drawing No |
|---|
| Client Drawing No |

Details as indicated

| Wall Thickness (mm) | Circle Dia (mm) Bellow Wall Thickness Tolerance (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | <100 | >100 ~ 250 | |

Details as indicated

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension | Tolerance |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

------ Exposed face

| Alloy / Tem |
|---|
| Standard |
| Accurac |
| Circle(m |
| Extrusion Ratio |

| Area |
|---|
| Weigh |
| |
| Perim |

| Unspec W Thickness | Details as indicated | | Unspec Fillet |
|---|---|---|---|
| | | | Drawn/Dat |
| System | | Scal | Checked/D |
| Design No | | Machi | Cofirmed/C |

# Entry 7224 Production Process - BC

Remand PR 000272

# Raw materials needed to produce aluminum extrusions

## I. Casting Workhouse manufacturing billets

Details of production

## II. Extrtusion Workhouse manufacturing extrusions

Details of production

## III. Powder painted Process

Details of production

## IV. Anodized Process

Details of production

# Entry 7224 Purchase Order - BC

CLASSIC METALS SUPPLIERS

MIAMI, FL 33155

# Purchase Order

Date

| Vendor | Ship to |
| --- | --- |
| Company name and address | Company name and address |

| | | Terms | Due Date | Address Bank 2 |
| --- | --- | --- | --- | --- |
| | | Net 30 | 9/7/2019 | |

| Item | Description | Qty | U/M | Cost unit | Amount |
| --- | --- | --- | --- | --- | --- |
| HR4B211 | | | | | |
| HR10B20 | | | | | |
| HR11AB20 | | | | | |
| HR12B196 | | | | | |
| HR13B19 | | | | | |
| HR2B211 | | | | | |
| HR13W19 | Details as indicated above | | | | |
| IPIBCDIE27177 | | | | | |
| EF156-WH | | | | | |
| EF186BZ | | | | | |
| EF186W | | | | | |
| EF23BZ | | | | | |
| EF23WH | | | | | |
| EG20B | | | | | |
| EG24B | | | | | |
| RT2509320B | | | | | |
| RT2509320W | | | | | |
| RT2509324B | | | | | |
| RC112224W | | | | AMT | |
| | | | | **Total** | |

Remand PR 000275

CLASSIC METALS SUPPLIERS

MIAMI, FL 33155

# **Purchase Order**

## PO #

RECEIVED IN FULL

| Vendor | |
|---|---|
| Company name and address | Company name and address |

| | | Terms | Due Date | Address Bank 2 |
|---|---|---|---|---|
| | | Net 30 | 9/7/2019 | |

| Item | Description | Qty | U/M | Cost unit | Amount |
|---|---|---|---|---|---|
| RC112224B | | | | | |
| RC112324B | | | | | |
| RC112324W | | | | | |
| 1620B | | | | | |
| 1624B | | | | | |
| 1424B | | | | | |
| TGSPLICE | Details as indicated above | | | | |
| 4412515W | | | | | |
| 4412515BZ | | | | | |
| AN-12116-WH | | | | | |
| AN-12116-BZ | | | | | |
| AN-11116-WH | | | | | |
| 2209320W | | | | | |
| 2212520W | | | | | |
| 2512520W | | | | | |
| 4412520B | | | | | |

**Total** AMT

Remand PR 000276

# Entry 7224 Signed-20200316 - BC

Remand PR 000277

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0023
Exp. 09-30-2019

## REQUEST FOR INFORMATION
19 CFR 151.11

| 1. Date of Request |
|---|
| 02/14/2020 |

| 2. Date of Entry and Importation |
|---|
| 11/13/2019 |

| 3. Manufacturer/Seller/Shipper. | 4. Carrier | 5. Entry No. 7224 |
|---|---|---|

| 5a. Invoice Description of Merchandise | 5b. Invoice No. | 6. HTSUS Item No. |
|---|---|---|
| Line 1 | | 99038501 |

| 7. Country of Origin/Exportation | 8. CBP Broker and Reference or File No. |
|---|---|
| DO          DO | A CUSTOMS BROKERAGE, INC. |

| 9. TO: | 10. FROM: |
|---|---|
| CLASSIC METALS SUPPLIERS CORP 13125 NW 47TH AVE OPA LOCKA, FL 33054-4309 US | company name |

**Production of Documents and/or Information Required by Law:** If you have provided the information requested on this form to U.S. Customs and Border Protection at other ports, please indicate the port of entry to which it was supplied, and furnish a copy of your reply to this office, if possible.

| 11a. Port | 11b. Date Information Furnished |
|---|---|
| 5203 | |

### General Information and Instructions

| 12. Please Answer Indicated Question(s) | 13. Please Furnish Indicated Item(s) |
|---|---|

| ☑ A. | Are you related (see reverse) in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise. |
|---|---|

| ☑ A. | Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto. |
|---|---|
| ☑ B. | Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates. |
| ☐ C. | Breakdown of components, materials, or ingredients by weight and the actual cost of the components at the time of assembly into the finished article. |
| ☐ D. | Submit samples: Article number and description _____ |

| ☐ B. | Identify and give details of any additional costs/expenses incurred in this transaction, such as: |
|---|---|
| | ☐ (1) packing |
| | ☐ (2) commissions |
| | ☐ (3) proceeds that accrue to the seller |
| | ☐ (4) assists |
| | ☐ (5) royalties and/or license fees |

from container _____
mark(s) and number _____
Samples consumed in analysis, and other samples whose return is not specifically requested, will not normally be returned.

| ☑ E. | See item 14 below. |
|---|---|

| 14. CBP Officer Message |
|---|
| See continuation sheet |

Received

MAR 0 9 2020

CBP
Champlain, NY

15. Reply Message (Use additional sheets if more space is needed.)

| 16. CERTIFICATION | It is required that an appropriate corporate/company official execute this certificate and/or endorse all correspondence in response to the information requested. (**NOTE**: NOT REQUIRED IF FOREIGN FIRM COMPLETES THIS FORM.) |
|---|---|

| 16a. Name and Title/Position of Signer (Owner, Importer, or Corporate/Company Official) | 16b. Signature. |
|---|---|
| | 16c. Telephone No.          16d. Date |

| 17. CBP Official | 18. Team Designation     045 | 19. Telephone No. |
|---|---|---|

| 20. Fax No. | 21. Email | |
|---|---|---|

CBP Form 28 (06/14)

Remand PR 000278

OMB No. 1651-0023
Exp. 06-30-2016

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**REQUEST FOR INFORMATION**
Continuation Page

19 CFR 151.11

| | | |
|---|---|---|
| 1. Date of Request | | |
| 02/14/2020 | | |
| 2. Date of Entry and Importation | | |
| 11/13/2019 | | |

| 3. Manufacturer/Seller/Shipper | 4. Carrier | | 5. Entry No. |
|---|---|---|---|
| | | | 7224 |
| 5a. Invoice Description of Merchandise | | 5b. Invoice No. | 6. HTSUS Item No. |
| Line 1 | | | 99038501 |
| 7. Country of Origin/Exportation | | 8. CBP Broker and Reference or File No. | |
| DO          DO | | A CUSTOMS BROKERAGE, INC. | |

14. CBP Officer Message
Please provide the following information and documentation:

Are you related in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise. NO Related.

Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates. Provide part/inventory numbers of aluminum extrusions imported by your company. Include schematic drawings, material certification, etc. which document the dimensions and material composition of the extruded aluminum.

Provide the mill test certificate from the manufacturer of the original billets used to create the aluminum extrusions imported by Classic Metals.

Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto.

Provide entry transaction information including the original commercial invoice(s), proof of payment(s), purchase order and all bills of lading (master bills of lading) (including through bills of lading).

All documents should be clear, legible and in English.

This request is pursuant to 19USC 1509 and 19CFR163. The requested documentation must be produced within 30 days from the date of this notice.

| 17. CBP Official | 18. Team Designation | 19. Telephone No. |
|---|---|---|
| 20. Fax No. | 21. Email | |

CBP Form 28 (06/14)

## GENERAL INFORMATION AND INSTRUCTIONS

1. The requested information is necessary for proper classification and/or appraisement of your merchandise and/or for insuring import compliance of such merchandise. Your reply is required in accordance with section 509(a), Tariff Action of 1930, as amended (19 U.S.C.1509).

2. All information, documents, and samples requested must relate to the shipment of merchandise described on the front of this form.

3. Please answer all indicated questions to the best of your knowledge.

4. All information submitted will be treated confidentially.

5. If a reply cannot be made within 30 days from the date of this request or if you wish to discuss any of the questions designated for your reply, please contact the CBP officer whose name appears on the front of this form.

6. Return a copy of this form with your reply.

## DEFINITIONS OF KEY WORDS IN BLOCK 12

Question A: RELATED - The persons specified below shall be treated as persons who are related:

    (A) Members of the same family, including brothers and sisters (whether by whole or half blood), spouse, ancestors, and lineal descendants.

    (B) Any officer or director of an organization and such organization.

    (C) An officer or director of an organization and an officer or director of another organization, if each such individual is also an officer or director in the other organization.

    (D) Partners.

    (E) Employer and employee.

    (F) Any person directly or indirectly owning, controlling, or holding with power to vote, 5 percent or more of the outstanding voting stock or shares of any organization and such organization.

    (G) Two or more persons directly or indirectly controlling, controlled by or under common control with, any person.

PRICE PAID OR PAYABLE - This term is defined as the total payment (whether direct or indirect and exclusive of any costs, charges, or expenses incurred for transportation, insurance, and other C.I.F. charges) made, or to be made, for imported merchandise by the buyer to, or for the benefit of, the seller.

Question B: ASSISTS - The term "assist" means any of the following if supplied directly or indirectly, and free of charge or at reduced cost, by the buyer of the imported merchandise for use in connection with the production or the sale for export to the United States of the merchandise:

    (1) Materials, components, parts, and similar items incorporated in the imported merchandise.

    (2) Tools, dies, molds, and similar items used in the production of the imported merchandise.

    (3) Merchandise consumed in the production of the imported merchandise.

    (4) Engineering, development, artwork, design work, and plans and sketches that are undertaken elsewhere than in the United States and are necessary for the production of the imported merchandise.

PROCEEDS THAT ACCRUE TO THE SELLER - This term is defined as the amount of any subsequent resale, disposal, or use of the imported merchandise that accrues, directly or indirectly, to the seller.

ROYALTIES AND/OR LICENSE FEES - This term relates to those amounts that the buyer is required to pay, directly or indirectly, as a condition of the sale of the imported merchandised for exportation to the United States.

PAPERWORK REDUCTION ACT STATEMENT - An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0023. The estimated average time to complete this application is 2 hours. If you have any comments regarding the burden estimate you can write to Regulations and Rulings, Office of International Trade, U.S. Customs and Border Protection, 90 K St. NE., (10th Floor), Washington, DC 20229-1177.

CBP Form 28 (06/14)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**REQUEST FOR INFORMATION**
Continuation Page

19 CFR 151.11

OMB No. 1651-0023; Exp. 09-30-2019

| | |
|---|---|
| 1. Date of Request | 02/14/2020 |
| 2. Date of Entry and Importation | 11/13/2019 |

| 3. Manufacturer/Seller/Shipper | 4. Carrier | | 5. Entry No. 7224 |
|---|---|---|---|
| 5a. Invoice Description of Merchandise Line 1 | | 5b. Invoice No. | 6. HTSUS Item No. 99038501 |
| 7. Country of Origin/Exportation DO | | 8. Customs Broker and Reference or File No. A CUSTOMS BROKERAGE, INC. | |

| Entry No. | Line No. | Importer of Record No. |
|---|---|---|
| 7224 | 1 | |

Details as indicated

| 17. CBP Officer | 18. Team Designation | 19. Telephone No. |
|---|---|---|

CBP Form 28 (08/08)

# Entry 7224 Theoterical Extrusion Production - BC

## 2019.11 Extrusion Machine Production Volume(Theoretical Weight)



Details as indicated
ab   e

Details as indicated
ab   e

Details as indicated
ab   e

Remand PR 000283

[ company name ] Invoice for Ingots - BC

# company name

company name

Value Date:
Invoice Date: Details as indicated

## Final Invoice

**Invoice No.**
Sales Contract No:
Quota Month:

QuotationalPeriod:

Our GST No:
Transport Type:
Transport Details:

Details as indicated



Load: Rotterdam, Netherlands
Discharge: Caucedo, Dominican Republic

**Description of Goods** | | | | | | | Amount (USD)

| Material | Shape | Grade | Brand | Origin | NetQuantity (MT) |
|---|---|---|---|---|---|
| Aluminium | Ingots | P1020 | | Russia | numbers |

**Pricing Summary**

| NetQuantity (MT) | Price (USD) | Premium (USD) | Net Price (USD) | Invoice % | Tax Status |
|---|---|---|---|---|---|
| numbers | numbers | | | | Outside Scope of Tax |
| | | | | | Net Total |

numbers

**Less Previously Issued Invoice no(s)**

| Invoice no. | Net Amount (Outside Scope of Tax) | Net Amount (Tax Applicable) |
|---|---|---|
| numbers | | numbers |

**TOTAL AMOUNT DUE**

**Bank Details**
Please quote the following reference when making payment :
Please Pay numbers USD
Account Name:
Account Number:
Account Currency:
AT:
SWIFT:
    Via: Bank
        SWIFT

Acct. Details

name

Remard PR 000285 name

[ company name %] Balance for raw Materials



**POPULAR**®
*A tu lado, siempre*

17 de Septiembre de 2019, 11:18 AM

Para imprimir su comprobante, seleccione el icono de impresión.

Su Transferencia Internacional se ha procesado.

Las Transferencias internacionales están sujetas al horario de corte relacionado a las mismas. Usted recibirá un correo electrónico indicando que la transferencia fue realizada satisfactoriamente.

**COMPROBANTE**

17 de Septiembre de 2019, 11:18 AM



| Pago a | Banco Destino | Monto | Fecha de Pago | No. de Ref. |
|---|---|---|---|---|
| **SWIFT:** | DEUTSCHE BANK A.G. AMSTERDAM | US$ numbers | 17/09/2019 | numbers |

| A pagar desde | A pagar desde | Tipo | Número de Cta. | Impuesto DGII 0.15% |
|---|---|---|---|---|
| **Banco Popular** | Cuenta de Ahorro | Cuenta de Ahorro | number | US$ numbers |

**Descripción:** Lingote de aluminio

[ company name    ⅓]Prepayment for raw Materials - BC



30 de Agosto de 2019, 8:25 PM

Para imprimir su comprobante, seleccione el icono de impresión.

Su Transferencia Internacional se ha procesado.

Las Transferencias internacionales están sujetas al horario de corte relacionado a las mismas. Usted recibirá un correo electrónico indicando que la transferencia fue realizada satisfactoriamente.

**COMPROBANTE**

30 de Agosto de 2019, 8:24 PM



| Pago a | Banco Destino | Monto | Fecha de Pago | No. de Ref. |
|---|---|---|---|---|
| **SWIFT:** numbers | DEUTSCHE BANK A.G. AMSTERDAM | US$ numbers | 30/08/2019 | numbers . |

| A pagar desde | A pagar desde | Tipo | Número de Cta. | Impuesto DGII 0.15% |
|---|---|---|---|---|
| **Banco Popular** | Cuenta de Ahorro | Cuenta de Ahorro | number | US$ numbers |

**Descripción:** Prepago de lingotes de aluminio

[ company name ] BL for Ingots

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| 1. Shipper | Insert Name Address and Phone/Fax | Booking No. | Bill of Lading No. |
| | | | **numbers** |
| Details as indicated above | | Export References | |
| | | 95083514 | |

| 2. Consignee | Insert Name Address and Phone/Fax | Forwarding Agent and References FMC/CHB No. |
| Details as indicated above | | |
| | | Point and Country of Origin |

| 3. Notify Party | Insert Name Address and Phone/Fax | (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | Also Notify Party-routing & Instructions |
| Details as indicated above | | | * RNC: |
| | | | TEL: |
| | | | ** numbers      RCIA |
| | | | TEL: |

| 4. Combined Transport* Pre-Carriage by | 5. Combined Transport* Place of Receipt | | |
| | ROTTERDAM | | |
| 6. Ocean Vessel Voy. No. | 7. Port of Loading | Service Contract No. | DOC Form No. |
| Details as indicated above | ROTTERDAM | | |
| 8. Port of Discharge | 9. Combined Transport* Place of Delivery | Type of Movement | |
| CAUCEDO | CAUCEDO | FCL / FCL | CY-CY |

| Marks & Nos. Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| [ container / seal no. ] | numbers | [ BUNDLES /FCL / FCL / | numbers KGS | |
| | BUNDLES | Details as indicated above | NET WEIGHT KGS | |
| [ ] | numbers | BUNDLES /FCL / FCL. | numbers KGS | |
| | BUNDLES | Details as indicated above | NET WEIGHT KGS | |
| [ ] | numbers | BUNDLES /FCL / FCL | numbers KGS | |
| | BUNDLES | Details as indicated above | NET WEIGHT KGS | |
| [ ] | numbers | BUNDLES /FCL / FCL | numbers KGS | |
| | BUNDLES | Details as indicated above | NET WEIGHT KGS | |
| [ ] | | BUNDLES /FCL / FCL | numbers KGS | |
| | ** TO BE CONTINUED ON ATTACHED LIST ** | | | |

| Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract) |
| 10. Total Number of Containers and/or Packages (in words) Subject to Clause 7 Limitation | SAY   TWELVE CONTAINERS TOTAL |

| 11. Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST TRML HANDLG | | | | USD | | COL | |
| INTERNATIONAL SHIP | | | | USD | | COL | |
| RTM03563002V1 | | Details as indicated above | EUR | | PPD | | |
| FUEL ADJUSTMENT | | | EUR | numbers | PPD | | |
| TOTAL | | | | USD | | COL | |
| TOTAL | | | | EUR | | PPD | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued the number of original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board   5 SEP 2019
Signed by: COSCO SHIPPING LINES
(NETHERLANDS) B.V.

, AS AGENT

9805  Date of Issue 5 SEP 2019    Place of Issue ROTTERDAM    [ Signed for the Carrier. COSCO SHIPPING LINES CO., LTD. ]

## COPY

Vessel: Details as indicated      Voyage: 936S      B/L NO.: COSU4520512570    PAGE: 2 OF 2

| Marks & Nos.<br>Container / Seal No. | No. of Container<br>or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| [ container / seal no. | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>KGS<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>KGS<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>KGS<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as<br>indicated above  /FCL / FCL<br>BUNDLES | NET WEIGHT<br>KGS<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>KGS<br>numbers KGS | |
| | BUNDLES<br>numbers | Details as indicated above<br>BUNDLES   /FCL / FCL | NET WEIGHT<br>KGS<br>numbers KGS | |
| ] | BUNDLES | PRIMARY ALUMINUM INGOTS –<br>AL MINIMUM   %<br>NCM: 7601.10.00<br>WOODEN PACKAGING:<br>TREATED AND CERTIFIED<br>TOTAL NET WEIGHT   KGS<br>TOTAL GROSS WEIGHT  numbers<br>:GS<br>TOTAL NUMBER OF BUNDLES | NET WEIGHT<br>numbers KGS | |
| OCEAN FREIGHT PREPAID<br>ON CY-CY TERM<br>SHIPPER'S LOAD STOW COUNT AND SEAL<br>DEM/DET FREE TIME AT POD AS PER AGREEMENT | | | | |

# [ _company name_ ]DR Customs Declaration for Ingots – DUA – BC

**Confidential Version - Business Proprietary Information**

FORM.No. 003-2007



AUTORIZADO POR LA DIRECCIÓN GENERAL DE CONTABILIDAD GUBERNAMENTAL
Single Customs Declaration (DUA)
**DECLARACION UNICA ADUANERA**
**(DUA)**

ADUANAS

**IDENTIFICACIÓN** Identification — Customs Broker

| A) DECLARACIÓN : Declaration | B) IMPORTADOR/EXPORTADOR Importer/Exporter | C) AGENTE DE ADUANAS |
|---|---|---|

Declaration No | OL NO. DE DECLARACIÓN

1. NOMBRE O RAZON SOCIAL Name or Company Name — 1. NOMBRE Name

Date | 2. FECHA — Import / General

Declaration Type | TIPO DE DECLARACIÓN **IMPORTACION / GENERAL**

2. DIRECCIÓN Address — 2. CÓDIGO Cod

Port of Exit / Entry | PUERTO DE SALIDA / ENTRADA CÓDIGO : DOCAU Code

3. CEDULA ID

**REGIMEN ADUANERO Y PREFERENCIAS ARANCELARIAS** Customs Regime and Tariff Preferences

Country of Provenance / Destination | 5. PAÍS PROCEDENCIA / DESTINO CÓDIGO : Code

3. TELÉFONO Phone
4. E_MAIL

1. REGIMEN ADUANERO CÓDIGO : 11 Customs Regime Code: 11

6. DESTINATARIO Recipient

5. FAX
6. RNC Tax IC

7. Doc. de Embarque COSU4520512570 Shipping Document

7. CED. O PASAPORTE National ID or Passport

2. PREFERENCIA ARANCELARIA Tariff preference

9. MEDIO DE TRANSPORTE Means of Transport

a) Nombre de la Empresa Company Name

**SÓLO PARA LOS REGIMENES DE ZONA FRANCA Y DE ADMISIÓN TEMPORAL** Only for Free Zone and Temporary Admission Regimes

I. DATOS RELATIVOS A LA EXPORTACIÓN Data related to the exportation

| | VALOR US$ Value US$ |
|---|---|
| a) MATERIA PRIMA IMPORTADA UTILIZADAS(CIF) Imported raw materials used (CIF) | VALOR US$ Value US$ |
| b) MATERIA PRIMA LOCAL Local raw material | VALOR US$ Value US$ |
| c) SUELDOS Y SALARIOS Wages and salaries | VALOR US$ Value US$ |
| d) CONTRATACION DE SERVICIOS Hiring of services | VALOR US$ Value US$ |
| e) OTROS Other | VALOR US$ Value US$ |

b) Número de Visita / Vuelo Trip / Flight Number
c) Nacionalidad del medio de transporte Means of transport nationality

10. CANAL Channel

**DOCUMENTOS PRESENTADOS** Documents Submitted

| Reference REFERENCIA | Document Type TIPO DE DOCUMENTO | EMITIDO POR Issued by | TELEFONO Phone | E_MAIL |
|---|---|---|---|---|
| Presupuesto Reference REFERENCIA | FACTURA COMERCIAL Commercial Invoice | Issued by | TELEFONO Phone | E_MAIL |
| | Document Type TIPO DE DOCUMENTO CERTIFICADO DE CNZ-FE CNZ-FE Certificate | SELECCIONAR Select | | |

**DECLARACIÓN DE LA MERCANCIA** Merchandise Declaration

| NO. | Tariff Code 1. CÓDIGO ARANCELARIO | Details 2. DETALLE | Product Type 3. TIPO DE PRODUCTO | Country of Origin PAÍS DE ORIGEN | Quantity 5. CANT. | Unit 6. UNIDAD | Weight 7. PESO | Retail Value FOB VALOR FOB | Price PRECIO AL POR MENOR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7601.10.00 | LINGOTES DE ALUMINIO | NO | | | Unidades Units | | | |

Merchandise Description | 10. DESCRIPCION MERCANCIA LINGOTES DE ALUMINIO Aluminum Ingot

**DATOS DE CONTENEDORES / CAMIONES** Container / Truck Information

| I-A. CONTENEDOR Container | I-B. PLACA no. Plate No. | 2. SELLOS Seals | 3. CARGA Cargo |
|---|---|---|---|

Details as indicated above

**VALOR EN US$** Value in US$ — **PESO DE LA MERCANCIA** Merchandise Weight

| 1. CONCEPTO Item | 2. MONTO Amount | |
|---|---|---|
| a) TOTAL FOB | | 1. KILOGRAMO BRUTO Gross Kilogram |
| b) SEGURO Insurance | | 1. KILOGRAMO NETO Net Kilogram |
| c) FLETE Freight | Details | **TASA OFICIAL DEL DIA** Official Daily Rate |
| d) OTROS Other | | 1. TASA OFICIAL DEL DIA Official Daily Rate |
| e) TOTAL CIF | | 2. TOTAL RD$ |

**PARA USO OFICIAL(NO ESCRIBIR)** For Official Use (Do Not Write).

**OBSERVACIONES** Observations

[ Company name ]DR Entry for Ingots

# Ministerio de Hacienda

Dirección General de Aduanas

Sistema Integrado de Gestión Aduanero (SIGA)

Reporte de Liquidación de Impuestos

Usuario :

Fecha : 20/01/2020

Hora : 17:46:41

| | | |
|---|---|---|
| Declaración Details as indicated : | Manifiesto : IGMM2019091200 | Importador Details as indicated : |
| Liquidación Details as indicated : | Consignatario Details as indicated : | Documento : |
| Fecha Decl. 23/09/2019 : | Fecha Llegada 22/09/2019 : | Agencia : DOMINITRANS EIRL |
| | Número B/L : Details as indicated | Resolución 646-95 : |
| Regimen : Details as indicated | Endosado : | Dep Fiscal NO : |
| ResuInsp : Details as indicated a | Adm : ADMINISTRACION PUERTO MULTIMODAL CAUCEDO | Despacho : GENERAL |
| Estado : Despacho Aprobado | | Ded Madre : |

DETALLE DEL MANIFIESTO : Details as indicated

OBSERVACION DE LA DECLARACION : Declaración Web DGA

| ITEM | ARANCEL | DESCRIPCION | UNID. | ORIGEN | CANT. | FOB | CIF | GRAVAMEN | SELECTIVO | ITBIS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7601.10.00 | Details as indicated | Unidades | RUSIA | | | Details as indicated ab  e | | | | |
| | | | | | | Totales | | | | | |

## PESO DE LA MERCANCIA

Peso Bruto KG: Details as indicated

Peso Neto KG:

## VEHICULOS

| No. | Chasis | Details as indicated | | Color | Vehiculo CC | Tipo |
|---|---|---|---|---|---|---|

### FURGONES

| No. | Furgon | Sello 1 | Sello 2 | Tipo de Empaque |
|---|---|---|---|---|
| 1 | CBHU4420765 | 9412 | | FURGON CERRADO DE 20' |
| 2 | CBHU4508136 | 9420 | | FURGON CERRADO DE 20' |
| 3 | CCLU3647991 | 9406 | | FURGON CERRADO DE 20' |
| 4 | CCLU3660993 | 9405 | | FURGON CERRADO DE 20' |
| 5 | CSLU1154596 | 9416 | | FURGON CERRADO DE 20' |
| 6 | CSLU1544845 | 9418 | | FURGON CERRADO DE 20' |
| 7 | CSLU1569099 | 9411 | | FURGON CERRADO DE 20' |
| 8 | CSLU2405274 | 9415 | | FURGON CERRADO DE 20' |
| 9 | CSNU1018494 | 9414 | | FURGON CERRADO DE 20' |
| 10 | DFSU1088957 | 9419 | | FURGON CERRADO DE 20' |

Remand PR 000296

| 11 | SEGU2697608 | 9417 | FURGON CERRADO DE 20' |
| 12 | SEGU2845259 | 9413 | FURGON CERRADO DE 20' |

**DISPOSICIONES**

No.    Descripcion



"Nota: Esta liquidación de impuestos queda sujeta a la revisión posterior de los aspectos vinculados con el valor, la clasificación arancelaria, el origen de la mercancía, la cantidad y cualquier otro atributo relacionado con los elementos que constituyen el Hecho Generador y la Base Imponible de los derechos e impuestos eventualmente exigibles, que se hayan dejado de percibir en la liquidación inicial, a causa de error, fraude, elusión o de cualquier otra naturaleza, lo que puede hacerse antes, durante, después del despacho o levante de las mercancías, dentro de los plazos y formas previstos en la legislación aduanera y tributaria vigentes."

Remand PR 000297

Public Document No. 10



Fox Rothschild LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100 Fax (202) 461-3102
www.foxrothschild.com

**PUBLIC VERSION**
**Business Confidential Information Is Deleted From Brackets in all Attachments hereto.**

BRITTNEY R. POWELL
Direct No: 202 794-1184
Email: bpowell@foxrothschild.com

June 9, 2020

**VIA ELECTRONIC DELIVERY**
Mr. Dean Gloy
Mr. Tobias Vandall
Office of Trade
U.S. Customs and Border Protection
1331 Pennsylvania Avenue, NW
Washington, D.C. 20229

Re:     **EAPA Consolidated Case Number 7423**:
            **Submission of CF-28 Response**

Dear Director Owens:

We represent Classic Metals Suppliers Corp. ("Classic Metals"), a U.S. importer subject to investigation in EAPA Inv. No. 7423. Pursuant to Customs and Border Protection's ("CBP") May 26, 2020 request for bracketing, we hereby submit the public version of Classic Metals' CF-28 Response submitted prior to the initiation of the investigation.

Pursuant to 19 C.F.R. § 165.4(a), this submission contains factual information for which business confidential treatment is requested. Business confidential information is contained in

U.S. Customs and Border Protection
EAPA Case Number 7423
June 9, 2020
Page 2

brackets in the attached submission and should be withheld from public disclosure. Classic Metals requests confidential treatment of all "trade secrets or privileged or confidential commercial or financial information" contained herein. Specifically, the information provided below in brackets [ ] around the claimed confidential information is privileged or confidential as set forth in 5 U.S.C. § 552(b)(4). Such information includes: transaction specific details, such as the quantity and value, payment terms, and terms of sale; bank statements and proofs of payment; the identification of the Importer of Record number; personal identity of employees at Classic Metals and its suppliers; confidential information contained on purchase orders, commercial invoices, and in email communications; mill test certificates; production processes and product diagrams, among other confidential information obtained from Classic Metals' business records. Such information is highly confidential, the public release of which would cause significant and irreparable harm to Classic Metals. The bracketed information consists of trade secrets and commercial or financial information, which is privileged or confidential consistent with the provision in 5 U.S.C. § 552(b)(4). A public version of this submission will be filed simultaneously with this confidential version. Information not capable of summary in the public version includes bank statements, production process, and product diagrams.

Thank you for your attention to this matter. Should you have any questions concerning this submission, please contact the undersigned.

Respectfully submitted,

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell



**Wholesale and Manufacturers**
**Toll Free: 1(888)METAL 01**
**www.classicmetalssuppliers.com**

## COMPANY CERTIFICATION

On behalf of Classic Metals Suppliers, I, [ Alexis Perez ], President hereby certify to the following statements:

(1) That all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief;

(2) That any information for which I have not requested business confidential treatment pursuant to 19 C.F.R. 165.4(a), may be released for public consumption;

(3) That I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 C.F.R. 165.7(a).

Dated: **09/24/2022**                                    Signed: _____

                                                                              [ Alexis Perez ]



**Fox Rothschild** LLP
ATTORNEYS AT LAW

1030 15th Street, N.W.
Suite 380 East
Washington, DC, 20005
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

BRITTNEY R. POWELL
Direct No: 202 794 1186
Email: bpowell@foxrothschild.com

September 25, 2022

### Certification

(1) On behalf of Classic Metals Suppliers Corp., I, Brittney R. Powell, certify that all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief.

(2) On behalf of Classic Metals Suppliers Corp., I Brittney R. Powell, certify that any information for which I have not requested business confidential treatment pursuant to 19 C.F.R. § 165.4(a), may be released for public consumption.

(3) On behalf of Classic Metals Suppliers Corp., I Brittney R. Powell, certify that I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 C.F.R. § 165.7(a)

*Brittney Powell*

**Dated: September 25, 2022**          **Brittney R. Powell, Esq.**

# Entry 7224 7501 - BC



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

| 1. Entry Number | 2. Entry Type | 3. Summary Date | | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|---|
| entry no. 722-4 | 01 ABI/A | 11/25/19 | 045 | 050 | 8 | 5203 | 11/13/19 |

| 8. Importing Carrier | | 9. Mode of Transport | 10. Country of Origin | | 11. Import Date |
|---|---|---|---|---|---|
| | | | DO | | 11/13/19 |

| 12. B/L or AWB Number | 13. Manufacturer ID | | 14. Exporting Country | | 15. Export Date |
|---|---|---|---|---|---|
| | | | DO | | 11/10/19 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | | 20. U.S. Port of Unlading |
|---|---|---|---|---|---|
| | | | 24741 | | 5203 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| | SAME | | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| | CLASSIC METALS SUPPLIERS CORP<br>13125 NW 47 AVE |

| City | State | Zip | City OPALOCKA | State FL | Zip 33054-0000 |
|---|---|---|---|---|---|

| 27. Line Number | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS Number B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | Dollars    Cents |

Mfst Qty: ⌐ amt ┐ PCS
Invoice 001

001 ALUM PRD, NT 19, EX PRD EXCL
9903.85.01 ⌐ amt ┐

⌐ amt ┐ 10.0%
C2199
Not Related

ALUMINUM HOLLOW PROFILES, ALLOY
P 7604.21.0000
Harbor Maintenance Fee (501)    amt ┘

⌐ amt ┐

Free
0.125%

Inv Value :
Ent Value :    amt ┘

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| 501 ⌐ amt ┐ | ⌐ amt ┐ $ | A. LIQ CODE | B. Ascertained Duty | 37. Duty amt |
| | Total Other Fees $ amt | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME (LAST, FIRST, M.I.)    TITLE | SIGNATURE | DATE |
|---|---|---|
| | | |

| Broker/Filer Information Name (Last, First, M.I.) and Phone Number | 43. Broker/Importer File Number |
|---|---|

Page 1 of 1

**CBP Form 7501 (8/19)**

# Entry 7224 Bill of Lading - BC

[ company name                    ]

BILL OF LADING
CONOCIMIENTO DE EMBARQUE

NON-NEGOTIABLE

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

Details as indicated

(3) BOOKING NO. Reserva No. | (3c) SCAC Coda | **(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque

(3b) DATE Fecha

(4) EXPORT REFERENCES Referencias de Exportación | FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER | 6922694-01

CLASSIC METAL SUPPLIERS
13125 NW 47TH AVE OPA LOCKA FL 33054
CONTACT:, name
MAIL: ICA@CLASSICMETALS.US
TEL: number

(6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 6922694-01

CLASSIC METAL SUPPLIERS
13125 NW 47TH AVE OPA LOCKA FL 33054
CONTACT:
MAIL: name

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS También Notificar - Ruta Doméstica/Instrucciones de Exportación

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: RIO HAINA DR | (11) RELAY POINT Punto de Conexión | (12) POINT & COUNTRY OF ORIGIN OF GOODS Lugar y País de Origen

(13) PORT OF LOADING Puerto de Carga RIO HAINA DR | (14) LOADING PIER / TERMINAL Muelle

(16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | (18) ORIGINALS TO BE RELEASED AT Originales para Entregarse en

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS. / PKGS / No. de Furgones / Bultos | (21) PKM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | amt | | SLAC    PKGS ALUMINUM PROFILES | amt | |

| D/R | EQUIP ID | $EAL# | | WEIGHT | CUBE |
|---|---|---|---|---|---|
| | | | | amt | |

(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.    EMERGENCY CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dólares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dólares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT VESSEL FUEL CHG LOW SULFUR US SOLAS VGM WGT VEH CN BB CLRNC | amt | | | amt | | |

THIS BILL OF LADING CONSISTS OF CONDITIONS AND INFORMATION APPEARING ON THE FRONT AND BACK OF THIS DOCUMENT.

SUBJECT TO SECTION 7 OF CONDITIONS, IF THE SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE SHIPPER, THE SHIPPER SHALL SIGN THE FOLLOWING STATEMENT: "THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES."

TOTALS    amt

IN WITNESS WHEREOF THE CARRIER HAS SIGNED _____ ORIGINAL BILLS OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

SIGNATURE OF SHIPPER
LIABILITY LIMITED UNLESS INCREASED VALUE DECLARED BELOW; ALL AS SPECIFIED IN SECTION 16:

BY _____

DECLARED VALUE:
* APPLICABLE ONLY WHEN USED A THROUGH TRANSPORTATION BILL OF LADING
** INDICATE WHETHER ANY OF THE CARGO IS HAZARDOUS MATERIAL UNDER DOT, IMCO, OR OTHER REGULATIONS AND INDICATE THE CORRECT COMMODITY NUMBER IN DESCRIPTION OF CARGO ABOVE.

PAGE 1 OF 1    [ company name                    ]

BY _____

# Entry 7224 Certificate of Origin - BC

Tratado de Libre Comercio entre Centroamérica, República Dominicana y los Estados Unidos

Central America-Dominican Republic-United States Free Trade Agreement

CERTIFICACION DE ORIGEN
(instrucciones al reverso)

CERTIFICATION OF ORIGIN
(Instructions on reverse)

| 1 Nombre, dirección, teléfono, correo electrónico y número de registro fiscal del exportador:<br>Exporter's name, address, telephone, e-mail and tax identification number:<br><br>Details as indicated | 2 Periodo que cubre:<br>Blanket period: |
|---|---|

<table>
<tr><td></td><td></td><td>D</td><td>M</td><td>A - Y</td><td></td><td>D</td><td>M</td><td>A - Y</td></tr>
<tr><td></td><td>De<br>From</td><td>7</td><td>11</td><td>2019</td><td>A<br>To</td><td>7</td><td>5</td><td>2020</td></tr>
</table>

| 3 Nombre, dirección, teléfono, correo electrónico y número de registro fiscal del productor<br>Producer's name. address. telephone, e-mail and tax identification number:<br><br>Details as indicated | 4 Nombre, dirección , teléfono, correo electrónico y número de registro fiscal del importador:<br>Importer's name, address, telephone, e-mail and tax identification number:<br>CLASSIC METAL SUPPLIERS<br>13125 NW 47TH AVE. OPA LOCKA, FL 330554<br>ESTADOS UNIDOS |
|---|---|

| 5 - Descripción de la(s) mercancía(s) Description of good(s) | 6 Clasificación arancelaria HS tariff classification | 7 Criterio para trato preferencial Preferencial treatment criteria | 8 Criterios- Otros<br>Other criteria |
|---|---|---|---|
| ALUMINUM PROFILE<br>PERFILES DE ALUMINIO | 7604.21 | B | |

**9 Observaciones- Remarks**

**10 Declaro bajo juramento que:**
- La información contenida en este documento es verdadera y exacta y me hago responsable de comprobar lo aquí certificado. Estoy consciente que soy responsable por cualquier declaración falsa u omisión material hecha en o relacionada con el presente documento.

- Me comprometo a conservar y presentar, en caso de ser requerido, los documentos necesarios que respalden el contenido de la presente certificación, así como a notificar por escrito a todas las personas a quienes se ha entregado la presente certificación, de cualquier cambio que pudiera afectar la exactitud o validez del mismo.

- Las mercancías son originarias del territorio de una o ambas Partes y cumplen con todos los requisitos de origen que les son aplicables conforme al Tratado de Libre Comercio entre Centroamérica, República Dominicana y Estados Unidos, no han sido objeto de procesamiento ulterior o de cualquier otra operación fuera de los territorios de las Partes y han permanecido bajo el control de las autoridades aduaneras en el territorio de un país que no sea Parte, de conformidad con en el Artículo 4.12

**Under oath I certify that:**
- The information on this document is true and accurate and I assume the responsibility for proving what is hereby certified. I am aware that I am liable for any false statements or material omissions made on or in connection with this document.

- I agree to maintain, and present upon request, documentation necessary to support this certification, and to inform, in writing, all persons to whom the certification was given of any changes that would affect the accuracy or validity of this Certification.

- The goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the Central America-Dominican Republic - United States Free Trade Agreement, that there has been no further processing or any other operation outside the territories of the Parties, and the goods have remained under the control of customs authorities in the territory of a non-Party, pursuant to Article 4.12.

Esta Certificación se compone de _____ hojas incluyendo todos sus anexos.

This Certification consists in _____ pages, including all attachements

| 11 Firma autorizada- Authorized Signature<br>Details as indicated | 12 Empresa- Company |
|---|---|
| 13 Nombre- Name: | 14 Cargo - Title ENCARGADA DE EXPORTACION |
| 15 O Importador    O Exportador    O Producto | |
| 16 Fecha- Date    D   M   A -Y   Teléfono- Telephone - | Fax |
| (829)-658-3357 | |

# Entry 7224 Commercial Invoice - BC

company name    company name    **Commercial Invoice**

| Seller: | | Importer: | | Date: | 2019-11-07 |
| Address: | Details as indicated | Contact Person: | | Invoice # | number |
| Contact Person: | Telephone: | Telephone: | | Quotation# | 20191003001 |
| Email: | | Email: | | | 20191022006 |
| Website: | | | | Container # | number |

Buyer: Classic Metals Suppliers
Address: 13125 NW 47th, Ave. Opa Locka. FL 33054
Contact Person:
Telephone:
Email:
Tax Number:
Order#: 7601

Ship to:

| | | Country of Origin: Dominican Republic | | | | | Incoterm | Fob |
|---|---|---|---|---|---|---|---|---|
| Die No. | DESCRIPTION | COLOR | LENGTH | QUANTITY | TOTAL WEIGHT(KG) | TOTAL WEIGHT(LB) | UNIT PRICE/LB | TOTAL |
| | Profile | | 21'1" | | | | | |
| | Profile | | 21'1" | | | | | |
| | Profile | | 21'1" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 19'6" | | | | | |
| | Profile | | 19'6" | | | | | |
| | Profile | | 19'1" | Details as indicated | | | | |
| Details as indicated | Profile | Details as indicated | 19'1" | | | | | |
| | Profile | | 19'1" | | | | | |
| | Profile | | 19'1" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 15'6" | | | | | |
| | Profile | | 15'6" | | | | | |
| | Profile | | 18'6" | | | | | |
| | Profile | | 18'6" | | | | | |
| | Profile | | 23'0" | | | | | |
| | Profile | | 23'0" | | | | | |
| | Profile | | 20'2" | | | | | |
| | Profile | | 24'2" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 15'0" | | | | | |
| | Profile | | 15'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 20'0" | | | | | |
| | Profile | | 24'0" | | | | | |
| | Profile | | 22'0" | | | | | |

Note: The weight is calculated by real weight .    Subtotal

| | Subtotal | AMT |
|---|---|---|
| | Ocean Freight | |
| | TOTAL | |

Beneficiary Bank:
Address:
SWIFT:     Details as indicated
Account Number(USD$):
Beneficiary Name:
Tax Number:

Remand PR 000310

# Entry 7224 Email Communication - BC

## Re: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

⌐     names ⌐

Mon 10/7/2019 1:14 PM

⌐ To:     email address
   Cc:     email address ⌐

📎 1 attachments (1 MB)
classic-20191003001.pdf;

⌐     name ⌐

Please check the attachment for the updated quotation. If everything is ok please sign and send me
back.
Also just letting you know that there're still about 13% empty space left in the container.

_Thanks and Best Regards_

⌐
        company name and
        information

**From:** ⌐   name ⌐
**Date:** 2019-10-07 08:57
**To:**     email address ⌐
**CC:**     email address
**Subject:** RE: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

Good morning ⌐ name ⌐

Everything on the P.O looks good except the following items listed below. The
quantities are to high please adjust the quantities for the two items listed below.

⌐     name ⌐

Remand PR 000312

company name

# QUOTATION

| Address: | Details as indicated | | Website: | | | |
|---|---|---|---|---|---|---|

**Sales manager:**      Cellphone:

| | | |
|---|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-30 |

**Client Information**

Company: Classic Metals Suppliers     Contact Person:

Email: email address     Phone:

Address: 13125 NW 47th, Ave. Opa Locka. FL 33054

Order#: 7601

| | | |
|---|---|---|
| Incoterms: | FOB |
| LME Price: | amt |
| Lead Time: | |
| [ Format No: | ] |

| | | | | | Country of Origin:Dominican Republic | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Unit Price | Total |
| | FS01860 | HR4 SNAP POST | | 6063-T6 | 21' 1" | | | | | | |
| | FS00659 | HR10 TOP CAP | | 6063-T5 | 20' 0" | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0" | | | | | | |
| | FS00662 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |

Details as indicated

Remand PR 000313

| KT Ref # | | | Color Code | | | lb/ft | lb/pcs | qty | total weight | price | total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TEMP-2170 | 2X5 X 0.093" RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093" RECT. TUBE | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 24' 0" | Details as indicated | | | | | |
| | DYPE15 | 1X4 SMB | | 6063-T6 | 24' 0" | | | | | | |
| | NTL01 | T-GUTTER SPLICE | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE92 | 4X4X1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | DYPE92 | 4X4X1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | FS00657 | HR2 SNAP PLATE | | 6063-T5 | 21' 1" | | | | | | |

| Remark: | Liquidated by actual weight. | | | | | Subtotal: | |
|---|---|---|---|---|---|---|---|

| Beneficiary : | Beneficiary Bank: | Fabrication Fee: | |
|---|---|---|---|
| Address: | Details as indicated | Packaging Fee: | |
| SWIFT: | USD Account: RNC: | Ocean Freight: | |
| | | TOTAL: | AMT |

Please feel free to contact us if you have any questions about the quotation.

THANK YOU FOR DOING BUSINESS WITH US!

Please let me know you have received this and please send us an updated copy.

Thank you,
name
Classic Metals Suppliers

name
**From:**
**Sent:**
**To:** email address
**Cc:** email address
**Subject:** Re: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

Morning name

Sorry for the delay because our ERP system was upgrading. Please find the attachment for the updated quotation. For the refs you required to increase we added more on to full fill the container, please check carefully and let me know if you have any questions.

_Thanks and Best Regards_

company name
and
company
address

**From:** name
**Date:** 2019-10-04 13:37
**To:** email address
**Cc:** email address
**Subject:** RE: RE: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

Remand-BR-00031S

# company name

# QUOTATION

Address:
Sales manager:

Website:
Cellphone:

| Date: | 2019-10-03 |
|---|---|
| Quotation#: | 20191003001 |
| Validity: | 2019-10-03 |
| Incoterms: | FOB |
| LME Price: | amt |
| Lead Time: | |
| Format No:l | |

**Client Information**

Company: Classic Metals Suppliers
Email:
Address: 13125 NW 47th, Ave. Opa Locka, FL 33054
Order#: 7601

Contact Person:
Phone:

| | | | Country of Origin:Dominican Republic | | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KT Ref# | ClientRef# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty(Pcs) | TotalWeight(Lbs) | UnitPrice | Total |
| | FS01860 | HR4 SNAP POST | | 6063-T6 | 21' 1" | | | | | | |
| | FS00659 | HR10 TOP CAP | | 6063-T5 | 20' 0" | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0" | | | | | | |
| | FS00652 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0" | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2" | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0" | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10928 | 1 1/2 X 2 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | T-10929 | 1 1/2 X 3 RECT. CHANNEL | | 6063-T6 | 24' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE18 | 1X6 SMB | | 6063-T6 | 24' 0" | | | | | | |
| | DYPE15 | 1X4 SMB | | 6063-T5 | 24' 0" | | | | | | |
| | NTL01 | T-GUTTER SPLICE | | 6063-T6 | 20' 0" | | | | | | |
| | DYPE92 | 4x4x1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | DYPE92 | 4x4x1/8 | | 6063-T6 | 15' 0" | | | | | | |
| | FS00657 | HR2 SNAP PLATE | | 6063-T5 | 21' 1" | | | | | | |

Remark: Liquidated by actual weight.

Subtotal:

Beneficiary :
Address: Details as indicated
SWIFT:

Beneficiary Bank:
USD Account: .
RNC:

| Fabrication Fee: | |
|---|---|
| Packaging Fee: | |
| Ocean Freight: | Remand PR 000316 |



Please go ahead and add items listed below. Please adjust the items that are larger than 20' we don't mind removing a few from each item type ordered. If you have any questions, please give me a call.

company name and address information

name
Classic Metals Suppliers

name
**From:**
**Sent:**
**To:**    email address
**Cc:**    email address
**Subject:**

company name

Good morning, this is Name You can decrease some refs from the length over 20' and increase the refs that under 19'. You can just simply tell me the ref# and I will ask our engineer to calculate for you.

_Thanks and Best Regards_

company name
and
company
address

**From:** name
**Date:** 2019-10-04 08:32
**To:** email address
**CC:** email address
**Subject:**
Good morning name

I'm taking the moment to introduce myself. My name is Xiomara and will be working hand in hand with Mrs. Jesica if there is ever anything you might need know that I am also here to help. In regards to the space available in the container is there anything you may suggest. We don't want to lose the available space but we also know we cant go over the weight limit. Any suggestion would be greatly appreciated.

Thank you,
name

**From:** name
**Sent:** Friday, October 4, 2019 8:12 AM
**To:** email address
**Subject:** FW: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

company name
**From:** name
**Sent:** Thursday, October 3, 2019 3:21 PM
**To:** email address
**Subject:** Re: Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

The container still have amt empty space but the weight is already amt
If you are ok with this quote please sign and send me back.

_____

*Thanks and Best Regards*

company name and
company address

company name

# QUOTATION

| Address: | Details as indicated | | Website: | | |
|---|---|---|---|---|---|
| Sales manager: | | Cellphone: | | | |

| | | |
|---|---|---|
| Date: | 2019-10-03 |
| Quotation#: | 20191003001 |
| Validity: | 2019-10-03 |

## Client Information

**Company:** Classic Metals Suppliers     **Contact Person:** name

**Email:** email address     **Phone:** number

**Address:** 13125 NW 47th, Ave. Opa Locka. FL 33054

**Order#:** 7601

| | |
|---|---|
| Incoterms: | FOB |
| LME Price: | |
| Lead Time: | |
| Format No: | |

| Country of Origin:Dominican Republic | | | | | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Unit Price | Total |
| | FS01860 | HR4 SNAP POST | | 6063-T6 | 21' 1 " | | | | | | |
| | FS00659 | HR10 TOP CAP | | 6063-T5 | 20' 0 " | | | | | | |
| | FS02160 | HR11A SNAP PLATE | | 6063-T5 | 20' 0 " | | | | | | |
| | FS00662 | HR12 1 5/8" BOTTOM CHANNEL | | 6063-T5 | 19' 6 " | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1 " | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1 " | | | | | | |
| | FH02387 | HR13 3/4' PICKET | | 6063-T6 | 19' 1 " | | | | | | |
| | | CONNECTOR | | 6063-T6 | 24' 0 " | | | | | | |
| | | CONNECTOR | | 6063-T6 | 20' 0 " | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 15' 6 " | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6 " | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 18' 6 " | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0 " | | | | | | |
| | #T-X | 5 1/2' EXTRUDED FASCIA | | 6063-T6 | 23' 0 " | | | | | | |
| | | E-GUTTER | | 6063-T6 | 20' 2 " | | | | | | |
| | | E-GUTTER | | 6063-T6 | 24' 2 " | | | | | | |
| | TEMP-2170 | 2X5 X 0.093' RECT. TUBE | | 6063-T6 | 20' 0 " | | | | | | |

company name
company
information

**From:** name
**Date:** 2019-10-03 09:43
**To:** email address
**CC:** email address
**Subject:** Purchase Order 7601 from CLASSIC METALS SUPPLIERS

name

Please review the attached Purchase Order. Feel free to contact us if you have any questions.

Thank you for your service.

Sincerely,
CLASSIC METALS SUPPLIERS

305-264-5888

# Entry 7224 Mill test Cert for Billets - BC

company name

company name

**Mill Test Certificate for Billets**

Furnaces No. **no.**

Received Date **2019** year **11** month **01** day Report No.

Quantity of Samples

Report Date **2019** year **11** month **01** day

Deliver Party

Casting Workhouse

| Samples | Chemical Component (%) | | | | | | | | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | Mg | Si | Fe | Cu | Zn | Mn | Cr | Ti | |
| Samples1 before mass | | | | | | | | | |
| before mass production | | | Details as indicated | | | | | | |
| Φ 120 Billets | | | | | | | | | Qualified |
| | | | | | | | | | |

Note: The conclusion is based on the samples.

分析人： Santa Mendoza 审核：

company name

company name

化学成份分析报告单

格式号： no.

试样炉号： **no.**

收样日期：**2019** 年 **11** 月 **02** 日 报告编号：

试样数量：

报告日期：**2019** 年 **10** 月 **02** 日 送样单位：熔铸车间

| 试样名称 | 化学成份 (%) | | | | | | | | 结论 |
|---|---|---|---|---|---|---|---|---|---|
| | Mg | Si | Fe | Cu | Zn | Mn | Cr | Ti | |
| 炉前-1 | | | | | | | | | |
| 炉前-2 | | | Details as indicated | | | | | | |
| Φ 120 铝棒切片 | | | | | | | | | 合格 |
| | | | | | | | | | |
| | | | | | | | | | |

注：检测结果只对来样负责。

分析人： Santa Mendoza 审核：

# Entry 7224 Payment 1 - BC

WE DEBIT YOUR ACCOUNT     FOR     ON
REPRESENTING     PLUS A FEE OF
WIRETYPE:   Details as   REFERENCE NO.
PAY TO BANK:   indicated     , FED NO-   Details as indicated

ORIGINATOR:   Details as indicated

ORIGINATOR BANK:   Details as indicated

BENEFICIARY BANK ACC:
BENEFICIARY BANK:

BENEFICIARY ACC:
BENEFICIARY:   Details as indicated

[ **TRANSFER DETAIL** [ *User ID:* Details as indicated ]
indicated

*Reference*
*Load Date*

[ *Originator Amount* Details as indicated ]

[ *Preparer* ]
*Amount to Beneficiary*
Details as indicated

[ *Orig Account* Details as indicated

*Originator Name*
CLASSIC METALS SUPPLIERS CORP
16501 SW 58 TERRACE
MIAMI FL 33193 USA

[ *Originator to Beneficiary Instructions* ]
Details as indicated

US

[ *Beneficiary Name* Details as indicated

[ *Beneficiary Account* Details as indicated ]

SANTO DOMINGO
DO

[ *Beneficiary Bank*
*ABA/SWIFT*
*Account Number*
Details as indicated ]

*Intermediary Bank*
*ABA/SWIFT*

US

DO

*Authorizer*

[ signature
Details as indicated ]

[ company ]
name

Page 1

[ bank name ]  **TRANSFER DETAIL**  [ User ID:

| | |
|---|---|
| Reference | 191009W104709623 |
| Load Date | 10/09/2019 |

**Preparer**  [ Details as indicated ]

[ By order of Name
Details as indicated ]

**Wire Paid for By:**

[x] Debit    Other:

[ *Available Balance Before Posting*
Details as indicated ]

**Fee Assessed**

**The Request was received by one of the following**

[ ] Fax    [x] In Person    [ ] Email    [ ] Letter    [ ] Courier

**CUSTOMER IS PRESENT**

Wire Authorized by order of:
    Details as indicated

Type and Number of Identification provided by Customer
    Details as indicated

OR established customer was personally known and Identified by

**CUSTOMER NOT PRESENT**

**CALL BACK VERIFICATION PROCEDURES**

Name of Person Spoken To:    *Telephone Number*

Telephone Number Obtained from Bank records:    [ ] YES    [ ] NO

Call Back Performed By    Date    Time

| | | | |
|---|---|---|---|
| Was Call Back Recorded? | [ ] YES | [x] NO | |
| Wire Transfer FTA on file | [x] YES | [ ] NO | |
| Signature(s) on file verified: | [x] YES | [ ] NO | |
| E Consent on File: | [ ] YES | [x] NO | |
| Email Verified: | [ ] YES | [x] NO | |
| Recurring Wire Transfers Agreement | [ ] YES | [x] NO | |

[ signature    Details as indicated

[ bank name ]

*Please, do not wrap each piece. Thank you*

# QUOTATION

| Address: | Details as indicated | | Website: | | | | | | | | |

Sales manager:      Cellphone:

**Client Information**

Company: Classic Metals Suppliers      Contact Person:

Email:      Phone:

Address: 13125 NW 47th, Ave. Opa Locka. FL 33054

Order#: 7601

| Date: | 2019-10-03 |
|---|---|
| Quotation#: | 20191003001 |
| Validity: | 2019-10-30 |
| Incoterms: | FOB |
| LME Price: | b |
| Lead Time: | |
| Format .No: | |

| | | | Country of Origin:| | | | | | | | Currency | USD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KT Ref# | Client Ref# | Description | Color Code | Alloy | Length | Lb/Ft | Lb/Pcs | Qty (Pcs) | Total Weight(Lbs) | Unit Price | Total |

Details as indicated

OK.
ORC
OK.
OK.
OK
OK
OK.
OK
OK.
OK.
OK
OK
OK
OK
OK
OK.



Details as indicated

OK
OK.
OK
OK
OK
OK.
OK.
OK
OK
OK.
OK.
OK.
OK
OK.

**Remark:** Liquidated by actual weight. | Subtotal:

Beneficiary:

Beneficiary Bank:

Address: Details as indicated

SWIFT: USD Account: RNC:

Details as indicated

| Fabrication Fee: | |
| Packaging Fee: | Details as indicated |
| Ocean Freight: | |
| **TOTAL:** | |

Please feel free to contact us if you have any questions about the quotation,
THANK YOU FOR DOING BUSINESS WI

Port

Please do not wrap each piece.
Thank you.

signature

# Entry 7224 Payment 2 - BC

WE DEBIT YOUR ACCOUNT           FOR   Details as indicated
REPRESENTING              PLUS A FEE OF
WIRETYPE:        Details as indicated   REFERENCE NO.
PAY TO BANK:                          FED NO-   Details as indicated

ORIGINATOR:      Details as indicated

ORIGINATOR BANK:      Details as indicated

BENEFICIARY BANK ACC Details as indicated
BENEFICIARY BANK:

BENEFICIARY ACC:
BENEFICIARY:

                        Details as               DO
                        indicated
REF-
PO



Remand PR 000330

## TRANSFER DETAIL

User ID:

Reference
Load Date

Preparer

Originator Amount
    Details as
    indicated

USD

Amount to Beneficiary
    Details as indicated SD

Orig Account

Originator Name

Originator to Beneficiary Instructions
    Details as indicated

US

Beneficiary Name
    Details as indicated

Beneficiary Account
    Details as indicated

SANTO DOMINGO
DO

Beneficiary Bank
ABA/SWIFT
Account Number

Details as indicated

Intermediary Bank
ABA/SWIFT

DO

US

Authorizer

Details as indicated

Customer Signature

Remand PR 000331

[ bank name ]

**TRANSFER DETAIL**

[ User ID:
Details as
indicated ]

Reference · 191115W104613115
Load Date · 11/15/2019

[ Preparer   Details as indicated ]

By order of Name
Details as indicated

Wire Paid for By:

[x] Debit     Other:

Available Balance Before Posting
Details as indicated

Fee Assessed

The Request was received by one of the following

Fax     [x] In Person     Email     Letter     Courier

**CUSTOMER IS PRESENT**

Wire Authorized by order of:
Details as indicated

Type and Number of Identification provided by Customer

Details as indicated
OR established customer was personally known and Identified by

**CUSTOMER NOT PRESENT**

**CALL BACK VERIFICATION PROCEDURES**

Name of Person Spoken To:                Telephone Number

Telephone Number Obtained from Bank records:    [ ] YES    [ ] NO

Call Back Performed By          Date              Time

| | | |
|---|---|---|
| Was Call Back Recorded? | [ ] YES | [x] NO |
| Wire Transfer FTA on file | [x] YES | [ ] NO |
| Signature(s) on file verified: | [x] YES | [ ] NO |
| E Consent on File: | [ ] YES | [x] NO |
| Email Verified: | [ ] YES | [x] NO |
| Recurring Wire Transfers Agreement | [ ] YES | [x] NO |

[ bank name ]

# Entry 7224 Product Description - BC

[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date | | Drawing No | Details as indicated |
|---|---|---|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 | | Client Drawing No | |

| Wall Thickness (mm) | Circle Dia (mm) Hollow Wall Thickness Tolerance (mm) | Actual Weight Settlement | | |
|---|---|---|---|---|
| | <100 | >100 ~ 250 | | |

diagram

1 : 1

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

——·—— Exposed face

diagram

Snap plate for post.    HRZ

| Alloy / Temper | | Area | | Unspec Wall Thickness | | | Unspes Fillet | |
|---|---|---|---|---|---|---|---|---|
| Standard | | Weight | | | | | Drawn/Date | |
| Accuracy | | | | System | | Scale | Checked/Date | |
| Circle(mm) | | | | Desian No | | Machine | Cofirmed/Date | |
| Extrusios Ratio | | Perimeter | | | | | | |

]

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-01 |
| Details as indicated | | | | |

Details as indicated

Drawing No

Client Drawing No

Details as indicated

| Wall Thickness (mm) | Circle Dia (mm) Hollow Wall Thickness Tolerance (mm) | |
|---|---|---|
| | <100 | >100 ~ 250 |

Actual Weight Settlement

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤10 | | |
| >10 ~25 | | |

------- Exposed face

| Alloy | | Area | : |
| Standar | | Weigh | |
| Accura | | | |
| Circle(r | | | |
| Exfrusi Ratio | | Perime | |

Details as indicated

Snap Post HRU

| Inspec Wall Thickness | Details as indicated | | Unspes Fil" st |
| | | | un/Date |
| ystem | | | cked/Date |
| esian No | | Machine | rmed/Date |



| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |
| | | | | |

Drawing No

Details as indicated

Client Drawing No

Actual Weight Settlement

diagram

diagram

Details as indicated

------- Exposed face

TOP CAP. HR 10

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | | | |
| Exfrusios Ratio | | Perimeter | |

Details as indicated

| Unspec Wall Thickness | Details as indicated |
|---|---|
| System | | Scale | |
| Desian No | | Machine |

Unspes Fillet

Drawn/Date

Checked/Date

Cofirmed/Date

[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |
| | | | | |

| Drawing No | |
|---|---|
| Client Drawing No | Details as indicated |

| Wall Thickness (mm) | Circle Dia (mm) | Actual Weight Settlement |
|---|---|---|
| | Hollow Wall Thickness Tolerance (mm) | |
| | <100 | 100 - 250 |

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

—·—·— Exposed face

#RUA    Snap plat for top cap

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | Details as indicated | | |
| Extrusion Ratio | | Perimeter | |

| Unspec Wall Thickness | | Details as indicated | | Unspec Fillet | |
|---|---|---|---|---|---|
| | | | | Drawn/Date | |
| System | | | Scale | Checked/Date | |
| Design No | | | Machine | Cofirmed/Date | |

]



| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-01 |
| | | | | |

Drawing No — Details as indicated

Client Drawing No

| Wall Thickness (mm) | Circle Dia (mm) Hollow Wall Thickness Tolerance (mm) | |
|---|---|---|
| | ≤100 | >100 ~ 250 |

Actual Weight Settlement

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

— · — · — Exposed face

HR12   1518 Bottom channel.

| Alloy / Temper | | Area |
|---|---|---|
| Standard | | Weight |
| Accuracy | | |
| Circle(mm) | | |
| Extrusion Ratio | | Perimeter |

Details as indicated

| Unspec Wall Thickness | | Unspec Fillet |
|---|---|---|
| | | Drawn/Date |
| System | Scale | Checked/Date |
| Desian No | Machine | Cofirmed/Date |

Details as indicated

[



| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| Details as indicated | | | | 2019-02-01 |
| | | | | |

Actual Weight Settlement

| Wall Thickness (mm) | Circle Dia. (mm) Hollow Wall Thickness Tolerance (mm) | |
|---|---|---|
| | ≤100 | >100 ~ 350 |

Details as indicated

diagram

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤10 | | |

Details as indicated

≥10 ~2          ------- Exposed face

| Alloy | | Area |
|---|---|---|
| Standa | | Weigl |
| Accur | | |
| Circle( | | |
| Extrusi Ratio | | Perim |

| Drawing No | Details as indicated |
|---|---|
| Client Drawing No | |

3/4 Picket. HR13

| Unspec Wall Thickness | Details as indicated | Unspec Fillet |
|---|---|---|
| | | n/Date |
| System | | cked/Date |
| Desian No | | Machine |
| | | irmed/Date |

]





Details as indicated

| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | Details as indicated | | | 2018-02-21 |

型材型 Details as indicated

客户图

外接圆直径 (mm)
中空壁厚公差 (mm)
≤100

diagram

未注实体尺寸公差

| 尺寸(mm) | 公差(mm) |
|---|---|
| ≤3 | |
| >3~10 | |
| >10~15 | |
| >15~30 | |
| >30~45 | |
| >45~60 | |
| >60~100 | |
| >90~120 | |
| >120~150 | |
| >150~200 | |
| >200~250 | |

Details as indicated
寸
示装饰面

diagram

mm )²
²)
(g/m)
**Weight(ld / f t)**
外周长 (mm)

状态
标准
等级
圆(mm)
比

未注壁厚(mm
壁厚公差(mm

La tolerancia
del espesor

型材系列
型材名称

比 例
机 型

Details as indicated

未注
包装
绘制
审核 /日期
批准 /日期



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawing No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-0 | Details as indicated | | | | Details as indicated |
| | | | | | Yes☐No☐ | Yes☐No☐ | Yes☐No☐ | | |

Actual Wei

Details as indicated

diagram



Details as indicated

--- Exposed face

| Unspec Wall Thickness | | Details as indicated | |
|---|---|---|---|
| System | | | Checked/Date |
| Desian No | | Machine | Cofirmed/Date |



| 更改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
|  |  |  |  | 2018-02-21 |

Details as indicated

型材型
客户图

Details as indicated

外接圆直径 (mm)
中空壁厚公差 (mm)
≤100 | >100～250

未注实体尺寸公差

| 尺寸 (mm) |  |
|---|---|
| ≤3 |  |
| >3～10 |  |
| >10～15 |  |
| >15～30 |  |
| >30～45 |  |
| >45～60 |  |
| >60～100 |  |
| >90～120 |  |
| >120～150 |  |
| >150～200 |  |
| >200～250 |  |

Details as indicated

寸
表示装饰面

Details as indicated

⌒x5 ⌒

金状态
行标准
度等级
装圆(mm)
压比

| (mm)² |
|---|
| in² |
| kg/m |
| Weight(ld / f t) |
| 外周长 (mm) |

未注壁厚(mm
壁厚公差(mm)
La tolerancia
del espesor (in)

型材系列
型材名称

比 例
机 型

未
包
绘
审 核 / 日期
批准 / 日期



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | Drawing No |
|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | |
| | | | | | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ | Details as indicated |

Actual Weight Settlement        Details as indicated



diagram

Exposed face

Details as indicated

Details as indicated

| System | | 1 : 1 | Checked/Date |
|---|---|---|---|
| Desian No | Machine 638T | | Cofirmed/Date |

[

Ƶec. Channel 3" x 1 1/2.

Drawin

Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | |
|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | |
| | | | | | Yes☐No☐ | Yes☐No☐ | Yes☐No☐ | |

Clien
Drawin

| Wall Thickness (mm) | Circle Bin fad Hollow Wall Thickness Tolerance (mm) | | Actual Weight Settlement | Details as indicated |
|---|---|---|---|---|
| | ≤100 | >100~250 | | |

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

1 : 1

------- Exposed face

| Alloy / Temper | | Area | |
|---|---|---|---|
| Standard | | Weight | |
| Accuracy | | | |
| Circle(mm) | | | |
| Extrusion Ratio | | Perimeter | |

Details as indicated

| Unspec Wall Thickness | Details as indicated | | Unspes Fillet |
|---|---|---|---|
| | | | Drawn/Date |
| System | | Scale | Checked/Dat |
| Desian No | | Machine | Cofirmed/Dat |

]

Details as indicated

| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | 2018-04-27 |

Details as indicated

型材型、
客户图号

外接圆直径 (mm)
中空壁厚公差 (mm)
δ 5/100

diagram

diagram

diagram

| 未按实体尺寸公差 |
|---|
| 尺寸 (mm) |
| ≤3 |
| >3~10 |
| >10~15 |
| >15~30 |
| >30~45 |
| >45~60 |
| >60~100 |
| >90~120 |
| >120~150 |
| >150~200 |
| >200~250 |

Details as indicated

表示装饰面

金状态
行标准
度等级
圆(mm)
压比

(mm)²
in³)
kg/m)
**Weight(ld / f t)**
外周长 (mm)

未注壁厚(mm
壁厚公差(mm)
型材系列
型材名称

La tolerancia
del espesor

比 例
机 型

Details as indicated

未注
包装
绘 制
审 核 /日期
批准 /日期

Remand PR 000346



| 改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | 2018-04-05 |

Details as indicated

型材型～
客户图号

外接圆直径 (mm)
中空壁厚公差 (mm)

| ≤ |
| 0 |
| 0 |
| 0 |
| 0 |

diagram

diagram

diagram

未注实体尺寸公差

| 尺寸 (mm) | 公差 (mm) |
|---|---|
| ≤3 | |
| >3～10 | |
| >10～15 | |
| >15～30 | |
| >30～45 | |
| >45～60 | |
| >60～100 | |
| >90～120 | |
| >120～150 | |
| >150～200 | |
| >200～250 | |

Details as indicated

示装饰面

| 状态 | |
| 标准 | nm )² |
| 等级 | ㎡) |
| (mm) | g/m) |
| 压比 | weignt(ɡ / f t) |
| | 外周长 (mm) |

Details as indicated

| 未注壁厚(mm | La tolerancia dei espesor | | 未注 |
| 壁厚公差(mm) | | | 包装 |
| 型材系列 | 比 例 | | 绘 制 |
| 型材名称 | 机 型 | | 审 核 /日期 |
| | | | 批准 /日期 |

Remand PR 000347



| Changed Content | Changed By | Changed Date | Client Confirmation | Date | 模具费 Die | 空运费 Air Freight | 专用垫片 Special Gasbet | | Drawing No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019-01-02 | | | | | Details as indicated |
| | | | | | Yes☐ No☐ | Yes☐ No☐ | Yes☐ No☐ | | |

Actual Weight Settlement

Details as indicated

diagram



Details as indicated

Exposed face

Details as indicated

| System | | | | Checked/Date |
|---|---|---|---|---|
| Desian No | | Machine | | Cofirmed/Date |

Details as indicated

| 更改内容 | 更改人 | 更改日期 | 客户确认 | 日 期 |
|---|---|---|---|---|
| | | | | |
| | | | | 2018-02-22 |

型材型号

客户图号

外接圆直径 (mm)
中空壁厚公差 (mm)

diagram

| 未注实体尺寸公差 | |
|---|---|
| 尺寸 (mm) | 公差 (mm) |
| ≤3 | |
| >3~10 | |
| >10~15 | |
| >15~30 | |
| >30~45 | |
| >45~60 | |
| >60~100 | |
| >90~120 | |
| >120~150 | |
| >150~200 | |
| >200~250 | |

Details as indicated



十
表示装饰

状态
标准
等级
(mm)

m )²

米 重 (kg/m)
Weight(ld / f t)

Details as indicated

注壁厚(mm)
上厚公差(mm)

型材系列

| Espesor no declarado | 未注 |
|---|---|
| La tolerancia del esposor | 包装要求 |
| | 绘制/日期 |
| 比 例 | |

Remark页码/00049

1x2 angle x 1.6

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

Drawing No

Details as indicated

Client Drawing No

Wall Thickness (mm)

Circle Dia (mm)

Hollow Wall Thickness Tolerance (mm)

≤100    >100 − 250

Actual Weight Settlement

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |

Details as indicated

| >100 ~250 | ------- Exposed face |

| Alloy / Tem | Area |
|---|---|
| Standard | Weight |
| Accurac | |
| Circle(m | |
| Extrusios Ratio | Perime |

| R | Unspec Wa Thickness | Details as indicated | Unspes Fillet |
|---|---|---|---|
| | System | Scal | Drawn/Dat |
| | Desian No | Machir | Checked/D |
| | | | Cofirmed/C |

02



[

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |



Actual Weight Settlement

Details as indicated

diagram

Details as indicated

>100
~250 ----- Exposed face

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |
| >100 ~250 | | |

| Alloy / Tem | | Area |
|---|---|---|
| Standard | | Weigh |
| Accurac | | |
| Circle(m | | |
| Extrusion Ratio | | Perime |

Drawing No
Client Drawing No ─ Details as indicated

| Unspec W Thickness | Details as indicated | | Unspes Fillet |
|---|---|---|---|
| | | | Drawn/Dat |
| System | | Scal | Checked/C |
| Desian No | | Machi | Cofirmed/t |

]

[

2x2 angle x 1/8.

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

| Drawing No | |
|---|---|
| Client Drawing No | |

Details as indicated

Actual Weight Settlement

| Wall Thickness (mm) | Hollow Wall Thickness Tolerance (mm) | | |
|---|---|---|---|
| | Circle Dia (mm) | | |
| | <100 | 100 - 250 | |

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension (mm) | Tolerance (mm) |
| ≤100 | | |

Details as indicated

| >100 ~250 | | ------- Exposed face |

| Alloy / Tem | Area |
|---|---|
| Standard | Weigh |
| Accurac | |
| Circle(m | |
| Extrusion Ratio | Perime |

| Unspec Wall Thickness | Details as indicated | | Unspes Fillet |
|---|---|---|---|
| | | | Drawn/Date |
| System | | Scale | Checked/D |
| Desian No | | Machir | Cofirmed/D |

]

2x5 angle x 1/8"

Details as indicated

| Changed Content | Changed By | Changed Date | Client Confirmation | Date |
|---|---|---|---|---|
| | | | | 2019-02-09 |
| | | | | |

| Drawing No |
|---|
| Client Drawing No |

| Wall Thickness (mm) | Circle No (mm) Below Wall Thickness Tolerance (mm) | | Actual Weight Settlement |
|---|---|---|---|
| | <100 | >100 ~ 250 | |

Details as indicated

diagram

| Circumscribed Circle Diameter (mm) | Unspec Wall Thickness Tolerance | |
|---|---|---|
| | Dimension | Tolerance |
| ≤100 | | |
| >100 ~250 | | |

Details as indicated

----- Exposed face

| Alloy / Tem |
|---|
| Standard |
| Accurac |
| Circle(m |
| Extrusion Ratio |

| Area |
|---|
| Weigh |
| |
| |
| Perim |

| Unspec W: Thickness | | Details as indicated | | Unspec Fillet |
|---|---|---|---|---|
| | | | | Drawn/Dat |
| System | | | Scal | Checked/D |
| Desian No | | | Machii | Cofirmed/C |

# Entry 7224 Production Process - BC

Remand PR 000355

# Raw materials needed to produce aluminum extrusions

## I. Casting Workhouse manufacturing billets

Details of production

## II. Extrtusion Workhouse manufacturing extrusions

Details of production

## III. Powder painted Process

Details of production

## IV. Anodized Process

Details of production

# Entry 7224 Purchase Order - BC

CLASSIC METALS SUPPLIERS

MIAMI, FL 33155

# Purchase Order

Date

Vendor

Company name and address

Ship to

Company name and address

| | | Terms | Due Date | | Address Bank 2 |
|---|---|---|---|---|---|
| | | Net 30 | 9/7/2019 | | |
| Item | Description | Qty | U/M | Cost unit | Amount |
| HR4B211 HR10B20 | | | | | |
| HR11AB20 | | | | | |
| HR12B196 | | | | | |
| HR13B19 HR2B211 | | | | | |
| HR13W19 | Details as indicated above | | | | |
| IPIBCDIE27177 | | | | | |
| EF156-WH | | | | | |
| EF186BZ EF186W EF23BZ EF23WH | | | | | |
| EG20B EG24B | | | | | |
| RT2509320B | | | | | |
| RT2509320W RT2509324B | | | | | |
| RC112224W | | | | AMT | |
| | | | Total | | |

Remand PR 000358

CLASSIC METALS SUPPLIERS

MIAMI, FL 33155

# Purchase Order

PO #

Vendor

Company name and address

RECEIVED IN FULL

Company name and address

| | | Terms | Due Date | Address Bank 2 |
|---|---|---|---|---|
| | | Net 30 | 9/7/2019 | |

| Item | Description | Qty | U/M | Cost unit | Amount |
|---|---|---|---|---|---|
| RC112224B | | | | | |
| RC112324B | | | | | |
| RC112324W | | | | | |
| 1620B | | | | | |
| 1624B | | | | | |
| 1424B | | | | | |
| TGSPLICE | Details as indicated above | | | | |
| 4412515W | | | | | |
| 4412515BZ | | | | | |
| AN-12116-WH | | | | | |
| AN-12116-BZ | | | | | |
| AN-11116-WH | | | | | |
| 2209320W | | | | | |
| 2212520W | | | | | |
| 2512520W | | | | | |
| 4412520B | | | | | |

**Total** AMT

Remand PR 000359

# Entry 7224 Signed-20200316 - BC

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0023
Exp. 09-30-2019

**REQUEST FOR INFORMATION**
19 CFR 151.11

| | |
|---|---|
| 1. Date of Request | 02/14/2020 |
| 2. Date of Entry and Importation | 11/13/2019 |

| 3. Manufacturer/Seller/Shipper. | 4. Carrier | 5. Entry No. 7224 |
|---|---|---|

| 5a. Invoice Description of Merchandise | 5b. Invoice No. | 6. HTSUS Item No. |
|---|---|---|
| Line 1 | | 99038501 |

| 7. Country of Origin/Exportation | 8. CBP Broker and Reference or File No. |
|---|---|
| DO          DO | A CUSTOMS BROKERAGE, INC. |

| 9. TO: | 10. FROM: |
|---|---|
| CLASSIC METALS SUPPLIERS CORP 13125 NW 47TH AVE OPA LOCKA, FL 33054-4309 US | company name |

Production of Documents and/or Information Required by Law: If you have provided the information requested on this form to U.S. Customs and Border Protection at other ports, please indicate the port of entry to which it was supplied, and furnish a copy of your reply to this office, if possible.

| 11a. Port | 11b. Date Information Furnished |
|---|---|
| 5203 | |

**General Information and Instructions**

| 12. Please Answer Indicated Question(s) | 13. Please Furnish Indicated Item(s) |
|---|---|

| | | | |
|---|---|---|---|
| ☑ A. | Are you related (see reverse) in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise. | ☑ A. | Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto. |
| | | ☑ B. | Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates. |
| | | ☐ C. | Breakdown of components, materials, or ingredients by weight and the actual cost of the components at the time of assembly into the finished article. |
| | | ☐ D. | Submit samples: Article number and description _____ |
| ☐ B. | Identify and give details of any additional costs/ expenses incurred in this transaction, such as: | | |
| | ☐ (1) packing | | from container _____ |
| | ☐ (2) commissions | | mark(s)and number _____ |
| | ☐ (3) proceeds that accrue to the seller | | Samples consumed in analysis, and other samples whose return is not specifically requested, will not normally be returned. |
| | ☐ (4) assists | | |
| | ☐ (5) royalties and/or license fees | ☑ E. | See item 14 below. |

| 14. CBP Officer Message | |
|---|---|
| See continuation sheet | Received |
| | **MAR 0 9 2020** |
| | CBP Champlain, NY |

15. Reply Message (Use additional sheets if more space is needed.)

| 16. CERTIFICATION | It is required that an appropriate corporate/company official execute this certificate and/or endorse all correspondence in response to the information requested. (**NOTE: NOT REQUIRED IF FOREIGN FIRM COMPLETES THIS FORM.**) |
|---|---|

| 16a. Name and Title/Position of Signer (Owner, Importer, or Corporate/Company Official) | 16b. Signature. |
|---|---|
| | 16c. Telephone No.          16d. Date |

| 17. CBP Official | 18. Team Designation 045 | 19. Telephone No. |
|---|---|---|
| 20. Fax No. | 21. Email | |

CBP Form 28 (06/14)

Remand PR 000361

OMB No. 1651-0023
Exp. 06-30-2016

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**REQUEST FOR INFORMATION**
Continuation Page

19 CFR 151.11

| 1. Date of Request |
| --- |
| 02/14/2020 |
| 2. Date of Entry and Importation |
| 11/13/2019 |

| 3. Manufacturer/Seller/Shipper | 4. Carrier | | 5. Entry No. |
| --- | --- | --- | --- |
| | | | 7224 |
| 5a. Invoice Description of Merchandise | | 5b. Invoice No. | 6. HTSUS Item No. |
| Line 1 | | | 99038501 |
| 7. Country of Origin/Exportation | | 8. CBP Broker and Reference or File No. | |
| DO          DO | | A CUSTOMS BROKERAGE, INC. | |

14. CBP Officer Message

Please provide the following information and documentation:

Are you related in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise. NO Related.

Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates. Provide part/inventory numbers of aluminum extrusions imported by your company. Include schematic drawings, material certification, etc. which document the dimensions and material composition of the extruded aluminum.

Provide the mill test certificate from the manufacturer of the original billets used to create the aluminum extrusions imported by Classic Metals.

Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto.

Provide entry transaction information including the original commercial invoice(s), proof of payment(s), purchase order and all bills of lading (master bills of lading) (including through bills of lading).

All documents should be clear, legible and in English.

This request is pursuant to 19USC 1509 and 19CFR163. The requested documentation must be produced within 30 days from the date of this notice.

| 17. CBP Official | 18. Team Designation | 19. Telephone No. |
| --- | --- | --- |
| 20. Fax No. | 21. Email | |

CBP Form 28 (06/14)

## GENERAL INFORMATION AND INSTRUCTIONS

1. The requested information is necessary for proper classification and/or appraisement of your merchandise and/or for insuring import compliance of such merchandise. Your reply is required in accordance with section 509(a), Tariff Action of 1930, as amended (19 U.S.C.1509).

2. All information, documents, and samples requested must relate to the shipment of merchandise described on the front of this form.

3. Please answer all indicated questions to the best of your knowledge.

4. All information submitted will be treated confidentially.

5. If a reply cannot be made within 30 days from the date of this request or if you wish to discuss any of the questions designated for your reply, please contact the CBP officer whose name appears on the front of this form.

6. Return a copy of this form with your reply.

### DEFINITIONS OF KEY WORDS IN BLOCK 12

Question A: RELATED - The persons specified below shall be treated as persons who are related:

      (A) Members of the same family, including brothers and sisters (whether by whole or half blood), spouse, ancestors, and lineal descendants.

      (B) Any officer or director of an organization and such organization.

      (C) An officer or director of an organization and an officer or director of another organization, if each such individual is also an officer or director in the other organization.

      (D) Partners.

      (E) Employer and employee.

      (F) Any person directly or indirectly owning, controlling, or holding with power to vote, 5 percent or more of the outstanding voting stock or shares of any organization and such organization.

      (G) Two or more persons directly or indirectly controlling, controlled by or under common control with, any person.

PRICE PAID OR PAYABLE - This term is defined as the total payment (whether direct or indirect and exclusive of any costs, charges, or expenses incurred for transportation, insurance, and other C.I.F. charges) made, or to be made, for imported merchandise by the buyer to, or for the benefit of, the seller.

Question B: ASSISTS - The term "assist" means any of the following if supplied directly or indirectly, and free of charge or at reduced cost, by the buyer of the imported merchandise for use in connection with the production or the sale for export to the United States of the merchandise:

      (1) Materials, components, parts, and similar items incorporated in the imported merchandise.

      (2) Tools, dies, molds, and similar items used in the production of the imported merchandise.

      (3) Merchandise consumed in the production of the imported merchandise.

      (4) Engineering, development, artwork, design work, and plans and sketches that are undertaken elsewhere than in the United States and are necessary for the production of the imported merchandise.

PROCEEDS THAT ACCRUE TO THE SELLER - This term is defined as the amount of any subsequent resale, disposal, or use of the imported merchandise that accrues, directly or indirectly, to the seller.

ROYALTIES AND/OR LICENSE FEES - This term relates to those amounts that the buyer is required to pay, directly or indirectly, as a condition of the sale of the imported merchandised for exportation to the United States.

PAPERWORK REDUCTION ACT STATEMENT - An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0023. The estimated average time to complete this application is 2 hours. If you have any comments regarding the burden estimate you can write to Regulations and Rulings, Office of International Trade, U.S. Customs and Border Protection, 90 K St. NE., (10th Floor), Washington, DC 20229-1177.

Remand PR 000363

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**REQUEST FOR INFORMATION**
Continuation Page

19 CFR 151.11

OMB No. 1651-0023; Exp. 09-30-2019

| 1. Date of Request |
| --- |
| 02/14/2020 |

| 2. Date of Entry and Importation |
| --- |
| 11/13/2019 |

| 3. Manufacturer/Seller/Shipper | 4. Carrier | | 5. Entry No. |
| --- | --- | --- | --- |
| | | | 7224 |
| 5a. Invoice Description of Merchandise | | 5b. Invoice No. | 6. HTSUS Item No. |
| Line 1 | | | 99038501 |
| 7. Country of Origin/Exportation | | 8. Customs Broker and Reference or File No. | |
| DO | | A CUSTOMS BROKERAGE, INC. | |

| Entry No. | Line No. | Importer of Record No. |
| --- | --- | --- |
| 7224 | 1 | |

Details as indicated

| 17. CBP Officer | 18. Team Designation | 19. Telephone No. |
| --- | --- | --- |

CBP Form 28 (08/08)

# Entry 7224 Theoterical Extrusion Production - BC



2019.11 Extrusion Machine Production Volume(Theoretical Weight)

Details as indicated above

Details as indicated above

Details as indicated above

# [ company name ]Invoice for Ingots - BC

# company name

company name

**Value Date:**
**Invoice Date:** Details as indicated

## Final Invoice

**Invoice No.**
**Sales Contract No:**
**Quota Month:**

**QuotationalPeriod:**

**Our GST No:**
**Transport Type:**
**Transport Details:** Details as indicated

**Load:** Rotterdam, Netherlands
**Discharge:** Caucedo, Dominican Republic



**Description of Goods**

| Material | Shape | Grade | Brand | Origin | NetQuantity (MT) | Amount (USD) |
|----------|-------|-------|-------|--------|------------------|--------------|
| Aluminium | Ingots | P1020 | | Russia | numbers | |

**Pricing Summary**

| NetQuantity (MT) | Price (USD) | Premium (USD) | Net Price (USD) | Invoice % | Tax Status | |
|------------------|-------------|---------------|-----------------|-----------|------------|--|
| numbers | numbers | | | | Outside Scope of Tax | |
| | | | | | Net Total | numbers |

**Less Previously Issued Invoice no(s)**

| Invoice no. | Net Amount (Outside Scope of Tax) | Net Amount (Tax Applicable) | |
|-------------|-----------------------------------|-----------------------------|--|
| numbers | | numbers | |

**TOTAL AMOUNT DUE**

**Bank Details**

Please quote the following reference when making payment :
Please Pay numbersUSD
**Account Name:**
**Account Number:**
**Account Currency:**
**AT:**
**SWIFT:**
   **Via: Bank**
        **SWIFT**

Acct. Details

[ company name        %]Balance for raw Materials



17 de Septiembre de 2019, 11:18 AM

Para imprimir su comprobante, seleccione el icono de impresión.

Su Transferencia Internacional se ha procesado.

Las Transferencias internacionales están sujetas al horario de corte relacionado a las mismas. Usted recibirá un correo electrónico indicando que la transferencia fue realizada satisfactoriamente.

**COMPROBANTE**

17 de Septiembre de 2019, 11:18 AM



| Pago a | Banco Destino | Monto | Fecha de Pago | No. de Ref. |
|---|---|---|---|---|
| SWIFT: | DEUTSCHE BANK A.G. AMSTERDAM | US$ numbers | 17/09/2019 | numbers |

| A pagar desde | A pagar desde | Tipo | Número de Cta. | Impuesto DGII 0.15% |
|---|---|---|---|---|
| Banco Popular | Cuenta de Ahorro | Cuenta de Ahorro | number | US$ numbers |

**Descripción:** Lingote de aluminio

[ company name         ⅓]Prepayment for raw Materials - BC



30 de Agosto de 2019, 8:25 PM

Para imprimir su comprobante, seleccione el icono de impresión.

Su Transferencia Internacional se ha procesado.

Las Transferencias internacionales están sujetas al horario de corte relacionado a las mismas. Usted recibirá un correo electrónico indicando que la transferencia fue realizada satisfactoriamente.

**COMPROBANTE**

30 de Agosto de 2019, 8:24 PM



| Pago a | Banco Destino | Monto | Fecha de Pago | No. de Ref. |
|---|---|---|---|---|
| **SWIFT:** numbers | DEUTSCHE BANK A.G. AMSTERDAM | US$ numbers | 30/08/2019 | numbers . |

| A pagar desde | A pagar desde | Tipo | Número de Cta. | Impuesto DGII 0.15% |
|---|---|---|---|---|
| **Banco Popular** | Cuenta de Ahorro | Cuenta de Ahorro | number | US$ numbers |

**Descripción:** Prepago de lingotes de aluminio

[ company name ] BL for Ingots

Tel: +86 21 3512 4888
E-Business: elines.coscoshipping.com
PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| 1. Shipper    Insert Name Address and Phone/Fax | | Booking No. | Bill of Lading No. |
|---|---|---|---|
| Details as indicated above | | **Export References**<br>95083514 | numbers |

| 2. Consignee    Insert Name Address and Phone/Fax | Forwarding Agent and References<br>FMC/CHB No. |
|---|---|
| Details as indicated above | |
| | Point and Country of Origin |

| 3. Notify Party    Insert Name Address and Phone/Fax | (It is agreed that no responsibility shall attach to the Carrier or his agents for failure to notify) | Also Notify Party-routing & Instructions |
|---|---|---|
| Details as indicated above | | * RNC:<br>TEL:<br>** numbers    RCIA<br>TEL: |

| 4. Combined Transport*    Pre-Carriage by | 5. Combined Transport*    Place of Receipt | | |
|---|---|---|---|
| | ROTTERDAM | | |
| 6. Ocean Vessel Voy. No.<br>Details as indicated above | 7. Port of Loading<br>ROTTERDAM | Service Contract No. | DOC Form No. |
| 8. Port of Discharge<br>CAUCEDO | 9. Combined Transport*    Place of Delivery<br>CAUCEDO | Type of Movement<br>FCL / FCL | CY-CY |

| Marks & Nos.<br>Container / Seal No. | No. of Container or Packages | Description of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| container / seal no. | numbers<br>BUNDLES | BUNDLES    /FCL / FCL    /<br>Details as indicated above | numbers KGS<br>NET WEIGHT KGS | |
| | numbers<br>BUNDLES | BUNDLES    /FCL / FCL<br>Details as indicated above | numbers KGS<br>NET WEIGHT KGS | |
| | numbers<br>BUNDLES | BUNDLES    /FCL / FCL<br>Details as indicated above | numbers KGS<br>NET WEIGHT KGS | |
| | numbers<br>BUNDLES | BUNDLES    /FCL / FCL<br>Details as indicated above | numbers KGS<br>NET WEIGHT KGS | |
| | | BUNDLES    /FCL / FCL | numbers KGS | |
| | ** TO BE CONTINUED ON ATTACHED LIST ** | | | |

| Declared Cargo Value US$ | Description of Contents for Shipper's Use Only (Not part of This B/L Contract) |
|---|---|
| 10. Total Number of Containers and/or Packages (in words)<br>Subject to Clause 7 Limitation | SAY    TWELVE CONTAINERS TOTAL |

| 11.    Freight & Charges | Revenue Tons | Rate | Per | Amount | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|---|
| DEST TRML HANDLG | | | | USD | | COL | |
| INTERNATIONAL SHIP | | | | USD | | COL | |
| RTM03563002V1 | | | Details as indicated above | EUR | PPD | | |
| FUEL ADJUSTMENT | | | | EUR | PPD | | |
| TOTAL | | | | USD numbers | | COL | |
| TOTAL | | | | EUR | PPD | | |

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bills of Lading contract. The carrier has issued 3 original Bills of Lading, all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
*Applicable Only When Document Used as a Combined Transport Bill of Lading. Demurrage and Detention shall be charged according to the tariff published on the Home page of http://lines.coscoshipping.com. If any ambiguity or query, please search by Demurrage & Detention Tariff Enquiry. The complete TERMS AND CONDITIONS appearing on the reverse side of this Bill of Lading are available at http://lines.coscoshipping.com, which also provides other services and more detailed information.

Date Laden on Board    5 SEP 2019
Signed by: COSCO SHIPPING LINES
(NETHERLANDS) B.V.

, AS AGENT

| 9805    Date of Issue 5 SEP 2019    Place of Issue ROTTERDAM | Signed for the Carrier, COSCO SHIPPING LINES CO., LTD. |
|---|---|

# COPY

| Vessel: Details as indicated | | Voyage: 936S | B/L NO.: COSU4520512570 | PAGE: 2 OF 2 |

| Marks & Nos.<br>Container / Seal No. | No. of Container<br>or Packages | Description Of Goods (If Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| [ container / seal no. | BUNDLES | Details as indicated above | NET WEIGHT<br>numbers KGS | |
| | numbers | BUNDLES /FCL / FCL | | |
| | BUNDLES | Details as indicated above | KGS<br>NET WEIGHT<br>KGS | |
| | numbers | BUNDLES /FCL / FCL | numbers | |
| | BUNDLES | Details as indicated above | KGS<br>NET WEIGHT<br>KGS | |
| | numbers | BUNDLES /FCL / FCL | numbers KGS | |
| | BUNDLES | Details as indicated above | NET WEIGHT<br>KGS | |
| | numbers | BUNDLES /FCL / FCL | numbers KGS | |
| | BUNDLES | Details as<br>indicated above BUNDLES /FCL / FCL | NET WEIGHT<br>KGS | |
| | numbers | Details as indicated above | numbers KGS<br>NET WEIGHT | |
| | BUNDLES | BUNDLES /FCL / FCL | KGS | |
| | numbers | Details as indicated above | numbers KGS | |
| | BUNDLES | BUNDLES /FCL / FCL | NET WEIGHT<br>KGS | |
| ] numbers | BUNDLES | PRIMARY ALUMINUM INGOTS -<br>AL MINIMUM % | numbers | |
| | | NCM: 7601.10.00 | NET WEIGHT KGS | |
| | | WOODEN PACKAGING:<br>TREATED AND CERTIFIED | numbers | |
| | | TOTAL NET WEIGHT KGS | | |
| | | TOTAL GROSS WEIGHT numbers | | |
| | | :GS | | |
| | | TOTAL NUMBER OF BUNDLES | | |

OCEAN FREIGHT PREPAID
ON CY-CY TERM
SHIPPER'S LOAD STOW COUNT AND SEAL
DEM/DET FREE TIME AT POD AS PER AGREEMENT

# [ *company name* ]DR Customs Declaration for Ingots – DUA – BC

**Confidential Version - Business Proprietary Information**

FORM.No. 003-2007



AUTORIZADO POR LA DIRECCION GENERAL DE CONTABILIDAD GUBERNAMENTAL

Single Customs Declaration (DUA)
**DECLARACION UNICA ADUANERA**
**(DUA)**

## IDENTIFICACIÓN Identification — Customs Broker

| A) DECLARACIÓN : Declaration | B) IMPORTADOR/EXPORTADOR Importer/Exporter | C) AGENTE DE ADUANAS |
|---|---|---|
| Declaration No 1. NO. DE DECLARACIÓN | 1. NOMBRE O RAZON SOCIAL Name or Company Name | 1. NOMBRE Name |
| Date 2. FECHA | | 2. CÓDIGO Cod |
| Declaration Type 3. TIPO DE DECLARACIÓN IMPORTACION / GENERAL — Import / General | 2. DIRECCION Address | 3. CEDULA ID |
| Port of Exit / Entry 4. PUERTO DE SALIDA / ENTRADA CÓDIGO: DOCAU Code | | REGIMEN ADUANERO Y PREFERENCIAS ARANCELARIAS Customs Regime and Tariff Preferences |
| Country of Provenance / Destination 5. PAÍS PROCEDENCIA / DESTINO CÓDIGO: Code | 3. TELÉFONO Phone<br>4. E_MAIL | 1. REGIMEN ADUANERO CÓDIGO: 11 Customs Regime Code: 11 |
| 6. DESTINATARIO Recipient | 5. FAX | |
| 7. Doc. de Embarque COSU4520512570 Shipping Document | 6. RNC Tax IC | 2. PREFERENCIA ARANCELARIA Tariff preference |
| | 7. CED O PASAPORTE National ID or Passport | |

| 9. MEDIO DE TRANSPORTE Means of Transport | SÓLO PARA LOS REGIMENES DE ZONA FRANCA Y DE ADMISIÓN TEMPORAL Only for Free Zone and Temporary Admission Regimes |
|---|---|
| a) Nombre de la Empresa Company Name | 1. DATOS RELATIVOS A LA EXPORTACIÓN Data related to the exportation |
| b) Número de Viaje / Vuelo Trip / Flight Number | a) MATERIA PRIMA IMPORTADA UTILIZADAS(CIF) VALOR US$ Value US$ Imported raw materials used (CIF) |
| c) Nacionalidad del medio de transporte Means of transport nationality | b) MATERIA PRIMA LOCAL Local raw material VALOR US$ Value US$ |
| 10. CANAL Channel | c) SUELDOS Y SALARIOS Wages and salaries VALOR US$ Value US$ |
| | d) CONTRATACION DE SERVICIOS Hiring of services VALOR US$ Value US$ |
| | e) OTROS Other VALOR US$ Value US$ |

## DOCUMENTOS PRESENTADOS Documents Submitted

| Reference REFERENCIA PRESUPUESTO | Document Type TIPO DE DOCUMENTO FACTURA COMERCIAL Commercial Invoice | EMITIDO POR Issued by TELEFONO Phone | E_MAIL |
|---|---|---|---|
| Reference REFERENCIA | Document Type TIPO DE DOCUMENTO CERTIFICADO DE CNZ-FE CNZ-FE Certificate | SELECCIONAR Select Issued by TELEFONO Phone | E_MAIL |

## DECLARACIÓN DE LA MERCANCIA Merchandise Declaration

| NO. | Tariff Code 1. CÓDIGO ARANCELARIO | Details 2. DETALLE | Product Type 3. TIPO DE PRODUCTO | Country of Origin 4. PAÍS DE ORIGEN | Quantity 5. CANT. | Unit 6. UNIDAD | Weight 7. PESO | FOB Value VALOR FOB | Retail Price PRECIO AL POR MENOR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7601.10.00 | LINGOTES DE ALUMINIO Aluminum Ingot | NO | | | Unidades Units | | | |
| Merchandise Description 10. DECRIPCION MERCANCIA | LINGOTES DE ALUMINIO Aluminum Ingot | | | | | | | | |

## DATOS DE CONTENENEDORES / CAMIONES Container / Truck Information

| 1-A. CONTENEDOR Container | 1-B. PLACA no. Plate No. | 2. SELLOS Seals | 3. CARGA Cargo |
|---|---|---|---|
| Details as indicated above | | | |

| VALOR EN US$ Value in US$ | | PESO DE LA MERCANCIA Merchandise Weight |
|---|---|---|
| 1. CONCEPTO Item | 2. MONTO Amount | 1. KILOGRAMO BRUTO Gross Kilogram |
| a) TOTAL FOB | | 2. KILOGRAMO NETO Net Kilogram |
| b) SEGURO Insurance | | TASA OFICIAL DEL DIA Official Daily Rate |
| c) FLETE Freight | Details | 1. TASA OFICIAL DEL DIA Official Daily Rate |
| d) OTROS Other | | 2. TOTAL RD$ |
| e) TOTAL CIF | | |

PARA USO OFICIAL(NO ESCRIBIR) For Official Use (Do Not Write).

OBSERVACIONES Observations

[ Company name ]DR Entry for Ingots

# Ministerio de Hacienda

Dirección General de Aduanas

Sistema Integrado de Gestión Aduanero (SIGA)

Reporte de Liquidación de Impuestos

Usuario :

Fecha : 20/01/2020

Hora : 17:46:41

| | | |
|---|---|---|
| Declaración : Details as indicated | Manifiesto : IGMM2019091200 | Importador : Details as indicated |
| Liquidación : Details as indicated | Consignatario Details as indicated : | Documento : |
| Fecha Decl. 23/09/2019 | Fecha Llegada 22/09/2019 | Agencia : DOMINITRANS EIRL |
| | Número B/L : Details as indicated : | Resolución 646-95 : |
| Regimen : Details as indicated | Endosado : | Dep Fiscal NO : |
| ResuInsp : Details as indicated a | Adm : ADMINISTRACION PUERTO MULTIMODAL CAUCEDO | Despacho : GENERAL |
| Estado : Despacho Aprobado | | Ded Madre : |

DETALLE DEL MANIFIESTO : Details as indicated

OBSERVACION DE LA DECLARACION : Declaración Web DGA

| ITEM | ARANCEL | DESCRIPCION | UNID. | ORIGEN | CANT. | FOB | CIF | GRAVAMEN | SELECTIVO | ITBIS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7601.10.00 | Details as indicated | Unidades | RUSIA | | | Details as indicated ab  e | | | | |
| | | | | | | Totales | | | | | |

## PESO DE LA MERCANCIA

Peso Bruto KG: Details as indicated

Peso Neto KG:

## VEHICULOS

| No. | Chasis | Details as indicated | | Color | Vehiculo CC | Tipo |
|---|---|---|---|---|---|---|

### FURGONES

| No. | Furgon | Sello 1 | Sello 2 | Tipo de Empaque |
|---|---|---|---|---|
| 1 | CBHU4420765 | 9412 | | FURGON CERRADO DE 20' |
| 2 | CBHU4508136 | 9420 | | FURGON CERRADO DE 20' |
| 3 | CCLU3647991 | 9406 | | FURGON CERRADO DE 20' |
| 4 | CCLU3660993 | 9405 | | FURGON CERRADO DE 20' |
| 5 | CSLU1154596 | 9416 | | FURGON CERRADO DE 20' |
| 6 | CSLU1544845 | 9418 | | FURGON CERRADO DE 20' |
| 7 | CSLU1569099 | 9411 | | FURGON CERRADO DE 20' |
| 8 | CSLU2405274 | 9415 | | FURGON CERRADO DE 20' |
| 9 | CSNU1018494 | 9414 | | FURGON CERRADO DE 20' |
| 10 | DFSU1088957 | 9419 | | FURGON CERRADO DE 20' |

Remand PR 000379

| 11 | SEGU2697608 | 9417 | FURGON CERRADO DE 20' |
| 12 | SEGU2845259 | 9413 | FURGON CERRADO DE 20' |

**DISPOSICIONES**

No.        Descripcion



| RD$ | | |
|---|---|---|
| Total FOB: | Total Imp. y Regimen a Pagar: | Total Diferencia por Preferencia: |
| | Recargo Por Declaración Tardía : | Total Monto Liberado del CIF: |
| Seguro : | Multa por Infracción **Details as indicated** | Tasa Servicio Aduanero: |
| Flete : | Sanción por Infracción : | Tasa Servicio Aduanero Pagado: |
| Otros : | Total Impuestos a Pagar : | Declaración Unica Aduanera: |
| Total CIF : | Total Impuestos Pagado : | Declaración Unica Aduanera Pagado: |
| | Balance a Pagar de Impuestos : | Balance a Pagar por Servicio Aduanero : |

Details as indicated          Details as indicated

"Nota: Esta liquidación de impuestos queda sujeta a la revisión posterior de los aspectos vinculados con el valor, la clasificación arancelaria, el origen de la mercancía, la cantidad y cualquier otro atributo relacionado con los elementos que constituyen el Hecho Generador y la Base Imponible de los derechos e impuestos eventualmente exigibles, que se hayan dejado de percibir en la liquidación inicial, a causa de error, fraude, elusión o de cualquier otra naturaleza, lo que puede hacerse antes, durante, después del despacho o levante de las mercancías, dentro de los plazos y formas previstos en la legislación aduanera y tributaria vigentes."

Remand PR 000380

Public Document No. 11

Remand PR 000381



**Fox Rothschild LLP**
ATTORNEYS AT LAW

2020 K Street NW
Suite 500
Washington, DC, 20006
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

**PUBLIC DOCUMENT**

BRITTNEY R. POWELL
Direct No: 202 794-1186
Email: bpowell@foxrothschild.com

September 26, 2022

**VIA ELECTRONIC DELIVERY**
Office of Trade
U.S. Customs and Border Protection
1331 Pennsylvania Avenue, NW
Washington, D.C. 20229

Re:     **EAPA Consolidated Case Number 7423:**
        **Request for Extension of the Revised Public Versions of Importers' Joint**
        **Submissions and Classic Metals' Initial RFI Response**

Dear Sir or Madam:

We represent Classic Metals Suppliers Corp. ("Classic Metals") and H&E Home ("H&E Home"), U.S. importers subject to investigation in EAPA Inv. No. 7423, which is before Customs and Border Protection ("CBP") on remand. Pursuant to CBP's revised Letter to the Parties, dated September 16, 2022,[1] the parties have been instructed to review, and if necessary, submit revised public versions of their respective submissions by today, September 26, 2022. While we intended to submit Classic Metals' and H&E Home's revised public version

---

[1] 2022-09-16 – TRLED Letter to Parties (Remand Cons 7423) PD.

submissions by today's deadline, additional time is needed to prepare the public versions of the joint submissions that were filed on behalf of the importers and Kingtom. Additional time is also needed to submit the public version of Classic Metals' Initial RFI Response. Accordingly, we respectfully request a three-day extension of time, until September 29, 2022, in which to submit the revised public versions of the parties' joint submissions and Classic Metals' Initial RFI Response.

Extraordinary circumstances exist for the filing of this extension request within three business days of the current deadline.  The joint submissions were filed on behalf of the importer respondents to this investigation and Kingtom. Consequently, preparation of the revised public versions of the joint submissions requires coordination among five law firms. Counsel for Global Aluminum, Diaz Trade Law, is located in Florida, where preparations are currently underway for Hurricane Ian, which is expected to be a Category 3 major hurricane by the time it arrives to Florida later today. Florida Governor Ron DeSantis recently declared a "state of emergency" for the entire state, which could not be foreseen reasonably.  It is my understanding that the Diaz Trade Law's offices are therefore closed today. Given the number of filings required to be submitted by today's deadline, the undersigned counsel needs the assistance of other counsel to finalize and file the revised public version joint submissions.

It is also my understanding that counsel for other importers is out of the office today in observance of a religious holiday.  Counsel for the other importers has contributed to the preparation of some of the revised joint submissions.  However, given that one law firm is closed

today, and another counsel is out of the office, we need additional time to coordinate and file the joint submissions on behalf of the importers and Kingtom.

In addition, lead counsel for Classic Metals and H&E Home, as well as counsel for Kingtom, have been traveling out of the country since the revised letter was issued to attend the on-site verifications of their respective clients. The requested extension will enable lead counsel for the parties to provide input on the revised public version submissions. Counsel from both law firms are expected to return this week.

Given the large volume of documentation required to be submitted, and the unavailability of counsel for other parties, additional time is needed to finalize and submit the revised public versions of the joint submissions.

Extraordinary circumstances also exist to grant an extension of the deadline for the public version of Classic Metal's Initial RFI Response. First, as indicated above, we are particularly short-staffed today, and have devoted significant resources to prepare the revised public versions of our clients' individual submissions by today's deadline. Second, although we have successfully submitted the public versions of Classic Metals' CF-28 response, along with other documents, we have experienced significant technical issues while revising Classic Metals' initial RFI Response.

The initial RFI Response is very large, consisting of more than 2000 pages. U.S. counsel's paralegal, who is experienced and knowledgeable of the public version requirements and in processing large volumes of documentation, has encountered several debilitating issues with his PDF software over the past several days due to the large size of the files for the initial

RFI Response.  U.S. counsel also encountered difficulty processing the large files. Our technical

department was contacted this morning to assess these issues and advise on a course of action.

Given the delays caused by these technical issues over the past several days, we require

additional time to finalize the public version of the Classic Metals' Initial RFI Response.

For the foregoing reasons, we respectfully request a three-day extension of time, until

September 29, 2022, in which to submit the revised public versions of the joint submissions and

Classic Metals' Initial RFI Response.

Thank you for your attention to this matter. Should you have any questions concerning

this submission, please contact the undersigned.

Respectfully submitted,

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell

## CERTIFICATE OF SERVICE

I, Brittney R. Powell, hereby declare that I caused a copy of the foregoing public version document to served by electronic service upon the following on this the 26th day of September 2022:

Jennifer Diaz
On behalf of Global Aluminum Inc.
12700 Biscayne Blvd, Suite 301
North Miami, FL, 33181
jen@diaztradelaw.com

Robert DeFrancesco
On behalf of the AEFTC
1776 K St NW
Washington, D.C. 20006
rdefrancesco@wiley.law; cwebster@wiley.law

Beth Ring
on behalf of Industrias Feliciano Aluminum Inc.;
JL Trading Corp; and Puertas y Ventanas J.M., Inc.
551 Fifth Avenue, Suite 1100
New York, N.Y. 10176
bring@strtrade.com

Alberto J. Castañer,
on behalf of H&E Home
Mai Center, Marginal Kennedy
771 Calle 1, Suite 204
San Juan, PR 00920
alberto@castanerlaw.com

*/s/ Brittney R. Powell*
Brittney R. Powell

Public Document No. 12

Remand PR 000387



1030 15th Street, N.W.
Suite 380 East
Washington, DC,  20005
Tel (202) 461-3100  Fax (202) 461-3102
www.foxrothschild.com

<u>**PUBLIC VERSION**</u>

BRITTNEY R. POWELL
Direct No:  202 794-1184
Email: bpowell@foxrothschild.com

August 28, 2020

<u>**VIA ELECTRONIC DELIVERY**</u>
Mr. Dean Gloy
Mr. Tobias Vandall
Office of Trade
U.S. Customs and Border Protection
1331 Pennsylvania Avenue, NW
Washington, D.C. 20229

Re:     <u>**EAPA Consolidated Case Number 7423**</u>:
                    <u>**Voluntary Factual Submission**</u>

Dear Mr. Gloy:

       We represent Classic Metals Suppliers Corp. ("Classic Metals"), a U.S. importer subject

to investigation in EAPA Inv. No. 7423.  Pursuant to 19 C.F.R. § 165.23(b), we hereby submit

voluntary factual information to negate the allegations of evasion and request for investigation

submitted by the Aluminum Extrusions Fair Trade Committee on December 17, 2019.  This

submission is timely pursuant to 19 C.F.R. § 165.15 and the extensions of time granted by

Customs and Border Protection ("CBP").

Active\113745490.v1-8/28/20



Pursuant to 19 C.F.R. § 165.4(a), this submission contains factual information for which business confidential treatment is requested. Such information should be withheld from public disclosure. Classic Metals requests confidential treatment of all "trade secrets or privileged or confidential commercial or financial information" contained herein. Specifically, the information provided in Attachment 1 in brackets [ ] around the claimed confidential information is privileged or confidential as set forth in 5 U.S.C. § 552(b)(4).

**Attachment 1** hereto contains the confidential declaration of the Chief Executive Officer of Classic Metals Suppliers, which details his visits to Kingtom's factory in the Dominican Republic prior to purchasing from Kingtom. The declaration is confidential in its entirety as it contains the confidential details of the visits, including: dates; the identities of individuals who visited Kingtom; the identities of individual employees of Kingtom; information regarding Kingtom's operations, such as its production capacity, capital investment, and expansion plans; and such other business confidential information. The bracketed information consists of trade secrets and commercial or financial information, which is privileged or confidential consistent with the provision in 5 U.S.C. § 552(b)(4). A public version of this submission will be filed and served on the parties to this proceeding.

Thank you for your attention to this matter. Should you have any questions concerning this submission, please contact the undersigned.

Respectfully submitted,

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell

EAPA Case 7423
PR0003829
Public Version

## Certification

On behalf of Classic Metals Suppliers Corp., I, Brittney R. Powell, Attorney, hereby certify to the following:

(1) That all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief.

(2) That any information for which I have not requested business confidential treatment pursuant to 19 C.F.R. § 165.4(a), may be released for public consumption.

(3) That I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 C.F.R. § 165.7(a)

In accordance with 19 C.F.R. § 165.4(d), I hereby certify that the designated business confidential information was obtained from Classic Metals Suppliers Corp.'s own business records.

*/s/ Brittney R. Powell*

Dated: September 26, 2022                    Brittney R. Powell

EAPA PROP00390
Public Version

# DECLARATION OF [ NAME                    ]

I, [ NAME      ] President and CEO of Classic Metals Suppliers, hereby make the following declaration:

Details of Classic Metals' visit of Kingtom in the Dominican Republic, including individual personnel at Kingtom visited, dates of arrival, the identity of all persons who attend the site visit and their respective relationships. The declaration also details the purpose of the visit, what aspects of the plant were inspected and discussed in terms of production process and capacity. Other details shared during the visit, including the origin of raw materials, and other specific production requests.

DECLARATION OF CLASSIC METALS SUPPLIERS

RapRR0000591
Public Version

Details of Classic Metals' visit of Kingtom in the Dominican Republic, including individual personnel at Kingtom visited, dates of arrival, the identity of all persons who attend the site visit and their respective relationships. The declaration also details the purpose of the visit, what aspects of the plant were inspected and discussed in terms of production process and capacity. Other details shared during the visit, including the origin of raw materials, and other specific production requests.

## DECLARATION OF CLASSIC METALS SUPPLIERS

Dated: August 28, 2020

RAPRO000852
Public Version

Public Document No. 13

Remand PR 000393

# **CERTIFICATION**

On behalf of Global Aluminum Distributor, LLC, I, Jennifer Diaz, certify that all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief.

On behalf of Global Aluminum Distributor, LLC,, I, Jennifer Diaz, certify that any information for which I have not requested business confidential treatment pursuant to 19 CFR 165.4(a), may be released for public consumption.

On behalf of Global Aluminum Distributor, LLC, I, Jennifer Diaz, certify that I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 CFR 165.7(a).

Signature: _____

Title: <u>President</u>

Date: <u>9/26/2022</u>

Public Document No. 14

Remand PR 000395



1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and Border Protection**

November 17, 2020

**BUSINESS CONFIDENTIAL DOCUMENT**

**EAPA Cons. Case Number: 7423**



**Re: Supplemental Request for Information to** ███████████████████
**concerning the Enforce and Protect Act investigation of whether imported products have
evaded Antidumping Duty and Countervailing Duty liability pursuant to the Antidumping
Duty Order A-570-967 and Countervailing Duty Order C-570-968 on aluminum extrusions
from China with entries of merchandise into the United States.**

Pursuant to 19 Code of Federal Regulations (C.F.R.) § 165.23(a), U.S. Customs and Border
Protection ("CBP") is requesting additional information from ████████████████ as
part of the investigation, commenced under Title IV, Section 421 of the Trade Facilitation and
Trade Enforcement Act of 2015, commonly referred to as the Enforce and Protect Act (EAPA),
for aluminum extrusions. We are soliciting further information as a supplemental request for
information ("RFI") to the original response.

**PERIOD OF INVESTIGATION:** January 10, 2019 ONWARD

The period of the investigation is generally limited to relevant entries for one year prior to receipt
of the allegation, however, as some of the questions contained herein pertain to sourcing of raw
materials, the production process, and infrequent shipments, the reference period has been
expanded to capture a more complete sample of information.

**RESPONSE DUE DATE:** November 24, 2020

CBP must conduct this investigation in accordance with statutory and regulatory deadlines.
Therefore, the deadline to respond to this request for information is **5 p.m. ET on Tuesday,
November 24, 2020**.  If you fail to cooperate and comply to the best of your ability with this
request, CBP may apply an adverse inference to the Importer's interest and select from among
the facts otherwise available to make the determination as to evasion pursuant to §165.27

**EAPA Case Number:** 7423
Supplemental Request for Information

**RESPONSE FORM:** Email final responses to – eapallegations@cbp.dhs.gov, with scott.a.hoefke@cbp.dhs.gov and steve.bezirganian@cbp.dhs.gov in copy.

- Worksheets should be submitted in Microsoft Excel (version 2016 or earlier)
- Narrative responses should be submitted in Microsoft Word (version 2016 or earlier)
- Hard Copy documentation should be submitted in Adobe Format
- ALL SUBMISSIONS SHOULD REFERENCE EAPA CASE NUMBER 7423

Keep in mind that emails over 25MB and of certain file types, .zip and .exe, may not be deliverable. Such information may need to be provided in piecemeal.

**Note: For each question indicate the individual's name and title that created the response. For any information or data requests, indicate the system from which the data was obtained and the location where the data/information was extracted.**

Pursuant to 19 C.F.R. §165.5(b):

(1) All submissions to CBP **must** be in writing in the English language or accompanied by an adequate English language translation as they will be part of the record for proceedings and determinations covered in this part. All submissions **must** be made electronically to the designated email address specified by CBP for purposes of the investigation.

(2) Every written submission made to CBP by an interested party under this part **must** be accompanied by the following certifications from the person making the submission:

    i. "On behalf of the party making this submission, I certify that all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief."

    ii. "On behalf of the party making this submission, I certify that any information for which I have not requested business confidential treatment pursuant to 19 CFR 165.4(a), may be released for public consumption."

    iii. "On behalf of the party making this submission, I certify that I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 CFR 165.7(a)."

Furthermore, 19 C.F.R. §165.5(c) states:

(1) CBP may, for good cause, extend any regulatory time limit if a party requests an extension in a separate, stand-alone submission and states the reasons for the request. Such requests must be submitted no less than three business days before the time limit expires unless there are extraordinary circumstances. An extraordinary circumstance is

**EAPA Case Number:** 7423
Supplemental Request for Information
Page 3 of 7

an unexpected event that could not have been prevented even if reasonable measures had been taken. It is within CBP's reasonable discretion to determine what constitutes extraordinary circumstances, what constitutes good cause, and to grant or deny a request for an extension.

Note: 19 C.F.R. §165.4(a) **requires** that the Importer identify any part of its submissions that are business confidential, including by placing [brackets] around the claimed confidential information and explaining why the bracketed information is entitled to business confidential treatment. If business confidential treatment is claimed, the Importer must also create a public version that removes and sufficiently summarizes bracketed information. The public version must be filed on the same date as the business confidential version and contain a summary of the bracketed information in sufficient detail to permit a reasonable understanding of the substance of the information. If the submitting interested party claims that summarization is not possible, the claim must be accompanied by a full explanation of the reasons supporting that claim. The public version must be clearly marked as a public version on the first page.

Oral discussions or communications with CBP will not be considered part of the record, unless they are memorialized in a written document that is placed on the record. Should you or the owner/provider of requested material provide false statements or make a material omissions or otherwise attempt to conceal material facts at any point in the proceedings, associated parties may be subject to adverse inferences mentioned above and prosecution pursuant to 18 United States Code 1001.

Should you have any questions regarding this request, please contact eapallegations@cbp.dhs.gov, with scott.a.hoefke@cbp.dhs.gov and steve.bezirganian@cbp.dhs.gov in copy.

## Section A – General Information

16. Describe the procedures used to ensure that the correct (true) manufacturer and country of origin are identified for items subject to Anti-Dumping Duties (ADD) and Countervailing Duties (CVD).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Response*:

Due Diligence is conducted on the supplier to determine the legitimacy of the company. The company registration is obtained and verified. Through communication with the supplier evidence of production/manufacturing facility is established and further verified during site visits. The country of origin is verified and a certificate of origin is obtained. In addition, the products produced are custom made to ▮▮▮▮▮▮▮▮ specifications, and combined with the short lead times, it provides further confidence as to the manufacturer and origin. Mill certifications are provided on an alloy specific basis to confirm the chemical and physical composition, as such certificates will be generated by the manufacturer. These certificates are further assurance of the identity of the manufacturer. To the best of ▮▮▮▮▮▮▮▮▮▮'s knowledge, there are no producers subject to Anti-dumping and Countervailing Duties that would be able to produce the goods and ship them to ▮▮▮▮▮ within the time between order and receipt.

EAPA Case Number: 7423
Supplemental Request for Information
Page 4 of 7

*Follow up Question:*

**• Provide the mill certifications for each of the entries listed below:**

**[MH9-2098]014-0**
**[MH9-2098]397-9**
**[MH9-2098]399-5**
**[MH9-2098]840-8**
**[MH9-2098]853-1**
**[MH9-2099]962-9**
**[MH9-2102]643-0**
**[MH9-2103]446-7**

## Section C – Accounting/Financial Practices

2. Provide all accounts payable records (including beginning and ending balances and detailed monthly activity reports/journal entries). If general ledger accounts are not used, provide all such information that would ordinarily be recorded in an accounts payable as maintained. Distinguish transactions for domestic companies from those for foreign companies;

█████████████████████ *Response:*

Attached as **Exhibit H**, are accounts payable records for transactions with [Kingtom Aluminio], as well as transactions with all companies for the years 2018 and 2019.

*Supplemental Follow up Question:*

● Provide ███████ Vendor Purchase History spreadsheet (Exhibit H) from January 2020 to present.

*Supplemental Follow up Response:*

Attached as **Exhibit C** is the updated Vendor Purchase History spreadsheet with [two (2)] additional containers from Kingtom and [three (3)] purchases from ████████ 
████████.

*Follow up Question:*

**Please explain the [$5000] difference in the month of [October 2018] between Exhibit H Vendor Purchase History Spreadsheet Accounts Payable BCI and Exhibit K Bank Statements and Cash Receipts.**

| Exhibit H Vendor Purchase History Spreadsheet Accounts | | Exhibit K Bank Statements and Cash Receipts | |
|---|---|---|---|
| Month/Year | Payments | Date of Transaction | Withdrawal |
| [October/2018] | ██████ | [10/17/2018] | ████████ |
| | | [10/29/2018] | |
| | | [10/30/2018] | |

| Total | ███████ | Total | ███████████ |

## Section D – Pertinent Sales, Purchase/Procurement, and Documentation Requests

**20.** For all your U.S. imports, provide the following:

    a. CBP Form 7501;

    b. Purchase orders;

    c. Invoice (commercial rated and final);

    d. Packing slip;

    e. Sales confirmation from the seller;

    f. Proof of payment (e.g., bank statements, canceled check, wire transfer, letter of credit, etc.) to foreign suppliers/manufacturers and/or other parties related to the transaction;

    g. Purchase orders, invoices, freight bills, country of origin certificates, and any other documentation related to raw materials your company sources and/or provides to any of its suppliers;

    h. Purchase orders, invoices, shipping records, and any other documentation related to packaging material acquired by your company;

    i. All correspondence related directly/indirectly to the shipment/order;

    j. All pertinent transportation documents (e.g., master and house bill of lading, etc.) from the source location and through to the U.S. buyer;

    k. Payment for freight (e.g., freight bill along with wire transfers, cancelled checks, letters of credit, bank statements, etc.) for entire shipment process – from exporter/manufacturer/agents, as necessary;

    l. All correspondence related directly/indirectly to the sale;

    m. Invoices and packing slip issued to U.S. buyers;

    n. Receipt of payment for sales to U.S. buyers (e.g., bank statements, check images, incoming wire transfer, letters of credit etc.);

    o. Quality inspections reports;

    p. Lab reports; and

    q. Factory profiles and reports of factory visits, if any.

████████████████████ *Response:*

Please see spreadsheet "Imports from 2018-2020" for a list of all imports as well as attachments included in **Exhibit R** and **Exhibit D**, which provide the applicable requested information.4 ████████████ has attached as **Exhibit R** information provided by [Kingtom Aluminio] setting out details about [Kingtom Aluminio]'s factory. This information was provided in Exhibits 3, 18, 19, 20 and 30 and the physical copies of the CDs submitted by [Kingtom Aluminio] are hereby incorporated herein by reference. This information shows the substantial nature of ███████ ██ supplier and the invalidity of the anti-circumvention allegation.

*Supplemental Follow up Questions:*

- For entry number [MH9 2095]780-9, provide the commercial invoice and proof of payment for the non-dutiable charge of [$1,450].

- For entry number [MH9-2098]399-5, provide an explanation of the weight differences that appear on invoice [KT2019167] as compared to its related packing slip.
  *Invoice [KT2019167] states*:
  - [Iron basket] weight as [320] (KG) and [705] (LB)
  - [Wooden Basket] weight as [352] (KG) and [776.16] (LB)

  *Related Packing list states*:
  - [Iron basket] weight as [420] (KG) and [926.1] (LB)
  - [Wooden Basket] weight as [961] (KG) and [2119.01] (LB)

- Provide the following document for each of the entries listed below:

  - Entry [MH9-2095]362-6
    - Purchase order
  - Entry [MH9-2098]840-8
    - Packing list
    - Purchase order
  - Entry [MH9-2098]853-1
    - Packing list
    - Purchase order
  - Entry [MH9-2099]962-9
    - Purchase order
  - Entry [MH9-2098]014-0
    - Purchase order
    - Deposit payment
  - Entry [MH9-2098]397-9
    - Purchase order
    - Deposit payment
  - Entry [MH9-2098]399-5
    - Purchase order
    - Deposit payment
  - Entry [MH9-2103]446-7
    - Purchase order
    - Deposit payment
    - Packing list

████████████████ *Supplemental Follow up Response:*

The requested documents are attached as **Exhibit I** and organized by document name and entry number. Here is a summary of the information requested and supplied in **Exhibit I** (a spreadsheet containing the below chart is also included in **Exhibit I**):

| Entry No | Container | Arrival | Kingtom's | Information requested |
|----------|-----------|---------|-----------|----------------------|
| [MH9-2095]362-6 | [KOSU4956266] | [5/16/2019] | ▮ | Purchase Order |
| [MH9-2095]780-9 | [KOSU4514080] | [5/29/2019] | ▮ | Invoice and proof of |
| [MH9-2098]014-0 | [SEFU4216457] | [8/7/2019] | ▮ | Purchase order, Deposit |
| [MH9-2098]397-9 | [SEGU5265125] | [8/25/2019] | ▮ | Purchase order, Deposit |
| [MH9-2098]399-5 | [BSIU9803171] | [8/21/2019] | ▮ | P.O., Deposit payment, |
| [MH9-2098]840-8 | [CRXU9979325] | [9/4/2019] | ▮ | Packing list, purchase |
| [MH9-2098]853-1 | [CMCU4952972] | [9/11/2019] | ▮ | Packing list, purchase |
| [MH9-2099]962-9 | [SEGU4098722] | [10/20/2019] | ▮ | Purchase Order |
| [MH9-2103]446-7 | [CMCU4524275] | [2/27/2020] | ▮ | Purchase order, Deposit Payment, |

In reference to entry number [MH9-2098]399-5, Kingtom has now notified ▮▮▮ that Kingtom made a [clerical error and did not report consistent weights on the packing list and invoice for the iron and wood baskets for this shipment]. Kingtom compounded this [error by issuing a revised invoice and packing list] but [failed to transmit such revision to ▮▮▮]. These [materials] are only used as [packing materials] and are [not goods to be sold]. They are reported on the invoice because they are charged in addition to the [costs of goods].

The exact weights were [not reviewed by ▮▮▮inum at the time of entry] as such packing material would be [discarded upon unpacking of the material]. The reported [error] is not large and would not have been readily apparent absent weighing of the to-be- [discarded packing material]. Had this been a material [error impacting goods to be sold], ▮▮▮ would have noted this error at the time of entry.

*Follow up Questions:*

- **Provide purchase orders relating to entry [MH9-2095]362-6 and [MH9-2095]780-9.**
- **For entry number [MH9-2093]359-4, provide an explanation of the quantity differences that appear on invoice [KT2019040] as compared to its purchase order number [22019].**
- **For entry number [MH9-2093]359-4, provide an explanation of the weight differences that appear on invoice [KT2019040] as compared to the CBP Form 7501 submitted with this entry.**
- **For entry number [MH9-2095]362-6, provide an explanation of the weight differences that appear on invoice [KT2019040] as compared to the CBP Form 7501 submitted with this entry.**
- **For entry number [MH9-2095]780-9, provide an explanation of the weight differences that appear on invoice [KT2019040] as compared to the CBP Form 7501 submitted with this entry.**

Public Document No. 15

Remand PR 000403

Remington 7030.28  PR01326

BUSINESS CONFIDENTIAL IN ITS ENTIRETY; NOT
SUSCEPTIBLE TO PUBLIC SUMMARY

Public Document No. 16

Remand PR 000406

Remington 06897

# EXHIBIT B

Remington 706867
PR000827

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PR006608

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rempro PR006029

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remand PR000312

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rempx PR006832

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PR006835

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rem PR006838

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remple PR006839

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PR006840

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remedy PR006844

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PR000824

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remitur7068425
PR000625

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remanded PR000926

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rem PR000427

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remington PR006848

PUBLIC VERSION

ENTRY SUMMARY

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

PUBLIC VERSION

INVOICE

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remfry & Sagar PR006850

PUBLIC VERSION

COO

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 17

Remand PR 000433

Removed for Privacy

PR006852

# EXHIBIT B

Reminton 0068553
PR006853

PUBLIC VERSION

KINGTOM INVOICE [          ]

PR000354

PUBLIC VERSION

INGOT TEST REPORT

Reproduced PR000533

PUBLIC VERSION

BATCH NUMBER [                    ]

PR006856

PUBLIC VERSION


PAGES 4 - 322 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 18

Remand PR 000440

Remington 708558

# EXHIBIT B

Remington 868889    PR000859

PUBLIC VERSION

KINGTOM INVOICE [          ]

Remrp PR065610 PR006560

# PUBLIC VERSION

# INGOT TEST REPORT

Remp PR006841

PUBLIC VERSION

BATCH NUMBER [            ]

PR006002

PUBLIC VERSION


PAGES 4 - 92 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 19

Remand PR 000447

Remm PR006344

# EXHIBIT B

Rem... PR006365

PUBLIC VERSION

KINGTOM INVOICE [          ]

Remington PR006366

PUBLIC VERSION

INGOT TEST REPORT

Rem□□□□□□□67 PR000867

PUBLIC VERSION

BATCH NUMBER [                ]

PUBLIC VERSION

PAGES 4 - 297 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 20

Remand PR 000454

Remington 7008350 PR008350

# EXHIBIT B

Remington/068456

PUBLIC VERSION

KINGTOM INVOICE [          ]

Rem...

PUBLIC VERSION

INGOT TEST REPORT

Remington 06353

PUBLIC VERSION

BATCH NUMBER [            ]

Remedies PR006054

PUBLIC VERSION


PAGES 4 - 331 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 21

Remand PR 000461

Remington 7063558

PR000056

# EXHIBIT B

Remington 00066557

PR000557

PUBLIC VERSION

KINGTOM INVOICE [          ]

PR006058

PUBLIC VERSION

INGOT TEST REPORT

Remington 008859

PUBLIC VERSION

BATCH NUMBER [          ]

PR006860

PUBLIC VERSION


PAGES 4 - 137 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 22

Remand PR 000468

Removed for PR00662

PR00662

# EXHIBIT B

Remington&PR000563

PUBLIC VERSION

KINGTOM INVOICE [          ]

Remi PR008864

PUBLIC VERSION

INGOT TEST REPORT

Remington PR006803

PUBLIC VERSION

BATCH NUMBER [            ]

Remitter: PR006566

PUBLIC VERSION


PAGES 4 - 343 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 23

Remand PR 000475

Remitter Document PR000568

# EXHIBIT B

Remington 06869

PUBLIC VERSION

KINGTOM INVOICE [          ]

PR006890

PUBLIC VERSION

# INGOT TEST REPORT

PUBLIC VERSION

BATCH NUMBER [                ]

PR006892

PUBLIC VERSION


PAGES 4 - 689 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remington PR000893

Public Document No. 24

Remand PR 000482

Removed for Privacy

PR000054

# EXHIBIT B

PR000695

PUBLIC VERSION

KINGTOM INVOICE [          ]

PUBLIC VERSION

INGOT TEST REPORT

Remm PR00663997

PUBLIC VERSION

BATCH NUMBER [          ]

PR006898

PUBLIC VERSION

PAGES 4 - 450 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 25

Remand PR 000489

Remington PR006060

PUBLIC VERSION


PAGES 1 - 448 ARE BUSINESS CONFIDENTIAL NOT
SUBJECT TO PUBLIC DISCLOSURE AS IT
CONTAINS INVOICES, BILLET MILL
CERTIFICATES, CHEMICAL COMPOSITION
ANALYSIS REPORTS, INGOT TEST REPORTS, LIST
OF MATERIALS USED FOR BILLETS, AND
EXTRUSION RECORDS


BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 26

Remand PR 000492

Remington PR006002

# EXHIBIT C

Remington00001434
PR006663

PUBLIC VERSION

GLOBAL ALUMINUM BANK STATEMENT –
OCTOBER 2018

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rem...PR006004

PUBLIC VERSION

GLOBAL ALUMINUM BANK STATEMENT –
OCTOBER 2018

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Remington PR006005

PUBLIC VERSION

GLOBAL ALUMINUM BANK STATEMENT –
OCTOBER 2018

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Rem PR006067

PUBLIC VERSION

GLOBAL ALUMINUM BANK STATEMENT –
OCTOBER 2018

BUSINESS CONFIDENTIAL INFORMATION - NOT
CAPABLE OF PUBLIC SUMMARY

Public Document No. 27

Remand PR 000499



# KINGTOM ALUMINIO SRL

**ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36**
**San Martin De Guerra,R,D**

RNC:1-31-48961-3

## PACKING LIST

| INVOICE # | [KT2019040] |
|---|---|

| CODE | DESCRIPTION | TYPE | COLOR | LENGHT | PACKAGES | Container# QUANTITY OF EVERY BUNDLE | QUANTITY | SEGU 510404 9 WEIGHT(KG) | WEIGHT(LB) |
|---|---|---|---|---|---|---|---|---|---|
| KTM1404 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6189-1 | 20'0" | | | | | |
| KTM1405 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6189-1 | 18'0" | | | | | |
| KTM1405 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1405 | Profile | Hollow | KT-C6189-1 | 20'0" | | | | | |
| KTM1401 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | Hollow | KT-C6189-1 | 18'0" | | | | | |
| KTM1407 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6189-1 | 14'6" | | | | | |
| KTM1404 | Profile | Hollow | KT-C6456 | 14'6" | | | | | |
| N/A | Iron Basket | N/A | | | | | | | |
| N/A | Wooden Basket | N/A | | | | | | | |



# KINGTOM ALUMINIO SRL

ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36
San Antonio De Guerra,R,D
Web site: Kingtomaluminio.com
Telephone: +1-305-323-9825
Sales representative:Wei Hang Mao

# INVOICE

| | |
|---|---|
| DATE | 2019-03-09 |
| INVOICE # | [KT2019040] |
| CLIENT ID | |
| VALID UNTIL | 2019-03-09 |

**CLIENT**

Order#:

| CODE | DESCRIPTION | COLOR | LENGHT | QUANTITY | Container# | | SEGU 510404 9 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL WEIGHT(KG) | TOTAL WEIGHT(LB) | PRICE | TOTAL |
| KTM1404 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1404 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTM1405 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1404 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | KT-C6189-1 | 18'0" | | | | | |
| KTM1405 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1405 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTM1401 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | KT-C6189-1 | 18'0" | | | | | |
| KTM1407 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1404 | Profile | KT-C6189-1 | 14'6" | | | | | |
| KTM1404 | Profile | KT-C6456 | 14'6" | | | | | |
| N/A | Iron Basket | | | | | | | |
| N/A | Wooden Basket | | | | | | | |
| | | | | | | | | |
| Note: Price is mode FOB | | | | | | | | - |
| **liquidated in its real weight** | | | | | | | | - |

| | |
|---|---|
| Subtotal | |
| Taxes % | |
| Total taxes | |
| others | |
| TOTAL | |

**Beneficiary bank:** Banco popular Dominicano.
**Address:** Av.John F.Kennedy #20,Santo Domingo
Repulica Dominicana
**Swift:** BPDODOSX
**Dollar's account number:** 804729630
**Beneficiary Name:** Kingtom Aluminio SRL
**RNC:** 131489613

If you have any questions about this quote, please, contact us.

*Thanks for make business with us!*

Remand PR 000501

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

| 1. Filer Code/Entry No. | 2. Entry Type 01 | 3. Summary Date 3/28/19 |
|---|---|---|
| 4. Surety No. 036 | 5. Bond Type 8 | 6. Port Code 5203 | 7. Entry Date |

| 8. Importing Carrier PEGASUS J | 9. Mode of Transport 11 | 10. Country of Origin DO | 11. Import Date 3/17/19 |
|---|---|---|---|
| 12. B/L or AWB No. CLAMSTDN9M001033 | 13. Manufacturer ID DOKINALU36STO | 14. Exporting Country DO | 15. Export Date 3/13/19 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 24741 | 20. U.S. Port of Unlading 5203 |
| 21. Location of Goods/G.O. No. N562 | 22. Consignee No. SAME | | 23. Importer No. | 24. Reference No. |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address
G▮▮▮

| 27 Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | Dollars Cents |

Mfst Qty: 32▮▮▮
Invoice 001 (KT2019040)

001 ALUM PRD,NT 19,EX PRD EXCL
9903.85.01    <mark>10395</mark>
38521  10.0%
C1
Not Related

P ALUMINUM PROFILES,ALLOY,OTHER
7604.29.1000
Harbor Maintenance Fee(501)
Free
0.125%

| Other Fee Summa▮▮▮ Block 39 501 | 35. Total Entered Value | **CBP USE ONLY** | | TOTALS |
|---|---|---|---|---|
| | $ ▮▮▮ | A. LIQ CODE | B. Ascertained Duty | 37. Duty ▮▮▮ |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax ▮▮▮ |
| | $ | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

36. DECLARATION OF IMPORTER OF RECORD
(OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | DATE 03/18/19 |
|---|---|
| ▮▮▮ss, phone number) | 43. Broker/Importer File No. |

Page 1 of 1

**CBP Form 7501 (2/18)**

Public Document No. 28

Remand PR 000503

[



# KINGTOM ALUMINIO SRL

**ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36
San Martin De Guerra,R,D**

RNC:1-31-48961-3

## PACKING LIST

| INVOICE # | [KT2019080] |
|-----------|-------------|

| CODE | DESCRIPTION | TYPE | COLOR | LENGHT | PACKAGES | Container# | | KOSU 4956266 | |
|------|-------------|------|-------|--------|----------|-----------|----------|-----------|-----------|
| | | | | | | QUANTITY OF EVERY BUNDLE | QUANTITY | WEIGHT(KG) | WEIGHT(LB) |
| KTM1401 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1407 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | Hollow | KT-C6189-I | 18'0" | | | | | |
| KT0507 | Profile | Hollow | KT-C6456 | 20'6" | | | | | |
| KT0506 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1409 | Profile | Hollow | KT-C6456 | 21'0" | | | | | |
| KT0505 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KT0507 | Profile | Hollow | KT-C6189-I | 20'0" | | | | | |
| KTM1407 | Profile | Hollow | KT-C6189-I | 18'0" | | | | | |
| N/A | Iron Basket | N/A | | | | | | | |
| N/A | Wooden Basket | N/A | | | | | | | |

Remand PR 000504

]

[



# KINGTOM ALUMINIO SRL

# INVOICE

ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36
San Antonio De Guerra,R,D
Web site: Kingtomaluminio.com
Telephone: +1-305-323-9825
Sales representative:Wei Hang Mao

| | |
|---|---|
| DATE | 2019-05-06 |
| INVOICE # | [KT2019080] |
| CLIENT ID | |
| VALID UNTIL | 2019-05-06 |
| | 20190402001 |

**CLIENT**

| CODE | DESCRIPTION | COLOR | LENGHT | QUANTITY | Container# | | KOSU 4956266 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL WEIGHT(KG) | TOTAL WEIGHT(LB) | PRICE | TOTAL |
| KTM1401 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | KT-C6189-1 | 18'0" | | | | | |
| KTM1407 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1408 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1401 | Profile | KT-C6189-1 | 18'0" | | | | | |
| KT0507 | Profile | KT-C6456 | 20'6" | | | | | |
| KT0506 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTM1409 | Profile | KT-C6456 | 21'0" | | | | | |
| KT0505 | Profile | KT-C6456 | 20'0" | | | | | |
| KT0507 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1407 | Profile | KT-C6189-1 | 18'0" | | | | | |
| N/A | Iron Basket | | | | | | | |
| N/A | Wooden Basket | | | | | | | |

| Note: Price is mode FOB | | | Ocean freight and security | (per container) | | |
|---|---|---|---|---|---|---|
| liquidated in its real weight | | | | | | - |

| | |
|---|---|
| Subtotal | |
| Taxes % | |
| Total taxes | |
| others | |
| TOTAL | |

Beneficiary bank: Banco popular Dominicano.
Address: Av.John F.Kennedy #20,Santo Domingo
Repulica Dominicana
Swift: BPDODOSX
Dollar's account number:804729630
Beneficiary Name:Kingtom Aluminio SRL
RNC:131489613

If you have any questions about this quote, please, contact us.

*Thanks for make business with us!*

Remand PR 000505

]

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

DEPARTMENT OF HOMELAND SECURITY
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| ▓▓ | 01 ABI/A | 5/31/19   035 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 036 | 8 | 5203 | 5/20/19 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| HOHEBANK | 11 | DO | 5/16/19 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| KOSLRIHPEV04178 | DOKINALU36STO | DO | 5/12/19 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 24741 | 5203 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| N880 | SAME | | |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address

| 27 Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars   Cents |

Mfst Qty: ▓▓

Invoice 001   (KT2019080)

| 001 | ALUM PRD,NT 19,EX PRD EXCL | | | | | |
|---|---|---|---|---|---|---|
| | 9903.85.01 | | 12010 | 42154 | 10.0% | |
| | | | | C1 | | |
| | | | | Not Related | | |
| P | ALUMINUM PROFILES,ALLOY,OTHER | | | | | |
| | 7604.29.1000 | | | | Free | |
| | Harbor Maintenance Fee(501) | | | | 0.125% | |

| Other Fee Summ    Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| 501 ▓▓ | $ ▓▓ | A. LIQ CODE | B. Ascertained Duty | 37. Duty ▓▓ |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax ▓▓ |
| | $ ▓▓ | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | SIGNATURE | DATE 05/21/19 |
|---|---|---|

| (Address, phone number) | 43. Broker/Importer File No. |
|---|---|

Page   1 of   1

**CBP Form 7501 (2/18)**

Public Document No. 29

Remand PR 000507



# KINGTOM ALUMINIO SRL

# INVOICE

ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36
San Antonio De Guerra,R,D
Web site: www.Kingtomaluminio.com
Telephone: +1-305-323-9825
Sales representative:Wei Hang Mao

| | |
|---|---|
| DATE | 2019-05-23 |
| INVOICE # | B1600000013 |
| CLIENT ID | |
| VALID UNTIL | 2019-05-23 |
| | 20190413001 |
| | KT2019097 |

**CLIENT**

| CODE | DESCRIPTION | COLOR | LENGHT | QUANTITY | Container# | | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | KOSU-451408-0 | | | |
| | | | | | TOTAL WEIGHT(KG) | TOTAL WEIGHT(LB) | | |
| KTM1551 | Profile | KT-C6456 | 20'0" | | | | | |
| KTJ005 | Profile | KT-C6456 | 20'0" | | | | | |
| KT0205 | Profile | KT-C82824 | 20'0" | | | | | |
| KTM1201 | Profile | KT-C6456 | 20'0" | | | | | |
| KT0214 | Profile | KT-C6456 | 20'0" | | | | | |
| KTJ017 | Profile | KT-C6190 | 20'0" | | | | | |
| KT0205 | Profile | KT-C6190 | 20'0" | | | | | |
| KTJ019 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1201 | Profile | KT-C81082 | 20'0" | | | | | |
| KT0214 | Profile | KT-C6190 | 20'0" | | | | | |
| KTJ005 | Profile | KT-C82824 | 20'0" | | | | | |
| KTJ004 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTSR007 | Profile | KT-C6456 | 20'0" | | | | | |
| KT0205 | Profile | KT-C6456 | 20'0" | | | | | |
| KT0214 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTSR007 | Profile | KT-C6189-1 | 20'0" | | | | | |
| KTJ018 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1401 | Profile | KT-C6456 | 18'0" | | | | | |
| KTM1552 | Profile | KT-C6189-1 | 18'0" | | | | | |
| KTM1407 | Profile | KT-C6456 | 18'0" | | | | | |
| KTJ018 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM1201 | Profile | KT-C6456 | 20'0" | | | | | |
| KTM007 | Profile | KT-C6456 | 18'0" | | | | | |
| N/A | Iron Basket | | | | | | | |
| N/A | Wooden Basket | | | | | | | |

Note: Price is mode FOB | Ocean freight and security | (per container)
**liquidated in its real weight**

| | |
|---|---|
| Subtotal | |
| Tax Rate | |
| Tax | |
| Premium | |
| TOTAL | |

**Beneficiary bank:** Banco Popular Dominicano.
**Address:** Av.John F.Kennedy #20,Santo Domingo
Republica Dominicana
**Swift:** BPDODOSX
**US Dollar Account:** 804729630
**Beneficiary Name:** Kingtom Aluminio SRL
**RNC:** 131489613

If you have any questions about this quote, please, contact us.
**Weihang Mao, +1-305-323-9825, wei@kingtomaluminio.com**

Remand PR 000508



RNC:1-31-48961-3

# KINGTOM ALUMINIO SRL

ZONA FRANCA INDUSTRIAL RIOSUR. Carretera Mella Km. 36
San Martin De Guerra, R, D

## PACKING LIST

| INVOICE # | B16000000013 |
| --- | --- |

| | | | | | | Container# | | KOSU-451408-0 | |
| CODE | DESCRIPTION | TYPE | COLOR | LENGHT | PACKAGES | QUANTITY OF EVERY BUNDLE | QUANTITY | WEIGHT (KG) | WEIGHT (LB) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| KTM1551 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTJ005 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KT0205 | Profile | Hollow | KT-C82824 | 20'0" | | | | | |
| KTM1201 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KT0214 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTJ017 | Profile | Hollow | KT-C6190 | 20'0" | | | | | |
| KT0205 | Profile | Hollow | KT-C6190 | 20'0" | | | | | |
| KTJ019 | Profile | Hollow | KT-C6190 | 20'0" | | | | | |
| KTM1201 | Profile | Hollow | KT-C81082 | 200'0" | | | | | |
| KT0214 | Profile | Hollow | KT-C6190 | 20'0" | | | | | |
| KTJ005 | Profile | Hollow | KT-C82824 | 20'0" | | | | | |
| KTJ004 | Profile | Hollow | KT-C6189-I | 20'0" | | | | | |
| KTSR007 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KT0205 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KT0214 | Profile | Hollow | KT-C6189-I | 20'0" | | | | | |
| KTSR007 | Profile | Hollow | KT-C6189-I | 20'0" | | | | | |
| KTJ018 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1401 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTM1552 | Profile | Hollow | KT-C6189-I | 18'0" | | | | | |
| KTM1407 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| KTJ018 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM1201 | Profile | Hollow | KT-C6456 | 20'0" | | | | | |
| KTM007 | Profile | Hollow | KT-C6456 | 18'0" | | | | | |
| N/A | Iron Basket | N/A | | | | | | | |
| N/A | Wooden Basket | N/A | | | | | | | |

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| ■ | 01 ABI/A | 6/10/19 035 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 036 | 8 | 5203 | 5/29/19 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| VEGA LUNA | 11 | DO | 5/29/19 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| KOSLRIHPEV04228 | DOKINALU36STO | DO | 5/26/19 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 24741 | 5203 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| N880 | SAME | | |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address

| 27 Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | Dollars Cents |

Mfst Qty: ■
Invoice 001 (B16000000013)

| 001 | ALUM PRD,NT 19,EX PRD EXCL 9903.85.01 20613 | | | 70935 C1 Not Related | 10.0% | |
| P | ALUMINUM HOLLOW PROFILES,ALLOY 7604.21.0000 Harbor Maintenance Fee(501) | | | | Free 0.125% | |

| Other Fee Summ Block 39 501 ■ | 35. Total Entered Value | **CBP USE ONLY** | | TOTALS |
|---|---|---|---|---|

| | $ | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
|---|---|---|---|---|
| | Total Other Fee $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | URE | DATE 05/30/19 |
|---|---|---|

42. Broker/Filer Information (Name, address, phone number)

43. Broker/Importer File No.

Page 1 of 1

**CBP Form 7501 (2/18)**

Public Document No. 30

Remington 700528

PR 017328

BUSINESS CONFIDENTIAL IN ITS ENTIRETY; NOT
SUSCEPTIBLE TO PUBLIC SUMMARY

Remaining Profits

Public Document No. 31

Remand PR 000514

[

| Reference | Item Code | Length | Finish | Weight | Pieces | US$/LB | Total Price | Total |
|-----------|-----------|--------|--------|--------|--------|--------|-------------|-------|
| KTJ005 | RSH030 | 240 | BRONZ | | | | | |
| KTJ017 | RSH010 | 240 | BEIGE | | | | | |
| KTJ019 | RSH012 | 240 | WHITE | | | | | |
| KTJ018 | RSH011 | 240 | WHITE | | | | | |
| KTJ004 | RSH032 | 240 | IVORY | | | | | |
| KTM1552 | RSH3252 | 216 | IVORY | | | | | |
| KTM1407 | SPA005 | 216 | WHITE | | | | | |
| KTM1551 | RSH3251 | 240 | WHITE | | | | | |
| KTJ005 | RSH030 | 240 | WHITE | | | | | |
| KTSR007 | A-2X2X.122 | 240 | WHITE | | | | | |
| KTSR007 | A-2X2X.122 | 240 | IVORY | | | | | |
| KT0214 | A-2X3X.125 | 240 | WHITE | | | | | |
| KT0214 | A-2X3X.125 | 240 | IVORY | | | | | |
| KT0214 | A-2X3X.125 | 240 | BEIGE | | | | | |
| KT0205 | A-2X4X.126 | 240 | WHITE | | | | | |
| KT0205 | A-2X4X.126 | 240 | BEIGE | | | | | |
| KT0205 | A-2X4X.126 | 240 | BRONZ | | | | | |

]

Public Document No. 32

| KTM E No. | GAD DIE No. | ALLOY | LENGTH(FT) | KTM FINISH CODE | GAD FINISH CODE | WEIGHT / LB | WEIGHT / Piece | QUANTITY PIECES | TOTAL POUNDS | Us $ / lb | US$ TOTAL | PC PER PACK | PC PER BUNDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1402 | ITA009 | AA6063T6 | 20 | KT-C6456 | WH2 | | | | | | | | |
| KTM1402 | ITA009 | AA6063T6 | 20 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1402 | ITA009 | AA6063T6 | 20 | KT-C6456 | WH2 | | | | | | | | |
| KTM1402 | ITA009 | AA6063T6 | 20 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 20 | KT-C6456 | WH2 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 14.5 | KT-C6456 | WH2 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 14.5 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 20 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 18 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1404 | ITA003 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1405 | ITA013 | AA6063T6 | 20 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1405 | ITA013 | AA6063T6 | 20 | KT-C6456 | WH2 | | | | | | | | |
| KTM1405 | ITA013 | AA6063T6 | 20 | KT-C6456 | WH2 | | | | | | | | |
| KTM1405 | ITA013 | AA6063T6 | 20 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1407 | SPA005 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1408 | SPA020 | AA6063T6 | 18 | KT-C6456 | WH2 | | | | | | | | |
| KTM1408 | SPA020 | AA6063T6 | 18 | KT-C6189-1 | IV1 | | | | | | | | |
| KTM1409 | SPA019 | AA6063T6 | 21 | KT-C6456 | WH2 | | | | | | | | |

**IMPORTANT REQUIREMENTS**

*umber, are required on all invoices to assure proper payments.*
*espectively.*

**NOTES**
Please take a few minutes to carefully review this Purchase Order which contain requirements shown above.
Please sign this form as a proof of your acceptance and send it back to our office no later than **2/23/2019**
Should you have any question or need any additional information, please feel free to contact our Office.

Public Document No. 33

Remand PR 000518

[

| KTM E No. | GAD DIE No. | ALLOY | LENGTH FT | KTM FINISH | GAD FINISH | W/LF | WEIGHT / Piece | QUANTITY | TOTAL POUNDS | Us $ / lb | US$ TOTAL | PC PER PACK | PC PER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6456 | WH2 | 0.393 | | | | | | | |
| KTM1401 | SPA002 | AA6063T6 | 18 | KT-C6189-1 | IV1 | 0.393 | | | | | | | |
| KTM1407 | SPA005 | AA6063T6 | 18 | KT-C6456 | WH2 | 0.178 | | | | | | | |
| KTM1407 | SPA005 | AA6063T6 | 18 | KT-C6189-1 | IV1 | 0.178 | | | | | | | |
| KTM1408 | SPA020 | AA6063T6 | 18 | KT-C6456 | WH2 | 0.547 | | | | | | | |
| KTM1408 | SPA020 | AA6063T6 | 18 | KT-C6189-1 | IV1 | 0.547 | | | | | | | |
| KTM1409 | SPA019 | AA6063T6 | 21.5 | KT-C6456 | WH2 | 0.578 | | | | | | | |
| KT0507 | ANG 1X3X0.09 | AA6063T6 | 20 | KT-C6456 | WH2 | 0.419 | | | | | | | |
| KT0507 | ANG 1X3X0.09 | AA6063T6 | 20 | KT-C6189-1 | IV1 | 0.419 | | | | | | | |
| KT0505 | ANG 1X2 X0.63 | AA6063T6 | 20 | KT-C6456 | WH2 | 0.220 | | | | | | | |
| KT0505 | ANG 1X2 X0.63 | AA6063T6 | 20 | KT-C6189-1 | IV1 | 0.220 | | | | | | | |
| KT0506 | ANG 1X2 X.093 | AA6063T6 | 20 | KT-C6456 | WH2 | 0.322 | | | | | | | |
| KT0506 | ANG 1X2 X.093 | AA6063T6 | 20 | KT-C6189-1 | IV1 | 0.322 | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | **TOTALS** | | | | | | | | | | | | |

**IMPORTANT REQUIREMENTS**

**NOTES**

Please take a few minutes to carefully review this Purchase Order which contain requirements shown above. Please sign this form as a proof of your acceptance and send it back to our office no later than     **3/30/2019** Should you have any question or need any additional information, please feel free to contact our Office.

]

[

]

Public Document No. 34

Remand PR 000521

[

## <u>CERTIFICATION</u>

On behalf of ████████████████████████, certify that all statements in this submission (and any attachments) are accurate and true to the best of my knowledge and belief.

On behalf of ████████████████████████, certify that any information for which I have not requested business confidential treatment pursuant to 19 CFR 165.4(a), may be released for public consumption.

On behalf of ████████████████████████, certify that I will advise CBP promptly of any knowledge of or reason to suspect that the covered merchandise poses any health or safety risk to U.S. consumers pursuant to 19 CFR 165.7(a).

Signature: ███████████████████

Title: Logistics/ Office Manager

Date: 11-20-2020

]

Public Document No. 35

Remand PR 000523

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# DOCUMENTS
# AND DRAWINGS
# TO SHOW HOW
# SUPERIOR ACCORDION
# SYSTEM WORKS WITH
# EVERY PROFILE

*14475 NW 26th Ave*
*Opalocka, Florida 33054*
*TEL: 305-356-2690*
*FAX: 305-356-2680*
*caurich@globalaluminumdist.com*
*www.globalaluminumdist.com*

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

**MIAMI·DADE COUNTY**

**DEPARTMENT OF REGULATORY AND ECONOMIC RESOURCES**
**BOARD AND CODE ADMINISTRATION DIVISION**

**MIAMI-DADE** COUNTY
**PRODUCT CONTROL SECTION**
11805 SW 26 Street, Room 208
Miami, Florida 33175-2474
T (786) 315-2590   F (786) 315-2599
www.miamidade.gov/economy

## NOTICE OF ACCEPTANCE (NOA)

**Aluminum Products Manufacturers Association**
**14475 NW 26th Avenue**
**Opa-Locka, Florida 33054**

### SCOPE:

This NOA is being issued under the applicable rules and regulations governing the use of construction materials. The documentation submitted has been reviewed and accepted by Miami-Dade County RER-Product Control Section to be used in Miami Dade County and other areas where allowed by the Authority Having Jurisdiction (AHJ).

This NOA shall not be valid after the expiration date stated below. The Miami-Dade County Product Control Section (In Miami Dade County) and/or the AHJ (in areas other than Miami Dade County) reserve the right to have this product or material tested for quality assurance purposes. If this product or material fails to perform in the accepted manner, the manufacturer will incur the expense of such testing and the AHJ may immediately revoke, modify, or suspend the use of such product or material within their jurisdiction. RER reserves the right to revoke this acceptance, if it is determined by Miami-Dade County Product Control Section that this product or material fails to meet the requirements of the applicable building code.

This product is approved as described herein, and has been designed to comply with the High Velocity Hurricane Zone of the Florida Building Code.

### DESCRIPTION:   Superior Protection System Accordion Shutter

### APPROVAL DOCUMENT: Drawing No. AD19-01, titled "Superior Protection System Accordion Shutter", sheets 1 through 10 of 10, prepared by MCY Engineering, Inc., dated Feb. 26, 2019, signed and sealed by Yiping Wang, P.E., bearing the Miami-Dade County Product Control Approval stamp with the Notice of Acceptance number and the approval date by the Miami-Dade County Product Control Section.

### MISSILE IMPACT RATING:   Large and Small Missile Impact Resistant

### LABELING: Each unit shall bear a permanent label with the manufacturer's name or logo, Opa-Locka, Florida the following statement: "Miami-Dade County Product Control Approved", and NOA number, per TAS-201, TAS-202, and TAS-203, unless otherwise noted herein.

### RENEWAL of this NOA shall be considered after a renewal application has been filed and there has been no change in the applicable building code negatively affecting the performance of this product.

### TERMINATION of this NOA will occur after the expiration date or if there has been a revision or change in the materials, use, and/or manufacture of the product or process. Misuse of this NOA as an endorsement of any product, for sales, advertising or any other purposes shall automatically terminate this NOA. Failure to comply with any section of this NOA shall be cause for termination and removal of NOA.

### ADVERTISEMENT: The NOA number preceded by the words Miami-Dade County, Florida, and followed by the expiration date may be displayed in advertising literature. If any portion of the NOA is displayed, then it shall be done in its entirety.

### INSPECTION: A copy of this entire NOA shall be provided to the user by the manufacturer or its distributors and shall be available for inspection at the job site at the request of the Building Official.

This NOA consists of this page 1, evidence submitted page E-1 as well as approval document mentioned above.

The submitted documentation was reviewed by **Helmy A. Makar, P.E., M.S.**

*H.M.*
*05/23/19*

NOA No. 19-0353
**Expiration Date:**
**Approval Date:**
Page 1

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

## Aluminum Products Manufacturers Association

### NOTICE OF ACCEPTANCE:    EVIDENCE SUBMITTED

**A.    DRAWINGS**

*1.    Drawing No. AD19-01, titled "Superior Protection System Accordion Shutter", sheets 1 through 10 of 10, prepared by MCY Engineering, Inc., dated Feb. 26, 2019, signed and sealed by Yiping Wang, P.E.*

**B.    TESTS**

*1.    See Association's generic approval under 15-0430.*

**C.    CALCULATIONS**

*1.    See Association's generic approval under 15-0430.*

**D.    QUALITY ASSURANCE**

*1.    By Miami-Dade County Department of Regulatory and Economic Resources.*

**E.    MATERIAL CERTIFICATIONS**

*1.    See Association's generic approval under 15-0430.*

Helmy A. Makar, P.E., M.S.
Product Control Section Supervisor
NOA No. 19-0353
Expiration Date:
Approval Date:

E - 1

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



**GENERAL NOTES:**

1. THIS PRODUCT HAS BEEN DESIGNED AND TESTED TO COMPLY WITH THE REQUIREMENTS OF THE HIGH VELOCITY HURRICANE ZONE (HVHZ) OF THE 2017 FLORIDA BUILDING CODE.

2. STAINLESS STEEL SHEET METAL SCREWS USED AT LOUVER PIN SHALL BE # 14 x 3", 410-HT MINIMUM SERIES W/ 135.0 ksi YIELD STRENGTH & 160 ksi TENSILE STRENGTH. SCREWS SHALL BE COATED WITH XYLAN 5000 SERIES FLUOROPOLYMER COATINGS AS MANUFACTURED BY WHITFORD Co. BOX 507. WEST CHESTER PA. 19381.

3. ALL ALUMINUM EXTRUSIONS SHALL BE 6063-T6 ALLOY WITH MINIMUM YIELD STRENGTH OF Fy=31.0 ksi.

4. ANCHORS SHALL BE AS LISTED, SPACED AS SHOWN ON DETAILS. ANCHORS EMBEDMENT TO BASE MATERIAL SHALL BE BEYOND WALL DRESSING OR STUCCO.

5. ANCHORING OR LOADING CONDITIONS NOT SHOWN IN THESE DETAILS ARE NOT PART OF THIS APPROVAL.

6. WOOD BUCKS BY OTHERS MUST BE SOUTHERN PINE, G = 0.55 AND MUST BE ANCHORED PROPERLY TO TRANSFER LOADS TO THE STRUCTURE.

7. ALL ALUMINUM POP RIVETS TO BE 5052 ALUMINUM ALLOY WITH ALUMINUM MANDREL.

8. BOLTS TO BE GALVANIZED OR STAINLESS STEEL WITH 36 ksi MINIMUM MINIMUM YIELD STRENGTH.

9. SHUTTER'S COMPONENTS ARE PATENT PENDING.

10. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO VERIFY THE SOUNDNESS OF THE STRUCTURE WHERE SHUTTER IS TO BE ATTACHED TO INSURE PROPER ANCHORAGE. THIS SHUTTER SHALL ONLY BE ATTACHED TO CONCRETE, BLOCK OR WOOD FRAME BUILDINGS.

11. A PERMANENT SHUTTER MANUFACTURER'S LABEL SHALL BE PLACED ON THE EXPOSED SURFACE OF THE FEMALE CENTER MATE BLADE (COMPONENT. H ). ONE LABEL SHALL BE PLACED FOR EVERY OPENING. LABEL SHALL READ AS FOLLOWS:
"SUPERIOR PROTECTION SYSTEM / AS"
ALUMINUM PRODUCTS MANUFACTURERS ASSOCIATION
OPA-LOCKA, FLORIDA
MIAMI-DADE COUNTY PRODUCT CONTROL APPROVED
TEST REPORT TAS-201, 202 & 203.

12. (a) THIS PRODUCT APPROVAL DOCUMENT (P.A.D.) PREPARED BY THIS ENGINEER IS GENERIC.

(b) CONTRACTOR TO BE RESPONSIBLE FOR THE SELECTION, PURCHASE AND INSTALLATION INCLUDING LIFE SAFETY OF THIS PRODUCT BASED ON THIS PRODUCT APPROVAL PROVIDED HE/SHE DOES NOT DEVIATE FROM THE CONDITIONS DETAILED ON THIS DOCUMENT. CONSTRUCTION SAFETY AT SITE IS THE CONTRACTOR'S RESPONSIBILITY.

(c) THIS PRODUCT APPROVAL DOCUMENT WILL BE CONSIDERED INVALID IF MODIFIED.

(d) SITE SPECIFIC PROJECTS SHALL BE PREPARED BY A FLORIDA REGISTERED ENGINEER OR ARCHITECT WHICH WILL BECOME THE ENGINEER OF RECORD (E.O.R.) FOR THE PROJECT AND WHO WILL BE RESPONSIBLE FOR THE PROPER USE OF THE P.A.D. ENGINEER OF RECORD, ACTING AS DELEGATED ENGINEER TO THE P.A.D. ENGINEER, SHALL SUBMIT TO THIS LATTER THE SITE SPECIFIC DRAWINGS FOR REVIEW.

(e) THIS P.A.D. SHALL BEAR THE DATE AND ORIGINAL SEAL AND SIGNATURE OF THE PROFESSIONAL ENGINEER THAT PREPARED IT.

13. ULTIMATE LOAD OBTAINED FROM ASCE 7-10, MULTIPLY BY 0.6 SHALL BE LESS THAN OR EQUAL TO MAX. DESIGN LOAD IN THIS DOCUMENT. THE DESIGN LOADS SHOWN IN THIS DOCUMENT ARE ALLOWABLE DESIGN LOADS.

TYPICAL ANCHORS: (SEE CHARTS FOR ANCHOR SPACING)

TYPE A. 1/4" DIA. ITW TAPCON BY ITW BUILDEX
Fu = 120 KSI, Fy = 92 KSI
INTO CONCRETE fc'=3000 PSI
1-3/4" MIN. EMBED
2-1/2" MIN. EDGE DISTANCE

TYPE A1. INTO CONCRETE BLOCK
1-1/4" MIN. EMBED
2-1/2" MIN. EDGE DISTANCE

TYPE B. 1/4"-20 CALK-IN BY 'POWERS' FASTENERS
INTO CONCRETE fc'=3000 PSI
7/8" MIN. EMBED
3" MIN. EDGE DISTANCE

TYPE B1. INTO CONCRETE BLOCK
7/8" MIN. EMBED
3" MIN. EDGE DISTANCE

TYPE C. 1/4" CRETE-FLEX SS4 MASONRY ANCHOR BY "ELCO" CONSTRUCTION PRODUCTS
Fu = 120 KSI, Fy = 92 KSI
INTO CONCRETE fc'=3000 PSI
1 3/4" MIN. EMBED
2 1/2" MIN. EDGE DISTANCE

TYPE C1. INTO CONCRETE BLOCK
1 1/4" MIN. EMBED
2 1/2" MIN. EDGE DISTANCE

NOTES:

WHEN EDGE DISTANCE EQUAL OR GREATER THAN 2" AND LESS THAN MIN. EDGE DISTANCE SPECIFIED ABOVE THE ANCHOR SPACE IN ANCHOR CHARTS ON THE DRAWINGS MUST MULTIPLY BY FOLLOWING REDUCTION FACTOR:

ANCHOR TYPE A & A1: REDUCTION FACTOR = 0.77
ANCHOR TYPE B & B1: REDUCTION FACTOR = 0.50
ANCHOR TYPE C & C1: REDUCTION FACTOR = 0.77

PLEASE NOTE THIS INSTALLATION ARE ONLY VALID FOR THE RESULTING ANCHOR SPACE EQUAL OR GREATER THAN 3".

APR 0 5 2019

MCY ENGINEERING, INC.
GLAZING CONSULTANTS
6501 SW 124 AVE. SUITE 205 P: 786.360.2788
MIAMI, FL. 33183 P: 305.271.0117
mcy@mcyengineering.com
www.MCYEngineering.com

SUPERIOR PROTECTION SYSTEM / AS (A.P.M.A.)
Aluminum Products Manufacturers Association, Inc.(A.P.M.A.)
14475 NW 26th Avenue
Opa Locka, FL 33054
Tel: 305-688-1449

DRAWING NO.
AD19-01

1 OF 10

MIAMI DADE COUNTY

YPING 'MAND', P.E.
FLORIDA REGISTRATION
PE #38953
O.A.M. 28577



A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

**COMPONENTS**

A WALL HEADER (& INVERTED) SPA001 / SPA009
B CEILING HEADER SPA010
C WALL SILL SPA008
D FLOOR SILL SPA007
D1 FLOOR SILL SPA012
G MALE/FEMALE SOLID BLADE SPA002
E ADJUSTABLE SILL ADAPTOR SPA006
D2 THRESHOLD TRACK SPA011
A2 WALL HEADER (& INVERTED) LIGHT DUTY SPA014
A3 WALL HEADER (& INVERTED) LIGHT DUTY SPA015
G MALE/FEMALE PERFORATED BLADE SPA002-PERF
H FEMALE CENTERMATE BLADE SPA003
N SNAP COVER SPA013
A1 CEILING HEADER (&INVERTED) LIGHT DUTY SPA016
HL CENTER MATE LIGHT DUTY SPA017
G1 MALE/MALE SOLID BLADE SPA002-MM
H MALE CENTERMATE BLADE SPA004
F1 180° STARTER SPA005

MCY ENGINEERING, INC.
GLAZING CONSULTANTS

MIAMI, FL 33145

SUPERIOR PROTECTION SYSTEM / AS (A.P.M.A.)
Aluminum Products Manufacturers Association, Inc.(A.P.M.A.)
14475 NW 26th Avenue
Opa Locka, FL 33054
Tel 305-586-7440

APR 0 5 2019

PR017335

Remand PR 000529

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



## MAXIMUM DESIGN PRESSURE RATING "Pd" (PSF) AND CORRESPONDING MAXIMUM SPAN "L" SCHEDULE.

| MAXIMUM DESIGN LOAD "Pd" (PSF) | MAXIMUM SHUTTER SPAN FOR ALL SECTIONS | | MINIMUM SEPARATION TO GLASS (in.) ALL SECTIONS |
|---|---|---|---|
| | Max. PANEL LENGTH L= (ft.) | Max. PANEL LENGTH L= (ft.) | |
| 40 | 13'-2" | 14'-1" | 3.0 |
| 45 | 12'-9" | 14'-1" | 3.0 |
| 50 | 12'-5" | 14'-1" | 3.0 |
| 55 | 12'-2" | 13'-5" | 3.0 |
| 60 | 11'-11" | 12'-10" | 3.0 |
| 65 | 11'-8" | 12'-4" | 3.0 |
| 70 | 11'-5" | 11'-11" | 3.0 |
| 75 | 11'-3" | 11'-6" | 3.0 |
| 80 | 11'-1" | 11'-2" | 3.0 |
| 85 | 10'-10" | 10'-10" | 3.0 |
| 90 | 10'-6" | 10'-6" | 3.0 |
| 95 | 10'-3" | 10'-3" | 2.875 |
| 100 | 10' | 10' | 2.875 |
| 105 | 9'-9" | 9'-9" | 2.625 |
| 110 | 9'-6" | 9'-6" | 2.5 |
| 115 | 9'-4" | 9'-4" | 2.5 |
| 120 | 9'-1" | 9'-1" | 2.5 |
| 125 | 8'-10" | 8'-10" | 2.5 |
| 130 | 8'-6" | 8'-6" | 2.375 |
| 135 | - | 8'-2" | 2.375 |
| 140 | - | 7'-11" | 2.375 |
| 145 | - | 7'-7" | 2.375 |
| 150 | - | 7'-4" | 2.375 |
| 155 | - | 7'-2" | 2.375 |
| 160 | - | 6'-11" | 2.375 |
| 165 | - | 6'-8" | 2.375 |
| 170 | - | 6'-6" | 2.375 |
| 175 | - | 6'-4" | 2.375 |
| 180 | - | 6'-2" | 2.375 |
| 185 | - | 6' | 2.375 |
| 190 | - | 5'-10" | 2.375 |
| 195 | - | 5'-8" | 2.375 |

## TYPICAL ELEVATION

N.T.S.

TOP / BOTTOM (OPTIONAL)

### INSTRUCTION:

**STEP 1** DETERMINE DESIGN WIND LOAD REQUIREMENT BASED ON VELOCITY, BUILDING HEIGHT, WIND ZONE USING APPLICABLY ASCE 7 STANDARD.

**STEP 2** CHECK SHUTTER CAPACITY FOR A GIVEN SHUTTER SPAN USING CHARTS ON SHEET 3. MAX. DESIGN LOAD FROM CHART HAS TO BE GREATER THAN DESIGN WIND LOAD FROM STEP 1.

**STEP 3** USING CHARTS ON SHEET 4 THRU SHEET 10 SELECT ANCHOR TYPE AND SPACING BASED ON DESIGN LOAD AND SHUTTER SPAN FOR THE ANCHOR DETAIL USED.

SEE NOTES ON SHEET 7 OF 11 FOR LOCKING SPECIFICATIONS

MCY ENGINEERING, INC.
GLAZING CONSULTANTS

APR 0 5 2019

SUPERIOR PROTECTION SYSTEM / AS (A.P.M.A.)
Aluminum Products Manufacturers Association, Inc.(A.P.M.A.)
14475 NW 26th Avenue
Opa Locka, FL 33054
Tel: 305-688-7440

DRAWING NO
AD19-01

3 OF 10

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



### MAXIMUM DESIGN PRESSURE RATING "Pd" (PSF) AND CORRESPONDING MAXIMUM ANCHOR SPACING (in.) SCHEDULE. +

| MAXIMUM DESIGN LOAD "Pd" (PSF) | SHUTTER SPAN (INCH) | SECTION A (TOP/BOTTOM) | | | | | SECTION B (TOP/BOTTOM) B1 (BOTTOM) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | SUBSTRATE CONCRETE | | | SUBSTRATE BLOCK | | SUBSTRATE CONCRETE | | |
| | | ANCHOR TYPE A | ANCHOR TYPE B | ANCHOR TYPE C | ANCHOR TYPE B1 | ANCHOR TYPE C1 | ANCHOR TYPE A | ANCHOR TYPE B | ANCHOR TYPE C |
| 60 | 60" | 9 | 9 | 9 | 4 | 4.5 | 6 | 6 | 6 |
| | 78 | 9 | 9 | 9 | 3 | 3.5 | 6 | 6 | 6 |
| | 96 | 8 | 7.5 | 8 | - | - | 6 | 6 | 6 |
| | 120" | 6 | 6 | 6.5 | - | - | 6 | 6 | 6 |
| | 144" | 5 | 5 | 5.5 | - | - | 6 | 6 | 6 |
| | 154" | 5 | 4.5 | 5 | - | - | 6 | 6 | 6 |
| 65 | 60" | 9 | 9 | 9 | 3.5 | 4.2 | 6 | 6 | 6 |
| | 78 | 9 | 8.5 | 9 | - | 3.2 | 6 | 6 | 6 |
| | 96 | 7 | 7 | 7.5 | - | - | 6 | 6 | 6 |
| | 120" | 5.5 | 5.5 | 6 | - | - | 6 | 6 | 6 |
| | 148" | 4.5 | 4.5 | 4.5 | - | - | 6 | 5.5 | 6 |
| 70 | 60" | 9 | 9 | 9 | 3.5 | 3.9 | 6 | 6 | 6 |
| | 78 | 8 | 8 | 8.5 | - | 3 | 6 | 6 | 6 |
| | 96 | 6.5 | 6.5 | 7 | - | - | 6 | 6 | 6 |
| | 120" | 5.5 | 5 | 5.5 | - | - | 6 | 6 | 6 |
| | 143" | 4.5 | 4.5 | 4.5 | - | - | 5.5 | 5.5 | 6 |
| 80 | 60" | 9 | 9 | 9 | 3 | 3.4 | 6 | 6 | 6 |
| | 78 | 7 | 7 | 7.5 | - | - | 6 | 6 | 6 |
| | 96 | 6 | 5.5 | 6 | - | - | 6 | 6 | 6 |
| | 120" | 4.5 | 4.5 | 5 | - | - | 6 | 6 | 6 |
| | 134" | 4 | 4 | 4.5 | - | - | 5.5 | 5 | 6 |
| 100 | 60" | 7.5 | 7.5 | 8 | - | - | 6 | 6 | 6 |
| | 78 | 5.5 | 5.5 | 6 | - | - | 6 | 6 | 6 |
| | 96 | 4.5 | 4.5 | 5 | - | - | 6 | 6 | 6 |
| | 120" | 3.5 | 3.5 | 4 | - | - | 5 | 4.5 | 6 |
| 195 | 60" | 3.5 | 3.5 | 4 | - | - | 5 | 4.5 | 6 |
| | 66" | 3.5 | 3 | 3.5 | - | - | 4.5 | 4 | 5.5 |

NOTE:
FOR LIGHT DUTY SHUTTER ON SHEET 9, MAX. SPACING SHOULD BE LIMITED TO 6" O.C.

WALL MOUNTING INSTALLATION SECTION A

CEILING & FLOOR MOUNTING INSTALLATION SECTION B

FLOOR MOUNTING INSTALLATION SECTION B1

FLOOR MOUNTING INSTALLATION SECTION B2

APR 0 5 2019

MCY ENGINEERING, INC.
GLAZING CONSULTANTS
6500 SW 124 AVE. SUITE 205
MIAMI, FL 33183
www.MCYEngineering.com

SUPERIOR PROTECTION SYSTEM / AS (A.P.M.A.)
Aluminum Products Manufacturers Association, Inc.(A.P.M.A.)
14475 NW 26th Avenue
Opa Locka, FL 33054
Tel: 305-586-7440

MIAMI DADE COUNTY

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



### MAXIMUM DESIGN PRESSURE RATING "Pd" (PSF) AND CORRESPONDING MAXIMUM ANCHOR SPACING (in.) SCHEDULE. +

| MAXIMUM DESIGN LOAD "Pd" (PSF) | SHUTTER SPAN (INCH) | SECTION C TOP/BOTTOM — SUBSTRATE CONCRETE ANCHOR TYPE A | SUBSTRATE CONCRETE ANCHOR TYPE B | SUBSTRATE CONCRETE ANCHOR TYPE C | SUBSTRATE BLOCK ANCHOR TYPE A1 | SUBSTRATE BLOCK ANCHOR TYPE B1 | SUBSTRATE BLOCK ANCHOR TYPE C1 | SECTION C1 BOTTOM — SUBSTRATE CONCRETE ANCHOR TYPE A | SUBSTRATE CONCRETE ANCHOR TYPE B | SUBSTRATE CONCRETE ANCHOR TYPE C | SUBSTRATE BLOCK ANCHOR TYPE A1 | SUBSTRATE BLOCK ANCHOR TYPE B1 | SUBSTRATE BLOCK ANCHOR TYPE C1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 60" | 6 | 6 | 6 | 4 | 5.5 | 8.1 | 6 | 6 | 6 | 4 | 6 | 8.1 |
| | 78" | 6 | 6 | 6 | 3 | 4.5 | 6.3 | 6 | 6 | 6 | 3 | 4.5 | 6.3 |
| | 96" | 6 | 6 | 6 | - | 3.5 | 5.1 | 6 | 6 | 6 | - | 4 | 5.1 |
| | 120" | 6 | 6 | 6 | - | - | 4.1 | 6 | 6 | 6 | - | 3 | 4.1 |
| | 144" | 6 | 6 | 6 | - | - | 3.4 | 6 | 6 | 6 | - | - | 3.4 |
| | 154" | 6 | 6 | 6 | - | - | 3.2 | 6 | 6 | 6 | - | - | 3.2 |
| 65 | 60" | 6 | 6 | 6 | 3.7 | 5 | 7.5 | 6 | 6 | 6 | 3.7 | 5.5 | 7.5 |
| | 78" | 6 | 6 | 6 | - | 4 | 5.8 | 6 | 6 | 6 | - | 4.5 | 5.8 |
| | 96" | 6 | 6 | 6 | - | 3 | 4.7 | 6 | 6 | 6 | - | 3.5 | 4.7 |
| | 120" | 6 | 6 | 6 | - | - | 3.8 | 6 | 6 | 6 | - | - | 3.8 |
| | 148" | 6 | 6 | 6 | - | - | 3.1 | 6 | 6 | 6 | - | - | 3.1 |
| 70 | 60" | 6 | 6 | 6 | 3.4 | 5 | 7 | 6 | 6 | 6 | 3.4 | 5.5 | 7 |
| | 78" | 6 | 6 | 6 | - | 3.5 | 5.4 | 6 | 6 | 6 | - | 4 | 5.4 |
| | 96" | 6 | 6 | 6 | - | 3 | 4.4 | 6 | 6 | 6 | - | 3 | 4.4 |
| | 120" | 6 | 6 | 6 | - | - | 3.5 | 6 | 6 | 6 | - | - | 3.5 |
| | 143" | 6 | 6 | 6 | - | - | - | 6 | 6 | 6 | - | - | - |
| 80 | 60" | 6 | 6 | 6 | - | 4 | 6.1 | 6 | 6 | 6 | - | 4.5 | 6.1 |
| | 78" | 6 | 6 | 6 | - | 3 | 4.7 | 6 | 6 | 6 | - | 3.5 | 4.7 |
| | 96" | 6 | 6 | 6 | - | - | 3.8 | 6 | 6 | 6 | - | 3 | 3.8 |
| | 120" | 6 | 6 | 6 | - | - | 3.1 | 6 | 6 | 6 | - | - | 3.1 |
| | 134" | 6 | 5.5 | 6 | - | - | - | 6 | 6 | 6 | - | - | - |
| 100 | 60" | 6 | 6 | | - | 3.5 | 4.9 | 6 | 6 | 6 | - | 3.5 | 4.9 |
| | 78" | 6 | 6 | | - | - | 3.8 | 6 | 6 | 6 | - | - | 3.8 |
| | 96" | 6 | 6 | | - | - | 3.1 | 6 | 6 | 6 | - | - | 3.1 |
| | 120" | 5 | 5 | 5.5 | - | - | - | 5 | 5.5 | 6 | - | - | - |
| 195 | 60" | 5 | 5 | 5.5 | - | - | - | 5 | 5.5 | 6 | - | - | - |
| | 66" | 4.5 | 4.5 | 5 | - | - | - | 5 | 5 | 5.5 | - | - | - |

**BUILD-OUT INSTALLATION SECTION C**

**BUILD-OUT INSTALLATION SECTION C1**

APR 0 5 2019

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



GENERAL LIMITATIONS AND CONDITIONS OF USE FOR G OR G1 BLADE ACCORDIAN SHUTTER SYSTEM WORKING IN UNISON WITH G' BLADES.

1.  MAXIMUM SHUTTER SPAN AND PRESSURE RATING, MAXIMUM ANCHOR SPACING AND MINIMUM SEPARATION TO GLASS FOR G' AND G1 WORKING IN UNISON WITH G AND G1 ARE AS PER SCHEDULES ON SHEET 3, 4, 5 & 9.

2.  MAXIMUM PERFORATION AREA AT G', G1' IS ± 2.625" x 6.28" AND MUST BE LOCATED WITHIN THE CENTRAL 50% OF THE BLADE SPAN.

    PERFORATED BLADES G, G1 MUST BE SOLID AT THE TOP AND BOTTOM 25% OF BLADES SPAN.

3.  PERFORATED BLADES G'. G1' SHALL BE INSTALLED AT EVERY OTHER BLADE (FREQUENCY).

4.  CENTERMATES H, H1 MUST ALWAYS BE ACCOMPANIED BY TWO SOLID BLADES G, G1 AT EITHER SIDE OF EACH CENTERMATE.

5.  STARTERS AND CENTERMATES MUST BE ALWAYS SOLID.

6.  STARTERS CONNECTION TO EXISTING BUILDING OR TO END/CORNER TUBES MUST BE AS PER DETAILS INDICATED ON SHEET 7.

TYPICAL ELEVATION

SECTION S-S THRU G MALE/FEMALE BLADE

TYPICAL SHUTTER PLAN

TYPICAL G' PERFORATED BLADE ELEVATION

APR 0 5 2019

MCY ENGINEERING, INC.
GLAZING CONSULTANTS

SUPERIOR PROTECTION SYSTEM / AS (A.P.M.A.)
Aluminum Products Manufacturers Association, Inc.(A.P.M.A.)
14475 NW 26th Avenue
Opa Locka, FL 33054
Tel: 305-586-7440

MIAMI DADE COUNTY

B OF 10

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.



Public Document No. 36

Remand PR 000538

A - The following is the requested justification.  The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter.  It was submitted in response to a request for information pursuant to a CF-28.   Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization.  When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR  165.4 (e) and thus CBP is the party that must generate the summary.

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL



🏠 ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella

Km.36, San Antonio De Guerra,DR

📱 (829)-398-5800,  Winniy

✉ info@kingtomaluminio.com   🌐 www.kingtomaluminio.com

## Manufacture Process Flow



*Integridad moldea calidad*      *Calidad gana mercado*

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL



ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella

 Km.36, San Antonio De Guerra,DR

(829)-398-5800, Winny

 info@kingtomaluminio.com  www.kingtomaluminio.com

## For all orders through – October 2019

October 8th, 2019

TO WHOM IT MAY CONCERN

# QUALITY CERTIFICATE

KINGTOM ALUMINIO SRL CERTIFIES THAT THE ALLOY AA 6063T5 TEMPER, USED FOR ARCHITECTURAL APPLICATIONS; COMPLIES WITH THE FOLLOWING CHEMICAL COMPOSITION AND MECHANICAL PROPERTIES RANGES IN ACCORDANCE WITH THE ALUM    M ASSOCIATION'S STANDARDS.

## MECHANICAL PROPERTIES:

| | |
|---|---|
| ULTIMATE TENSILE STRENGTH | 160N/mm2 |
| YIELD TENSILE STRENGTH | 110N/mm2 |
| % ELONGATION | 8% |
| WEBSTER HARDNESS | ≥8   HW |

## CHEMICAL COMPOSITION:

| | |
|---|---|
| %Si | 0.20-0.60 |
| %Fe | 0.35 MAX. |
| %Cu | 0.10 MAX |
| %Mn | 0.10 MAX |
| %Mg | 0.45-0.90 |
| %Zn | 0.10 MAX |

*With Perfect Quality to Create The Evergreen*

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL

  ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella
Km.36, San Antonio De Guerra,DR

 (829)-398-5800,    Winniy

 info@kingtomaluminio.com   www.kingtomaluminio.com



%Ti      0.10 MAX

**YOURS TRULY,**

_____

**TECHNICAL MANAGER**

**QUALITY CONTROL DEPARTMENT**

**ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36**

**San Martin De Guerra,R,D**

**Website: www.Kingtomaluminio.com**

**Telephone: +1-305-323-982**

With Perfect Quality to Create The Evergreen

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL

ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella



 Km.36, San Antonio De Guerra,DR
(829)-398-5800, Winniy

 info@kingtomaluminio.com  www.kingtomaluminio.com

## For all orders through – October 2019

October 8th, 2019

TO WHOM IT MAY CONCERN

# QUALITY CERTIFICATE

KINGTOM ALUMINIO SRL CERTIFIES THAT THE ALLOY AA 6063T6 TEMPER, USED FOR ARCHITECTURAL APPLICATIONS; COMPLIES WITH THE FOLLOWING CHEMICAL COMPOSITION AND MECHANICAL PROPERTIES RANGES IN ACCORDANCE WITH THE ALUMINUM ASSOCIATION'S STANDARDS.

## MECHANICAL PROPERTIES:

| | |
|---|---|
| **ULTIMATE TENSILE STRENGTH** | 205N/mm2 |
| **YIELD TENSILE STRENGTH** | 180N/mm2 |
| **% ELONGATION** | 8% |
| **WEBSTER HARDNESS** | ≥11.5 HW |

## CHEMICAL COMPOSITION:

| | |
|---|---|
| %Si | 0.20-0.60 |
| %Fe | 0.35 MAX. |
| %Cu | 0.10 MAX |
| %Mn | 0.10 MAX |
| %Mg | 0.45-0.90 |
| %Zn | 0.10 MAX |

*With Perfect Quality to Create The Evergreen*

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL

 ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella
Km.36, San Antonio De Guerra,DR

(829)-398-5800, Winniy

info@kingtomaluminio.com    www.kingtomaluminio.com



%Ti      0.10 MAX

YOURS TRULY,

_____

TECHNICAL MANAGER

QUALITY CONTROL DEPARTMENT

ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella Km.36

San Martin De Guerra,R,D

Website: www.Kingtomaluminio.com

Telephone: +1-305-323-982

With Perfect Quality to Create The Evergreen

Public Document No. 37

Remand PR 000545

Remington 2005

BUSINESS CONFIDENTIAL IN ITS ENTIRETY; NOT
SUSCEPTIBLE TO PUBLIC SUMMARY

Public Document No. 38

Remand PR 000548

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL

🏠 ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella
Km.36, San Antonio De Guerra,DR

📱 (829)-398-5800, Winniy

✉ info@kingtomaluminio.com 🌐 www.kingtomaluminio.com



# Kingtom Aluminio SRL

**Introduction**

Kingtom Aluminio located in Dominican Republic is the largest aluminum extrusion plant in Caribbean region with a total area of 1,200,000 ft².

We focus on providing the top quality and service in aluminum architecture and industrial profiles. Kingtom Aluminio has the complete process to produce aluminum profiles: Casting, Die Creation, Extrusion, Powder Coating, Anodizing, Wood Grain, Fabrication, Thermal Brake and Packaging.

**Our Mission**

Provide the top excellent solution of aluminum extrusion products to satisfy the requirements and demands of our customers.

**Our Vision**

To be a recognized company around the world as a reliable, efficient and high quality supplier of aluminum extrusion products.

**Our Values**

• Commitment

• Respect

• Efficiency

• Integrity

• Customer Orientation

*With Perfect Quality to Create The Evergreen*

A - The following is the requested justification. The CF-28 of Global Aluminum was not submitted by Global Aluminum in this EAPA matter. It was submitted in response to a request for information pursuant to a CF-28. Responses submitted pursuant to CF-28 have been treated by CBP as confidential in their entirety and not subject to a requirement of public summarization. When CBP decided to place the CF-28 response on the record, such information was placed on the record pursuant to 19 CFR 165.4 (e) and thus CBP is the party that must generate the summary.

# Kingtom Aluminio SRL



🏠 ZONA FRANCA INDUSTRIAL RIOSUR.Carretera Mella

Km.36, San Antonio De Guerra,DR

📱 (829)-398-5800,   Winniy

✉ info@kingtomaluminio.com   🌐 www.kingtomaluminio.com

| Capabilities | |
|---|---|
| **Production** | **Description** |
| **Casting** | • 3 Casting Furnaces<br>• Capacity: Up to 5000Tons/M<br>• Aluminum Billet from 4" to 8"<br>• We can produce variety of aluminum alloy billets, such as 6063, 6061, 6005, 6005A etc. |
| **Extrusion** | • Capacity: Up to 3000Tons/M<br>• Max Length: 53ft<br>• 2*600Tons extrusion machines with 4" billet<br>• 3*1100Tons extrusion machines with 5" billet<br>• 3*1400Tons extrusion machines with 6" billet<br>• 1*2200Tons extrusion machines with 8" billet |
| **Powder Painting** | • Capacity: Up to 3000Tons/M<br>• Horizontal Powder Paint Max Length: 40ft<br>• Vertical Powder Paint Max Length: 25ft |
| **Anodized** | • Capacity: 2000Tons/M<br>• Max Length: 26.3ft<br>• Clear Anodized<br>• Dark Bronze Anodized |
| **Decoration** | • Wood Grain |
| **Thermal Brake** | • Thermal Strut<br>• Fill & Debridge |
| **Die Creation** | • We can make the dies in house and deliver the samples in 3 weeks |
| **Fabrication** | • Cutting<br>• Punching<br>• Drilling |
| **Packaging** | • Customize the packaging based on customers' requirements |
| **Shipping Time** | • From DR to Miami:  3days<br>• From DR to New York:  7days<br>• From DR to Houston:  7days<br>• From DR to LongBeach:  14days |

*With Perfect Quality to Create The Evergreen*

Public Document No. 39

Remand PR 000552

Remp pp DR 70553

PRU17353

BUSINESS CONFIDENTIAL IN ITS ENTIRETY; NOT
SUSCEPTIBLE TO PUBLIC SUMMARY

Rem pr DR 703554

Public Document No. 40

Remand PR 000555

Remington 2005557

PR017357

BUSINESS CONFIDENTIAL IN ITS ENTIRETY; NOT
SUSCEPTIBLE TO PUBLIC SUMMARY